**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 19 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STATE FARM LIFE INSURANCE COMPANY                                    PLAINTIFF

v.                                   Case No. 4:24CV798-JM

ETHEL FICKLIN AND DAVID BROWN                                        DEFENDANTS

## COMPLAINT IN INTERPLEADER

Comes the Plaintiff, State Farm Life Insurance Company ("State Farm"), by and through

its attorneys, Munson, Rowlett, Moore & Boone, P.A., and for its Complaint in Interpleader, states

as follows:

### I. Jurisdiction and Venue

1.     This is an action to determine the individual or individuals who are entitled to the

proceeds of certain whole life insurance coverage issued by State Farm on the life of Lawrence

Ficklin ("Mr. Ficklin"), who died on or about March 31, 2024.

2.     At the time of his death, Mr. Ficklin was a resident of Faulkner County, Arkansas,

residing at 1750 Village Common Drive, Apartment A314, Conway, Arkansas 72032.

3.     Plaintiff State Farm is a nonresident corporation both organized in and having its

principal place of business in the State of Illinois.

4.     Separate Defendant David Brown ("Mr. Brown") is a resident of Faulkner County,

Arkansas, residing at 1750 Village Common Drive, Apartment A314, Conway, Arkansas 72032.

5.     Separate Defendant Ethel Ficklin ("Mrs. Ficklin") is a resident of the State of

Maryland, residing at 223 Lakeside Drive, Apartment 203, Greenbelt, Maryland 20770.

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

6.      Jurisdiction and venue are proper pursuant to 28 U.S.C. § 1335 on the basis that this lawsuit involves a policy of insurance over the amount of $500.00 in value and two claimants of diverse citizenship, one of whom resides in this jurisdiction.

## II. Factual Background

7.      State Farm issued a universal life insurance policy to Mr. Ficklin, policy number LF-2431-5567, which provided whole life benefits.  (Exhibit A, State Farm Policy.)  It is undisputed both (1) that the policy was in full force and effect at the time of Mr. Ficklin's March 31, 2024, death and (2) that benefits are due and owing by State Farm to the appropriate beneficiary or beneficiaries under the terms of the policy.

8.      Mr. Ficklin initially applied for and obtained his policy in July-August of 2007.  At the time he initially applied for the policy, Mr. Ficklin obtained basic life benefits on his own life in the amount of $50,000.  (Exhibit B, Initial Application.)  At the time he obtained coverage, Mr. Ficklin designated Mrs. Ficklin, who he identified as his "spouse", as his primary beneficiary.  (Ex. B.)

9.      Subsequently, Mr. Ficklin made certain changes to his policy, the relevant portions of which will be discussed herein.  First, in July-August 2008, Mr. Ficklin added $37,000 in term life coverage on the life of Mrs. Ficklin to his policy, following which time the policy had two insureds, Mr. Ficklin and Mrs. Ficklin.  (Exhibit C, Additional Insured Documentation.)

11.     Next in September 2013, Mr. Ficklin made a withdrawal from his life policy in the amount of $4,112, reducing the available death benefit upon his passing from $50,000 to $45,888. (Exhibit D, Partial Withdrawal Documentation.)

10.     Next, in October-November 2013, Mr. Ficklin further reduced the amount of coverage on his life from $45,888 to $25,000.  (Exhibit E, Reduction in Coverage Documentation.)

- 2 -

11.     Next, on May 4, 2022, Mr. Ficklin requested a loan of the maximum amount available against the $25,000 Universal Life policy coverage on his life. (Exhibit F, Policy Loan Documentation.) On May 9, 2022, State Farm confirmed the issuance of the loan of $10,013.34, which was made by direct deposit into Mr. Ficklin's checking account pursuant to his request. (Ex. F.) The loan was to incur interest at 7% per annum. (Ex. F.)

12.     Next, on May 9, 2022, Mr. Brown, pursuant to a power of attorney purportedly issued to him by Mr. Ficklin, partially completed a change of beneficiary request. (Exhibit G, 2022 Change of Beneficiary Designation Documentation.) At that time, Mr. Brown attempted to change the primary beneficiary from Mrs. Ficklin to himself. (Ex. G.) Although Mr. Brown partially completed the change of beneficiary form, he failed to check a box indicating whether the change of beneficiary applied solely to the coverage issued on Mr. Ficklin's life or also to the separate coverage issued on Mrs. Ficklin's life. (Ex. G.) State Farm notified Mr. Ficklin of the inability to process the change due to the failure to indicate to which insured the change of beneficiary applied on June 24, 2022, and also provided instructions regarding the additional information needed to process the change. (Ex. G.)

13.     Although neither Mr. Ficklin nor Mr. Brown submitted additional information at that time, Mr. Brown again partially completed a change of beneficiary form on March 25, 2024, at which time he again submitted a power of attorney purportedly signed by Mr. Ficklin.[1] (Exhibit

---

[1] In addition to changing the beneficiary to himself on March 25, 2024, Mr. Brown also partially completed and submitted an application to increase the benefits on Mr. Ficklin's life from $25,000 to $75,000 and, in that application represented that Mr. Ficklin, among other things, (1) had not been diagnosed or treated for cancer in the preceding 3 years in one spot and 10 years in another, (2) had not been treated at a medical facility for anything other than season seasonal allergies in the preceding 5 years, and (3) had not been prescribed any medication other than for cold, flu, seasonal allergies, or birth control in 5 years. State Farm ultimately refused the request to increase the coverage upon discovering that Mr. Ficklin had been treated on inpatient and outpatient bases (1) for a stroke in 2021, (2) for metastatic prostate cancer from 2019-2023, and (3) for encephalopathy and acute renal failure in 2024, among other things. Mr. Ficklin had also been prescribed medications in connection with those conditions. As a result, State Farm declined to issue the additional benefits requested. It would note that one of the causes of Mr. Ficklin's death on March 31, 2024, six days after the application was submitted, was listed as prostate cancer. State Farm does not

H, 2024 Change of Beneficiary Designation Documentation.)  He again failed, however, to check a box indicating whether the change of beneficiary applied solely to the coverage issued on Mr. Ficklin's life or also the separate coverage issued on Mrs. Ficklin's life.  (Ex. H.)  This time, however, State Farm made contact with the agency which had issued the policy.  The agency confirmed that it was Mr. Brown's intention to change the beneficiary to himself on both Mr. Ficklin's life benefits and Mrs. Ficklin's benefits.  As a result, State Farm changed the beneficiary on both Mr. Ficklin and Mrs. Ficklin's life benefits effective March 27, 2024.

14.     Mr. Ficklin died four days after the change of beneficiary was effectuated on March 31, 2024.  (Exhibit I, Death Certificate.)  His causes of death were listed in a death certificate as cardiopulmonary arrest and prostate cancer.  (Ex. 1.)

15.     Following Mr. Ficklin's death, competing claims for the State Farm benefits on his life were submitted by Mr. Brown and Mrs. Ficklin.  (Exhibit J, Life Insurance Claims Forms.)  In the submission of his claim, Mr. Brown has maintains he is the proper beneficiary due to the change of beneficiary request he executed on March 25, 2024.  Mrs. Ficklin claims that the power of attorney Mr. Brown submitted in connection with his change of beneficiary request is invalid and that Mr. Ficklin suffered from Alzheimer's and otherwise had reduced mental capacity which precluded the power of attorney from being valid even if Mr. Ficklin, in fact, signed it.  (Exhibit K, Ficklin Basis for Dispute Submission.)

16.     Over the ensuing months and prior to commencing the current action, State Farm did make significant efforts to have both potential beneficiaries resolve the dispute amongst themselves.  State Farm advised both Mr. Brown and Mrs. Ficklin that, due to the dispute, it was having difficulty determining the appropriate beneficiary and suggested that, if the dispute could

_____

believe that its refusal to issue the additional coverage is a subject of dispute but, to the extent that it is, State Farm reserves the right to amend its complaint to seek a declaratory judgment with regard to its obligations in that respect.

not be resolved amicably, the current interpleader action might ultimately be required. (Exhibit L, State Farm Dispute Correspondence to Beneficiaries.)

17.     Ultimately, Mr. Brown and Mrs. Ficklin were unable to come to an agreement regarding entitlement to and division of the life insurance proceeds and, because Mrs. Ficklin maintains that Mr. Ficklin lacked legal capacity to execute the power of attorney upon which Mr. Brown's change of beneficiary was based, State Farm cannot, without risk of potentially having to pay twice, pay benefits to one beneficiary to the exclusion of the other.  State Farm would note that it has investigated Mr. Ficklin's mental status and has confirmed that, among other things, Mr. Ficklin was hospitalized for altered mental status from December 24, 2019, through December 26, 2019.  During that hospitalization, which occurred fifteen days prior to the execution of the power of attorney upon which Mr. Brown's claims is based, Mr. Ficklin was specifically noted to suffer from worsening dementia.

18.     It is only because the potential beneficiaries could not resolve the dispute and State Farm cannot clearly determine the appropriate beneficiary that State Farm finds it necessary to commence the current action.

19.     For these reasons, however, State Farm now needs the assistance of this Court to determine the person or persons to which the benefits are due and owing as the result of Mr. Ficklin's death should be paid.

### III. Request for Interpleader

20.     In the instant case, State Farm concedes it is obligated to pay certain life insurance benefits as a result of the death of Mr. Ficklin

21.     Pursuant to the terms of the coverage it issued on Mr. Ficklin's life, the beneficiary is entitled to recover (1) the universal life benefit of $25,000 plus interest accruing from the date

of his death (2) minus the amount owed due to the May 2022 policy loan which has been and continues to accrue interest and which was, with interest, $11,028.24 at the time of Mr. Ficklin's death.

22.     In the instant case, due to the dispute regarding the proper beneficiary under the policy, State Farm (1) seeks to interplead the $25,000 death benefit plus interest offset by the loan amount plus interest having accrued as of the day its payment into the registry of the Court is approved and (2) requests that the Court determine the individual or individuals to whom the proceeds accumulating as the result of the death of Mr. Ficklin are properly payable.

23.     State Farm additionally seeks an order discharging it from any further responsibility pursuant to any coverage issued on the life of Mr. Ficklin and requiring the individual or individuals deemed entitled to payment as beneficiary or beneficiaries to sign an appropriate release.

24.     Finally, State Farm seeks to recover its costs and attorney's fees associated with instituting this action.

WHEREFORE, Plaintiff State Farm Life Insurance Company respectfully requests (1) that it be allowed to interplead the proceeds of the life insurance benefits made available as a result of the death of Lawrence Ficklin into the Registry of the Court; (2) that the Court make a determination regarding the individual or individuals who may be properly paid under the terms of the policy; (3) that an order be entered discharging State Farm of any further liability arising from the death of Lawrence Ficklin and requiring the individual or individuals deemed entitled to payment as beneficiary or beneficiaries to sign an appropriate release; (4) that State Farm recover its costs and attorney's fees; and (5) that State Farm be given any and all other relief to which it is entitled.

- 6 -

Respectfully submitted,

MUNSON, ROWLETT, MOORE & BOONE, P.A.
One Allied Drive, Suite 1600
Little Rock, Arkansas 72202
Telephone: (501) 374-6535
Facsimile: (501) 374-5906
shane.strabala@mrmblaw.com

BY: _____
SHANE STRABALA, AR BIN 2000080
*Attorney for State Farm Life Insurance Company*

# STATE FARM LIFE INSURANCE COMPANY
## HOME OFFICE, 1 STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710

**StateFarm**

|  |  |
|---|---|
| INSURED | LAWRENCE FICKLIN (Male) |
| AGE | 57 |
| POLICY NUMBER | LF-2431-5567 |
| POLICY DATE | August 1, 2007 |
| INITIAL BASIC AMOUNT | Re-Issued As Requested |

This Policy is based on the Application and the payment of premiums, as specified in this Policy, while the Insured lives. State Farm Life Insurance Company will pay the Proceeds to the Beneficiary when due proof of the Insured's death is received.

**30-Day Right to Examine the Policy.** This Policy may be returned within 30 days of its receipt for a refund of all premiums paid. Return may be made to State Farm Life Insurance Company or one of its agents. If returned, this Policy will be void from the Policy Date.

**Read this Policy with care.** This is a legal contract between the Owner and State Farm Life Insurance Company.

**EXHIBIT A**

*Kim M. Brunner*
Secretary

*Edward B. Rust Jr.*
President

---

**BASIC PLAN DESCRIPTION**
Flexible premium adjustable whole life insurance. A death benefit is payable when the Insured dies. Flexible premiums are payable while the Insured is alive. The basic plan is eligible for Annual Dividends.

---

## CONTENTS

| | PAGE |
|---|---|
| **Policy Identification** | 3 |
| **Schedule of Benefits** | 3 |
| **Schedule of Premiums** | 3 |
| **Interest Rates** | 3 |
| **Charges and Fees** | 3 |
| **Monthly Deductions** | 3 |
| **Schedule of Surrender Charges** | 4 |
| **Cost of Insurance Rates and Monthly Charges** | 4 |
| **Definitions** | 5 |
| **Ownership** | 6 |

Owner. — Change of Owner/Successor Owner.

**Death Benefit and Death Benefit Options** — 6

Death Benefit. — Change in Basic Amount.
Death Benefit Options. — Change in Death Benefit Option.

**Payment of Benefits** — 7

Beneficiary Designation. — Methods of Payment.
Change of Beneficiary Designation. — Minimum Payment.
Order of Payment on the Insured's — Basis of Computation for Payments.
Death. — Additional Amounts Payable.

**Premiums** — 9

Payment of Premiums. — Grace Period.
Premium Charge. — Reinstatement.
Rejection of Premium Payments for
Tax Purposes.

**Guaranteed Values** — 10

Account Value. — Monthly Expense Charge.
Monthly Deduction. — Interest Credited.
Cost of Insurance. — Surrender Charge.
Monthly Cost of Insurance Rates. — Basis of Computation.

**Surrenders and Withdrawals** — 12

Surrenders. — Withdrawals.

**Policy Loan** — 12

Loan. — Loan Interest.
Loan Value. — Loan Repayment.

**General** — 13

The Contract. — Changes in Rates and Charges.
Transaction Delay. — Assignment.
Annual Report. — Error in Age or Sex.
Projection of Benefits and Values. — Incontestability.
Annual Dividends. — Limited Death Benefit.

**The Application and any Riders and Endorsements follow page 14.**

## P O L I C Y   I D E N T I F I C A T I O N

|  |  |  |  |
|---|---|---|---|
| Insured | LAWRENCE FICKLIN (Male) | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | Re-issued As Requested |
| Policy Date | August 1, 2007 | | |
| Issue Date | August 22, 2007 | | |
| Additional Insured | ETHEL FICKLIN (Female) | Age | 53 |

## S C H E D U L E   O F   B E N E F I T S

Universal Life Basic Plan:
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco):  $25,000
  Minimum Amount of Increase:  $25,000
  Minimum Amount of Decrease:  $10,000
  Minimum Withdrawal:  $500

Riders:

| Form | Description | Insurance Amount | Benefit Period Ends | Monthly Charge Deductible |
|---|---|---|---|---|
| 04126 | Additional Insured's Level Term (Standard Rate Class-Female Non-Tobacco) Effective Date:  July 19, 2008 Issue Date:  August 18, 2008 | $37,000 | In 2039 | To 2039 |

## S C H E D U L E   O F   P R E M I U M S

Planned Premium:      $100.00

Payment Period:       Monthly

| Beginning | Total Premiums For Policy Year |
|---|---|
| August 1, 2024 | $1,200.00 |

## I N T E R E S T   R A T E S

Guaranteed Interest Rate:  4%

Continued on Next Page
Page 3

20240731

Continued from Page 3

# CHARGES AND FEES AND MONTHLY DEDUCTIONS

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:        $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
     $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
     $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
        insurance.

S C H E D U L E   O F   S U R R E N D E R   C H A R G E S

|  | Beginning | |
|---|---|---|
| Policy | Policy | Surrender |
| Year | Month | Charge |
| 17 | 12 | $0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 73 | 4.2933 | 80 | 8.6209 | 87 | 17.0023 | 94 | 31.3839 |
| 74 | 4.7945 | 81 | 9.4989 | 88 | 18.4864 | 95 | 36.7983 |
| 75 | 5.3337 | 82 | 10.5014 | 89 | 20.0413 | 96 | 46.5890 |
| 76 | 5.9074 | 83 | 11.6282 | 90 | 21.6937 | 97 | 67.0439 |
| 77 | 6.5116 | 84 | 12.8621 | 91 | 23.4886 | 98 | 75.1886 |
| 78 | 7.1507 | 85 | 14.1789 | 92 | 25.5043 | 99 | 83.3333 |
| 79 | 7.8459 | 86 | 15.5651 | 93 | 27.9619 | & over | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.

Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|---|---|---|---|---|---|---|---|
| 69 | 1.7105 | 73 | 2.6354 | 77 | 4.2616 | 81 | 6.7004 |
| 70 | 1.8777 | 74 | 2.9846 | 78 | 4.7617 | 82 | 7.5641 |
| 71 | 2.0821 | 75 | 3.3763 | 79 | 5.3195 | 83 | 8.5501 |
| 72 | 2.3333 | 76 | 3.8023 | 80 | 5.9587 | 84 | 9.6517 |

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.

---

# DEFINITIONS

---

**We, us,** and **our** refer to State Farm Life Insurance Company.

**You** and **your** refer to the Owner.

**Application.** Includes any life insurance application, any application for change in this Policy, medical history, questionnaire, and other documents from you or any other person proposed for insurance which are made a part of this Policy.

**Basic Amount.** The Initial Basic Amount plus any increases less any decreases. Shown on page 3.

**Basic Amount Minimum.** On or after the Policy Anniversary when the Insured is age 55, the Basic Amount cannot be less than $25,000. Otherwise, the Basic Amount cannot be less than $50,000.

**Benefit Period Ends.** For any Rider, the coverage extends to, but does not include, the Policy Anniversary in the year shown under this heading on page 3.

**Cash Surrender Value.** The Account Value less any Surrender Charge and any Loan and accrued Loan Interest. This amount will not be less than zero. If this Policy is surrendered within 31 days after a Policy Anniversary, this amount will not decrease within that period except for any Loan and accrued Loan Interest or Withdrawals.

**Code.** The United States Internal Revenue Code.

**Deduction Date.** The Policy Date and each monthly anniversary of the Policy Date.

**Dollars.** Any money we pay, or which is paid to us, must be in United States dollars.

**Effective Date.** Coverage starts on this date.

**Initial Basic Amount.** The amount of coverage on the Insured provided by the Basic Plan on the Policy Date. Shown on page 3.

**Initial Net Premium.** The Initial Premium less any Premium Charge.

**Initial Premium.** The amount you must pay before this Policy becomes effective. Shown on page 3.

**Insurance Amount.** The amount of coverage on the Effective Date of each Rider. Shown under this heading on page 3. For the Insured, see the Death Benefit Option provision on page 6.

**Issue Date.** The date this Policy is issued. Shown on page 3.

**Monthly Charge Deductible.** A monthly charge for any Rider is deducted as part of the monthly deduction until the Policy Anniversary in the year shown under the heading Benefit Period Ends on page 3.

**Net Premium Payment.** Your premium payment less any Premium Charge.

**Officer.** The president, a vice president, the secretary, or an assistant secretary of State Farm Life Insurance Company.

**Owner.** Named in the Application, unless changed.

**Payee.** On the Insured's death, the beneficiaries shown in the Application, unless changed. If you cash surrender this Policy while the Insured is alive, the persons that you have named to receive the Cash Surrender Value. A Payee can be other than a natural person only if we agree.

**Planned Premium.** The premium amount that you have chosen. This amount is for the payment period that you have chosen. Shown on page 3.

**Policy Date.** The Effective Date of this Policy. Shown on pages 1 and 3.

**Policy Month, Year, or Anniversary.** A Policy Month, Policy Year, or Anniversary is measured from the Policy Date.

**Proceeds.** The amounts payable on the death of the Insured.

**Rate Class.** The underwriting class of the person insured. A rate class will be determined for the Initial Basic Amount and each increase in the Basic Amount.

**Request.** A written request signed by the person making the Request. Such request must be received and be in a form acceptable to us.

## DEFINITIONS (CONTINUED)

**Rider.** Any benefit, other than the Basic Plan, made a part of this Policy.

**Successor Owner.** May be named in the Application or later by Request.

## OWNERSHIP PROVISIONS

**Owner.** You as Owner may exercise any policy provision only by Request and while the Insured is alive. The Successor Owner will become the Owner of this Policy if you die while this Policy is in force.

**Change of Owner/Successor Owner.** You may change the Owner or Successor Owner by Request while the Insured is alive and this Policy is in force. The change will take effect the date you sign the Request, but the change will not affect any action we have taken before we receive the Request. A change of Owner or Successor Owner does not change the Beneficiary Designation.

## DEATH BENEFIT AND DEATH BENEFIT OPTIONS PROVISIONS

**Death Benefit.** The amount of death benefit is an amount of insurance based on the Death Benefit Option plus any insurance amounts payable under any Riders on the Insured and the part of the Cost of Insurance for the part of the Policy Month beyond the Insured's death less any Loan, accrued loan interest, and, if the Insured dies during the Grace Period, the monthly deductions from the start of the Grace Period.

**Death Benefit Options.** There are two death benefit options. If you do not choose an option, we will use Option 2. The Account Value on the date of death is used in determining the amount of insurance.

**Option 1.** The amount of insurance will be the greater of:
   (1)  the Basic Amount plus Net Premium Payment received since the last Deduction Date plus interest earned on that Net Premium Payment or
   (2)  a percentage of the Account Value.
Such percentage is based on the Insured's age at the start of the current Policy Year, as indicated in the table shown below.

**Option 2.** The amount of insurance will be the greater of:
   (1)  the Basic Amount plus the Account Value or

   (2)  a percentage of the Account Value.
Such percentage is based on the Insured's age at the start of the current Policy Year, as indicated in the table shown below.

| Percentage of Account Value Table | | | |
|---|---|---|---|
| **Age** | **Percentage** | **Age** | **Percentage** |
| 0-40 | 250% | 61 | 128% |
| 41 | 243% | 62 | 126% |
| 42 | 236% | 63 | 124% |
| 43 | 229% | 64 | 122% |
| 44 | 222% | 65 | 120% |
| 45 | 215% | 66 | 119% |
| 46 | 209% | 67 | 118% |
| 47 | 203% | 68 | 117% |
| 48 | 197% | 69 | 116% |
| 49 | 191% | 70 | 115% |
| 50 | 185% | 71 | 113% |
| 51 | 178% | 72 | 111% |
| 52 | 171% | 73 | 109% |
| 53 | 164% | 74 | 107% |
| 54 | 157% | 75-90 | 105% |
| 55 | 150% | 91 | 104% |
| 56 | 146% | 92 | 103% |
| 57 | 142% | 93 | 102% |
| 58 | 138% | 94 | 101% |
| 59 | 134% | 95 & up | 100% |
| 60 | 130% | | |

The percentages in the table are those in effect on the Policy Date. We reserve the right to change the percentages if the table becomes inconsistent with any section of, regulation or ruling under, the Code, as amended from time to time.

## DEATH BENEFIT AND DEATH BENEFIT OPTIONS PROVISIONS (CONTINUED)

**Change in Basic Amount.**   You may change the Basic Amount once each Policy Year by Request.   The minimum amount of change is shown on page 3.   For any change in Basic Amount, we will send you revised pages 3 and 4 to be placed with this Policy.

For an increase, an application must be completed, evidence of insurability satisfactory to us must be furnished, and there must be enough Cash Surrender Value to make a monthly deduction which includes the Cost of Insurance for the increase.   No increases will be allowed after the Policy Anniversary when the Insured is age 80.   The revised pages 3 and 4 will show the amount of the increase, its Effective Date, maximum monthly cost of insurance rate for the increase if the rate class for the increase is different, the additional Surrender Charges, and any change in Planned Premium.

For a decrease, the Basic Amount remaining after the decrease cannot be less than the Basic Amount Minimum.   We reserve the right to not accept a Request for a decrease in the Basic Amount if such decrease could result in this Policy being disqualified as a life insurance contract under any section of, regulation or ruling under the Code, as amended from time to time. Any decrease will first be used to reduce the most recent

increase.   Then, the next most recent increases will be reduced.   Finally, the Initial Basic Amount will be reduced.   The revised pages 3 and 4 will show the amount of decrease, its Effective Date, and any change in Planned Premium and Surrender Charges.   The decrease will take effect on the date we receive the Request.

**Change of Death Benefit Option.**   You may change a Death Benefit Option once each Policy Year by Request. The change will take effect the date we receive your Request.   For a change in Death Benefit Option, we will send you a revised page 3 to be placed with this Policy. The revised page will show the new Death Benefit Option and the Effective Date of the change.

If the change is to Death Benefit Option 1, the Basic Amount will be increased by the amount of Account Value on the Effective Date of the change.   We reserve the right to not accept your Request for a change to Death Benefit Option 1 if such change could result in this Policy being disqualified as a life insurance contract under any section of, regulation or ruling under, the Code, as amended from time to time.

If the change is to Death Benefit Option 2, the Basic Amount will be decreased by the Account Value on the Effective Date of the decrease.

## PAYMENT OF BENEFITS PROVISIONS

**Beneficiary Designation.**   This is as shown in the Application, unless you have made a change by Request. It includes the name of the beneficiary and the order and method of payment.   If you name "estate" as a beneficiary, it means the executors or administrators of the last survivor of you and all beneficiaries.   If you name "children" of a person as a beneficiary, only children born to or legally adopted by that person will be included.

We may rely on an affidavit as to the ages, names, and

other facts about all beneficiaries.   We will incur no liability if we act on such affidavit.

**Change of Beneficiary Designation.**   You may make a change while the Insured is alive by Request.   The change will take effect the date your Request is signed and will replace previous Beneficiary Designations for this Policy; but the change will not affect any action we have taken before we receive the Request.

## PAYMENT OF BENEFITS PROVISIONS (CONTINUED)

**Order of Payment on the Insured's Death.** When the Insured dies, we will make payment in equal shares to the primary beneficiaries living when payment is made. If a primary dies after the first payment is made, we will pay that primary's unpaid share in equal shares to the other primaries living when payment is made. If the last primary dies, we will make payment in equal shares to the successor beneficiaries living when payment is made. If a successor dies while receiving payments, we will pay that successor's unpaid share in equal shares to the other successors living when payment is made. If, at any time, no beneficiary is living, we will make a one sum payment to you, if living when payment is made. Otherwise, we will make a one sum payment to the estate of the last survivor of you and all beneficiaries. "When payment is made" means
(1)   the date that a period payment is due or
(2)   the date that the Request is signed for a cash withdrawal or a one sum payment.
You may change this order of payment by Request while the Insured is alive.

**Methods of Payment.** We will pay the Proceeds under the Interest Method unless you choose another method. If the Payee is other than a natural person, we will make payment under the One Sum Method.

All payment intervals are measured from the date this Policy is surrendered or from the date the Insured dies. No part of any payment can be assigned before the payment is made.

After the Insured's death, a Payee who has the right to make a withdrawal may change the method of payment. This Payee may also appoint a successor payee. The successor payee may be the Payee's estate.

**Method 1 (Interest Method).** We will pay interest at the end of each monthly interval. The interest rate will be at least 2% a year. If chosen, we will pay interest at the end of 3, 6, or 12 month intervals. Withdrawals may be made at any time, but any withdrawal must be at least $500. We will pay interest to the date of withdrawal on the amount withdrawn.

**Method 2 (Fixed Years Method).** We will make equal payments at the end of each monthly interval for a fixed number of years. These payments include

interest. The guaranteed interest rate is 2% a year. The present value of any unpaid payments may be withdrawn at any time.

### FIXED YEARS TABLE

Monthly payments that $1000 will provide for the number of years chosen. Payments for years not shown will be given, if requested.

| Years | Payments | Years | Payments |
|-------|----------|-------|----------|
| 1 | $84.23 | 8 | $11.27 |
| 2 | 42.53 | 9 | 10.12 |
| 3 | 28.63 | 10 | 9.19 |
| 4 | 21.69 | 15 | 6.43 |
| 5 | 17.52 | 20 | 5.05 |
| 6 | 14.74 | 25 | 4.23 |
| 7 | 12.76 | 30 | 3.69 |

**Method 3 (Life Income Method).** We will make equal payments at the end of each monthly interval as long as the Payee is alive. We base the amount of each payment on the Payee's age and sex at the start of the first monthly interval. We may require proof of the Payee's age and sex. The Payee may not withdraw the present value of the payments. If the Payee dies during a certain period, we will continue the payments to the end of the certain period; or the successor Payee may have the present value of any remaining payments paid in one sum.

### LIFE INCOME TABLE

Monthly payments for life that $1000 will provide. Payments for ages not shown will be given, if requested.

| Age Last Birthday | Life | | Life with 10 Years Certain | |
|-------------------|------|--------|------|--------|
| | Male | Female | Male | Female |
| 50 | $3.93 | $3.71 | $3.91 | $3.69 |
| 55 | 4.28 | 4.00 | 4.24 | 3.98 |
| 60 | 4.72 | 4.37 | 4.65 | 4.34 |
| 65 | 5.33 | 4.88 | 5.19 | 4.81 |
| 70 | 6.17 | 5.59 | 5.87 | 5.43 |
| 75 | 7.34 | 6.60 | 6.68 | 6.23 |

**Method 4 (Fixed Amount Method).** We will make equal payments at the end of 1, 3, 6, or 12 month intervals. We will continue payments until the amount put under this method together with compound interest has been paid. The interest rate will be at least 2% a year. The payment interval chosen must provide a total annual payment of at least $100 for each $1000 put under this method. The unpaid balance may be withdrawn at any time.

## PAYMENT OF BENEFITS PROVISIONS (CONTINUED)

**Method 5 (Joint Life Income Method).** We will make equal payments at the end of each monthly interval as long as at least one of the two Payees is alive. We will base each payment on the age and sex of both Payees at the start of the first monthly interval. We may require proof of the age and sex of each Payee. The Payees may not withdraw the present value of any payments.

### JOINT LIFE INCOME TABLE

Monthly payments that $1000 will provide as long as at least one of the two Payees is alive. Payments for age combinations not shown will be given, if requested.

| Age Last Birthday Male | Female | | | |
|---|---|---|---|---|
| | 60 | 65 | 70 | 75 |
| 60 | $3.94 | $4.13 | $4.30 | $4.44 |
| 65 | 4.07 | 4.32 | 4.58 | 4.81 |
| 70 | 4.17 | 4.50 | 4.85 | 5.20 |
| 75 | 4.24 | 4.63 | 5.08 | 5.58 |

**Method 6 (One Sum Method).** We will pay the Cash Surrender Value or the Proceeds in one sum. Interest at the rate of at least 2% a year will be paid

from the date of the Insured's death to the date of payment.

**Method 7 (Other Method).** Payment by any other method may be made if we agree.

**Minimum Payment.** If any payment, except the last, under a method of payment would be less than $100 per Payee, we will pay the present value of any unpaid payments in one sum.

**Basis of Computation for Payments.** The monthly payments shown for methods 3 and 5 are guaranteed payments based on an interest rate of 3% a year and the 2000a Individual Annuity Mortality Table with ages set back 3 years.

Any present values will be based on the interest rate used in determining the payments for the method.

**Additional Amounts Payable.** Each year we may apportion and pay dividends or additional interest under any method of payment.

## PREMIUM PROVISIONS

**Payment of Premiums.** You may pay premiums at our Home Office or to one of our agents. We will give you a receipt signed by one of our Officers, if you request one.

The Initial Premium, shown on page 3, is due on the Policy Date. All other premiums may be paid in any amount and at any time if:
   (1)   the amount is at least $25 and
   (2)   in a Policy Year, the total premiums, excluding the Initial Premium, do not exceed without our consent, the total Planned Premiums for a Policy Year.

**Premium Charge.** The premium charge percentage times the amount of the premium received is the premium charge. The actual premium charge

percentage will be determined as described in the Changes in Rates and Charges provision. Such percentage cannot exceed the maximum Premium Charge Percentage shown on page 3.

**Rejection of Premium Payments for Tax Purposes.** We reserve the right to reject any premium paid if such premium amount would result in this Policy being disqualified as a life insurance contract under any section of, regulation or ruling under, the Code, as amended from time to time. We will promptly return any rejected premium. No Premium Charge will be deducted from the rejected premium. No premium will be rejected if it is necessary to continue coverage.

## PREMIUM PROVISIONS (CONTINUED)

**Grace Period.** If, on any Deduction Date, the Cash Surrender Value is not enough to cover the Monthly Deduction, this Policy will stay in force until the end of the grace period. The grace period is 61 days and starts on that Deduction Date. We will mail a notice at least 31 days prior to the end of the grace period to you and to any assignee of record. A premium large enough to cover the monthly deductions for the grace period and any increase in the surrender charges must be paid before the end of the grace period; otherwise, this Policy will lapse and terminate without value.

**Reinstatement.** If this Policy is terminated at the end of the Grace Period, you may apply to reinstate it within 5 years after lapse. You must give us proof of the Insured's insurability that is satisfactory to us. You must pay premiums:

(1)   to keep this Policy in force for 2 months and

(2)   to pay the monthly deductions for the Grace Period.

Reinstatement will take effect on the date we approve the application for reinstatement.

## GUARANTEED VALUES PROVISIONS

**Account Value.** The account value on the Policy Date is the Initial Net Premium less the Monthly Deduction for the first Policy Month.

The account value on any Deduction Date after the Policy Date is the account value on the prior Deduction Date:

(1)   plus any Net Premium Payments received since the prior Deduction Date,

(2)   less the deduction for the Cost of Insurance and the Monthly Issue Charge for any increase in Basic Amount and the monthly charges for any Riders that became effective since the prior Deduction Date,

(3)   less any withdrawals since the prior Deduction Date,

(4)   less the current Monthly Deduction,

(5)   plus any dividend paid and added to the account value on the current Deduction Date, and

(6)   plus any interest accrued since the prior deduction date.

The account value on any other date is the account value on the prior Deduction Date:

(1)   plus any Net Premium Payments received since the prior Deduction Date,

(2)   less the deduction for the Cost of Insurance and the Monthly Issue Charge for any increase in Basic Amount and the monthly charges for any Riders that became effective since the prior Deduction Date,

(3)   less any Withdrawals since the prior Deduction Date, and

(4)   plus any interest accrued since the prior Deduction Date.

**Monthly Deduction.** This deduction is made each month, whether or not premiums are paid, as long as the Cash Surrender Value is enough to cover that monthly deduction. Each Monthly Deduction includes:

(1)   the Cost of Insurance,

(2)   the monthly charges for any Riders,

(3)   the Monthly Expense Charge, and

(4)   the Monthly Issue Charge if applicable.

**Cost of Insurance.** This cost is calculated each month. The cost is determined separately for the Initial Basic Amount and each increase in Basic Amount. The Cost of Insurance is the Monthly Cost of Insurance Rate times the difference between (1) and (2), where:

(1)   is the amount of insurance on the Deduction Date at the start of the month divided by 1.0032737, and

(2)   is the Account Value on the Deduction Date at the start of the month before the Cost of Insurance and the monthly charge for any waiver of monthly deduction benefit rider are deducted.

Until the Account Value exceeds the Initial Basic Amount, the Account Value is part of the Initial Basic Amount. Once the Account Value exceeds that amount, if there have been any increases in Basic Amount, the excess will be part of the increases in order in which the increases occurred.

## GUARANTEED VALUES PROVISIONS (CONTINUED)

**Monthly Cost of Insurance Rates.** These rates for each Policy Year are based on the Insured's age on the Policy Anniversary, sex, and applicable Rate Class. A Rate Class will be determined for the Initial Basic Amount and for each increase. The rates shown on page 4 are the maximum Monthly Cost of Insurance Rates for the Initial Basic Amount. Maximum monthly cost of insurance rates will be provided for each increase in the Basic Amount. The actual monthly cost of insurance rates will be determined as described in the Changes in Rates and Charges provision. Such rates cannot exceed the maximum monthly Cost of Insurance rates and cannot be changed more than once a calendar year.

**Monthly Expense Charge.** The maximum monthly expense charge is shown on page 3. The actual monthly expense charge will be determined as described in the Changes in Rates and Charges provision. The actual monthly expense charge cannot exceed the maximum.

**Interest Credited.** We guarantee to credit interest to the Account Value. The actual effective annual rate will be determined as described in the Changes in Rates and Charges provision. Such rate will not be less than the Guaranteed Interest Rate shown on page 3. The rate applied to the Account Value up to the amount of any Loan may differ from the rate applied to the Account Value in excess of the amount of the Loan.

**Surrender Charge.** The Schedule of Surrender Charges is shown on page 4. For each increase in Basic Amount, additional surrender charges will apply. The revised page 4 will show a revised Schedule of Surrender Charges which includes those additional charges.

Upon reinstatement, the surrender charges will be adjusted for any Surrender Charge deducted at the time of lapse. The revised page 4 will show a schedule of the adjusted surrender charges.

**Basis of Computation.** The Cash Surrender Values of this Policy are at least as large as those required by law in the state where it is delivered. The insurance authority there has a statement of how these values are calculated. We base the minimum Cash Surrender Values, Maximum Monthly Cost of Insurance Rates, and reserves on the Insured's age last birthday, sex, and tobacco use, if applicable. The guaranteed interest rate is shown on page 3. The mortality table used is shown on page 4. Modifications are made for rate classes other than standard.

## SURRENDER AND WITHDRAWAL PROVISIONS

**Surrenders.**  You may surrender this Policy at any time by Request.  This Policy will terminate on the date we receive your Request or later date if you so request it. We will pay you the Cash Surrender Value as of the date coverage ceases plus the Monthly Deduction for the part of the Policy Month beyond that date.  We will pay you in one sum unless you choose another Method of Payment.  See the Surrender Charge provision regarding the Surrender Charges applicable.

**Withdrawals.**  You may withdraw part of the Cash Surrender Value by Request while this Policy is in force. No more than 4 Withdrawals can be made in any Policy Year.  The Minimum Withdrawal Amount is shown on page 3.  The withdrawal is effective on the date we receive your Request or a later date, if you so request it. As of that date, the Account Value is reduced by the amount of the withdrawal.

If you request a decrease in Basic Amount or a Change

in Death Benefit Option at the same time you request a withdrawal, we will process the withdrawal before processing either the decrease in Basic Amount or the Change in Death Benefit Option.

If Death Benefit Option 1 is in effect, then the Basic Amount will be reduced by the amount of the withdrawal.  The effective date of the reduction will be the date of the withdrawal.  The reduction will be made as if a decrease in the Basic Amount had been requested.

We reserve the right to reject your Request for a withdrawal if your Request would reduce the Basic Amount below the Basic Amount Minimum.  We reserve the right to reject your Request for a withdrawal if the withdrawal would result in this Policy being disqualified as a life insurance contract under any section of, ruling or regulation under, the Code, as amended from time to time.

## POLICY LOAN PROVISIONS

**Loan.**  You may borrow against this Policy.  This Policy is the sole security for such Loan.  You may borrow the Loan Value less any existing Loan and accrued interest and monthly deductions for the next 2 months.  If your unpaid Loan plus accrued interest exceeds the Loan Value on any Deduction Date, the Grace Period provision will apply.

**Loan Value.**  The Loan Value is the Account Value of this Policy less the Surrender Charge.

**Loan Interest.**  Interest accrues and is payable each day at a rate of 8% a year in Policy Years 1-10, 7% a year in Policy Years 11-20, and 6.5% a year in Policy Years 21 and later.  Any interest not paid is added to the Loan on each Policy Anniversary.

**Loan Repayment.**  You may repay all or part of a Loan at any time before the Insured dies or this Policy is surrendered or terminated.

PRINTED IN U.S.A.

## GENERAL PROVISIONS

**The Contract.** The Policy contains the Basic Plan, any amendments, endorsements, any Riders, and a copy of the Application. A copy of any application for a change to this Policy will be sent to you to be placed with the Policy. Such applications become part of this Policy. The Policy is the entire contract. We have relied on the statements in the Application in issuing this Policy. We reserve the right to investigate the truth and completeness of those statements. In the absence of fraud, they are representations and not warranties. Only statements in the Application will be used to rescind this Policy or deny a claim.

Only an Officer has the right to change this Policy. No agent has the authority to change the Policy or to waive any of its terms. All endorsements, amendments, and Riders must be signed by an Officer to be valid.

We may modify this Policy after we notify you to assure continued qualification of this Policy as a life insurance contract under any section of, regulation or ruling under, the Code as amended from time to time. If we modify this Policy, we will send you the appropriate endorsement to be placed with this Policy. Such endorsement is subject to regulatory approval. If any provision of this Policy conflicts with the law of a jurisdiction that governs this Policy, the provision is deemed to be amended to conform to such law.

**Transaction Delay.** Any payment from the Account Value will usually be made within 7 days of receipt of the Request for payment. We may defer payment of any Cash Surrender Value, withdrawal, or Loan for up to 6 months from the date we receive your Request. However, a withdrawal or a Loan to pay a premium on other policies with us will not be deferred.

If we defer any such payment for 30 days or more, we will pay interest in addition to such payment. Such interest accrues from the date the payment becomes payable to the date of payment at 2% per year or the rate and time required by law, if greater.

**Annual Report.** Each year, we will send you a report. This report will show:
(1)   the Account Value, the Cash Surrender Value, any Loan and accrued loan interest, and the amount of the death benefit as of the date of the last report and this report and
(2)   any premiums paid, any deductions made, and any Withdrawals made since the last report.

**Projection of Benefits and Values.** You may request a projection of death benefits, account values, and cash surrender values. We may charge a reasonable fee for providing this projection.

**Annual Dividends.** We do not expect to pay dividends on this Policy; however, we may apportion and pay dividends each year. Any such dividends will be paid only at the end of the Policy Year. There is no right to a partial or pro rated dividend prior to the end of the Policy Year.

You may choose to have your dividend used under one of these options:
(1)   Cash. We will pay it to you in cash.
(2)   Addition to Account Value. We will add it to the Account Value at the end of the Policy Year.

If you do not choose an option on the Application or by Request or the option chosen is not available, we will use option 2. You may change the option by Request. The change will apply to dividends paid after we receive the Request.

**Changes in Rates and Charges.** Monthly Cost of Insurance Rates, monthly charges for any additional insured's level term life insurance benefit rider, the Premium Charge Percentage, the Monthly Expense Charge, and the interest rate applicable to the Account Value can change at any time, subject to the limitations in this Policy. We will determine each based on future expectations as to investment earnings, mortality, expenses, and persistency.

## GENERAL PROVISIONS (CONTINUED)

**Assignment.**   You may assign this Policy or any interest in it.   We will recognize an Assignment only if it is in writing and filed with us.   We are not responsible for the validity or effect of any Assignment.   An Assignment may limit the interest of any beneficiary.

**Error in Age or Sex.**   If the Insured's date of birth or sex is not as stated in the Application, we will adjust each benefit on the Insured to the benefit payable had the Insured's age and sex been stated correctly.   Such adjustment will be based on the ratio of the correct Monthly Deduction for the most recent Deduction Date for that benefit to the Monthly Deduction that was made. For the Basic Plan, the adjustment is made to the amount of insurance less the Account Value.

**Incontestability.**   We will not contest the Initial Basic Amount after the Basic Plan has been in force during the Insured's lifetime for 2 years from the Issue Date of this Policy.   We will not contest any increase in Basic Amount or reinstatement after it has been in force during the lifetime of the Insured for 2 years from the Effective Date of the increase in Basic Amount or reinstatement. We will not contest an increase due to a change to Death Benefit Option 1.   Any contest of any increase in Basic Amount or reinstatement will be limited to material statements contained in the application for such increase or reinstatement.

Each Rider has its own incontestability provision.

**Limited Death Benefit.**   If the Insured dies by suicide while sane or by self-destruction while insane within 2 years from the Issue Date of this Policy, the Initial Basic Amount will not be paid.   The Proceeds in this case will be limited to the premiums paid on the Initial Basic Plan less any Loan, accrued loan interest, any Withdrawals from the Account Value, and any dividends paid on the Basic Plan.

Any increase in Basic Amount or amount reinstated will not be paid if the Insured's death results from suicide while sane or self-destruction while insane within 2 years from the Effective Date of such increase or reinstatement.   The Proceeds of the increase will be limited to the monthly deductions for the increase.   This does not apply to an increase due to a change to Death Benefit Option 1.   The Proceeds of a reinstated policy will be limited to the premiums paid on the Basic Plan since reinstatement less any Loan, accrued loan interest, any Withdrawals from the Account Value, and any dividends paid on the Basic Plan.

Each Rider has its own Limited Death Benefit provision.

---

**ADDITIONAL INSURED'S LEVEL TERM LIFE INSURANCE BENEFIT RIDER**

---

**General.** This rider is part of this Policy. It is based on the Application for this Rider and the deduction of the Monthly Charges for this Rider. Only certain policy provisions are a part of this Rider. They are "Definitions," "Ownership," "Payment of Benefits," "Grace Period," "Reinstatement," "Monthly Deduction," "The Contract," "Annual Dividends," "Changes in Rates and Charges", "Assignment," and "Error in Age or Sex." "Ownership" is modified by "Ownership Modification." "Additional Insured" is used in place of "Insured" in the Reinstatement and Error in Age or Sex provisions when they apply to this Rider. The Additional Insured is named on page 3.

**Additional Insured's Level Term Life Insurance Benefit.** The amount is shown on page 3 of this Policy. This amount will be paid when due proof is received that the Additional Insured died before this Rider terminated.

**Monthly Charges for This Rider.** The charges for each Policy Year are based on the Additional Insured's age on the Policy Anniversary, sex, and rate class for this Rider. The actual Monthly Charges for this Rider will be determined as described in the Changes in Rates and Charges provision. Such Monthly Charges cannot exceed the Maximum Monthly Charges for this Rider shown per $1000 on page 4 and cannot be changed more than once a calendar year.

**Ownership Modification.** If the Insured is the Owner, the Additional Insured will become the Owner when the Insured dies.

**Beneficiary.** When the Additional Insured dies, we will make payment to you, if then living. Otherwise, we will make payment in equal shares to any surviving children born to or legally adopted by the Insured and Additional Insured if they were husband and wife. Otherwise, we will make payment to the Additional Insured's estate.

We will make the payment in one sum. You may change this provision by Request.

**Conversion.** You may convert this Rider by Request to a new policy on the Additional Insured subject to the following:
(1) This Rider must be in force.
(2) The conversion must occur on or before the Policy Anniversary when the Additional Insured is age 75.
(3) The Request must include this Policy and the first premium for the new policy.
(4) No evidence of insurability is required.

If the Insured dies while this Rider can be converted, your Request to convert must be received within 90 days after the Insured dies. The effective date of the new policy will be the day after the end of the 90-day period. Coverage continues until the end of that period.

The new policy becomes effective when we receive your Request. Coverage under this Rider will terminate when the conversion occurs. Pages 3 and 4 of this Policy will then be revised.

The new policy will be subject to the following conditions at the time of conversion:
(1) It must be a whole life plan then available. At least one plan will be made available.
(2) The amount of insurance can be no more than the amount then provided by this Rider.
(3) The premium will be based on the Additional Insured's attained age, sex, and rate class. The rate class will be the same as for this Rider.
(4) All limitations of this Rider will be part of the new policy.
(5) The Incontestability and Limited Death Benefit provisions in the new policy will not extend beyond the period set by this Rider.

20031205

---

## ADDITIONAL INSURED'S LEVEL TERM LIFE INSURANCE BENEFIT RIDER (CONTINUED)

---

**Termination.** This Rider will terminate on the earlier of the Policy Anniversary shown under Benefit Period Ends on page 3 or the Policy Anniversary when the Additional Insured is age 85. We will terminate this Rider before either of those dates:
(1) when this Rider is converted,
(2) when this Policy is terminated by surrender or lapse, or
(3) 90 days after the Insured's death.

You may terminate this rider by Request. You must send us your Request and this Policy. This Rider will terminate on the date the request and this Policy are received. We will revise pages 3 and 4 of this Policy to show this change.

**Incontestability.** We will not contest this Rider after it has been in force during the lifetime of the Additional Insured for 2 years from its Issue Date.

**Limited Death Benefit.** If the Additional Insured dies by suicide while sane or self-destruction while insane within 2 years from the Issue Date of this Rider, the benefit will be limited to the actual Monthly Charges for this Rider that were deducted.

**Effective Date of This Rider.** This is the Policy Date unless a different date for this Rider is shown on page 3.

**State Farm Life Insurance Company**

*Edward B Rust Jr*

President

*Lynne M. Yowell*

Secretary



**STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

# LIFE INSURANCE APPLICATION

## 1. TYPE OF APPLICATION *(check one)*

☒ New Business   ☐ Change of Plan/Added Benefits   ☐ Universal Life Increase   ☐ Term Conversion with Increase in Amount
Existing Policy Number: _____   Existing Policy Number: _____   Existing Policy Number: _____

## 2. PROPOSED INSURED 1       *(Print name in full)*

**a.** MR ☒  MS ☐  | LAST NAME: FICKLIN | FIRST NAME: LAWRENCE | MIDDLE INITIAL |

**b.** MAILING ADDRESS: 4C7 W 35TH AVE | CITY: PINE BLUFF | STATE: AR | ZIP CODE: 71603-6083 |

**c.**

| SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER | DRIVER'S LICENSE NUMBER | STATE | SEX | BIRTH DATE MO-DAY-YR | AGE |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | AR | M | | 57 |

**d.**

| MARITAL STATUS | HEIGHT | WEIGHT | STATE OF BIRTH | UNITED STATE OR CANADIAN CITIZEN? | YES | NO |
|---|---|---|---|---|---|---|
| MARRIED | 5 : 11 | 220 | ARKANSAS | | ☒ | ☐ |

**e.** OCCUPATION: EDUCATION | EMPLOYER'S NAME: PULASKI TECHNICAL COLLEGE

Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas, or oil? *(If yes, explain exact duties)*   YES ☐   NO ☒

**f.**

## 3. PROPOSED INSURED 2       *(Additional Insured or Payor, print name in full)*

**a.** MR ☐  MS ☐  | LAST NAME | FIRST NAME | MIDDLE INITIAL |

**b.**

| SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER | DRIVER'S LICENSE NUMBER | STATE | SEX | BIRTH DATE MO-DAY-YR | AGE |
|---|---|---|---|---|---|
| | | | | | |

**c.**

| MARITAL STATUS | HEIGHT | WEIGHT | STATE OF BIRTH | UNITED STATE OR CANADIAN CITIZEN? | YES | NO |
|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ |

**d.** OCCUPATION | EMPLOYER'S NAME

Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas, or oil? *(If yes, explain exact duties)*   YES ☐   NO ☐

**e.**

## 4. APPLICANT/OWNER       *(If not Proposed Insured 1, print name in full)*

**a.**

| LAST NAME | FIRST NAME | MIDDLE INITIAL | SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER |
|---|---|---|---|
| | | | |

**b.**

| MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

*Successor Owner (Required unless the Applicant/Owner is a TRUST or CORPORATION)*

**c.** | LAST NAME | FIRST NAME | MIDDLE INITIAL |

## 5. *Complete 5 if Proposed Insured is under age 16*

**a.** Is Proposed Insured to be Owner at and after age 21?   YES ☐   NO ☐

**b.** Give amount of insurance in force on: *(If none, so indicate)*
Father $ _____     Mother $ _____

---

**6. COVERAGES APPLIED FOR**　　　　*(Do not complete 6-8 if applying for Universal Life/Second to Die.)*

**a.** **Amount Applied For:** $ _____

  **Basic Plan coverage applied for:**
  ☐ Whole Life　　　　　　　　　　　☐ Term to Age 95 - 10
  ☐ 15 Pay Life　　　　　　　　　　　☐ Term to Age 95 - 20
  ☐ Single Premium Life　　　　　　　☐ Term to Age 95 - 30
  ☐ 5 Year Term

**b.** **Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*
　　　　　　　　　　　　　　　　　　　　YES　NO
  Waiver of Premium (PI 1 only)　　☐　☐
  ☐ Payor (Complete PI 2)　　　　　　　　　　　☐ 5 Year Term (PI 1)　　$ _____
  ☐ Guaranteed Insurability Option $ _____　☐ 5 Year Term (PI 2)　　$ _____
  ☐ Children's Term Rider　　_____ Units

---

**7. DIVIDEND OPTION**

  If the dividend option chosen is not available or no option is chosen, policy provisions determine the option.
  ☐ Paid-up Additions　　　　☐ Accumulate　　　　☐ Reduce Premium　　　　☐ Cash

---

**8.** *Complete if policy applied for has an APL provision.*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　YES　NO
  Do you want the Automatic Premium Loan provision to apply, if applicable?　　☒　☐

---

**9. UNIVERSAL LIFE / SECOND TO DIE**

**a.** **Initial Basic Amount:** $ 50000 _____　☒ Universal Life　☐ Second to Die

**b.** **Death Benefit:** *(Complete for new policy only)*
  If no option is chosen, policy provisions determine the option.
  ☒ Option 1 — Basic Amount　　　　☐ Option 2 — Basic Amount plus Account Value

**c.** **Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*
　　　　　　　　　　　　　　　　　　　　　　YES　NO
  Waiver of Monthly Deduction (PI 1 only)　☒　☐
  ☐ Guaranteed Insurability Option $ _____　☐ Level Term (PI 2)　　$ _____
  ☐ Children's Term Rider　　_____ Units　　　☐ Level Term (PI 1)　　$ _____
　　　　　　　　　　　　　　　　　　　　　　　　　(Second to Die only)

**d.** **Dividend Option:**
  If no option is chosen, policy provisions determine option.
  ☒ Addition to Account Value　　　☐ Cash

**e.** **Planned Premium:**
  Mode chosen:　☐ Annual　　　　☒ SFPP　Existing SFPP Account #: _____
　　　　　　　　☐ Other Special Monthly: _____
  Amount to be billed each payment date: $ 147.69 _____

**f.** **Increase in Basic Amount For Universal Life Only:** *(Do not complete for new policy.)* $ _____

---

**10. BENEFICIARY DESIGNATION — Proposed Insured 1**

Completion of this section will replace all previous rider and policy designations for this policy. If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 1 is the Survivor or insured under a rider.

| PRIMARY BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| Ethel Ficklin | SPOUSE |

| SUCCESSOR BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| Zabrina Weaver | CHILD |

**11. BENEFICIARY DESIGNATION — Proposed Insured 2**

Complete for Additional Insured's rider only if the Beneficiary provision in the rider is NOT desired. If this section is completed, the Payment of Benefit provision of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of the "Insured." If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 2 is the Survivor or insured under a rider.

| PRIMARY BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
|  |  |

| SUCCESSOR BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
|  |  |

**Complete 12 if CTR applied for.**   *List children under age 18 (if none, so state)*

| 12. | LAST NAME, FIRST NAME, MI *(If last name different, explain)* | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTHDATE | | | AMOUNT NOW INSURED FOR |
|---|---|---|---|---|---|---|
| | | | MO. | DAY | YR. | |
| | | | | | | $ |

**Complete 13 & 14 if CTR applied for OR Proposed Insured 1 is under age 16.**

**13.** In the last 10 years, has Proposed Insured 1 or any children named in question 12, had or been treated by a member of the medical profession for: *(If yes, check all that apply and explain)*

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **a.** ☐ birth defect | **e.** ☐ mental disorder | **i.** ☐ impairment of sight, hearing, or speech |
| **b.** ☐ asthma | **f.** ☐ seizure | **j.** ☐ diabetes |
| **c.** ☐ kidney disease | **g.** ☐ heart murmur | **k.** ☐ anemia |
| **d.** ☐ leukemia | **h.** ☐ cancer | **l.** ☐ Acquired Immune Deficiency Syndrome (AIDS) |
| | | **m.** ☐ Human Immunodeficiency Virus (HIV) infection |

YES ☐   NO ☐

**14.** In the last 3 years, has Proposed Insured 1 or any children named in question 12, seen a doctor for any reason not previously explained excluding any routine physical examination with normal findings? *(If yes, explain)*   ☐   ☐

**All Applications:  Complete 15**

| 15. Proposed Insured 1 or Applicant, if other than Proposed Insured 1: | YES | NO | | |
|---|---|---|---|---|
| a. Do you own any life insurance or annuities on yourself or others? | ☐ | ☒ | | |
| b. If yes, is this policy a replacement of any of those policies? | ☐ | ☐ | | |

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| c. Is the total amount of insurance in force on you more than $200,000? *(If yes, give amounts and details.)* | ☐ | ☒ | ☐ | ☐ |
| d. Is anyone now applying for life or health insurance on you with any other company? *(If yes, in Explanations state company and amounts.)* | ☐ | ☒ | ☐ | ☐ |

---

**Applications (Ages 16 & up):  Complete 16-19**

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| 16. Have you used tobacco or other nicotine products in any form in the last 36 months? *(If yes, please provide month/year last used   PI 1 ___/___ Month Year   PI 2 ___/___ Month Year)* | ☐ | ☒ | ☐ | ☐ |
| 17. In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)* | ☐ | ☒ | ☐ | ☐ |

*(Check all that apply)*

| | PI 1 | PI 2 | | | | PI 1 | PI 2 | |
|---|---|---|---|---|---|---|---|---|
| a. | ☐ | ☐ | cancer or tumor | | d. | ☐ | ☐ | stroke or transient ischemic attack (TIA) |
| b. | ☐ | ☐ | diabetes | | e. | ☐ | ☐ | Acquired Immune Deficiency Syndrome (AIDS) |
| c. | ☐ | ☐ | heart disease or disorder, chest pain, high blood pressure | | f. | ☐ | ☐ | Human Immunodeficiency Virus (HIV) infection |

| 18. In the last 3 years, have you: *(If yes, explain)* | PI 1 YES | NO | PI 2 YES | NO |
|---|---|---|---|---|
| a. been convicted of or pleaded guilty to any moving violations or driving under the influence of alcohol or drugs? | ☒ | ☐ | ☐ | ☐ |
| b. engaged in any type of aviation activity (other than as a passenger); or is any such activity planned in the next 6 months? | ☐ | ☒ | ☐ | ☐ |
| c. engaged in avocations such as mountain/rock climbing, vehicle racing, SCUBA/skin diving, sky diving, ballooning or hang gliding, or is any such activity planned in the next 6 months? | ☐ | ☒ | ☐ | ☐ |
| 19. Do you plan to leave or travel from the United States or Canada in the next 6 months? *(If yes, explain)* | ☐ | ☒ | ☐ | ☐ |

---

**Applications (Ages 16 & up if NO medical exam required):  Complete 20-23**

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| 20. Have you ever applied for or received disability benefits; had an injury to your neck, back, arm, or leg; or had any loss of sight or hearing? *(If yes, explain)* | ☐ | ☐ | ☐ | ☐ |
| 21. In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)* | ☐ | ☐ | ☐ | ☐ |

*(Check all that apply)*

| | PI 1 | PI 2 | | | | PI 1 | PI 2 | |
|---|---|---|---|---|---|---|---|---|
| a. | ☐ | ☐ | respiratory disorder | | c. | ☐ | ☐ | mental or nervous disorder |
| b. | ☐ | ☐ | liver or intestinal disorder | | d. | ☐ | ☐ | blood disorder |

| 22. In the last 5 years, have you used cocaine, marijuana, or any other controlled substance or narcotic not prescribed by a doctor; or had treatment or counseling for alcohol or drug use, or been advised to seek treatment or counsel for alcohol or drug use? *(If yes, explain)* | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| 23. In the last 5 years, have you for any reason not previously explained: *(If yes, explain)* | | | | |
| a. seen a doctor or psychologist? | ☐ | ☐ | ☐ | ☐ |
| b. had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? *(If yes, list and explain)* | ☐ | ☐ | ☐ | ☐ |
| c. had or been advised to have treatment or a test in any lab, clinic, or hospital? | ☐ | ☐ | ☐ | ☐ |
| d. been told surgery was necessary? | ☐ | ☐ | ☐ | ☐ |

## 24.  EXPLANATIONS:

*If space below is insufficient, use additional sheets which will be part of this application. Sheets must be signed & dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.*

LAWRENCE  - DRIVING VIOLATION EXPLANATION: 1 Speeding

## 25. AGREEMENTS

Coverage will be effective as of the policy date if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete without material changes.

For changes in Basic Amount for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by the Company if on such deduction date the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete without material changes.

However, if a binding receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete. It is agreed that the Company can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment, and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION

By signing this application, I certify under penalties of perjury that (1) the TIN shown above is correct, and (2) I am exempt from backup withholding, or that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, *(If you are subject to backup withholding, cross out item 2.)* and (3) I am a U.S. person (Including a U.S. resident alien).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. (See instructions.)

Date Signed 07/31/2007

*Signature of Proposed Insured 1* **X** _Laurence L. Ficklin_

   *Not required if Proposed Insured is under age 16*

at Pine Bluff AR
   *City          State*

*Signature of Proposed Insured 2* **X**

*Signature of Agent as*
*Witness to all Signatures* **X** _Don Harris_

04/1112

*Signature of*
*Applicant* **X**

   *Not required unless applicant is other than Proposed Insured 1. If a firm or corporation is to be the owner, give its name and signature of authorized officer.*

121173                    (AR & TN)                    12-21-2004



**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICES, BLOOMINGTON, IL 61710

Doc Type **77** Check Digit

Page 1 of 2

# LIFE APPLICATION SUPPLEMENT

| 1. Name of Proposed Insured | Birth Date | Application No.(s) |
|---|---|---|
| LAWRENCE   FICKLIN | ████████ | 24315567 |

In DETAILS for "Yes" answers, IDENTIFY QUESTION NUMBER and include diagnoses, dates, durations, and names and addresses of all doctors and medical facilities. If needed, use additional sheets.

| 2. Have you, in the last 10 years, had or been treated by a member of the medical profession for: | YES | NO | DETAILS: |
|---|---|---|---|
| **a.** Disorder of eyes (other than vision correction)? | ☐ | ☒ | |
| **b.** Dizziness, fainting, epilepsy, convulsions, seizures; frequent or severe headaches? | ☐ | ☒ | |
| **c.** Paralysis, stroke; or disorder of the brain, spinal cord, or nerves? | ☐ | ☒ | |
| **d.** Shortness of breath, asthma, emphysema, pneumonia, sleep apnea or other respiratory disorder? | ☐ | ☒ | |
| **e.** Chest pain, heart attack, high blood pressure, heart murmur, or other disorder of the heart or blood vessels? | ☐ | ☒ | |
| **f.** Hepatitis, ulcer, colitis; or other disorder of the stomach, esophagus, intestines, rectum, or liver? | ☐ | ☒ | |
| **g.** Mental health conditions, including anxiety, depression or psychiatric disorders? | ☐ | ☒ | |
| **h.** Diabetes, disorder of the bladder or kidneys, disorder of the thyroid, or any other endocrine disorder? | ☐ | ☒ | |
| **i.** Sexually transmitted disease; disorder of reproductive organs; disorder of the breasts, or prostate? | ☐ | ☒ | |
| **j.** Arthritis; deformity or amputation; or injury or disorder of the neck, back, bones or joints? | ☐ | ☒ | |
| **k.** Cyst, tumor, or cancer? | ☐ | ☒ | |
| **l.** Disorder of the skin or lymph glands? | ☐ | ☒ | |
| **m.** Leukemia, anemia, immune deficiency, or any other blood disorder? | ☐ | ☒ | |
| **n.** Recurrent fever, fatigue, or night sweats? | ☐ | ☒ | |
| 3. To the best of your knowledge and belief, are you now pregnant? Have you ever had complications of pregnancy, including cesarean section? | ☐ | ☒ | |

106260

C1:  5855955 (AR, LA, TN)

Continued on page 2

SF: 25LP24315567FIC01000

Page 2 of 2

| Name of Proposed Insured | Application No.(s) |
|---|---|
| LAWRENCE   FICKLIN | 24315567 |

| | YES | NO | DETAILS: |
|---|---|---|---|
| **4.** Have you, in the last 5 years:<br>  **a.** Used cocaine, marijuana, narcotics, or any other controlled substance not prescribed by a doctor? | ☐ | ☒ | 12 App Current Age. 57<br>12 Father Alive? YES<br>12 Current Age. 77<br>12 Mother Alive? YES |
|   **b.** Been treated or counseled, or been advised to seek treatment or counseling, for alcohol or drug use? | ☐ | ☒ | 12 Current Age. 78 |

**5.** Other than what we've already discussed, have you, in the last 5 years:

| | YES | NO |
|---|---|---|
|   **a.** Had any mental or physical disorder not already mentioned? | ☐ | ☒ |
|   **b.** Had or been advised to have treatment, a test, electrocardiogram, X-ray or scan in a medical facility such as a doctor's office, lab, clinic, emergency room, or hospital? | ☐ | ☒ |
|   **c.** Had surgery or been told surgery was necessary? | ☐ | ☒ |
| **6.** Have you, in the last 3 years, claimed or received any benefits because of injury, sickness, or disability? | ☐ | ☒ |
| **7.** Have you had any unexplained change in weight in the last 12 months? | ☐ | ☒ |
| **8.** Have you used tobacco or any nicotine products in any form in the last 36 months? | ☐ | ☒ |
| **9.** In the last 5 years, have you for any reason not previously explained, had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? | ☐ | ☒ |

**10.** Who is your doctor?
None.

| | YES | NO |
|---|---|---|
| **11.** Have you seen your doctor for any reason other than what you've already mentioned? | ☐ | ☒ |
| **12.** Has your father, mother, or any brother or sister ever had diabetes, cancer, or heart disease before age 60? | ☐ | ☒ |

I state that all information in this Life Application Supplement and any additional sheets is true and complete. This Life Application Supplement and any additional sheets will be part of my application.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Witness
to Signature X_____ Dated On _____
                                                   MONTH                  DAY          YEAR

X **Interview completed 08/07/07. Voice signature on file.**
SIGNATURE OF PROPOSED INSURED

03-12-2003  Printed in U.S.A.



**STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

**PAGE 1 OF 6**

`01`

# LIFE INSURANCE APPLICATION

## 1. TYPE OF APPLICATION *(check one)*

☐ New Business ☑ Change of Plan/Added Benefits
Existing Policy Number: **2431-5567**
☐ Universal Life Increase
Existing Policy Number:
☐ Term Conversion with Increase in Amount
Existing Policy Number:

## 2. PROPOSED INSURED 1 *(Print name in full)*

a. MR ☑ MS ☐  LAST NAME: **FICKLIN**  FIRST NAME: **LAWRENCE**  MIDDLE INITIAL:

b. MAILING ADDRESS: **407 W 35TH PL**  CITY: **PINE BLUFF**  STATE: **AR**  ZIP CODE: **71603**

c. SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER: ▓▓▓▓  DRIVER'S LICENSE NUMBER: **927967191**  STATE: **AR**  SEX: **M**  BIRTH DATE MO-DAY-YR: ▓▓▓▓  AGE: **58**

d. MARITAL STATUS: **M**  HEIGHT: **5 10**  WEIGHT: **220**  STATE OF BIRTH: **AR**  UNITED STATES OR CANADIAN CITIZEN?  YES ☑  NO ☐

e. OCCUPATION: **INSTRUCTOR**  EMPLOYER'S NAME: **PULASKI TECH COLLEGE**

f. Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas or oil? *(If yes, explain exact duties)*  YES ☐  NO ☑

## 3. PROPOSED INSURED 2 *(Additional Insured or Payor, print name in full)*

a. MR ☐ MS ☑  LAST NAME: **FICKLIN**  FIRST NAME: **ETHEL**  MIDDLE INITIAL:

b. SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER: ▓▓▓▓  DRIVER'S LICENSE NUMBER: **923915855**  STATE: **AR**  SEX: **F**  BIRTH DATE MO-DAY-YR: ▓▓▓▓  AGE: **54**

c. MARITAL STATUS: **M**  HEIGHT: **5 6**  WEIGHT: **210**  STATE OF BIRTH: **MS**  UNITED STATES OR CANADIAN CITIZEN?  YES ☑  NO ☐

d. OCCUPATION: **RN**  EMPLOYER'S NAME: **JEFFERSON REG MED CTR**

e. Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas or oil? *(If yes, explain exact duties)*  YES ☐  NO ☑

## 4. APPLICANT/OWNER *(If not Proposed Insured 1, print name in full)*

a. LAST NAME:  FIRST NAME:  MIDDLE INITIAL:  SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER:

b. MAILING ADDRESS:  CITY:  STATE:  ZIP CODE:

**Successor Owner** *(Required unless the Applicant/Owner is a TRUST or CORPORATION)*

c. LAST NAME:  FIRST NAME:  MIDDLE INITIAL:

## 5. Complete 5 if Proposed Insured is under age 16

a. Is Proposed Insured to be Owner at and after age 21?  YES ☐  NO ☐
b. Give amount of insurance in force on: *(If none, so indicate)*  Father $   Mother $

121:73  (AR & TN)  12-21-2004

**6. COVERAGES APPLIED FOR**     *(Do not complete 6-8 if applying for Universal Life/Second to Die.)*

**a. Amount Applied For:** $ _____

   **Basic Plan coverage applied for:**

☐ Whole Life                  ☐ Term to Age 95 - 10

☐ 15 Pay Life                 ☐ Term to Age 95 - 20

☐ Single Premium Life       ☐ Term to Age 95 - 30

☐ 5 Year Term

**b. Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*

                              YES   NO

Waiver of Premium (PI 1 only)    ☐    ☐

☐ Payor (Complete PI 2)                    ☐ 5 Year Term (PI 1)    $ _____

☐ Guaranteed Insurability Option $ _____       ☐ 5 Year Term (PI 2)    $ _____

☐ Children's Term Rider       _____ Units

---

**7. DIVIDEND OPTION**

If the dividend option chosen is not available or no option is chosen, policy provisions determine the option.

☐ Paid-up Additions        ☐ Accumulate        ☐ Reduce Premium        ☐ Cash

---

**8. *Complete if policy applied for has an APL provision.***

                                                           YES   NO

Do you want the Automatic Premium Loan provision to apply, if applicable?      ☐   —

---

**9. UNIVERSAL LIFE / SECOND TO DIE**

**a. Initial Basic Amount:** $ 5 0, 000          ☑ Universal Life    ☐ Second to Die

**b. Death Benefit:** *(Complete for new policy only)*

If no option is chosen, policy provisions determine the option.

☑ Option 1 — Basic Amount       ☐ Option 2 — Basic Amount plus Account Value

**c. Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*

                                     YES   NO

Waiver of Monthly Deduction (PI 1 only)    ☑   ☐

☐ Guaranteed Insurability Option $ _____       ☑ Level Term (PI 2)     $ 3 7, 000

☐ Children's Term Rider       _____ Units       ☐ Level Term (PI 1)     $ _____

                                                         (Second to Die only)

**d. Dividend Option:**

If no option is chosen, policy provisions determine option.

☑ Addition to Account Value       ☐ Cash

**e. Planned Premium:**

Mode chosen:    ☐ Annual          ☑ SFPP   Existing SFPP Account #: 1053 - 3824 - 22

                ☐ Other Special Monthly: _____

Amount to be billed each payment date: $ 177.69 (ADDING 73c/Mo ON ETHEL)

**f. Increase in Basic Amount For Universal Life Only:** *(Do not complete for new policy.)* $ -0-_____

---

**10. BENEFICIARY DESIGNATION — Proposed Insured 1**

Completion of this section will replace all previous rider and policy designations for this policy. If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 1 is the Survivor or insured under a rider.

| PRIMARY BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| ETHEL FICKLIN | SPOUSE |

| SUCCESSOR BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| ZABRINA WEAVER | DTR |

**11. BENEFICIARY DESIGNATION — Proposed Insured 2**

Complete for Additional Insured's rider only if the Beneficiary provision in the rider is NOT desired. If this section is completed, the Payment of Benefit provision of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of the "Insured." If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 2 is the Survivor or insured under a rider.

| PRIMARY BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| LAWRENCE FICKLIN | SPOUSE |

| SUCCESSOR BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| ZABRINA WEAVER | DTR |

**Complete 12 if CTR applied for.** *List children under age 18 (if none, so state)*

| 12. LAST NAME, FIRST NAME, MI *(If last name different, explain)* | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTHDATE | | | AMOUNT NOW INSURED FOR |
|---|---|---|---|---|---|
| | | MO | DAY | YR. | |
| | | | | | $ |

**Complete 13 & 14 if CTR applied for OR Proposed Insured 1 is under age 16.**

**13.** In the last 10 years, has Proposed Insured 1 or any children named in question 12, had or been treated by a member of the medical profession for: *(If yes, check all that apply and explain)*            YES ☐   NO ☐

- **a.** ☐ birth defect
- **b.** ☐ asthma
- **c.** ☐ kidney disease
- **d.** ☐ leukemia
- **e.** ☐ mental disorder
- **f.** ☐ seizure
- **g.** ☐ heart murmur
- **h.** ☐ cancer
- **i.** ☐ impairment of sight, hearing, or speech
- **j.** ☐ diabetes
- **k.** ☐ anemia
- **l.** ☐ Acquired Immune Deficiency Syndrome (AIDS)
- **m.** ☐ Human Immunodeficiency Virus (HIV) infection

**14.** In the last 3 years, has Proposed Insured 1 or any children named in question 12, seen a doctor for any reason not previously explained excluding any routine physical examination with normal findings? *(If yes, explain)*   ☐   ☐

| All Applications: Complete 15 | | | |
|---|---|---|---|
| **15.** Proposed Insured 1 or Applicant, if other than Proposed Insured 1: | | YES | NO |
| **a.** Do you own any life insurance or annuities on yourself or others? | | ☑ | ☐ |
| **b.** If yes, is this policy a replacement of any of those policies? | | ☐ | ☑ |

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **c.** Is the total amount of insurance in force on you more than $200,000? *(If yes, give amounts and details.)* | ☐ | ☑ | ☐ | ☑ |
| **d.** Is anyone now applying for life or health insurance on you with any other company? *(If yes, in Explanations state company and amounts.)* | ☐ | ☑ | ☐ | ☑ |

| Applications (Ages 16 & up):  Complete 16-19 | | | | |
|---|---|---|---|---|

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **16.** Have you used tobacco or other nicotine products in any form in the last 36 months? *(If yes, please provide month/year last used   PI 1 ___/___  Month  Year   PI 2 ___/___  Month  Year)* | ☐ | ☑ | ☐ | ☑ |
| **17.** In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)* | ☐ | ☑ | ☐ | ☑ |

*(Check all that apply)*

| | PI 1 | PI 2 | | | | PI 1 | PI 2 | |
|---|---|---|---|---|---|---|---|---|
| **a.** | ☐ | ☐ | cancer or tumor | | **d.** | ☐ | ☐ | stroke or transient ischemic attack (TIA) |
| **b.** | ☐ | ☐ | diabetes | | **e.** | ☐ | ☐ | Acquired Immune Deficiency Syndrome (AIDS) |
| **c.** | ☐ | ☐ | heart disease or disorder, chest pain, high blood pressure | | **f.** | ☐ | ☐ | Human Immunodeficiency Virus (HIV) infection |

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **18.** In the last 3 years, have you: *(If yes, explain)* | | | | |
| **a.** been convicted of or pleaded guilty to any moving violations or driving under the influence of alcohol or drugs? | ☐ | ☑ | ☐ | ☑ |
| **b.** engaged in any type of aviation activity (other than as a passenger); or is any such activity planned in the next 6 months? | ☐ | ☑ | ☐ | ☑ |
| **c.** engaged in avocations such as mountain/rock climbing, vehicle racing, SCUBA/skin diving, sky diving, ballooning or hang gliding, or is any such activity planned in the next 6 months? | ☐ | ☑ | ☐ | ☑ |
| **19.** Do you plan to leave or travel from the United States or Canada in the next 6 months? *(If yes, explain)* | ☐ | ☑ | ☐ | ☑ |

| Applications (Ages 16 & up if NO medical exam required): Complete 20-23 | | | | |
|---|---|---|---|---|

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **20.** Have you ever applied for or received disability benefits; had an injury to your neck, back, arm, or leg; or had any loss of sight or hearing? *(If yes, explain)* | ☐ | ☑ | ☐ | ☑ |
| **21.** In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)* | ☐ | ☑ | ☐ | ☑ |

*(Check all that apply)*

| | PI 1 | PI 2 | | | | PI 1 | PI 2 | |
|---|---|---|---|---|---|---|---|---|
| **a.** | ☐ | ☐ | respiratory disorder | | **c.** | ☐ | ☐ | mental or nervous disorder |
| **b.** | ☐ | ☐ | liver or intestinal disorder | | **d.** | ☐ | ☐ | blood disorder |

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **22.** In the last 5 years, have you used cocaine, marijuana, or any other controlled substance or narcotic not prescribed by a doctor; or had treatment or counseling for alcohol or drug use, or been advised to seek treatment or counsel for alcohol or drug use? *(If yes, explain)* | ☐ | ☑ | ☐ | ☑ |
| **23.** In the last 5 years, have you for any reason not previously explained: *(If yes, explain)* | | | | |
| **a.** seen a doctor or psychologist? | ☐ | ☑ | ☐ | ☑ |
| **b.** had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? *(If yes, list and explain)* | ☐ | ☑ | ☐ | ☑ |
| **c.** had or been advised to have treatment or a test in any lab, clinic, or hospital? | ☐ | ☑ | ☐ | ☑ |
| **d.** been told surgery was necessary? | ☐ | ☑ | ☐ | ☑ |

**24. EXPLANATIONS:**

*If space below is insufficient, use additional sheets which will be part of this application. Sheets must be signed & dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.*

**25. AGREEMENTS**

Coverage will be effective as of the policy date if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete without material changes.

For changes in Basic Amount for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by the Company if on such deduction date the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete without material changes.

However, if a binding receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete. It is agreed that the Company can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment, and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION**

By signing this application, I certify under penalties of perjury that (1) the TIN shown above is correct, and (2) I am exempt from backup withholding, or that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, *(If you are subject to backup withholding, cross out item 2.)* and (3) I am a U.S. person (Including a U.S. resident alien).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. (See instructions.)

Date Signed  7 - 19 - 08

Signature of Proposed Insured 1 **X** *Laurence Ficklin*
Not required if Proposed Insured is under age 16

at  PINE BLUFF , AR
City / State

Signature of Proposed Insured 2 **X** *Ethel Ficklin*

Signature of Agent as
Witness to all Signatures **X** *Don Harris*

Signature of
Applicant **X**
Not required unless applicant is other than Proposed Insured 1. If a firm or corporation is to be the owner, give its name and signature of authorized officer.

121173                                    (AR & TN)                                    12-21-2004



**STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

**ACKNOWLEDGMENT** I have received the Notices and the Acknowledgment and Authorization wording.

**AUTHORIZATION** I authorize any source having information about me or my children to give to State Farm Life Insurance Company, its contractors, reinsurers, or its representatives all information available within the last ten (10) years as to health history, diagnosis, treatment or prognosis with respect to any physical or mental condition and non-medical information including, but not limited to, employment history, income, and other insurance coverage. "Source" includes any doctor, hospital, clinic, U.S. Veteran's Administration (VA) Hospital, mental health facility, or any other medically related facility, insurance company, consumer reporting agency and MIB (Medical Information Bureau). Any information obtained will be used to determine eligibility for insurance. This information may also be released to State Farm Mutual Automobile Insurance Company and its affiliates, their contractors, reinsurers, representatives, other insurance companies, for their use in connection with insurance transactions, or as required by law. This information may also be released to MIB, however, no MIB information will be released to a consumer reporting agency. MIB is a non-profit membership exchange assisting in the prevention of fraud. Information obtained pursuant to this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state law and protections will still apply.

I understand I may revoke this Authorization by providing written revocation to State Farm Life Insurance Company except to the extent that State Farm Life Insurance Company has taken action in reliance on this Authorization. Revoking this Authorization will result in this application being declined.

I understand I may refuse to sign this Authorization. However, doing so will result in this application being declined.

This Authorization is valid for two (2) years from the date of signature and a photocopy is as valid as the original. I understand my authorized representative or I have the right to receive a copy of this Authorization.

| | | |
|---|---|---|
| Date Signed 7-19-54 | Signature of Proposed Insured 1 X *Laurence Ficklin* *(Signature of parent or guardian if juvenile application)* | Signature of Proposed Insured 2 X *Ethel Ficklin* |
| | Maiden or Former Name JOHNSON | Maiden or Former Name |

106441 (Life & VUL) 12-16-2003

## AGENT'S STATEMENT

1. How do you know the Proposed Insured(s)?
   - ☐ Just met *(Please explain)*   ☑ Personally known by me or my staff

2. Proposed Insured 1's annual earned income.
   - ☐ 0 – $25,000   ☐ $50,001 – $100,000
   - ☑ $25,001 – $50,000   ☐ Over $100,000

3. The mode of premium payment will be
   - ☐ Annual   ☐ Semi-Annual   ☐ Quarterly   ☐ Employee Payroll Deduction   ☐ Salary Allotment
   - ☐ SFPP   ☐ Agent's Payroll Deduction   ☐ Gov't Allotment Branch——————————
   - ☐ Add to Existing PAC # _____   Social Security # _____
   - ☑ Add to Existing SFPP # *1C53-3824-22*   ☐ Single Premium

4. Amount of premium submitted. $ *- 0 -*

5. Amount of premium quoted. $ *$30 /Mo To ADD ETHEL*

6. Was a Binding Receipt issued?   ☑ YES   ☐ NO

7. a. Indicate other State Farm insurance in family.
   - ☐ Auto   ☑ Life   ☐ Fire   ☐ Health

   b. Is another State Farm life insurance policy being applied for?   ☐ | ☑

   c. Is State Farm health insurance being applied for?   ☐ | ☑

8. Is this policy a replacement or change of existing insurance or annuities owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1? *(if yes, explain)*   ☑ | ☐

   *2431-5567   ADL INSD RIDER*

9. Did you give Proposed Insureds the Notices and the Acknowledgment and Authorization wording?   ☑ | ☐

10. Did you use the premium offset concept to sell this policy?   ☐ | ☑

11. Interview Information

| | Proposed Insured 1 | Proposed Insured 2 |
|---|---|---|
| Home Phone | (870) 534 - 1915 | (870) 534 - 1915 |
| Work Phone | ( ) - | ( ) - |
| Cell Phone | (870) 329 - 7578 | (870) 329 - 4216 |
| E-Mail Address *(Optional)* | | |
| Hearing Impaired - Is special equipment required? | ☐ Yes   ☑ No | ☐ Yes   ☑ No |
| Preferred Language (if not English) | | |

Agent's Code Stamp



**INSURER**

☑ State Farm Life Insurance Company

☐ State Farm Mutual Automobile Insurance Company - Health Insurance Department
Mailing Address: One State Farm Plaza, Bloomington, Illinois 61710

 **07**

## NOTICE AND CONSENT FOR AIDS VIRUS (HIV) TESTING - ARKANSAS

To evaluate your eligibility for insurance or insurance benefits, it is requested that you consent to be tested for the AIDS virus (HIV). By signing and dating this form, you agree that this test may be performed and that underwriting decisions will be based on the test results.

**DISCLOSURE OF TEST RESULTS:**

All test results will be treated confidentially. The results of the test will be reported to the insurer identified on this form. Results of the tests will not otherwise be disclosed except as allowed by law or as stated below.

**MEANING OF TEST RESULTS:**

While positive HIV antibody test results do not mean that you have AIDS, they do mean that you may be at increased risk of developing AIDS or AIDS-related conditions. The test is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus.

Positive HIV antibody test results could adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

**RELEASE OF RESULTS:**

The results of this test may be released to the following:

(1) the proposed insured;

(2) the person legally authorized to consent to the test;

(3) a licensed physician, medical practitioner, or other person designated by the proposed insured;

(4) an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular proposed insured;

(5) a reinsurer, if the reinsurer is involved in the underwriting process, under procedures that are designed to assure confidentiality;

(6) persons who have the responsibility to make underwriting decisions on behalf of the insurer; or

(7) insurer's legal counsel who needs such information to effectively represent the insurer in regard to matters concerning the proposed insured.

The insurer may contact you for the name of a physician or other health care provider to whom you may authorize disclosure and with whom you may want to discuss the results.

**CONSENT:**

I have read and I understand this Notice and Consent Form. I voluntarily consent to testing and disclosure as described above. I understand that I have the right to request and receive a copy of this form. A photocopy of this form will be as valid as the original.

_ETHEL FICKLIN_
Name of Proposed Insured (Please print)

▮▮▮▮▮▮
Birth Date

_407 W 35TH AVE. PINE BLUFF, AR  71603_
Address (Please print)

_X Ethel Ficklin_
Signature of Proposed Insured or Parent/Guardian

_7/19/08_
Date Signed

**ARKANSAS**
State of Residence

**AGENT:** Send the original to your State Farm life or health insurance operation center and provide a copy to the proposed insured.

104496 1

Rev 04-18-2004



**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICES, BLOOMINGTON, IL 61710

Doc
Type  **77**  Check Digit

**Page 1 of 2**

# LIFE APPLICATION SUPPLEMENT

| 1. Name of Proposed Insured | Birth Date | Application No.(s) |
|---|---|---|
| ETHEL   FICKLIN | ▉ | 24315567 |

In DETAILS for "Yes" answers, IDENTIFY QUESTION NUMBER and include diagnoses, dates, durations, and names and addresses of all doctors and medical facilities. If needed, use additional sheets.

| | YES | NO | DETAILS: |
|---|---|---|---|
| **2.** Have you, in the last 10 years, had or been treated by a member of the medical profession for: | | | |
| **a.** Disorder of eyes (other than vision correction)? | ☐ | ☒ | |
| **b.** Dizziness, fainting, epilepsy, convulsions, seizures; frequent or severe headaches? | ☐ | ☒ | |
| **c.** Paralysis, stroke; or disorder of the brain, spinal cord, or nerves? | ☐ | ☒ | |
| **d.** Shortness of breath, asthma, emphysema, pneumonia, sleep apnea or other respiratory disorder? | ☐ | ☒ | |
| **e.** Chest pain, heart attack, high blood pressure, heart murmur, or other disorder of the heart or blood vessels? | ☐ | ☒ | |
| **f.** Hepatitis, ulcer, colitis; or other disorder of the stomach, esophagus, intestines, rectum, or liver? | ☐ | ☒ | |
| **g.** Mental health conditions, including anxiety, depression or psychiatric disorders? | ☐ | ☒ | |
| **h.** Diabetes, disorder of the bladder or kidneys, disorder of the thyroid, or any other endocrine disorder? | ☐ | ☒ | |
| **i.** Sexually transmitted disease; disorder of reproductive organs; disorder of the breasts, or prostate? | ☐ | ☒ | |
| **j.** Arthritis; deformity or amputation; or injury or disorder of the neck, back, bones or joints? | ☐ | ☒ | |
| **k.** Cyst, tumor, or cancer? | ☐ | ☒ | |
| **l.** Disorder of the skin or lymph glands? | ☐ | ☒ | |
| **m.** Leukemia, anemia, immune deficiency, or any other blood disorder? | ☐ | ☒ | |
| **n.** Recurrent fever, fatigue, or night sweats? | ☐ | ☒ | |
| **3.** To the best of your knowledge and belief, are you now pregnant? Have you ever had complications of pregnancy, including cesarean section? | ☐ | ☒ | |

106260                C1: 7258597 (AR, LA, TN)                Continued on page 2

SF: 25LP24315567FIC02000

| Name of Proposed Insured | Application No.(s) |
|---|---|
| ETHEL   FICKLIN | 24315567 |

| | YES | NO | DETAILS: |
|---|---|---|---|
| **4.** Have you, in the last 5 years: | | | |
| **a.** Used cocaine, marijuana, narcotics, or any other controlled substance not prescribed by a doctor? | ☐ | ☒ | |
| **b.** Been treated or counseled, or been advised to seek treatment or counseling, for alcohol or drug use? | ☐ | ☒ | |
| **5.** Other than what we've already discussed, have you, in the last 5 years: | | | |
| **a.** Had any mental or physical disorder not already mentioned? | ☐ | ☒ | |
| **b.** Had or been advised to have treatment, a test, electrocardiogram, X-ray or scan in a medical facility such as a doctor's office, lab, clinic, emergency room, or hospital? | ☐ | ☒ | |
| **c.** Had surgery or been told surgery was necessary? | ☐ | ☒ | |
| **6.** Have you, in the last 3 years, claimed or received any benefits because of injury, sickness, or disability? | ☐ | ☒ | |
| **7.** Have you had any unexplained change in weight in the last 12 months? | ☐ | ☒ | |
| **8.** Have you used tobacco or any nicotine products in any form in the last 36 months? | ☐ | ☒ | |
| **9.** In the last 5 years, have you for any reason not previously explained, had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? | ☐ | ☒ | |
| **10.** Who is your doctor? **See Details** | | | |
| **11.** Have you seen your doctor for any reason other than what you've already mentioned? | ☐ | ☒ | |
| **12.** Has your father, mother, or any brother or sister ever had diabetes, cancer, or heart disease before age 60? | ☒ | ☐ | |

I state that all information in this Life Application Supplement and any additional sheets is true and complete. This Life Application Supplement and any additional sheets will be part of my application.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Witness
to Signature X_____ Dated On _____
                                                                                    MONTH                                    DAY                    YEAR

X **Interview completed 08/07/08.  Voice signature on file.**
SIGNATURE OF PROPOSED INSURED

1C6260                                                                                            03-12-2003  Printed in U.S.A.

Oct 22 13 03:48p

## Part (C) Policy Changes

To:  ● State Farm Life Insurance Company          ○ State Farm Life and Accident Assurance Company
Re:  Policy Numbers **LF-2431-5567**          Name of Insured **LAWRENCE FICKLIN**

☐ Change Mail Address to: For _____  Policyowner's Telephone Number _____

| (Street) | (City) | (State) | (ZIP Code) |

☐ **Change Mode of Premium Payment to:**          ☐ **Premium Offset**   ○ Add   ○ Remove
  ○ Annually   ○ Semi-Annually   ○ Special Monthly          To add, mode of payment must be Annual and dividend option must be
  ○ Monthly   ○ Quarterly          (Type)          Accumulate or Paid-up Additions. If not, change mode of payment and dividend option.

☐ **Change Dividend Option to:**
  ○ Accumulate   ○ Paid in Cash   ○ Paid-up Additions   ○ Reduce Premium

☐ **Change Name of:** _____   from _____
                              (Policy Role)                              (Print Old Name)
  to _____   due to _____
                    (Print New Name)                              (Reason for Change)

The legal name must be provided. If the name of the Policyowner is being changed, sign the new name as "Signature of Policyowner" below.

☐ Add Successor Owner/Purchaser _____          ☐ Extend Ownership Control to Age _____
                                          (Name of Successor Owner/Purchaser)

☐ Change Ownership to _____          _____
                                    (New Owner's Name)                              (New Owner's Signature)

_____          _____
(New Owner's Address)                              (New Owner's Social Security Number)

ALL OTHER OWNERSHIP PROVISIONS AND RIGHTS WILL REMAIN THE SAME UNLESS SPECIFICALLY CHANGED. If the policy requires endorsement, mailing to the new owner an acknowledgment of the ownership change will serve as the endorsement.
**Please Complete W-9 Form.**

☐ **Add Non-Forfeiture Policy Provisions:**
  ☐ Add Automatic Premium Loan (APL) provision, if applicable.
  ☐ Add Credits to Avoid Lapse (CAL) provision, if applicable.

☐ **Reconsider Tobacco-use Rating:**
In the past 12 months, have you used tobacco, or any other nicotine products?   PI ○ Yes  ○ No   AI ○ Yes  ○ No

_____          _____
(Signature of Insured if Different than Policyowner)                              (Signature of Additional Insured)

☐ **Universal Life/Second to Die/Survivorship Universal Life/Joint Universal Life Only:**
  ☐ Change Death Benefit Option to:   Option 1 ○   Option 2 ○
  ☐ Change Planned Premium to: _____
                                    (Amount of New Planned Premium)

☐ **Cancel Benefit or Rider**
  ☐ Cancel _____   If removing CTR, what is the youngest child's date of birth? _____
         (Coverage Name and Amount)                                                            (Date of Birth)
                              I understand riders/benefits cannot be reinstated. (Value Earning Policies)

☒ **Decrease Coverage**   **45888**   to   **25,000.00**   Coverage cannot be reinstated or added back to
         (Base Policy or Rider Name)       (Amount)       the original policy (Value Earning Policies)

☐ **Other**

Signature of
Policyowner  X _Lawrence Ficklin_          Date _10-22-13_

Signature of
Agent as Witness  _Don Hain_          Date _10-22-13_

Agent's Code Stamp

**04-1112**

9c1329501070

 **StateFarm**

State Farm Life Insurance Company
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Change of Beneficiary

LF-2431-5567
Policy number

LAWRENCE FICKLIN                                    Phone number         ○ Cell  ○ Home
Owner 1 name

                                                    Phone number         ○ Cell  ○ Home
Owner 2 name (if applicable)

LAWRENCE FICKLIN
Insured/Annuitant name

Complete this form to change the beneficiary on your State Farm® life insurance policy, annuity policy, or supplementary contract. If the beneficiary is an organization (estate, trust. Etc.), enter the organization name as the First Name of the beneficiary and provide additional information about the organization in the Explanations field (i.e. trust ID number).

**WHAT YOU SHOULD KNOW**

Please talk with your agent to better understand the features and possible outcomes of this request.

- "Additional Insured", "Insured Child", or "Annuitant", may be used in place of "Insured".
- Prior beneficiary(ies) no longer receive(s) a benefit upon the insured's death.
- **Unless changed by this request:**
  - Two or more surviving beneficiaries of a class will share equally.
  - If children of a person are named as a class, only children born to or legally adopted by that person will be included as beneficiaries.
  - Any beneficiary to whom the "time clause" applies will be considered not to have survived the insured if that beneficiary is not living on the 30th day after the insured's death.
- State Farm is not responsible or liable for use of any sum payable to a trustee or authorized representative of a beneficiary.
- If a trust is not in force, or if qualifying conditions for Trust under Will are not met, payment will be made to the succeeding beneficiary, if any. Qualifying conditions for Trust under Will: The will must be admitted to probate within 180 days after Insured's death, and the trustee must qualify within one year after the Insured's death.

- Certain requests may have unintended consequences. You may wish to consult a financial or tax advisor for additional questions.
- It may not be beneficial to name a minor as the beneficiary.
- A Generation Skipping Transfer Tax (GSTT) may apply if a trust or grandchild for example becomes the new beneficiary. GSTT is imposed on asset transfers that avoid estate or gift tax and skip one or more generations.
- If a State Farm selling agent is named as beneficiary, the agent must be a family member of the Insured person or have insurable interest.
- **Massachusetts Only:** The change of beneficiary must be witnessed and the witness must be a disinterested person. The disinterested person is defined as someone other than the intended beneficiary.
- IRS regulations limit the amount of time a beneficiary can delay receiving the proceeds on a Non-Tax Qualified Annuity, Tax Qualified Annuity, or Tax Qualified Life Policy. Therefore, a method of settlement cannot restrict when the beneficiary is able to receive the proceeds. The method of settlement for your beneficiary has been recorded simply as "One Sum".

*Signature(s) on following page(s)* ▶

**Doc type 39.06**

DocuSign Envelope ID: 10F7ED55-DE09-4FF1-9F7D-4E18C90EAC6F



In addition, the following apply to Fixed and Variable Annuity products only:
- Death distribution requirements and portability rules may vary depending on the type of annuity and the beneficiary relationship.

- If a beneficiary receiving the proceeds is a minor at time of death and a guardian is not court appointed, the IRS required distribution rules may not be able to be fulfilled.

If there are differences between the information provided in this disclosure and the policy, the terms of the policy will prevail.

### REQUEST

I request payment of any sum payable upon the Insured's death be made as shown below. Payment will be subject to any existing assignment. Any prior provisions for payment upon the Insured's death are revoked, when this request is recorded. If this request is intended to change the beneficiary designation for insurance coverage through a rider, the previous beneficiary provisions are revoked when this request is recorded. The change will take effect in accordance with policy provisions, but the change will not affect any action we may have taken before we received the request. If the policy requires endorsement, mailing an acknowledgment of the beneficiary change to me will serve as an endorsement.

Complete sections for *all* beneficiaries, even if unchanged. Provide the full name, address (if different from the Insured's), date of birth, relationship to the Insured, and allocation percentage for each beneficiary. Also provide the taxpayer identification number (SSN/EIN/ITIN), preferred phone number, and e-mail address (if known). The total allocation percentage between all beneficiaries in a class must equal 100%.

This change applies to (select one):  ○ Principal Insured      ○ Additional Insured

**For Term Conversion to a new policy or as an increase to a Universal Life policy only -** this change applies to (select one):

○ Existing term policy only (an additional Change of Beneficiary request will be required for the new policy)

○ Converted coverage, which includes the entire policy if request is an increase to a Universal Life policy only

○ Both existing term policy and the converted coverage, which includes the entire policy if request is an increase to a Universal Life policy

### 1. Primary beneficiary

| DAVID | | | BROWN | |
|---|---|---|---|---|
| First name | | Middle name | Last name | |
| Address | | | | |
| City | | State | ZIP Code | ○ Cell   ○ Home |
| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number | | |
| E-mail address | | | | |
| POA\CAREGIVER\COUSIN | | | 100 | |
| Relationship | | | Percent allocation (must equal 100%) | |

DocuSign Envelope ID: 10F7ED55-DE09-4FF1-9F7D-4E18C90EAC6F

**State Farm**

## 1. Successor beneficiary

| SHAWN | | | | BARNES | | | |
|---|---|---|---|---|---|---|---|
| First name | | | Middle name | Last name | | | |

| Address |
|---|

| City | | State | | ZIP Code | |
|---|---|---|---|---|---|
| | | | | ○ Cell   ○ Home | |

| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number |
|---|---|---|

| E-mail address |
|---|
| COUSIN |

| Relationship | Percent allocation (must equal 100%) |
|---|---|

## 2. Successor beneficiary

| | | | | | | | + |
|---|---|---|---|---|---|---|---|
| First name | | | Middle name | Last name | | | − |

| Address |
|---|

| City | | State | | ZIP Code | |
|---|---|---|---|---|---|
| | | | | ○ Cell   ○ Home | |

| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number |
|---|---|---|

| E-mail address |
|---|

| Relationship | Percent allocation (must equal 100%) |
|---|---|

### EXPLANATIONS

Use the space below to provide additional details. Additional forms and/or information may be needed.

### SIGNATURES

By signing below, I authorize and direct State Farm to initiate and process this request.

DocuSign Envelope ID: 10F7ED55-DE09-4FF1-9F7D-4E18C90EAC6F

**StateFarm**

For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

DocuSigned by:

LAWRENCE FICKLIN
8B32F61E90BA424

Owner 1 signature

3/27/2024

Date (mm/dd/yyyy)

SIGNATURE

Owner 2 signature (if applicable)

Date (mm/dd/yyyy)

SIGNATURE

04-1716

Agent stamp

Agent signature as witness (not required)

Date (mm/dd/yyyy)

SIGNATURE

**SUBMISSION - All pages of the request form must be submitted.**

Submit the completed and signed form to your State Farm agent or State Farm:

**Fixed Annuity:**

Annuities Operation Center, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 740-364-4581. For policies purchased in NY or WI, fax to 740-364-4582.

**Life Insurance Policy:**

Life Operation Center, P.O. Box 2364, Bloomington, IL 61702-2364 or fax to 740-364-4576. For policies purchased in NY or WI, fax to 740-364-4577.

**Supplementary Contract:**

Annuity/Supplementary Contract, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 855-839-3464. For policies issued in NY or WI, fax to 855-258-4610.

**Variable Life and Annuity Products:**

Variable Operation Center, P.O. Box 2307, Bloomington, IL 61702-2307 or fax to 855-363-7052. For policies purchased in NY or WI, fax to 855-618-8528.

---

**BASIC PLAN DESCRIPTION**

Flexible premium adjustable whole life insurance.   A death benefit is payable when the Insured dies.   Flexible premiums are payable while the Insured is alive.   The basic plan is eligible for Annual Dividends.

---

FORM 04030                                                                                                            20031005

**Dear Policyholder:**

For information or assistance with any insurance problem, be sure to **contact your State Farm agent first.**   Your "good neighbor" agent will be happy to help you.

<div align="center">Agent's Name, Address, Phone Number</div>

If additional information or assistance is required, you may contact:

<div align="center">

**State Farm Life Insurance Company**
**P.O. Box 2364**
**Bloomington, IL   61702-2364**
**Phone: (877) 543-3619**

</div>

If you are still not satisfied with the service you have received, you should feel free to contact:

<div align="center">

**Arkansas Insurance Department**
**Consumer Services Division**
**1200 West Third Street**
**Little Rock, Arkansas 72201-1904**
**Phone: 1-800-852-5494**

</div>

<div align="center">

**Policyholder Information Service**

</div>

<div align="center">

State Farm Life Insurance Company
1 State Farm Plaza
Bloomington, Illinois 61710-0001

</div>

03905-04.2                                                                                                                      20140622

## LIFE INSURANCE BUYER'S GUIDE

**This guide can help you when you shop for life insurance. It discusses how to:**

- -- Find a Policy That Meets Your Needs and Fits Your Budget

- -- Decide How Much Insurance You Need

- -- Make Informed Decisions When You Buy a Policy

Prepared by the National Association of Insurance Commissioners

The National Association of Insurance Commissioners is an association of state insurance regulatory officials. This association helps the various insurance departments to coordinate insurance laws for the benefit of all consumers.

This guide does not endorse any company or policy.

Reprinted by
State Farm Life Insurance Company (Not in MA, NY, or WI)
Home Office: Bloomington, Illinois 61710

## IMPORTANT THINGS TO CONSIDER

1. Review your own insurance needs and circumstances. Choose the kind of policy that has benefits that most closely fit your needs. Ask an agent or company to help you.

2. Be sure that you can handle premium payments. Can you afford the initial premium? If the premium increases later and you still need insurance, can you still afford it?

3. Don't sign an insurance application until you review it carefully to be sure all the answers are complete and accurate.

4. Don't buy life insurance unless you intend to stick with your plan. It may be very costly if you quit during the early years of the policy.

5. Don't drop one policy and buy another without a thorough study of the new policy and the one you have now. Replacing your insurance **may be costly**.

6. Read your policy carefully. Ask your agent or company about anything that is not clear to you.

7. Review your life insurance program with your agent or company every few years to keep up with changes in your income and your needs.

### Buying Life Insurance

When you buy life insurance, you want coverage that fits your needs.

**First**, decide how much you need--and for how long--and what you can afford to pay. Keep in mind the major reason you buy life insurance is to cover the financial effects of unexpected or untimely death. Life insurance can also be one of many ways you plan for the future.

**Next**, learn what kinds of policies will meet your needs and pick the one that best suits you.

**Then**, choose the combination of policy premium and benefits that emphasizes protection in case of early death, or benefits in case of long life, or a combination of both.

It makes good sense to ask a life insurance agent or company to help you. An agent can help you review your insurance needs and give you information about the available policies. If one kind of policy doesn't seem to fit your needs, ask about others.

This guide provides only basic information. You can get more facts from a life insurance agent or company or from your public library.

### What About the Policy You Have Now?

If you are thinking about dropping a life insurance policy, here are some things you should consider:

-- If you decide to replace your policy, don't cancel your old policy until you have received the new one. You then have a minimum period to review your new policy and decide if it is what you wanted.

-- It may be costly to replace a policy. Much of what you paid in the early years of the policy you have now, paid for the company's cost of selling and issuing the policy. You may pay this type of cost again if you buy a new policy.

-- Ask your tax advisor if dropping your policy could affect your income taxes.

-- If you are older or your health has changed, premiums for the new policy will often be higher. You will not be able to buy a new policy if you are not insurable.

-- You may have valuable rights and benefits in the policy you now have that are not in the new one.

-- If the policy you have now no longer meets your needs, you may not have to replace it. You might be able to change your policy or add to it to get the coverage or benefits you now want.

-- At least in the beginning, a policy may pay no benefits for some causes of death covered in the policy you have now.

In all cases, if you are thinking of buying a new policy, check with the agent or company that issued you the one you have now. When you bought your old policy, you may have seen an illustration of the benefits of your policy. Before replacing your policy, ask your agent or company for an updated illustration. Check to see how the policy has performed and what you might expect in the future, based on the amounts the company is paying now.

## How Much Do You Need?

Here are some questions to ask yourself:

-- How much of the family income do I provide? If I were to die early, how would my survivors, especially my children, get by? Does anyone else depend on me financially, such as a parent, grandparent, brother or sister?

-- Do I have children for whom I'd like to set aside money to finish their education in the event of my death?

-- How will my family pay final expenses and repay debts after my death?

-- Do I have family members or organizations to whom I would like to leave money?

-- Will there be estate taxes to pay after my death?

-- How will inflation affect future needs?

As you figure out what you have to meet these needs, count the life insurance you have now, including any group insurance where you work or veteran's insurance. Don't forget Social Security and pension plan survivor's benefits. Add other assets you have: savings, investments, real estate and personal property. Which assets would your family sell or cash in to pay expenses after your death?

## What is the Right Kind of Life Insurance?

All policies are not the same. Some give coverage for your lifetime and others cover you for a specific number of years. Some build up cash values and others do not. Some policies combine different kinds of insurance, and others let you change from one kind of insurance to another. Some policies may offer other benefits while you are still living. Your choice should be based on your needs and what you can afford.

There are two basic types of life insurance: **term insurance** and **cash value insurance.** Term insurance generally has lower premiums in the early years, but does not build up cash values that you can use in the future. You may combine cash value life insurance with term insurance for the period of your greatest need for life insurance to replace income.

**Term Insurance** covers you for a term of one or more years. It pays a death benefit only if you die in that term. Term insurance generally offers the largest insurance protection for your premium dollar. It generally does not build up cash value.

You can renew most term insurance policies for one or more terms even if your health has changed. Each time you renew the policy for a new term, premiums may be higher. Ask what the premiums will be if you continue to renew the policy. Also ask if you will lose the right to renew the policy at some age. For a higher premium, some companies will give you the right to keep the policy in force for a guaranteed period at the same price each year. At the end of that time you may need to pass a physical examination to continue coverage, and premiums may increase.

You may be able to trade many term insurance policies for a cash value policy during a conversion period--even if you are not in good health. Premiums for the new policy will be higher than you have been paying for the term insurance.

**Cash Value Life Insurance** is a type of insurance where the premiums charged are higher at the beginning than they would be for the same amount of term insurance. The part of the premium that is not used for the cost of insurance is invested by the company and builds up a cash value that may be used in a variety of ways. You may borrow against a policy's cash value by taking a policy loan. If you don't pay back the loan and the interest on it, the amount you owe will be subtracted from the benefits when you die, or from the cash value if you stop paying premiums and take out the remaining cash value. You can also use your cash value to keep insurance protection for a limited time or to buy a reduced amount without having to pay more premiums. You also can use the cash value to increase your income in retirement or to help pay for needs such as a child's tuition without canceling the policy. However, to build up this cash value, you must pay higher premiums in the earlier years of the policy. Cash value life insurance may be one of several types: whole life, universal life and variable life are all types of cash value insurance.

**Whole Life Insurance** covers you for as long as you live if your premiums are paid. You generally pay the same amount in premiums for as long as you live. When you first take out the policy, premiums can be several times higher than you would pay initially for the same amount of term insurance. But they are smaller than the premiums you would eventually pay if you were to keep renewing a term policy until your later years.

Some whole life policies let you pay premiums for a shorter period such as 20 years, or until age 65. Premiums for these policies are higher since the premium payments are made during a shorter period.

**Universal Life Insurance** is a kind of flexible policy that lets you vary your premium payments. You can also adjust the face amount of your coverage. Increases may require proof that you qualify for the new death benefit. The premiums you pay (less expense charges) go into a policy account that earns interest. Charges are deducted from the account. If your yearly premium payment plus the interest your account earns is less than the charges, your account value will become lower. If it keeps dropping, eventually your coverage will end. To prevent that, you may need to start making premium payments, or increase your premium payments, or lower your death benefits. Even if there is enough in your account to pay the premiums, continuing to pay premiums yourself means that you build up more cash value.

**Variable Life Insurance** is a kind of insurance where the death benefits and cash values depend on the investment performance of one or more separate accounts, which may be invested in mutual funds or other investments allowed under the policy. Be sure to get the prospectus from the company when buying this kind of policy and STUDY IT CAREFULLY. You will have higher death benefits and cash value if the underlying investments do well. Your benefits and cash value will be lower or may disappear if the investments you chose didn't do as well as you expected. You may pay an extra premium for a guaranteed death benefit.

## Life Insurance Illustrations

You may be thinking of buying a policy where cash values, death benefits, dividends or premiums may vary based on events or situations the company does not guarantee (such as interest rates). If so, you may get an illustration from the agent or company that helps explain how the policy works. The illustration will show how the benefits that are not guaranteed will change as interest rates and other factors change. The illustration will show you what the company guarantees. It will also show you what **could** happen in the future. Remember that nobody knows what will happen in the future. You should be ready to adjust your financial plans if the cash value doesn't increase as quickly as shown in the illustration. You will be asked to sign a statement that says you understand that some of the numbers in the illustration are not guaranteed.

## Finding a Good Value in Life Insurance

After you have decided which kind of life insurance is best for you, compare similar policies from different companies to find which one is likely to give you the best value for your money. A simple comparison of the premiums is not enough. There are other things to consider. For example:

- -- Do premiums or benefits vary from year to year?

- -- How much do the benefits build up in the policy?

- -- What part of the premiums or benefits is not guaranteed?

- -- What is the effect of interest on money paid and received at different times on the policy?

Remember that no one company offers the lowest cost at **all** ages for **all** kinds and amounts of insurance. You should also consider other factors:

- -- How quickly does the cash value grow? Some policies have low cash values in the early years that build quickly later on. Other policies have a more level cash value build-up. A year-by-year display of values and benefits can be very helpful. (The agent or company will give you a policy summary or an illustration that will show benefits and premiums for selected years.)

- -- Are there special policy features that particularly suit your needs?

- -- How are nonguaranteed values calculated? For example, interest rates are important in determining policy returns. In some companies increases reflect the average interest earnings on all of that company's policies regardless of when issued. In others, the return for policies issued in a recent year, or a group of years, reflects the interest earnings on that group of policies; in this case, amounts paid are likely to change more rapidly when interest rates change.

**STATE FARM LIFE INSURANCE COMPANY**

**LIMITATIONS AND EXCLUSIONS UNDER THE**
**ARKANSAS LIFE AND HEALTH INSURANCE**
**GUARANTY ASSOCIATION ACT**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association").   The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within certain limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.   If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy and contract owners who live in this state and, in some cases, to keep coverage in force.   Please note that the valuable extra protection provided by the member insurers through the Guaranty Association is limited. This protection is not a substitute for consumers' careful consideration in selecting insurance companies that are well managed and financially stable.

**DISCLAIMER**

The Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association") provides coverage of claims under some types of policies or contracts if the insurer or health maintenance organization becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned on residence in the State of Arkansas. Other conditions may also preclude coverage.

The Guaranty Association will respond to any questions you may have which are not answered by this document. Your insurer or health maintenance organization and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy or health maintenance organization coverage.

You should not rely on availability of coverage under the Guaranty Association when selecting an insurer or health maintenance organization.

The Arkansas Life and Health Insurance Guaranty Association
c/o The Liquidation Division
1023 West Capitol Avenue
Little Rock, Arkansas 72201

Arkansas Insurance Department
1 Commerce Way, Suite 102
Little Rock, Arkansas 72202

The state law that provides for this safety net is called the Arkansas Life and Health Insurance Guaranty Association Act ("Act"), which codified at Ark. Code Ann. 23-96-101, et seq. Below is a brief summary of the Act's coverages, exclusions and limits.   This summary does not cover all provisions of the Act; nor does it in any way change any person's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

COVERAGE

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life, annuity or health insurance contract or policy, or if they are insured under a group insurance contract issued by a member insurer.   The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

EXCLUSIONS FROM COVERAGE

03906-04.6

1005103
122819.5  20210108

However, persons owning such policies are NOT protected by the Guaranty Association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- The insurer was not authorized to do business in this state; or
- Their policy or contract was issued by a hospital or medical service organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy or contract owner is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does NOT provide coverage for:

- Any policy or contract or portion thereof which is not guaranteed by the insurer or for which the owner has assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed an average rate;
- Dividends and voting rights and experience rating credits;
- Credits given in connection with the administration of a policy by a group contract holder;
- Employer plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts (which give rights to group contractholders, not individuals);
- Unallocated annuity contracts issued to or in connection with benefit plans protected under Federal Pension Benefit Corporation ("FPBC"), regardless of whether the FPBC is yet liable;
- Portions of an unallocated annuity contract not owned by a benefit plan or a government lottery (unless the owner is a resident) or issued to a collective investment trust or similar pooled fund offered by a bank or other financial institution;
- Portions of a policy or contract to the extent assessments required by law for the Guaranty Association are preempted by state or federal law;
- Obligations that do not arise under the policy or contract, including claims based on marketing materials or side letters, riders, or other documents which do not meet filing requirements, claims for policy misrepresentations, and extra-contractual or penalty claims; or
- Contractual agreements establishing the member insurer's obligations to provide book value accounting guarantees for defined contribution benefit plan participants by reference to a portfolio of assets owned by a nonaffiliate benefit plan or its trustee(s).

## LIMITS ON AMOUNT OF COVERAGE

The Act also limits the amount the Guaranty Association is obligated to cover: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $300,000 in life insurance death benefits without regard to the number of policies and contracts there were with the same company, even if they provided different types of coverages. The Guaranty Association will pay a maximum of $500,000 in health benefits, provided that coverage for disability insurance benefits and long-term care insurance benefits shall not exceed $300,000. The Guaranty Association will pay $300,000 in present value of annuity benefits, including net cash surrender and net cash withdrawal values. There is a $1,000,000 limit with respect to any contract holder for unallocated annuity benefits. These are limitations under which the Guaranty Association is obligated to operate prior to considering either its subrogation and assignment rights or the extent to which those benefits could be provided from assets of the impaired or insolvent insurer.

# IMPORTANT TAX INFORMATION CONCERNING YOUR LIFE INSURANCE POLICY

Money that is deemed removed ("distributed") from or grows within some life insurance policies may be taxed.   The following briefly describes examples of how this could occur.   Your tax advisor must determine the taxation of your specific situation.

### What is a "distribution" from the policy?

The term distribution is used in the tax laws to describe the deemed withdrawal of values from the policy.   Typical withdrawals include: withdrawals of cash value, loans, assignments of contract values to another person, or crediting of a dividend, unless it is used to purchase additional insurance or to pay a premium.

### How are policies normally taxed?

Generally, death benefits are not subject to income tax.   Values inside the policy grow tax-free.   Loans are tax-free until you surrender the policy or allow it to lapse.   Other distributions are tax-free until all premiums are returned, and distributions above that amount are taxed as "gain."

### What is "gain"?

Gain simply means your policy has a larger value than the total amount of premiums you have paid, net of some amounts such as premiums that have been returned through dividends.   The gain is the difference between the value of your policy and the premiums paid.   For example, if a policy has a value of $1,000.00 and premiums of $800.00 have been paid, the gain is $200.00.   It is only the $200.00 gain that would be subject to tax.

### When might my policy be taxed differently?

Certain actions that you take may result in various situations where your policy may be taxed differently, including but not limited to the following:

-- Pay premium above the limits specified in the tax laws

-- Change the amount of insurance, including paid-up additions, such as through partial withdrawals

-- Add, cancel, or change rider coverage or amounts

Also certain distributions are taxable - but only to the extent of the gain in your policy.   Any gain is considered to be the first - rather than the last - amount withdrawn; so, any distribution is taxed until the amount of the gain is reached.   After that, the remainder of the distribution is not taxed.

If the distribution occurs before age 59½, the IRS may impose a 10% additional tax on the amount of the distribution that is taxable.

In extreme situations, the policy may be disqualified as "life insurance" for tax purposes.   That means the policy's internal cash value growth could be taxable.

### How will I know for certain how my policy is taxed?

Prior to taking actions such as those listed above, you may wish to contact your tax advisor to find out for certain how your policy will be taxed.   In some cases the tax consequences of these actions may be irreversible.

**Policyholder Information Service**

State Farm Life Insurance Company
Home Office:
Bloomington, Illinois 61710-0001

03911                                        Printed in U.S.A.                                        20030126



**STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

**ACKNOWLEDGMENT**  I have received the Notices and the Acknowledgment and Authorization wording.

**AUTHORIZATION**  I authorize any source having information about me or my children to give to State Farm Life Insurance Company, its contractors, reinsurers, or its representatives all information available within the last ten (10) years as to health history, diagnosis, treatment or prognosis with respect to any physical or mental condition and non-medical information including, but not limited to, employment history, income, and other insurance coverage. "Source" includes any doctor, hospital, clinic, U.S. Veteran's Administration (VA) Hospital, mental health facility, or any other medically related facility, insurance company, consumer reporting agency and MIB (Medical Information Bureau). Any information obtained will be used to determine eligibility for insurance. This information may also be released to State Farm Mutual Automobile Insurance Company and its affiliates, their contractors, reinsurers, representatives, other insurance companies, for their use in connection with insurance transactions, or as required by law. This information may also be released to MIB, however, no MIB information will be released to a consumer reporting agency. MIB is a non-profit membership exchange assisting in the prevention of fraud. Information obtained pursuant to this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state law and protections will still apply.

I understand I may revoke this Authorization by providing written revocation to State Farm Life Insurance Company except to the extent that State Farm Life Insurance Company has taken action in reliance on this Authorization. Revoking this Authorization will result in this application being declined.

I understand I may refuse to sign this Authorization. However, doing so will result in this application being declined.

This Authorization is valid for two (2) years from the date of signature and a photocopy is as valid as the original. I understand my authorized representative or I have the right to receive a copy of this Authorization.

**EXHIBIT B**

*Laurence L. Ficklin*

| Date Signed | 07/31/2007 | Signature of Proposed Insured 1 **X** | Signature of Proposed Insured 2 **X** |
|---|---|---|---|
| | | *(Signature of parent or guardian if juvenile application)* | |
| | | Maiden or Former Name | Maiden or Former Name |

105441                          (Life & VUL)                          12-16-2003



**TRADITIONAL PRODUCT
DISCLOSURE ACKNOWLEDGMENT**

**25** 

I, LAWRENCE FICKLIN _____ , acknowledge that I have been advised of and understand the disclosures below. I have been encouraged to ask any questions that I have concerning these disclosures.

I have applied to purchase from one of the State Farm life insurance companies the following product: Universal Life _____. I understand that the life companies are affiliated with State Farm Bank®, but that the product offered is not being offered by the Bank.

If anyone asserts that this product is federally insured or guaranteed, or is as safe as an insured deposit, I should call the Office of Thrift Supervision Regional Director at (404) 888-0771.

I understand that the insurance product I am purchasing:

- **IS NOT INSURED BY THE FDIC;**
- **IS NOT A DEPOSIT OR OTHER OBLIGATION OF ANY BANK AND IS NOT GUARANTEED BY THE BANK OR BY THE FEDERAL GOVERNMENT;**
- **INVOLVES INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF PRINCIPAL INVESTED.**

Dated   07/31/2007 _____

**State Farm Life Insurance Company**
(Not licensed in New York or Wisconsin)
**State Farm Life and Accident Assurance Company**
(Licensed in New York and Wisconsin)
Home Offices: Bloomington, Illinois

*Lawrence L. Ficklin*
_____
Signature of Customer

*Don Harris*
_____
Signature of Agent

**Agent:** After obtaining the required signatures, make one photocopy. Send the original signed copy to State Farm and give one copy to the Customer.

Rev.12-15-2003



**STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

PAGE 1 OF 6

01 [ ] Check 1pt

# LIFE INSURANCE APPLICATION

---

**1. TYPE OF APPLICATION**   *(check one)*

☒ New Business  ☐ Change of Plan/Added Benefits Existing Policy Number:  ☐ Universal Life Increase Existing Policy Number:  ☐ Term Conversion with Increase in Amount Existing Policy Number:

---

**2. PROPOSED INSURED 1**          *(Print name in full)*

a. MR ☒  MS ☐   | LAST NAME: FICKLIN | FIRST NAME: LAWRENCE | MIDDLE INITIAL:

b. MAILING ADDRESS: 407 W 35TH AVE | CITY: PINE BLUFF | STATE: AR | ZIP CODE: 71603-6083

c. SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER: ▇▇▇ | DRIVER'S LICENSE NUMBER: ▇▇▇ | STATE: AR | SEX: M | BIRTH DATE MO-DAY-YR: ▇▇▇ | AGE: 57

d. MARITAL STATUS: MARRIED | HEIGHT: 5 11 | WEIGHT: 220 | STATE OF BIRTH: ARKANSAS | UNITED STATE OR CANADIAN CITIZEN? YES ☒ NO ☐

e. OCCUPATION: EDUCATION | EMPLOYER'S NAME: PULASKI TECHNICAL COLLEGE

f. Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas, or oil? *(If yes, explain exact duties)*   YES ☐  NO ☒

---

**3. PROPOSED INSURED 2**          *(Additional Insured or Payor, print name in full)*

a. MR ☐  MS ☐   | LAST NAME: | FIRST NAME: | MIDDLE INITIAL:

b. SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER: | DRIVER'S LICENSE NUMBER: | STATE: | SEX: | BIRTH DATE MO-DAY-YR: | AGE:

c. MARITAL STATUS: | HEIGHT: | WEIGHT: | STATE OF BIRTH: | UNITED STATE OR CANADIAN CITIZEN? YES ☐ NO ☐

d. OCCUPATION: | EMPLOYER'S NAME:

e. Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas, or oil? *(If yes, explain exact duties)*   YES ☐  NO ☐

---

**4. APPLICANT/OWNER**          *(If not Proposed Insured 1, print name in full)*

a. LAST NAME: | FIRST NAME: | MIDDLE INITIAL: | SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER:

b. MAILING ADDRESS: | CITY: | STATE: | ZIP CODE:

*Successor Owner* *(Required unless the Applicant/Owner is a TRUST or CORPORATION)*

c. LAST NAME: | FIRST NAME: | MIDDLE INITIAL:

---

**5. Complete 5 if Proposed Insured is under age 16**

a. Is Proposed Insured to be Owner at and after age 21?   YES ☐  NO ☐

b. Give amount of insurance in force on: *(If none, so indicate)*
Father $          Mother $

---

121173                                (AR & TN)                                12-21-2004

**6. COVERAGES APPLIED FOR**          *(Do not complete 6-8 if applying for Universal Life/Second to Die.)*

**a. Amount Applied For: $** _____

Basic Plan coverage applied for:

| | |
|---|---|
| ☐ Whole Life | ☐ Term to Age 95 - 10 |
| ☐ 15 Pay Life | ☐ Term to Age 95 - 20 |
| ☐ Single Premium Life | ☐ Term to Age 95 - 30 |
| ☐ 5 Year Term | |

**b. Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*

        YES  NO

Waiver of Premium (PI 1 only)  ☐   ☐

☐ Payor (Complete PI 2)                  ☐ 5 Year Term (PI 1)   $ _____

☐ Guaranteed Insurability Option $ _____   ☐ 5 Year Term (PI 2)   $ _____

☐ Children's Term Rider   _____ Units

---

**7. DIVIDEND OPTION**

If the dividend option chosen is not available or no option is chosen, policy provisions determine the option.

☐ Paid-up Additions      ☐ Accumulate      ☐ Reduce Premium      ☐ Cash

---

**8. *Complete if policy applied for has an APL provision.***

                                                                       YES  NO

Do you want the Automatic Premium Loan provision to apply, if applicable?   ☒   ☐

---

**9. UNIVERSAL LIFE / SECOND TO DIE**

**a. Initial Basic Amount: $** 50000 _____   ☒ Universal Life   ☐ Second to Die

**b. Death Benefit:** *(Complete for new policy only)*

If no option is chosen, policy provisions determine the option.

☒ Option 1 — Basic Amount      ☐ Option 2 — Basic Amount plus Account Value

**c. Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*

                          YES  NO

Waiver of Monthly Deduction (PI 1 only)  ☒   ☐

☐ Guaranteed Insurability Option $ _____   ☐ Level Term (PI 2)   $ _____

☐ Children's Term Rider   _____ Units   ☐ Level Term (PI 1)   $ _____
                                                      (Second to Die only)

**d. Dividend Option:**

If no option is chosen, policy provisions determine option.

☒ Addition to Account Value      ☐ Cash

**e. Planned Premium:**

Mode chosen:   ☐ Annual        ☒ SFPP  Existing SFPP Account #: _____

                 ☐ Other Special Monthly: _____

Amount to be billed each payment date: $ 147.69 _____

**f. Increase in Basic Amount For Universal Life Only:** *(Do not complete for new policy.)* $ _____

---

**10. BENEFICIARY DESIGNATION — Proposed Insured 1**

Completion of this section will replace all previous rider and policy designations for this policy. If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 1 is the Survivor or insured under a rider.

PRIMARY BENEFICIARY - FULL NAME
Ethel Ficklin

RELATIONSHIP
SPOUSE

SUCCESSOR BENEFICIARY - FULL NAME
Zabrina Weaver

RELATIONSHIP
CHILD

---

**11. BENEFICIARY DESIGNATION — Proposed Insured 2**

Complete for Additional Insured's rider only if the Beneficiary provision in the rider is NOT desired. If this section is completed, the Payment of Benefit provision of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of the "Insured." If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 2 is the Survivor or insured under a rider.

PRIMARY BENEFICIARY - FULL NAME

RELATIONSHIP

SUCCESSOR BENEFICIARY - FULL NAME

RELATIONSHIP

---

**Complete 12 if CTR applied for.**   List children under age 18 (if none, so state)

| 12. LAST NAME, FIRST NAME, MI (If last name different, explain) | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTHDATE | | | AMOUNT NOW INSURED FOR |
|---|---|---|---|---|---|
| | | MO. | DAY | YR. | $ |

---

**Complete 13 & 14 if CTR applied for OR Proposed Insured 1 is under age 16.**

13. In the last 10 years, has Proposed Insured 1 or any children named in question 12, had or been treated by a member of the medical profession for: (If yes, check all that apply and explain)     YES ☐  NO ☐

a. ☐ birth defect    e. ☐ mental disorder    i. ☐ impairment of sight, hearing, or speech
b. ☐ asthma    f. ☐ seizure    j. ☐ diabetes
c. ☐ kidney disease    g. ☐ heart murmur    k. ☐ anemia
d. ☐ leukemia    h. ☐ cancer    l. ☐ Acquired Immune Deficiency Syndrome (AIDS)
     m. ☐ Human Immunodeficiency Virus (HIV) infection

14. In the last 3 years, has Proposed Insured 1 or any children named in question 12, seen a doctor for any reason not previously explained excluding any routine physical examination with normal findings? (If yes, explain)  ☐  ☐

**All Applications:  Complete 15**

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | | |
| **15.** Proposed Insured 1 or Applicant, if other than Proposed Insured 1: | | | | |
| **a.** Do you own any life insurance or annuities on yourself or others? | ☐ | ☒ | | |
| **b.** If yes, is this policy a replacement of any of those policies? | ☐ | ☐ | | |

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **c.** Is the total amount of insurance in force on you more than $200,000? *(If yes, give amounts and details.)* | ☐ | ☒ | ☐ | ☐ |
| **d.** Is anyone now applying for life or health insurance on you with any other company? *(If yes, in Explanations state company and amounts.)* | ☐ | ☒ | ☐ | ☐ |

**Applications (Ages 16 & up):  Complete 16–19**

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **16.** Have you used tobacco or other nicotine products in any form in the last 36 months? *(If yes, please provide month/year last used  PI 1 ___/___  Month  Year   PI 2 ___/___  Month  Year )* | ☐ | ☒ | ☐ | ☐ |

**17.** In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)*  ☐ ☒ I ☐ ☐

*(Check all that apply)*  
PI 1  PI 2  
**a.** ☐ ☐ cancer or tumor  
**b.** ☐ ☐ diabetes  
**c.** ☐ ☐ heart disease or disorder, chest pain, high blood pressure  

*(Check all that apply)*  
PI 1  PI 2  
**d.** ☐ ☐ stroke or transient ischemic attack (TIA)  
**e.** ☐ ☐ Acquired Immune Deficiency Syndrome (AIDS)  
**f.** ☐ ☐ Human Immunodeficiency Virus (HIV) infection  

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **18.** In the last 3 years, have you: *(If yes, explain)* | | | | |
| **a.** been convicted of or pleaded guilty to any moving violations or driving under the influence of alcohol or drugs? | ☒ | ☐ | ☐ | ☐ |
| **b.** engaged in any type of aviation activity (other than as a passenger); or is any such activity planned in the next 6 months? | ☐ | ☒ | ☐ | ☐ |
| **c.** engaged in avocations such as mountain/rock climbing, vehicle racing, SCUBA/skin diving, sky diving, ballooning or hang gliding, or is any such activity planned in the next 6 months? | ☐ | ☒ | ☐ | ☐ |
| **19.** Do you plan to leave or travel from the United States or Canada in the next 6 months? *(If yes, explain)* | ☐ | ☒ I | ☐ | ☐ |

**Applications (Ages 16 & up if NO medical exam required): Complete 20–23**

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **20.** Have you ever applied for or received disability benefits; had an injury to your neck, back, arm, or leg; or had any loss of sight or hearing? *(If yes, explain)* | ☐ | ☐ I | ☐ | ☐ |

**21.** In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)*  ☐ ☐ I ☐ ☐

*(Check all that apply)*  
PI 1  PI 2  
**a.** ☐ ☐ respiratory disorder  
**b.** ☐ ☐ liver or intestinal disorder  

*(Check all that apply)*  
PI 1  PI 2  
**c.** ☐ ☐ mental or nervous disorder  
**d.** ☐ ☐ blood disorder  

| | PI 1 | | PI 2 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **22.** In the last 5 years, have you used cocaine, marijuana, or any other controlled substance or narcotic not prescribed by a doctor; or had treatment or counseling for alcohol or drug use, or been advised to seek treatment or counsel for alcohol or drug use? *(If yes, explain)* | ☐ | ☐ I | ☐ | ☐ |
| **23.** In the last 5 years, have you for any reason not previously explained: *(If yes, explain)* | | | | |
| **a.** seen a doctor or psychologist? | ☐ | ☐ | ☐ | ☐ |
| **b.** had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? *(If yes, list and explain)* | ☐ | ☐ | ☐ | ☐ |
| **c.** had or been advised to have treatment or a test in any lab, clinic, or hospital? | ☐ | ☐ | ☐ | ☐ |
| **d.** been told surgery was necessary? | ☐ | ☐ | ☐ | ☐ |

## 24. EXPLANATIONS:

*If space below is insufficient, use additional sheets which will be part of this application. Sheets must be signed & dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.*

LAWRENCE  - DRIVING VIOLATION EXPLANATION: 1 Speeding

## 25. AGREEMENTS

Coverage will be effective as of the policy date if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete without material changes.

For changes in Basic Amount for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by the Company if on such deduction date the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete without material changes.

However, if a binding receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete. It is agreed that the Company can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment, and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION

By signing this application, I certify under penalties of perjury that (1) the TIN shown above is correct, and (2) I am exempt from backup withholding, or that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, *(If you are subject to backup withholding, cross out item 2.)* and (3) I am a U.S. person (Including a U.S. resident alien).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. (See instructions.)

Date Signed 07/31/2007

Signature of Proposed Insured 1 X _Laurence L Fucklin_

Not required if Proposed Insured is under age 16

at Pine Bluff AR
City          State

Signature of Proposed Insured 2 X

Signature of Agent as
Witness to all Signatures X _Don Hains_

04/1112

Signature of
Applicant X

Not required unless applicant is other than Proposed Insured 1. If a firm or corporation is to be the owner, give its name and signature of authorized officer.

121173

(AR & TN)

12-21-2004



**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICES, BLOOMINGTON, IL 61710

**77**

**Page 1 of 2**

## LIFE APPLICATION SUPPLEMENT

| **1.** Name of Proposed Insured | Birth Date | Application No.(s) |
|---|---|---|
| **LAWRENCE FICKLIN** | | 24315567 |

In DETAILS for "Yes" answers, IDENTIFY QUESTION NUMBER and include diagnoses, dates, durations, and names and addresses of all doctors and medical facilities. If needed, use additional sheets.

| | YES | NO | DETAILS: |
|---|---|---|---|
| **2.** Have you, in the last 10 years, had or been treated by a member of the medical profession for: | | | |
| **a.** Disorder of eyes (other than vision correction)? | ☐ | ☒ | |
| **b.** Dizziness, fainting, epilepsy, convulsions, seizures; frequent or severe headaches? | ☐ | ☒ | |
| **c.** Paralysis, stroke; or disorder of the brain, spinal cord, or nerves? | ☐ | ☒ | |
| **d.** Shortness of breath, asthma, emphysema, pneumonia, sleep apnea or other respiratory disorder? | ☐ | ☒ | |
| **e.** Chest pain, heart attack, high blood pressure, heart murmur, or other disorder of the heart or blood vessels? | ☐ | ☒ | |
| **f.** Hepatitis, ulcer, colitis; or other disorder of the stomach, esophagus, intestines, rectum, or liver? | ☐ | ☒ | |
| **g.** Mental health conditions, including anxiety, depression or psychiatric disorders? | ☐ | ☒ | |
| **h.** Diabetes, disorder of the bladder or kidneys, disorder of the thyroid, or any other endocrine disorder? | ☐ | ☒ | |
| **i.** Sexually transmitted disease; disorder of reproductive organs; disorder of the breasts, or prostate? | ☐ | ☒ | |
| **j.** Arthritis; deformity or amputation; or injury or disorder of the neck, back, bones or joints? | ☐ | ☒ | |
| **k.** Cyst, tumor, or cancer? | ☐ | ☒ | |
| **l.** Disorder of the skin or lymph glands? | ☐ | ☒ | |
| **m.** Leukemia, anemia, immune deficiency, or any other blood disorder? | ☐ | ☒ | |
| **n.** Recurrent fever, fatigue, or night sweats? | ☐ | ☒ | |
| **3.** To the best of your knowledge and belief, are you now pregnant? Have you ever had complications of pregnancy, including cesarean section? | ☐ | ☒ | |

**Page 2 of 2**

| Name of Proposed Insured | Application No.(s) |
|---|---|
| **LAWRENCE   FICKLIN** | **24315567** |

| | YES | NO | DETAILS: |
|---|---|---|---|
| **4.** Have you, in the last 5 years: | | | **12 App Current Age. 57** |
| **a.** Used cocaine, marijuana, narcotics, or any other controlled substance not prescribed by a doctor? | ☐ | ☒ | **12 Father Alive? YES** **12 Current Age. 77** |
| **b.** Been treated or counseled, or been advised to seek treatment or counseling, for alcohol or drug use? | ☐ | ☒ | **12 Mother Alive? YES** **12 Current Age. 78** |
| **5.** Other than what we've already discussed, have you, in the last 5 years: | | | |
| **a.** Had any mental or physical disorder not already mentioned? | ☐ | ☒ | |
| **b.** Had or been advised to have treatment, a test, electrocardiogram, X-ray or scan in a medical facility such as a doctor's office, lab, clinic, emergency room, or hospital? | ☐ | ☒ | |
| **c.** Had surgery or been told surgery was necessary? | ☐ | ☒ | |
| **6.** Have you, in the last 3 years, claimed or received any benefits because of injury, sickness, or disability? | ☐ | ☒ | |
| **7.** Have you had any unexplained change in weight in the last 12 months? | ☐ | ☒ | |
| **8.** Have you used tobacco or any nicotine products in any form in the last 36 months? | ☐ | ☒ | |
| **9.** In the last 5 years, have you for any reason not previously explained, had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? | ☐ | ☒ | |
| **10.** Who is your doctor? **None.** | | | |
| **11.** Have you seen your doctor for any reason other than what you've already mentioned? | ☐ | ☒ | |
| **12.** Has your father, mother, or any brother or sister ever had diabetes, cancer, or heart disease before age 60? | ☐ | ☒ | |

I state that all information in this Life Application Supplement and any additional sheets is true and complete. This Life Application Supplement and any additional sheets will be part of my application.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Witness
to Signature  X_____  Dated On _____ , _____

MONTH                          DAY                YEAR

X **Interview completed 08/07/07.  Voice signature on file.**

SIGNATURE OF PROPOSED INSURED

106260

03-12-2003  Printed in U.S.A.

```
SF EXTENDED - AR8                           LabOne Order #72101758
Ordered:       08/06/2007                   Completed:  08/07/2007
```

```
    Company ID:  1004, State Farm - Austin Life Operation (XQYC)
     Policy No:  24315567                    Insurance: $0 Life
Requester Name:  REESE, CHERYL               Agent Name:
                                             Routing Num:
```

```
           Name: FICKLIN, LAWRENCE
        Address: 407 W 35TH AVE
                 PINE BLUFF, AR  71603
      Phone h: 870-534-1915            b:
           SSN:
           DOB:
        Marital: MARRIED
   License Num:              (AR)
 Employer Name: PULASKI TECHNICAL COLLEGE
       Address:
    Occupation:
   Beneficiary:
```

REPORT SUMMARY

| Description | Outcome | Emp/Rev |
|---|---|---|
| Voice Signature CPS Closing SF | Complete with contact | 9846/4841 |
| Family History 5 SF | Complete with contact | 9846/4841 |
| Extended Interview SF GN4 | Complete with contact | 9846/4841 |

REPORT COMMENTS

*FAMILY HISTORY 5 SF*

```
    Outcome:    Complete with contact
     Source:    Applicant
```

1. Has your father, mother, or any brother or sister
   ever had diabetes, cancer, or heart disease before
   age 60?
     NO

2. DO NOT ASK: Did the applicant answer
   UNKNOWN to main question?
     NO

3. What is your current age?
     57

4. Is your father still living?
     YES

5. Do you know his current age?
     YES

6. Approximately how old is he now?
     77

FICKLIN, LAWRENCE                                          LabOne # 72181758
--------------------------------------------------------------------------

    7. Is your mother still living?
         YES

    8. Do you know her current age?
         YES

    9. Approximately how old is she now?
         78

   10. Special Attention
         .

---

                        *EXTENDED INTERVIEW SF GN4*

---

      Outcome:    Complete with contact
      Source:     Applicant

---

   1. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for: Disorder
      of the eyes (other than glasses, contacts or lasik
      surgery)?

   2. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for:
      Dizziness, fainting, epilepsy, convulsions, seizures,
      frequent or severe headaches?

   3. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for:
      Paralysis, stroke, or disorder of the brain, spinal
      cord, or nerves?

   4. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for:
      Shortness of breath, asthma, emphysema,
      pneumonia, sleep apnea or other respiratory
      disorder?

   5. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for:  Chest
      pain, heart attack, high blood pressure, heart
      murmur, or other disorder of the heart or blood
      vessels?

   6. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for:
      Hepatitis, ulcer, colitis, or other disorder of the
      stomach, esophagus, intestines, rectum, or liver?

   7. Have you, in the last 10 years, had or been treated        Yes ____ No _X_
      by a member of the medical profession for: Mental
      health conditions, including anxiety, depression, or

FICKLIN, LAWRENCE                                          LabOne # 72181758
--------------------------------------------------------------------------------
       psychiatric disorders?

    8. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:
       Diabetes, disorder of the bladder or kidneys,
       disorder of the thyroid or any other endocrine
       disorder?

    9. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:
       Sexually transmitted disease, disorder of the
       reproductive organs, disorder of the breasts, or
       prostate?

   10. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:  Arthritis,
       deformity or amputation, or injury or disorder of the
       neck, back, bones or joints?

   11. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:  Cyst,
       tumor, or cancer?

   12. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:
       Disorder of the skin or lymph glands?

   13. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:
       Leukemia, anemia, immune deficiency or any other
       blood disorder?

   14. Have you, in the last 10 years, had or been treated        Yes ___ No _X_
       by a member of the medical profession for:
       Recurrent fever, fatigue or night sweats?

   15. To the best of your knowledge and belief, are you          Yes ___ No _X_
       now pregnant or ever had complications of
       pregnancy including cesarean section?

   16. Have you in the last 5 years: used cocaine,                Yes ___ No _X_
       marijuana, narcotics, or any other controlled
       substance not prescribed by a doctor?

   17. Have you in the last 5 years: been treated or              Yes ___ No _X_
       counseled, or been advised to seek treatment or
       counsel, for alcohol or drug use?

   18. Other than what we've already discussed, have you,         Yes ___ No _X_
       in the last 5 years: Had any mental or physical
       disorder not already mentioned?

   19. Other than what we've already discussed, have you,         Yes ___ No _X_
       in the last 5 years: Had or been advised to have
       treatment, a test, electrocardiogram, X-ray or scan

FICKLIN, LAWRENCE                                              LabOne # 72181758
--------------------------------------------------------------------------------

    in a medical facility such as a doctor's office, lab,
    clinic, emergency room, or hospital?

20. Other than what we've already discussed, have you,          Yes ___ No _X_
    in the last 5 years: Had surgery or been told surgery
    was necessary?

21. Have you, in the last 3 years, claimed or received         Yes ___ No _X_
    any benefits because of injury, sickness, or
    disability?

22. Have you had any unexplained change in weight in           Yes ___ No _X_
    the last 12 months?

23. Have you used tobacco or any nicotine products in          Yes ___ No _X_
    any form in the last 36 months?

24. In the last 5 years, have you for any reason not           Yes ___ No _X_
    previously explained, had medication prescribed
    other than medications for cold, flu, seasonal
    allergies (I.e. hay fever) or birth control?

25. Do you have a personal physician or have you seen          Yes ___ No _X_
    someone for routine care?

26. Have you seen your doctor for any reason other             Yes ___ No _X_
    than what you've already mentioned?

27. Has your father, mother, or any brother or sister
    ever had diabetes, cancer, or heart disease before
    age 60?
      NO

28. Was the interview conducted in English?                    Yes _X_ No ___

29. Special Attention
     .

```
                          USR-File Copy                              PAGE   1

LF-2431-5567 Issued Not Pd       New Business                        ID 4mm
PI Lawrence Ficklin              Sex M DOB█████████ Age 57 App Dt 07 31 2007
AI                               Sex   DOB          Age      Iss Dt 08-22-2007
Last LUC Sent:
Agent: Don Harris                     04-1112(7685)   870-535-4880
```

** Outstanding Items **

MED

Medical Information

|  | Status | Requested | Received | Processed |
|---|---|---|---|---|
| **PI Extended Interview** | P | 08-06-2007 | 08-07-2007 | 08-08-2007 |
| **PI Blood Profile** | P | 08-22-2007 | 08-22-2007 | 08-22-2007 |
| **PI Urinalysis** | P | 08-06-2007 | 08-22-2007 | 08-22-2007 |
| **PI Vitals** | P | 08-06-2007 | 08-22-2007 | 08-22-2007 |

APP

Miscellaneous Information

|  | Status | Requested | Received | Processed |
|---|---|---|---|---|
| **PI Life App Supplement** | P | 08-07-2007 | 08-07-2007 | 08-07-2007 |

AUI

Sent to Underwriter

Alpha Search Results

**ALPHA SEARCH PRI. INS.-NO MATCHES FOUND**

```
        $0 PI Life Ins                        $0 AI Life Ins
   $50.000 PI Total to be Underwritten
        $0 AI Total to be Underwritten
        $0 Total GIO Ins                      $0 Total CTR Units
```

PER

Principal Insured - Personal Information

```
PI Name: FICKLIN.LAWRENCE              Sex Male    DOB: ████████
         Ht:  5 ft 11 in   Wt:   220 lbs.
         Age: 57
```

USR-File Copy                                          PAGE   2

**LF-2431-5567 Issued Not Pd**     **New Business**                      **ID 4mm**
**PI Lawrence Ficklin**            **Sex** M DOB [REDACTED]    Age 57 App Dt 07-31-2007
**AI**                             **Sex**   DOB               Age    Iss Dt 08-22-2007
**Last LUC Sent:**
**Agent:  Don Harris**                        04-1112(F685)    870-535-4880

Home phone: **870-534-1915** Work phone:           Mobile phone: **870-329-7578**
Best Time to Call:


Preferred Language: **ENGLISH**
Marital Status: **Married**
      Citizenship: **U.S. or Canadian citizen**
      Birthplace: **AR**
            TIN: [REDACTED]
      Occupation: **EDUCATION**
         Duties:
        Employer: **PULASKI TECHNICAL COLLEGE**
      Drvr Lic. #: [REDACTED]                St: **AR**
        Address: **407 W 35TH AVE**
                 **PINE BLUFF**          **AR 71603**
         In City:           City Code:


  Applicant Name:                               TIN:
         Address:
         In City:           City Code:


Successor Owner: **NONE**

Owner Relationship to PI: **Not Available**

CVG

Plan                                           Amount

**Universal Life**                                     **$50,000**

**Waiver of Monthly Deduction**

      Cash Refund Option:
   Certain Period (Years):
         Dividend Option: **Addition to Account Value**
  UL Death Benefit Option: **Basic Amount Option**
         Planned Premium:      **147.69**
Additional 1st yr Premium:
            APL Provision: **Yes**

```
                        USR-File Copy                    PAGE   3

LF-2431-5567 Issued Not Pd    New Business                      ID 4mm
PI Lawrence Ficklin           Sex M DOB            Age 57 App Dt 07-31-2007
AI                            Sex   DOB            Age    Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                     04-1112(F685)   870-535-4880
```

     Preliminary Term Date:
     W9 Certification Type: **Short**
     Sold as Premium Offset: **No**

         Application Type: **Life application**
Application Signed Date: 07312007

BEN

### PI Beneficiary Designation

     Primary    Name: **Ethel Ficklin**
          Relationship: **Spouse**
   Settlement Option: **Interest Option**

     Successor  Name: **Zabrina Weaver**
          Relationship: **Child**
   Settlement Option: **Interest Option**

        Final    Name:
          Relationship:

GUI

### General Underwriting Information

### Insured Underwriting Information

Principal Insured:

* **PI has, in the last 3 years, been convicted of or
  plead guilty to any moving violations or a DUI charge.**

Medical Section Explanations

Quest.          PERSON                 Onset Recovery
  EAP  **FICKLIN,LAWRENCE**

   Medical Symptom: **Adverse Driving Record**
Medical Condition Details or General Explanations:

```
                    USR-File Copy                        PAGE    4

LF-2431-5567 Issued Not Pd      New Business                    ID 4mm
PI Lawrence Ficklin             Sex M DOB ████████  Age 57 App Dt 07-31-2007
AI                              Sex   DOB           Age    Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                     04-1112(F685)   870-535-4880
```

**1 Speeding**

```
Quest.          PERSON                  Onset Recovery
  INT  FICKLIN,LAWRENCE
```

Medical Symptom: **Family History**
Medical Condition Details or General Explanations:
**Current age:57 – Father living:YES – Father age:77 – Mother living:YES – Mother age:78**

AGT

<u>Agent's Statement</u>

**Coverage bound**

```
        Payment mode: Special Monthly
        Billing type: SFPP                 Account Number: 1053382422
  Paramedical vendor: EXAM1

    Premium Quoted:       147.69
  Payment Received:                      Check Numbers:

Other State Farm Ins:
    PI Annual Income:      50,000
  Application date: 07/31/07
App Received date: 08/03/07

    Application Input ID: EAP

Required Signature Documents:
        Signed ECHO/EAP Application
        Signed EAP Acknowledgement/Authorization
        Bank Disclosure Form

      Initial Settlement: Full Cash

   Agent Says Replacement: No

Gave Authorization copies: Yes
```

```
                              USR-File Copy                          PAGE   5

LF-2431-5567 Issued Not Pd       New Business                         ID 4mm
PI Lawrence Ficklin              Sex M DOB ▮▮▮▮▮▮  Age 57 App Dt 07 31 2007
AT                               Sex   DOB         Age    Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                      04-1112(7685)   870-535-4880
```

PI Illustration Premium Class: **Non-Tobacco**

RMK

<u>Private Remarks</u>

PR3


<u>PI Problems</u>

Problem Description:
   **ADVERSE DRIVING RECORD**
Underwritten as:
   **MOTOR VEHICLE INTRODUCTION**
Problem Date:  **08-03-2007**  Status:    **RESOLVED**
Messages:  **AS ON APP/EXAM: ADVERSE DRIVING RECORD**
           **DUPLICATE CONDITION OCCURRED ON**

Problem Description:
   **BUILD**
Underwritten as:
   **BUILD**
Problem Date:  **08-03-2007**  Status:    **RESOLVED**
Messages:  **OVERWEIGHT 5.10.226**
Underwriting Debits:   **13**

Problem Description:
   **FAMILY HISTORY**
Underwritten as:
   **FAMILY HISTORY**
Problem Date:   **-0 -2007**  Status:    **RESOLVED**
Messages:  **AS ON APP/EXAM: FAMILY HISTORY**

Problem Description:
   **CHOLESTEROL**
Underwritten as:
   **LIPIDS**
Problem Date:  **08-22-2007**  Status:    **RESOLVED**
Messages:  **CREDIT NO ACTION NEEDED**

```
                          USR-File Copy                        PAGE   6

LF-2431-5567 Issued Not Pd      New Business                        ID 4mm
PI Lawrence Ficklin             Sex M DOB ████████ Age 57 App Dt 07-31-2007
AI                              Sex   DOB          Age    Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                          04-1112(F685)    870-535-4880

  Underwriting Debits:     0

  Problem Description:
      ABNORMAL PSA
  Underwritten as:
      PROSTATE SPECIFIC ANTIGEN
  Problem Date:  08-22-2007  Status:     RESOLVED
  Messages:  PSA = 4.3H  EMANUAL OK=+0


  Problem Description:
      PROTEINURIA
  Underwritten as:
      PROTEINURIA
  Problem Date:  08-22-2007  Status:     RESOLVED
  Messages:  PROTEIN (URINE)    31.0H
             FOR AGE=+50 BUT CREDIT -50 D/T NO MEDL COND AS
             LISTED IN EMANUAL=+0 TOTAL


  Problem Description:
      ABNORMAL MICROALBUMINURIA
  Underwritten as:
      PROTEINURIA
  Problem Date:  08-22-2007  Status:     RESOLVED
  Messages:  MICROALBUMINURIA   17.9H


  Problem Description:
      ABNORMAL MICROALBUMIN/CREATININE RATIO
  Underwritten as:
      PROTEINURIA
  Problem Date:  08-22-2007  Status:     RESOLVED
  Messages:  MALB/CREAT (URINE)  POS


NOT


                          Note Pad


Creator:  SYST   Date:  20070822   Type:  Lab Result
Lab Ticket 0070177456 for LAWRENCE PICKLIN: The following data
received from LABONE is invalid : Unknown Test(3959) = 0009000

Creator:  HH89   Date:  20070806   Type:  Policy          Output
```

USR-File Copy                                        PAGE   7

LF-2431-5567 Issued Not Pd      New Business                    ID 4mm
PI Lawrence Ficklin             Sex M DOB ████████ Age 57 App Dt 07-31-2007
AI                              Sex   DOB          Age    Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                         04-1112(F685)    870-535-4880

e·app/e·sig - sig docs rec'd

Creator:  HH89    Date:  20070806    Type:  Underwriter
CM IR complete.

Creator:  LAMM    Date:  20070808    Type:  Underwriter
ei wnl: exam pending

Creator:  LAMM    Date:  20070822    Type:  Underwriter
ok as applied

LAB

### PI Interview Results

Interview type:  **Extended Interview**
Status:  **Interview Completed**

Date requested:  **08-06-2007**
Date/time completed:  **08-07-2007   01:07 PM CT**
SF date received:  **08-07-2007**

Vendor tracking number:  **5855955**
SF tracking number:  **25LP24315567PIC01000**

Requested by:  **CHERYL D. REESE**


Medical Condition(s) Identified During Interview

No Interview Notepad(s)


### PI Blood Profile Results

Date processed:  **08-22-2007**          Vendor:  **ExamOne**
SF date received:  **08-22-2007**        Ticket number:  **0070177456**
Date last meal:  **08-13-2007**          Time last meal:  **10:00 PM**
Date collected:  **08-14-2007**          Time collected:  **11:00 AM**
Date of birth:  **06-25-1950**           Serum appearance:  **Normal**

```
                              USR-File Copy                      PAGE   8

LF-2431-5567 Issued Not Pd    New Business                          ID 4mm
PI Lawrence Ficklin           Sex M DOB              Age 57 App Dt 07-31-2007
AI                            Sex   DOB              Age     Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                     04-1112(F685)     870-535-4880
```

| Test Name | Result | Reference Range |
|-----------|--------|-----------------|



PI Urinalysis Results

```
    Date processed:  08-22-2007              Vendor:  ExamOne
 SF date received:   08-22-2007       Ticket number:  0070177456
  Date last meal:    08-13-2007       Time last meal:  10:00 PM
  Date collected:    08-14-2007       Time collected:  11:00 AM
     Date of birth:
```

| Test Name | Result | Reference Range |
|-----------|--------|-----------------|



USR-File Copy                                          PAGE   9

LF-2431-5567 Issued Not Pd      New Business                    ID 4mm
PI Lawrence Ficklin             Sex M DOB        ██████ Age 57 App Dt 07-31-2007
AI                              Sex   DOB                Age   Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                        04-1112(F685)    870-535-4880



PI Vitals Results

Date processed: 08-22-2007              Vendor: **ExamOne**
SF date received: 08-22-2007       Ticket number: 0070177456
Date collected: 08-14-2007         Time collected: 11:00 **AM**
██████████████████

    Test Name                   Result
    **Height**                      5  ft  10 in
    **Weight**                      226 lbs

                        Systolic          Diastolic

FIN

Final Action Information

        Policy Date:     08-01   Policy Class:  1

                  PI Information

```
                            USR-File Copy                        PAGE  10

LF-2431-5567 Issued Not Pd       New Business                          ID 4mm
PI Lawrence Ficklin              Sex M DOB ▓▓▓▓▓▓ Age 57 App Dt 07-31-2007
AI                               Sex   DOB         Age    Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                          04-1112(F685)   870-535-4880

                        Tobacco Rating: Non Tobacco

     Final Action Initiator:    LAMM    Final Action Date: 08/22/2007

NTC

Coverage Changes

     Amend Coverage                          Original       Current
          Universal Life                      $50,000       $50,000
          Waiver of Monthly Deduction           YES            YES

MIB
```

### PI MIB Information

```
          Information Received from MIB for the PI:
     Last Name:  FICKLIN                First Name:   LAWRENCE
     Birthday:  06-25-1950  Birth Place:   AR
     Occupation:  UNKNOW


     MIB Status:  Previously reported codes  Date Reported:    -  -
        Inquiry:  Regular   Reply:  Not Found  Transmit Date: 08-03-2007




     MIB Status:  Code which has been sent   Date Reported:    -  -
                                             Transmit Date: 08-22-2007

          928HX#




     MIB Status:  Code which has been sent   Date Reported:    -  -
                                             Transmit Date: 08-22-2007

          913GX#




     MIB Status:  Code which has been sent   Date Reported:    -  -
```

USR-File Copy                                    PAGE   11

LF-2431-5567 Issued Not Pd      New Business                    ID 4mm
PI Lawrence Picklin             Sex M DOB ███████ Age 57 App Dt 07-31-2007
AI                              Sex   DOB          Age   Iss Dt 08-22-2007
Last LUC Sent:
Agent:  Don Harris                    04-1112(F685)      870-535-4880

                                Transmit Date:  08-22-2007

        915HX#

## POLICY IDENTIFICATION

| | | | |
|---|---|---|---|
| Insured | LAWRENCE FICKLIN (Male) | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | $50,000 |
| Policy Date | August 1, 2007 | | |
| Issue Date | August 22, 2007 | | |

## SCHEDULE OF BENEFITS

Universal Life Basic Plan:
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco): $50,000
  Minimum Amount of Increase: $25,000
  Minimum Amount of Decrease: $10,000
  Minimum Withdrawal: $500

Riders:

| Form | Description | Insurance Amount | Benefit Period Ends | Monthly Charge Deductible |
|---|---|---|---|---|
| 94206 | Waiver of Monthly Deduction Effective Date: August 22, 2007 Issue Date: August 22, 2007 | | In 2010 | To 2010 |

## SCHEDULE OF PREMIUMS

Initial Premium:   $147.69
Planned Premium:  $147.69
Payment Period:   Monthly

| Beginning | Total Premiums For Policy Year |
|---|---|
| August 1, 2007 | $1,772.28 |

## INTEREST RATES

Guaranteed Interest Rate: 4%

Form 04030                                              20070822

Continued from Page 3

# C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:          $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00
For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
      $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
      $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

# S C H E D U L E   O F   S U R R E N D E R   C H A R G E S

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 1 | 1 | $52.50 | 2 | 8 | $1,050.00 |
| 1 | 2 | 105.00 | 2 | 9 | 1,102.50 |
| 1 | 3 | 157.50 | 2 | 10 | 1,155.00 |
| 1 | 4 | 210.00 | 2 | 11 | 1,207.50 |
| 1 | 5 | 262.50 | 2 | 12 | 1,260.00 |
| 1 | 6 | 315.00 | 3 | 1 | 1,260.00 |
| 1 | 7 | 367.50 | 4 | 1 | 1,260.00 |
| 1 | 8 | 420.00 | 5 | 1 | 1,260.00 |
| 1 | 9 | 472.50 | 6 | 1 | 1,260.00 |
| 1 | 10 | 525.00 | 7 | 1 | 1,134.00 |
| 1 | 11 | 577.50 | 8 | 1 | 1,008.00 |
| 1 | 12 | 630.00 | 9 | 1 | 882.00 |
| 2 | 1 | 682.50 | 10 | 1 | 756.00 |
| 2 | 2 | 735.00 | 11 | 1 | 630.00 |
| 2 | 3 | 787.50 | 12 | 1 | 504.00 |
| 2 | 4 | 840.00 | 13 | 1 | 378.00 |
| 2 | 5 | 892.50 | 14 | 1 | 252.00 |
| 2 | 6 | 945.00 | 15 | 1 | 126.00 |
| 2 | 7 | 997.50 | 16 | 1 | 0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

# C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

## Maximum Monthly Cost of Insurance Rates
## Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 57 | .8337 | 68 | 2.5346 | 79 | 7.8459 | 90 | 21.6937 |
| 58 | .9171 | 69 | 2.7986 | 80 | 8.6209 | 91 | 23.4886 |
| 59 | 1.0108 | 70 | 3.0982 | 81 | 9.4989 | 92 | 25.5043 |
| 60 | 1.1155 | 71 | 3.4416 | 82 | 10.5014 | 93 | 27.9619 |
| 61 | 1.2323 | 72 | 3.8400 | 83 | 11.6282 | 94 | 31.3839 |
| 62 | 1.3671 | 73 | 4.2933 | 84 | 12.8621 | 95 | 36.7983 |
| 63 | 1.5199 | 74 | 4.7945 | 85 | 14.1789 | 96 | 46.5890 |
| 64 | 1.6901 | 75 | 5.3337 | 86 | 15.5651 | 97 | 67.0439 |
| 65 | 1.8769 | 76 | 5.9074 | 87 | 17.0023 | 98 | 75.1886 |
| 66 | 2.0795 | 77 | 6.5116 | 88 | 18.4864 | 99 | 83.3333 |
| 67 | 2.2973 | 78 | 7.1507 | 89 | 20.0413 | & over | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.

Continued on Next Page

Form 04030                                 Page 4                                 20070822

# C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

### Continued from Page 4

Monthly Charges Per $1 of Monthly Deductions for Waiver of Monthly Deduction

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|-----|----------------|-----|----------------|-----|----------------|-----|----------------|
| 57 | .2534 | 58 | .2843 | 59 | .3589 | | |

Monthly charges per $1 of monthly deduction are based on the Insured's age last birthday at the start of the Policy Year.

 **STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

**PAGE 1 OF 6**

One Type? **01** 

# LIFE INSURANCE APPLICATION

| 1. | TYPE OF APPLICATION *(check one)* | | | |
|---|---|---|---|---|
| | ☐ New Business | ☑ Change of Plan/Added Benefits<br>Existing Policy Number:<br>2431-5567 | ☐ Universal Life Increase<br>Existing Policy Number: | ☐ Term Conversion with Increase in Amount<br>Existing Policy Number: |

**2. PROPOSED INSURED 1**  *(Print name in full)*

a. LAST NAME: FICKLIN   FIRST NAME: LAWRENCE   MIDDLE INITIAL:

b. MAILING ADDRESS: 407 W 35TH Ave   CITY: PINE BLUFF   STATE: AR   ZIP CODE: 71603

c. SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER: [redacted]   DRIVER'S LICENSE NUMBER:   STATE: AR   SEX: M   BIRTH DATE MO-DAY-YR: [redacted]   AGE: 58

d. MARITAL STATUS: M   HEIGHT: 5'10   WEIGHT: 220   STATE OF BIRTH: AR   UNITED STATE OR CANADIAN CITIZEN?: YES ☑ NO ☐

e. OCCUPATION: INSTRUCTON   EMPLOYER'S NAME: PULASKI TECH COLLEGE

f. Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas, or oil? *(If yes, explain exact duties)*   YES ☐ NO ☑

**3. PROPOSED INSURED 2**  *(Additional Insured or Payor, print name in full)*

a. LAST NAME: FICKLIN   FIRST NAME: ETHEL   MIDDLE INITIAL:

b. SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER: [redacted]   DRIVER'S LICENSE NUMBER:   STATE: AR   SEX: F   BIRTH DATE MO-DAY-YR: [redacted]   AGE: 54

c. MARITAL STATUS: M   HEIGHT: 5'6   WEIGHT: 210   STATE OF BIRTH: MS   UNITED STATE OR CANADIAN CITIZEN?: YES ☑ NO ☐

d. OCCUPATION: RN   EMPLOYER'S NAME: JEFFERSON REG MED CTR

e. Do job duties involve work in one of the following occupation categories: amusement, sports, construction, explosives, diving, liquor, logging, mining, gas, or oil? *(If yes, explain exact duties)*   YES ☐ NO ☑

**4. APPLICANT/OWNER**  *(If not Proposed Insured 1, print name in full)*

a. LAST NAME:   FIRST NAME:   MIDDLE INITIAL:   SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER:

b. MAILING ADDRESS:   CITY:   STATE:   ZIP CODE:

c. **Successor Owner** *(Required unless the Applicant/Owner is a TRUST or CORPORATION)*
LAST NAME:   FIRST NAME:   MIDDLE INITIAL:

| 5. | *Complete 5 if Proposed Insured is under age 16* | | | | |
|---|---|---|---|---|---|
| a. | Is Proposed Insured to be Owner at and after age 21? | YES ☐ NO ☐ | b. | Give amount of insurance in force on: *(If none, so indicate)*<br>Father $          Mother $ | |

121173                                            (AR & TN)                                       12-21-2004

**EXHIBIT C**

**6. COVERAGES APPLIED FOR**   *(Do not complete 6-8 if applying for Universal Life/Second to Die.)*

**a. Amount Applied For: $** _____

**Basic Plan coverage applied for:**
- ☐ Whole Life
- ☐ 15 Pay Life
- ☐ Single Premium Life
- ☐ 5 Year Term

- ☐ Term to Age 95 - 10
- ☐ Term to Age 95 - 20
- ☐ Term to Age 95 - 30

**b. Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*

                                     YES  NO

Waiver of Premium (PI 1 only)   ☐  ☐
- ☐ Payor (Complete PI 2)
- ☐ Guaranteed Insurability Option $ _____
- ☐ Children's Term Rider  _____ Units

- ☐ 5 Year Term (PI 1)  $ _____
- ☐ 5 Year Term (PI 2)  $ _____

---

**7. DIVIDEND OPTION**

If the dividend option chosen is not available or no option is chosen, policy provisions determine the option.

☐ Paid-up Additions    ☐ Accumulate    ☐ Reduce Premium    ☐ Cash

---

**8. *Complete if policy applied for has an APL provision.***

                                                                                       YES  NO

Do you want the Automatic Premium Loan provision to apply, if applicable?  ☐  ☐

---

**9. UNIVERSAL LIFE / SECOND TO DIE**

**a. Initial Basic Amount: $** 50,000     ☑ Universal Life  ☐ Second to Die

**b. Death Benefit:** *(Complete for new policy only)*

If no option is chosen, policy provisions determine the option.

☑ Option 1 — Basic Amount    ☐ Option 2 — Basic Amount plus Account Value

**c. Riders/Benefits applied for:** *(Check Ratebook for availability of riders.)*

                                      YES  NO

Waiver of Monthly Deduction (PI 1 only)  ☑  ☐
- ☐ Guaranteed Insurability Option $ _____
- ☐ Children's Term Rider  _____ Units

- ☑ Level Term (PI 2)  $ 37,000
- ☐ Level Term (PI 1)  $ _____
  (Second to Die only)

**d. Dividend Option:**

If no option is chosen, policy provisions determine option.

☑ Addition to Account Value    ☐ Cash

**e. Planned Premium:**

Mode chosen:  ☐ Annual    ☑ SFPP  Existing SFPP Account #: 1053 - 3824 - 22

                ☐ Other Special Monthly: _____

Amount to be billed each payment date: $ 177.69 (ADDING $30/mo ON ETHEL)

**f. Increase in Basic Amount For Universal Life Only:** *(Do not complete for new policy.)* **$** -0-

**10. BENEFICIARY DESIGNATION — Proposed Insured 1**

Completion of this section will replace all previous rider and policy designations for this policy. If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 1 is the Survivor or insured under a rider.

| PRIMARY BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| ETHEL FICKLIN | SPOUSE |

| SUCCESSOR BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| ZABRINA WEAVER | DTR |

**11. BENEFICIARY DESIGNATION — Proposed Insured 2**

Complete for Additional Insured's rider only if the Beneficiary provision in the rider is NOT desired. If this section is completed, the Payment of Benefit provision of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of the "Insured." If a Change of Plan or an addition in coverage, this designation will replace previous designations for this insured. If the Basic Plan is Second to Die, this designation applies only if Proposed Insured 2 is the Survivor or insured under a rider.

| PRIMARY BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| LAWRENCE FICKLIN | SPOUSE |

| SUCCESSOR BENEFICIARY - FULL NAME | RELATIONSHIP |
|---|---|
| ZABRINA WEAVER | DTR |

| Complete 12 if CTR applied for. | *List children under age 18 (if none, so state)* | | | | | |
|---|---|---|---|---|---|---|
| **12.** LAST NAME, FIRST NAME, MI *(If last name different, explain)* | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTHDATE | | | AMOUNT NOW INSURED FOR | |
| | | MO. | DAY | YR. | $ | |
| | | | | | | |

**Complete 13 & 14 if CTR applied for OR Proposed Insured 1 is under age 16.**

| | YES | NO |
|---|---|---|
| **13.** In the last 10 years, has Proposed Insured 1 or any children named in question 12, had or been treated by a member of the medical profession for: *(If yes, check all that apply and explain)* | ☐ | ☐ |

**a.** ☐ birth defect     **e.** ☐ mental disorder     **i.** ☐ impairment of sight, hearing, or speech
**b.** ☐ asthma           **f.** ☐ seizure            **j.** ☐ diabetes
**c.** ☐ kidney disease   **g.** ☐ heart murmur       **k.** ☐ anemia
**d.** ☐ leukemia         **h.** ☐ cancer            **l.** ☐ Acquired Immune Deficiency Syndrome (AIDS)
                                                     **m.** ☐ Human Immunodeficiency Virus (HIV) infection

| | YES | NO |
|---|---|---|
| **14.** In the last 3 years, has Proposed Insured 1 or any children named in question 12, seen a doctor for any reason not previously explained excluding any routine physical examination with normal findings? *(If yes, explain)* | ☐ | ☐ |

| **All Applications:  Complete 15** | | | | |
|---|---|---|---|---|
| **15.** Proposed Insured 1 or Applicant, if other than Proposed Insured 1: | | | YES | NO |
| **a.** Do you own any life insurance or annuities on yourself or others? | | | ☒ | ☐ |
| **b.** If yes, is this policy a replacement of any of those policies? | | | ☐ | ☒ |

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **c.** Is the total amount of insurance in force on you more than $200,000? *(If yes, give amounts and details.)* | ☐ | ☒ | ☐ | ☒ |
| **d.** Is anyone now applying for life or health insurance on you with any other company? *(If yes, in Explanations state company and amounts.)* | ☐ | ☒ | ☐ | ☒ |

**Applications (Ages 16 & up):  Complete 16-19**

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **16.** Have you used tobacco or other nicotine products in any form in the last 36 months? *(If yes, please provide month/year last used   PI 1 ___/___  Month  Year   PI 2 ___/___  Month  Year)* | ☐ | ☒ | ☐ | ☒ |
| **17.** In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)* | ☐ | ☒ | ☐ | ☒ |

*(Check all that apply)*

| | PI 1 | PI 2 | | | PI 1 | PI 2 | |
|---|---|---|---|---|---|---|---|
| **a.** | ☐ | ☐ | cancer or tumor | **d.** | ☐ | ☐ | stroke or transient ischemic attack (TIA) |
| **b.** | ☐ | ☐ | diabetes | **e.** | ☐ | ☐ | Acquired Immune Deficiency Syndrome (AIDS) |
| **c.** | ☐ | ☐ | heart disease or disorder, chest pain, high blood pressure | **f.** | ☐ | ☐ | Human Immunodeficiency Virus (HIV) infection |

| **18.** In the last 3 years, have you: *(If yes, explain)* | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **a.** been convicted of or pleaded guilty to any moving violations or driving under the influence of alcohol or drugs? | ☐ | ☒ | ☐ | ☒ |
| **b.** engaged in any type of aviation activity (other than as a passenger); or is any such activity planned in the next 6 months? | ☐ | ☒ | ☐ | ☒ |
| **c.** engaged in avocations such as mountain/rock climbing, vehicle racing, SCUBA/skin diving, sky diving, ballooning or hang gliding, or is any such activity planned in the next 6 months? | ☐ | ☒ | ☐ | ☒ |
| **19.** Do you plan to leave or travel from the United States or Canada in the next 6 months? *(If yes, explain)* | ☐ | ☒ | ☐ | ☒ |

**Applications (Ages 16 & up if NO medical exam required): Complete 20-23**

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **20.** Have you ever applied for or received disability benefits; had an injury to your neck, back, arm, or leg; or had any loss of sight or hearing? *(If yes, explain)* | ☐ | ☒ | ☐ | ☒ |
| **21.** In the last 10 years, have you had or been treated by a member of the medical profession for: *(If yes, explain)* | ☐ | ☒ | ☐ | ☒ |

*(Check all that apply)*

| | PI 1 | PI 2 | | | PI 1 | PI 2 | |
|---|---|---|---|---|---|---|---|
| **a.** | ☐ | ☐ | respiratory disorder | **c.** | ☐ | ☐ | mental or nervous disorder |
| **b.** | ☐ | ☐ | liver or intestinal disorder | **d.** | ☐ | ☐ | blood disorder |

| | PI 1 YES | PI 1 NO | PI 2 YES | PI 2 NO |
|---|---|---|---|---|
| **22.** In the last 5 years, have you used cocaine, marijuana, or any other controlled substance or narcotic not prescribed by a doctor; or had treatment or counseling for alcohol or drug use, or been advised to seek treatment or counsel for alcohol or drug use? *(If yes, explain)* | ☐ | ☒ | ☐ | ☒ |
| **23.** In the last 5 years, have you for any reason not previously explained: *(If yes, explain)* | | | | |
| **a.** seen a doctor or psychologist? | ☐ | ☒ | ☐ | ☒ |
| **b.** had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? *(If yes, list and explain)* | ☐ | ☒ | ☐ | ☒ |
| **c.** had or been advised to have treatment or a test in any lab, clinic, or hospital? | ☐ | ☒ | ☐ | ☒ |
| **d.** been told surgery was necessary? | ☐ | ☒ | ☐ | ☒ |

**24. EXPLANATIONS:**

*If space below is insufficient, use additional sheets which will be part of this application. Sheets must be signed & dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.*

(AR & TN)

12-21-2004

## 25. AGREEMENTS

Coverage will be effective as of the policy date if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete without material changes.

For changes in Basic Amount for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by the Company if on such deduction date the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete without material changes.

However, if a binding receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete. It is agreed that the Company can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment, and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER (TIN) CERTIFICATION

By signing this application, I certify under penalties of perjury that (1) the TIN shown above is correct, and (2) I am exempt from backup withholding, or that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, *(If you are subject to backup withholding, cross out item 2.)* and (3) I am a U.S. person (Including a U.S. resident alien).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. (See instructions.)

Date Signed ___7 - 19 - 08___       Signature of Proposed Insured 1 X _Laurence Ficklin_
                                     *Not required if Proposed Insured is under age 16*

at _PINE BLUFF , AR_       Signature of Proposed Insured 2 X _Ethel Ficklin_
   City              State

Signature of Agent as
Witness to all Signatures X _Don Harris_

Signature of
Applicant X
*Not required unless applicant is other than Proposed Insured 1. If a firm or corporation is to be the owner, give its name and signature of authorized officer.*

121173                    (AR & TN)                    12-21-2004



**STATE FARM LIFE INSURANCE COMPANY**
**Bloomington, Illinois**

**ACKNOWLEDGMENT**  I have received the Notices and the Acknowledgment and Authorization wording.

**AUTHORIZATION**  I authorize any source having information about me or my children to give to State Farm Life Insurance Company, its contractors, reinsurers, or its representatives all information available within the last ten (10) years as to health history, diagnosis, treatment or prognosis with respect to any physical or mental condition and non-medical information including, but not limited to, employment history, income, and other insurance coverage. "Source" includes any doctor, hospital, clinic, U.S. Veteran's Administration (VA) Hospital, mental health facility, or any other medically related facility, insurance company, consumer reporting agency and MIB (Medical Information Bureau). Any information obtained will be used to determine eligibility for insurance. This information may also be released to State Farm Mutual Automobile Insurance Company and its affiliates, their contractors, reinsurers, representatives, other insurance companies, for their use in connection with insurance transactions, or as required by law. This information may also be released to MIB, however, no MIB information will be released to a consumer reporting agency. MIB is a non-profit membership exchange assisting in the prevention of fraud. Information obtained pursuant to this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state law and protections will still apply.

I understand I may revoke this Authorization by providing written revocation to State Farm Life Insurance Company except to the extent that State Farm Life Insurance Company has taken action in reliance on this Authorization. Revoking this Authorization will result in this application being declined.

I understand I may refuse to sign this Authorization. However, doing so will result in this application being declined.

This Authorization is valid for two (2) years from the date of signature and a photocopy is as valid as the original. I understand my authorized representative or I have the right to receive a copy of this Authorization.

Date Signed ___7-19-54___    Signature of Proposed Insured 1 X _Laurence Tickle_
(Signature of parent or guardian if juvenile application)    Signature of Proposed Insured 2 X _Ethel Ficken_

Maiden or Former Name ___JOHNSON___    Maiden or Former Name _____

106441    (Life & VUL)    12-16-2003

## AGENT'S STATEMENT

1. How do you know the Proposed Insured(s)?
   ☐ Just met *(Please explain)*     ☑ Personally known by me or my staff

2. Proposed Insured 1's annual earned income.
   ☐ 0 – $25,000          ☐ $50,001 – $100,000
   ☑ $25,001 – $50,000    ☐ Over $100,000

3. The mode of premium payment will be
   ☐ Annual     ☐ Semi-Annual     ☐ Quarterly     ☐ Employee Payroll Deduction     ☐ Salary Allotment
   ☐ SFPP     ☐ Agent's Payroll Deduction          ☐ Gov't Allotment Branch————————
   ☐ Add to Existing PAC # _____          Social Security # _____
   ☑ Add to Existing SFPP # *1C53-3824-22*     ☐ Single Premium

4. Amount of premium submitted. $ *– O –*

5. Amount of premium quoted. $ *$30 /Mo To ADD ETHEL*

6. Was a Binding Receipt issued?                                                                YES ☑  NO ☐

7. a. Indicate other State Farm insurance in family.
      ☐ Auto   ☑ Life   ☐ Fire   ☐ Health

   b. Is another State Farm life insurance policy being applied for?                          ☐      ☑

   c. Is State Farm health insurance being applied for?                                       ☐      ☑

8. Is this policy a replacement or change of existing insurance or annuities owned by Proposed Insured 1
   or the Applicant, if other than Proposed Insured 1? *(If yes, explain)*                     ☑      ☐

   *2431-5567   ADL /NSD RIDER*

9. Did you give Proposed Insureds the Notices and the Acknowledgment and Authorization wording?   ☑   ☐

10. Did you use the premium offset concept to sell this policy?                                ☐      ☑

11. Interview Information          Proposed Insured 1          Proposed Insured 2
    Home Phone                     *(870) 534 - 1915*          *(870) 534 - 1915*
    Work Phone                     *(   )    -*                *(   )    -*
    Cell Phone                     *(870) 329 - 7578*          *(870) 329 - 4216*
    E-Mail Address *(Optional)*
    Hearing Impaired -
      Is special equipment required?   ☐ Yes  ☑ No            ☐ Yes  ☑ No
    Preferred Language
    (if not English)

Agent's Code Stamp

 **INSURER**

☑ State Farm Life Insurance Company

☐ State Farm Mutual Automobile Insurance Company - Health Insurance Department

Mailing Address: One State Farm Plaza, Bloomington, Illinois 61710



## NOTICE AND CONSENT FOR AIDS VIRUS (HIV) TESTING - ARKANSAS

To evaluate your eligibility for insurance or insurance benefits, it is requested that you consent to be tested for the AIDS virus (HIV). By signing and dating this form, you agree that this test may be performed and that underwriting decisions will be based on the test results.

**DISCLOSURE OF TEST RESULTS:**

All test results will be treated confidentially. The results of the test will be reported to the insurer identified on this form. Results of the tests will not otherwise be disclosed except as allowed by law or as stated below.

**MEANING OF TEST RESULTS:**

While positive HIV antibody test results do not mean that you have AIDS, they do mean that you may be at increased risk of developing AIDS or AIDS-related conditions. The test is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus.

Positive HIV antibody test results could adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

**RELEASE OF RESULTS:**

The results of this test may be released to the following:

(1) the proposed insured;

(2) the person legally authorized to consent to the test;

(3) a licensed physician, medical practitioner, or other person designated by the proposed insured;

(4) an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular proposed insured;

(5) a reinsurer, if the reinsurer is involved in the underwriting process, under procedures that are designed to assure confidentiality;

(6) persons who have the responsibility to make underwriting decisions on behalf of the insurer; or

(7) insurer's legal counsel who needs such information to effectively represent the insurer in regard to matters concerning the proposed insured.

The insurer may contact you for the name of a physician or other health care provider to whom you may authorize disclosure and with whom you may want to discuss the results.

**CONSENT:**

I have read and I understand this Notice and Consent Form. I voluntarily consent to testing and disclosure as described above. I understand that I have the right to request and receive a copy of this form. A photocopy of this form will be as valid as the original.

_ETHEL FICKLIN_

Name of Proposed Insured (Please print)                                   Birth Date

_407 W 35TH AVE. PINE BLUFF, AR 71603_

Address (Please print)

X _Ethel Ficklin_          _7/19/08_          **ARKANSAS**

Signature of Proposed Insured or Parent/Guardian     Date/Signed     State of Residence

**AGENT:** Send the original to your State Farm life or health insurance operation center and provide a copy to the proposed insured.

104496.1                                                                                    Rev. 04-18-2004

# REQUEST FOR UNDERWRITING CONSIDERATION

**45F**

State: **AR**

☑ COP PI  ☐ COP AI  ☐ Conv. PI  ☐ Conv. AI  ☑ Addition  ☐ UL Increase  ☐ Reissue  ☐ Recon Rating  ☐ Select ReEntry  ☐ Reinstatement

**PI: Ficklin, Lawrence**    AI:

| From: | #(s) 2431-5567 | | | | | AFO/Agent |
|---|---|---|---|---|---|---|
| Amount | Plan ul 1 | Rating non-tobacco PI | Riders none | | Binding Receipt **No** | Harris 04-1112 |
| | | | | | ☐ Reinsurance | f685 |

| To: | # | | Riders Applied For | Amount | | Amount |
|---|---|---|---|---|---|---|
| Amount | Plan | | ☐ WP/DW/WD | ☐ GIR: | ☑ AI 5 Year Term: | **$37,000** |
| | | | ☐ PAYOR | ☐ CTR: | ☐ AI Level Term | |
| | | | ☐ PI 5 Year Term | Items | Requested | Received |

| Notes from Service: | ☐ Signatures | | |
| ☐ Agent Info | | |
| ☐ Missing App Info | | |
| Underwriting Initial Review Notes: Clean apps. | ☐ Misc. Info | | |

**CTR Information**

| Name | DOB |
|---|---|
| | |

| PI | | | | AI | | | |
|---|---|---|---|---|---|---|---|
| MIB ☐ CLEAR ☑ HIT ☐ TRY ☐ No Signature Received | | | | MIB ☐ CLEAR ☐ HIT ☐ TRY ☐ No Signature Received | | | |
| Gender | | APP ☐ CLEAR ☐ HIT ☐ Blanks | | Gender F | | APP ☐ CLEAR ☐ HIT ☐ Blanks | |
| Age | | MVR ☐ CLEAR ☐ HIT ☐ No Hit | | Age 54 | | MVR ☐ CLEAR ☐ HIT ☐ No Hit | |

| | | Ordered/Requested | Reviewed/Received | | | Ordered/Requested | Reviewed/Received |
|---|---|---|---|---|---|---|---|
| ☐ Med. Info | | | | ☑ Med. Info | I - Interview | ☑ cnid 7/24 | |
| | | | | | | ☑ bp 7/25 | c38q 08-08-08 |
| ☐ Exam Type | | | | ☐ Exam Type | E - extended | | |
| ☐ Interview | | | | ☐ Interview | | | |
| ☐ Other | | | | ☐ Other | | | |
| ☐ APS | | | | ☐ APS | | | |
| ☐ MVR | | | | ☐ MVR | | | |
| Problems | Results | Debits | Resolved | Problems | Results 5.6.210 | Debits 17 | Resolved ☑ c38q 08-08-08 |
| | Total Debits | 0 | | | Total Debits | 17 | |

| Underwriting Notes: | Underwriting Notes: EI-fam hx sister breast cancer,both parents deceased ages 62/72; no to medical hx.  C38q 08-08-08 |

RN from MS

| MIB Codes | Reported By |
|---|---|
| AI 5.6.210SEN | c38q 08-08-08 |

## Final Action Information

☑ Approved    ☐ Incomplete    ☐ Decline    ☐ Counter Offer

BY: Name/Alias: cn     /c38q

Date: 8/8/08     Action Code: 0 - Standard Issue

| PI | | AI | |
|---|---|---|---|
| Premium Basis | | Premium Basis | Non-tobacco |
| Premium Class | | Premium Class | 1 - Standard or better |
| (1) Table Rating | | (1) Table Rating | |
| (1) Flat Extra | | (1) Flat Extra | |
| (2) Exclusions | | (2) Exclusions | |
| Primary Cause | | Primary Cause | |
| Source | | Source | |
| (3) Amended Cvg  ☐ WPD  ☐ Payor | | | |

| Riders | | Approved | Denied (5) | by/date |
|---|---|---|---|---|
| ☐ | GIR | ☐ | ☐ | |
| ☐ | CTR | ☐ | ☐ | |
| ☐ | PAYOR | ☐ | ☐ | |
| ☐ | WPD/WMD | ☐ | ☐ | |
| ☐ | PI 5 YR RT | ☐ | ☐ | |
| ☑ | AI 5 YR RT | ☑ | ☐ | c38q 08-08-08 |
| ☐ | AI LTR | ☐ | ☐ | |

**Effective Date: approval date**

☐ Amend    ☐ Delivery Instructions    ☐ Beneficiary

☐ NAUD   ☐ NRNI   ☐ Consumer Report     Agent Copy: ☐ NRNI   ☐ NNI

| App correct | Complete | Summary (MT) | | Amt Rec'd | | FA in: | ☐ CP | Request Rec'd: | 07/20/08 |
|---|---|---|---|---|---|---|---|---|---|
| Signatures | | UL Billable | $177.69 | | | | ☐ Risk | Sent to Und: | 07/24/08 |
| Repl Form | | PI Beneficiary | | TCC Amount | | | | UND alias: | |
| Sales Mat.(NAIC) | | Chg Address | | $0.00 | | ☐ Service | | Return to:(alias) | gr2m |
| Illustration | | GBM (if PAC) | | Mode | | Approved | | (name) | Lisa Hirschi |
| Bank Disclosure | | NAIC Repl Letter | | SFPP | | Adjustment | | | |
| Agent Statement | Received | Front Run | | 1053382422 | | 1035 Exchange | | | |

## 2431-5567

**28F**





**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICES, BLOOMINGTON, IL 61710

77

**Page 1 of 2**

# LIFE APPLICATION SUPPLEMENT

| 1. Name of Proposed Insured | Birth Date | Application No.(s) |
|---|---|---|
| ETHEL   FICKLIN |  | 24315567 |

In DETAILS for "Yes" answers, IDENTIFY QUESTION NUMBER and include diagnoses, dates, durations, and names and addresses of all doctors and medical facilities. If needed, use additional sheets.

| | YES | NO | DETAILS: |
|---|---|---|---|
| **2.** Have you, in the last 10 years, had or been treated by a member of the medical profession for: | | | |
| **a.** Disorder of eyes (other than vision correction)? | ☐ | ☒ | |
| **b.** Dizziness, fainting, epilepsy, convulsions, seizures; frequent or severe headaches? | ☐ | ☒ | |
| **c.** Paralysis, stroke; or disorder of the brain, spinal cord, or nerves? | ☐ | ☒ | |
| **d.** Shortness of breath, asthma, emphysema, pneumonia, sleep apnea or other respiratory disorder? | ☐ | ☒ | |
| **e.** Chest pain, heart attack, high blood pressure, heart murmur, or other disorder of the heart or blood vessels? | ☐ | ☒ | |
| **f.** Hepatitis, ulcer, colitis; or other disorder of the stomach, esophagus, intestines, rectum, or liver? | ☐ | ☒ | |
| **g.** Mental health conditions, including anxiety, depression or psychiatric disorders? | ☐ | ☒ | |
| **h.** Diabetes, disorder of the bladder or kidneys, disorder of the thyroid, or any other endocrine disorder? | ☐ | ☒ | |
| **i.** Sexually transmitted disease; disorder of reproductive organs; disorder of the breasts, or prostate? | ☐ | ☒ | |
| **j.** Arthritis; deformity or amputation; or injury or disorder of the neck, back, bones or joints? | ☐ | ☒ | |
| **k.** Cyst, tumor, or cancer? | ☐ | ☒ | |
| **l.** Disorder of the skin or lymph glands? | ☐ | ☒ | |
| **m.** Leukemia, anemia, immune deficiency, or any other blood disorder? | ☐ | ☒ | |
| **n.** Recurrent fever, fatigue, or night sweats? | ☐ | ☒ | |
| **3.** To the best of your knowledge and belief, are you now pregnant? Have you ever had complications of pregnancy, including cesarean section? | ☐ | ☒ | |

106260

C1: 7258597 (AR, LA, TN)

*Continued on page 2*

SF: 25LP24315567FIC02000

**Page 2 of 2**

| Name of Proposed Insured | Application No.(s) |
|---|---|
| ETHEL   FICKLIN | 24315567 |

| | YES | NO | DETAILS: |
|---|---|---|---|
| **4.** Have you, in the last 5 years: | | | |
| **a.** Used cocaine, marijuana, narcotics, or any other controlled substance not prescribed by a doctor? | ☐ | ☒ | |
| **b.** Been treated or counseled, or been advised to seek treatment or counseling, for alcohol or drug use? | ☐ | ☒ | |
| **5.** Other than what we've already discussed, have you, in the last 5 years: | | | |
| **a.** Had any mental or physical disorder not already mentioned? | ☐ | ☒ | |
| **b.** Had or been advised to have treatment, a test, electrocardiogram, X-ray or scan in a medical facility such as a doctor's office, lab, clinic, emergency room, or hospital? | ☐ | ☒ | |
| **c.** Had surgery or been told surgery was necessary? | ☐ | ☒ | |
| **6.** Have you, in the last 3 years, claimed or received any benefits because of injury, sickness, or disability? | ☐ | ☒ | |
| **7.** Have you had any unexplained change in weight in the last 12 months? | ☐ | ☒ | |
| **8.** Have you used tobacco or any nicotine products in any form in the last 36 months? | ☐ | ☒ | |
| **9.** In the last 5 years, have you for any reason not previously explained, had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? | ☐ | ☒ | |
| **10.** Who is your doctor? **See Details** | | | |
| **11.** Have you seen your doctor for any reason other than what you've already mentioned? | ☐ | ☒ | |
| **12.** Has your father, mother, or any brother or sister ever had diabetes, cancer, or heart disease before age 60? | ☒ | ☐ | |

I state that all information in this Life Application Supplement and any additional sheets is true and complete. This Life Application Supplement and any additional sheets will be part of my application.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Witness
to Signature  X_____   Dated On _____ , _____
                                                              MONTH                DAY           YEAR

X **Interview completed 08/07/08.  Voice signature on file.**
                    SIGNATURE OF PROPOSED INSURED



**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICES, BLOOMINGTON, IL 61710

0. ... **77** Check Digit

# LIFE APPLICATION SUPPLEMENT

**Page 1 of 2**

| 1. Name of Proposed Insured | Birth Date | Application No.(s) |
|---|---|---|
| ETHEL   FICKLIN | ███████ | 24315567 |

In DETAILS for "Yes" answers, IDENTIFY QUESTION NUMBER and include diagnoses, dates, durations, and names and addresses of all doctors and medical facilities. If needed, use additional sheets.

| | YES | NO | DETAILS: |
|---|---|---|---|
| 2. Have you, in the last 10 years, had or been treated by a member of the medical profession for: | | | |
| a. Disorder of eyes (other than vision correction)? | ☐ | ☒ | |
| b. Dizziness, fainting, epilepsy, convulsions, seizures; frequent or severe headaches? | ☐ | ☒ | |
| c. Paralysis, stroke; or disorder of the brain, spinal cord, or nerves? | ☐ | ☒ | |
| d. Shortness of breath, asthma, emphysema, pneumonia, sleep apnea or other respiratory disorder? | ☐ | ☒ | |
| e. Chest pain, heart attack, high blood pressure, heart murmur, or other disorder of the heart or blood vessels? | ☐ | ☒ | |
| f. Hepatitis, ulcer, colitis; or other disorder of the stomach, esophagus, intestines, rectum, or liver? | ☐ | ☒ | |
| g. Mental health conditions, including anxiety, depression or psychiatric disorders? | ☐ | ☒ | |
| h. Diabetes, disorder of the bladder or kidneys, disorder of the thyroid, or any other endocrine disorder? | ☐ | ☒ | |
| i. Sexually transmitted disease; disorder of reproductive organs; disorder of the breasts, or prostate? | ☐ | ☒ | |
| j. Arthritis; deformity or amputation; or injury or disorder of the neck, back, bones or joints? | ☐ | ☒ | |
| k. Cyst, tumor, or cancer? | ☐ | ☒ | |
| l. Disorder of the skin or lymph glands? | ☐ | ☒ | |
| m. Leukemia, anemia, immune deficiency, or any other blood disorder? | ☐ | ☒ | |
| n. Recurrent fever, fatigue, or night sweats? | ☐ | ☒ | |
| 3. To the best of your knowledge and belief, are you now pregnant? Have you ever had complications of pregnancy, including cesarean section? | ☐ | ☒ | |

106260

C1: 7258597 (AR, LA, TN)

SF: 25LP24315567FIC02000

*Continued on page 2*

**Page 2 of 2**

| Name of Proposed Insured | Application No.(s) |
|---|---|
| ETHEL    FICKLIN | 24315567 |

| | YES | NO | DETAILS: |
|---|---|---|---|
| **4.** Have you, in the last 5 years: | | | |
| **a.** Used cocaine, marijuana, narcotics, or any other controlled substance not prescribed by a doctor? | ☐ | ☒ | |
| **b.** Been treated or counseled, or been advised to seek treatment or counseling, for alcohol or drug use? | ☐ | ☒ | |
| **5.** Other than what we've already discussed, have you, in the last 5 years: | | | |
| **a.** Had any mental or physical disorder not already mentioned? | ☐ | ☒ | |
| **b.** Had or been advised to have treatment, a test, electrocardiogram, X-ray or scan in a medical facility such as a doctor's office, lab, clinic, emergency room, or hospital? | ☐ | ☒ | |
| **c.** Had surgery or been told surgery was necessary? | ☐ | ☒ | |
| **6.** Have you, in the last 3 years, claimed or received any benefits because of injury, sickness, or disability? | ☐ | ☒ | |
| **7.** Have you had any unexplained change in weight in the last 12 months? | ☐ | ☒ | |
| **8.** Have you used tobacco or any nicotine products in any form in the last 36 months? | ☐ | ☒ | |
| **9.** In the last 5 years, have you for any reason not previously explained, had medication prescribed **other than** medications for cold, flu, seasonal allergies (i.e. hay fever) or birth control? | ☐ | ☒ | |
| **10.** Who is your doctor? **See Details** | | | |
| **11.** Have you seen your doctor for any reason other than what you've already mentioned? | ☐ | ☒ | |
| **12.** Has your father, mother, or any brother or sister ever had diabetes, cancer, or heart disease before age 60? | ☒ | ☐ | |

I state that all information in this Life Application Supplement and any additional sheets is true and complete. This Life Application Supplement and any additional sheets will be part of my application.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Witness
to Signature  X_____     Dated On _____ , _____
                                                              MONTH                        DAY              YEAR

X **Interview completed 08/07/08.  Voice signature on file.**
                  SIGNATURE OF PROPOSED INSURED

```
SF EXTENDED - NONMED - AR8                    ExamOne Order #17071237
Ordered:        07/25/2008                    Completed:  8/7/2008
```

---

```
     Company ID: 1004, State Farm - Austin Life Operation (XQYC)
     Policy No:  24315567                    Insurance: $0 Life
Requester Name:  PARKER, BERNADINE           Agent Name:
                                             Routing Num:
```

---

```
            Name: FICKLIN, ETHEL
         Address: 407 W 35TH AVE
                  PINE BLUFF, AR  71603-6083
        Phone h: 870-534-1915            b: 870-541-7360
            SSN:
            DOB:
         Marital: UNKNOWN
    License Num:
  Employer Name:
        Address:
     Occupation:
    Beneficiary:
```

---

REPORT SUMMARY

| Description | Outcome | Emp/Rev |
|---|---|---|
| Voice Signature Nonmed Closing | Complete with contact | 10413/22224 |
| Family History 5 SF | Complete with contact | 10413/22224 |
| Extended Interview SF GN4 | Complete with contact | 10413/22224 |

---

REPORT COMMENTS
HomePhone: has changed from 871-534-1915 to 870-534-1915
BusPhone: has changed from ___-___-____ to 870-541-7360

---

*FAMILY HISTORY 5 SF*

---

```
   Outcome:   Complete with contact
    Source:   Applicant
```

---

1. Has your father, mother, or any brother or sister
   ever had diabetes, cancer, or heart disease before
   age 60?
      YES

2. What is your current age?
      54

3. Do you know the medical history for both of your
   parents?
      YES

4. How many immediate family members had diabetes
   before age 60?
      1

5. How many immediate family members had heart
   disease before age 60?

FICKLIN, ETHEL                                          ExamOne # 17071237
--------------------------------------------------------------------------------
        0

   6. How many immediate family members had cancer
      before age 60?
         1

   7. DO NOT ASK : Did the applicant say zero or
      unknown to cancer?
         NO

   8. What type of cancer?
         BREAST

   9. DO NOT ASK: Did the applicant say yes to breast
      cancer?
         YES

  10. Which family member had breast cancer?
         SISTER

  11. DO NOT ASK: Did the applicant say yes to mother?
         NO

  12. DO NOT ASK: Did the applicant say yes to sister?
         YES

  13. How many sisters had this type of cancer?
         1 AND/OR UNKNOWN

  14. DO NOT ASK: Did the applicant say yes to colon
      cancer?
         NO

  15. DO NOT ASK: Did the applicant say yes to
      melanoma?
         NO

  16. DO NOT ASK: Did the applicant say yes to ovarian
      cancer?
         NO

  17. DO NOT ASK: Did the applicant say yes to other?
         NO

  18. DO NOT ASK: Is the applicant LESS THAN age 40?
         NO

  19. Is your father still living?
         NO

  20. DO NOT ASK: Did the applicant say unknown?
         NO

  21. Do you know how old he was at the time of his
      death?

FICKLIN, ETHEL                                          ExamOne # 17071237
--------------------------------------------------------------------------------
        YES

 22. Approximately how old was he?
        72

 23. Is your mother still living?
        NO

 24. DO NOT ASK: Did the applicant say unknown?
        NO

 25. Do you know how old she was at the time of her
     death?
        YES

 26. Approximately how old was she?
        62

 27. Special Attention
        MOTHER AND AN AUNT ON FATHER'S SIDE HAD
        DIABETES

--------------------------------------------------------------------------------

                      *EXTENDED INTERVIEW SF GN4*

--------------------------------------------------------------------------------
      Outcome:    Complete with contact
      Source:     Applicant
--------------------------------------------------------------------------------
  1. The next several questions pertain primarily to your
     medical history.  At times, the questions may appear
     repetitive, but are required by underwriting in order
     to consider your request for insurance.
     .

  2. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
     by a member of the medical profession for: Disorder
     of the eyes (other than glasses, contacts or lasik
     surgery)?

  3. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
     by a member of the medical profession for:
     Dizziness, fainting, epilepsy, convulsions, seizures,
     frequent or severe headaches?

  4. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
     by a member of the medical profession for:
     Paralysis, stroke, or disorder of the brain, spinal
     cord, or nerves?

  5. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
     by a member of the medical profession for:
     Shortness of breath, asthma, emphysema,
     pneumonia, sleep apnea or other respiratory
     disorder?

FICKLIN, ETHEL                                           ExamOne # 17071237
--------------------------------------------------------------------------------

6. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
   by a member of the medical profession for:  Chest
   pain, heart attack, high blood pressure, heart
   murmur, or other disorder of the heart or blood
   vessels?

7. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
   by a member of the medical profession for:
   Hepatitis, ulcer, colitis, or other disorder of the
   stomach, esophagus, intestines, rectum, or liver?

8. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
   by a member of the medical profession for: Mental
   health conditions, including anxiety, depression, or
   psychiatric disorders?

9. Have you, in the last 10 years, had or been treated      Yes ___ No _X_
   by a member of the medical profession for:
   Diabetes, disorder of the bladder or kidneys,
   disorder of the thyroid or any other endocrine
   disorder?

10. Have you, in the last 10 years, had or been treated     Yes ___ No _X_
    by a member of the medical profession for:
    Sexually transmitted disease, disorder of the
    reproductive organs, disorder of the breasts, or
    prostate?

11. Have you, in the last 10 years, had or been treated     Yes ___ No _X_
    by a member of the medical profession for:  Arthritis,
    deformity or amputation, or injury or disorder of the
    neck, back, bones or joints?

12. Have you, in the last 10 years, had or been treated     Yes ___ No _X_
    by a member of the medical profession for:  Cyst,
    tumor, or cancer?

13. Have you, in the last 10 years, had or been treated     Yes ___ No _X_
    by a member of the medical profession for:
    Disorder of the skin or lymph glands?

14. Have you, in the last 10 years, had or been treated     Yes ___ No _X_
    by a member of the medical profession for:
    Leukemia, anemia, immune deficiency or any other
    blood disorder?

15. Have you, in the last 10 years, had or been treated     Yes ___ No _X_
    by a member of the medical profession for:
    Recurrent fever, fatigue or night sweats?

16. To the best of your knowledge and belief, are you       Yes ___ No _X_
    now pregnant or ever had complications of
    pregnancy including cesarean section?

FICKLIN, ETHEL                                            ExamOne # 17071237
--------------------------------------------------------------------------------

17. Have you in the last 5 years: used cocaine,           Yes ___ No _X_
    marijuana, narcotics, or any other controlled
    substance not prescribed by a doctor?

18. Have you in the last 5 years: been treated or         Yes ___ No _X_
    counseled, or been advised to seek treatment or
    counsel, for alcohol or drug use?

19. Other than what we've already discussed, have you,    Yes ___ No _X_
    in the last 5 years: Had any mental or physical
    disorder not already mentioned?

20. Other than what we've already discussed, have you,    Yes ___ No _X_
    in the last 5 years: Had or been advised to have
    treatment, a test, electrocardiogram, X-ray or scan
    in a medical facility such as a doctor's office, lab,
    clinic, emergency room, or hospital?

21. Other than what we've already discussed, have you,    Yes ___ No _X_
    in the last 5 years: Had surgery or been told surgery
    was necessary?

22. Have you, in the last 3 years, claimed or received    Yes ___ No _X_
    any benefits because of injury, sickness, or
    disability?

23. Have you had any unexplained change in weight in      Yes ___ No _X_
    the last 12 months?

24. Have you used tobacco or any nicotine products in     Yes ___ No _X_
    any form in the last 36 months?

25. In the last 5 years, have you for any reason not      Yes ___ No _X_
    previously explained, had medication prescribed
    other than medications for cold, flu, seasonal
    allergies (I.e. hay fever) or birth control?

26. Do you have a personal physician or have you seen     Yes _X_ No ___
    someone for routine care?

27. Who is your doctor?  If no doctor, who do you see
    for routine care or illness?
       DR. SIMMIE ARMSTRONG; JEFFERSON REGIONAL
       MEDICAL CENTER; 8705356461; 1400 W 43RD AVE; PINE
       BLUFF, AR  71603

28. Have you seen your doctor for any reason other        Yes ___ No _X_
    than what you've already mentioned?

29. Has your father, mother, or any brother or sister
    ever had diabetes, cancer, or heart disease before
    age 60?
       YES

30. Was the interview conducted in English?              Yes _X_ No ___

FICKLIN, ETHEL                                          ExamOne # 17071237
--------------------------------------------------------------------------------

31. Special Attention
        .

**41** **F**

## NOTICE OF LIFE POLICY SERVICE COMPLETED

| Agent Name: | Harris | Agent Code: | 04-1112 |  |
|---|---|---|---|---|
| Owner: Ficklin, Lawrence | Insured: Ficklin, Lawrence | | Additional Insured: | |
| Old Policy #(s): 2431-5567 | | | New Policy #: | |

*Policy Pages* ☐ Enclosed.

**If any of the following inserts are included in the policy, they must be delivered with the policy:**

*Buyers Guide          *Important Information to Policyholder Notice          *Statement of Policy Cost and Benefit Information
*Select Policy Notice          *Guarantee Association Disclosure Notice          *Government Allotment Letter          *Wisconsin Notice

☑ The          Addition of          ,          $37,000 A1 5yr Term Rider Non-tobacco          has been completed.
☐ The following items have been          :          ,
☐ The following items have been          :          ,
☐ The following items have been          :          ,

☐ The policy was not issued as applied for. Reason enclosed. Deliver unopened to the insured.
☐          rates are not available due to
☐ Preliminary Term Coverage involved.
☐ Please review the          endorsement with the policyholder.   ☐ Trust Provision enclosed.

### Premium / Values

☑ New Premium is   $177.69          ☐ 1035 Exchange
☐ Credits transferred to new policy          ☐ Term Conversion Credits
☐ Amount received and applied          ☐ Refund check enclosed
☑ Current paid to date   9/1/2008          ☑ SFPP: SFPP has been notified of the change.
☐ We will collect          thru          for the balance of premiums due prior to delivery on/in
☐ The regular          deduction for          will
☐ Government Allotment letter enclosed. Policyholder needs to contact the finance office immediately.

☐ UL Information:
   ☐ Minimum initial premium during the first two years is          per          .
      Requested planned premium of          will begin at the end of the two year minimum period.
   ☐ Illustration enclosed with current premium, interest, and cost of insurance assumptions.

### Miscellaneous

☐ Other:

☐ Policy Assembly Instructions For Echo Applications
   1. Place the application policy copy before the last page of the contract.
   2. Attach all pages with two staples at the top, and cover staples with the enclosed plastic spine.

### DELIVERY REQUIREMENTS

**PLEASE RETURN THE FOLLOWING ITEMS BY**          :

☐          for          ☐
☐ Beneficiary Address(es)          ☐
☐ Other:          ☐

**FOR AGENTS USE ONLY**

Name / Alias:          Lisa Hirschi          /          gr2m

*Muwp-p*

*H2OL-R*
*mtcm 1A*

P O L I C Y   I D E N T I F I C A T I O N

| | | | |
|---|---|---|---|
| Insured | LAWRENCE FICKLIN<br>(Male) | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | Re-issued As<br>Requested |
| Policy Date | August 1, 2007 | | |
| Issue Date | August 22, 2007 | | |
| Additional Insured | ETHEL FICKLIN<br>(Female) | Age | 53 |

S C H E D U L E   O F   B E N E F I T S

Universal Life Basic Plan:
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco):  $50,000
  Minimum Amount of Increase:  $25,000
  Minimum Amount of Decrease:  $10,000
  Minimum Withdrawal:  $500

Riders:

| Form | Description | Insurance<br>Amount | Benefit<br>Period<br>Ends | Monthly<br>Charge<br>Deductible |
|---|---|---|---|---|
| 04126 | Additional Insured's<br>Level Term (Standard Rate Class-Female Non-Tobacco)<br>Effective Date:  July 19, 2008<br>Issue Date:  August 18, 2008 | $37,000 | In 2039 | To 2039 |
| 94206 | Waiver of Monthly Deduction<br>Effective Date:  August 22, 2007<br>Issue Date:  August 22, 2007 | | In 2010 | To 2010 |

S C H E D U L E   O F   P R E M I U M S

Planned Premium:      $177.69

Payment Period:        Monthly

| Beginning | Total Premiums<br>For Policy Year |
|---|---|
| August 1, 2009 | $2,132.28 |

I N T E R E S T   R A T E S

Guaranteed Interest Rate:  4%

Continued on Next Page
Page 3

Continued from Page 3

# C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:        $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
     $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
     $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

SCHEDULE OF SURRENDER CHARGES

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 2 | 2 | $735.00 | 5 | 1 | $1,260.00 |
| 2 | 3 | 787.50 | 6 | 1 | 1,260.00 |
| 2 | 4 | 840.00 | 7 | 1 | 1,134.00 |
| 2 | 5 | 892.50 | 8 | 1 | 1,008.00 |
| 2 | 6 | 945.00 | 9 | 1 | 882.00 |
| 2 | 7 | 997.50 | 10 | 1 | 756.00 |
| 2 | 8 | 1,050.00 | 11 | 1 | 630.00 |
| 2 | 9 | 1,102.50 | 12 | 1 | 504.00 |
| 2 | 10 | 1,155.00 | 13 | 1 | 378.00 |
| 2 | 11 | 1,207.50 | 14 | 1 | 252.00 |
| 2 | 12 | 1,260.00 | 15 | 1 | 126.00 |
| 3 | 1 | 1,260.00 | 16 | 1 | 0.00 |
| 4 | 1 | 1,260.00 | | | |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

COST OF INSURANCE RATES AND MONTHLY CHARGES

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 58 | .9171 | 69 | 2.7986 | 80 | 8.6209 | 91 | 23.4886 |
| 59 | 1.0108 | 70 | 3.0982 | 81 | 9.4989 | 92 | 25.5043 |
| 60 | 1.1155 | 71 | 3.4416 | 82 | 10.5014 | 93 | 27.9619 |
| 61 | 1.2323 | 72 | 3.8400 | 83 | 11.6282 | 94 | 31.3839 |
| 62 | 1.3671 | 73 | 4.2933 | 84 | 12.8621 | 95 | 36.7983 |
| 63 | 1.5199 | 74 | 4.7945 | 85 | 14.1789 | 96 | 46.5890 |
| 64 | 1.6901 | 75 | 5.3337 | 86 | 15.5651 | 97 | 67.0439 |
| 65 | 1.8769 | 76 | 5.9074 | 87 | 17.0023 | 98 | 75.1886 |
| 66 | 2.0795 | 77 | 6.5116 | 88 | 18.4864 | 99 | 83.3333 |
| 67 | 2.2973 | 78 | 7.1507 | 89 | 20.0413 | & over | |
| 68 | 2.5346 | 79 | 7.8459 | 90 | 21.6937 | | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above. The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies. Modifications are made for rate classes other than Standard.

Form 04030                                                                        20080818

# COST OF INSURANCE RATES AND MONTHLY CHARGES

Continued from Page 4

Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|-----|---------------|-----|---------------|-----|---------------|-----|---------------|
| 54 | .4932 | 62 | .8792 | 70 | 1.8777 | 78 | 4.7617 |
| 55 | .5318 | 63 | .9745 | 71 | 2.0821 | 79 | 5.3195 |
| 56 | .5704 | 64 | 1.0817 | 72 | 2.3333 | 80 | 5.9587 |
| 57 | .6082 | 65 | 1.1976 | 73 | 2.6354 | 81 | 6.7004 |
| 58 | .6460 | 66 | 1.3179 | 74 | 2.9846 | 82 | 7.5641 |
| 59 | .6889 | 67 | 1.4409 | 75 | 3.3763 | 83 | 8.5501 |
| 60 | .7394 | 68 | 1.5684 | 76 | 3.8023 | 84 | 9.6517 |
| 61 | .8017 | 69 | 1.7105 | 77 | 4.2616 | | |

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.

Monthly Charges Per $1 of Monthly Deductions for Waiver of Monthly Deduction

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|-----|---------------|-----|---------------|-----|---------------|-----|---------------|
| 58 | .2843 | 59 | .3589 | | | | |

Monthly charges per $1 of monthly deduction are based on the Insured's age last birthday at the start of the Policy Year.

2702 Ireland Grove Rd
BLOOMINGTON IL  61709-0001                    September 20, 2013


Lawrence Ficklin
407 W 35th Ave
PINE BLUFF AR 71603-6083


Policy:  LF-2431-5567         Insured: Lawrence Ficklin
                              Owner: Lawrence Ficklin


Thank you for choosing State Farm to satisfy your life insurance
needs.

We have processed your request for a partial withdrawal in the
amount of $4,112.47.

This withdrawal could cause your policy to lapse unless future
premiums are paid.

As requested, this amount was applied to the loan on your policy.
The new loan balance is $ 00.00.

This transaction has resulted in a decrease in death benefit that
is provided by your policy.  Revised policy pages are enclosed
and should be placed with your policy contract.  An amendment is
also enclosed if this withdrawal caused the Basic Amount of your
policy to be less than the Minimum Basic Amount stated in your
policy.

If you need any assistance or have any questions, please contact
your State Farm agent.  We appreciate the opportunity to be of
service to you.

Values Team
State Farm Life Company

EMC

                    **EXHIBIT D**


**Agent: Don Harris  Ph. 870-535-4880**              HMT3    04-1112

P O L I C Y   I D E N T I F I C A T I O N

| | | | |
|---|---|---|---|
| Insured | LAWRENCE FICKLIN<br>(Male) | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | Re-issued As<br>Requested |
| Policy Date | August 1, 2007 | | |
| Issue Date | August 22, 2007 | | |
| Additional Insured | ETHEL FICKLIN<br>(Female) | Age | 53 |

S C H E D U L E   O F   B E N E F I T S

Change to Basic Plan:
  Decrease in Basic Amount:  $4,112
  Effective Date:  September 20, 2013

Universal Life Basic Plan includes the above change(s):
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco):  $45,888
  Minimum Amount of Increase:  $25,000
  Minimum Amount of Decrease:  $10,000
  Minimum Withdrawal:  $500

Riders:

| Form | Description | Insurance<br>Amount | Benefit<br>Period<br>Ends | Monthly<br>Charge<br>Deductible |
|---|---|---|---|---|
| 04126 | Additional Insured's<br>Level Term (Standard Rate Class-Female Non-Tobacco)<br>Effective Date:  July 19, 2008<br>Issue Date:  August 18, 2008 | $37,000 | In 2039 | To 2039 |

S C H E D U L E   O F   P R E M I U M S

Planned Premium:      $177.69

Payment Period:       Monthly

| Beginning | Total Premiums<br>For Policy Year |
|---|---|
| August 1, 2014 | $2,132.28 |

I N T E R E S T   R A T E S

Guaranteed Interest Rate:  4%

Continued on Next Page

Form 04030                                                              20130920

Continued from Page 3

# C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:        $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
    $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
    $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

SCHEDULE OF SURRENDER CHARGES

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 7 | 3 | $1,134.00 | 12 | 1 | $504.00 |
| 8 | 1 | 1,008.00 | 13 | 1 | 378.00 |
| 9 | 1 | 882.00 | 14 | 1 | 252.00 |
| 10 | 1 | 756.00 | 15 | 1 | 126.00 |
| 11 | 1 | 630.00 | 16 | 1 | 0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

COST OF INSURANCE RATES AND MONTHLY CHARGES

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 63 | 1.5199 | 73 | 4.2933 | 83 | 11.6282 | 93 | 27.9619 |
| 64 | 1.6901 | 74 | 4.7945 | 84 | 12.8621 | 94 | 31.3839 |
| 65 | 1.8769 | 75 | 5.3337 | 85 | 14.1789 | 95 | 36.7983 |
| 66 | 2.0795 | 76 | 5.9074 | 86 | 15.5651 | 96 | 46.5890 |
| 67 | 2.2973 | 77 | 6.5116 | 87 | 17.0023 | 97 | 67.0439 |
| 68 | 2.5346 | 78 | 7.1507 | 88 | 18.4864 | 98 | 75.1886 |
| 69 | 2.7986 | 79 | 7.8459 | 89 | 20.0413 | 99 | 83.3333 |
| 70 | 3.0982 | 80 | 8.6209 | 90 | 21.6937 | & over | |
| 71 | 3.4416 | 81 | 9.4989 | 91 | 23.4886 | | |
| 72 | 3.8400 | 82 | 10.5014 | 92 | 25.5043 | | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above. The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies. Modifications are made for rate classes other than Standard.

Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|---|---|---|---|---|---|---|---|
| 59 | .6889 | 66 | 1.3179 | 73 | 2.6354 | 80 | 5.9587 |
| 60 | .7394 | 67 | 1.4409 | 74 | 2.9846 | 81 | 6.7004 |
| 61 | .8017 | 68 | 1.5684 | 75 | 3.3763 | 82 | 7.5641 |
| 62 | .8792 | 69 | 1.7105 | 76 | 3.8023 | 83 | 8.5501 |
| 63 | .9745 | 70 | 1.8777 | 77 | 4.2616 | 84 | 9.6517 |
| 64 | 1.0817 | 71 | 2.0821 | 78 | 4.7617 | | |
| 65 | 1.1976 | 72 | 2.3333 | 79 | 5.3195 | | |

Continued on Next Page

Form 04030                                                                                        20130920

# C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

### Continued from Page 4

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at
the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980
Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate
classes other than Standard.

## P O L I C Y   I D E N T I F I C A T I O N

| | | | | |
|---|---|---|---|---|
| Insured | LAWRENCE FICKLIN (Male) | | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | | Re-issued As Requested |
| Policy Date | August 1, 2007 | | | |
| Issue Date | August 22, 2007 | | | |
| Additional Insured | ETHEL FICKLIN (Female) | | Age | 53 |

## S C H E D U L E   O F   B E N E F I T S

Change to Basic Plan:
  Decrease in Basic Amount:  $4,112
  Effective Date:  September 20, 2013

Universal Life Basic Plan includes the above change(s):
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco):  $45,888
  Minimum Amount of Increase:  $25,000
  Minimum Amount of Decrease:  $10,000
  Minimum Withdrawal:  $500

Riders:

| Form | Description | Insurance Amount | Benefit Period Ends | Monthly Charge Deductible |
|---|---|---|---|---|
| 04126 | Additional Insured's Level Term (Standard Rate Class-Female Non-Tobacco) Effective Date:  July 19, 2008 Issue Date:  August 18, 2008 | $37,000 | In 2039 | To 2039 |

## S C H E D U L E   O F   P R E M I U M S

Planned Premium:      $177.69

Payment Period:       Monthly

| Beginning | Total Premiums For Policy Year |
|---|---|
| August 1, 2014 | $2,132.28 |

## I N T E R E S T   R A T E S

Guaranteed Interest Rate:  4%

Continued on Next Page
Page 3

Form 04030                                                                    20130926

Continued from Page 3

# C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:          $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
      $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
      $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

SCHEDULE OF SURRENDER CHARGES

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 7 | 3 | $1,134.00 | 12 | 1 | $504.00 |
| 8 | 1 | 1,008.00 | 13 | 1 | 378.00 |
| 9 | 1 | 882.00 | 14 | 1 | 252.00 |
| 10 | 1 | 756.00 | 15 | 1 | 126.00 |
| 11 | 1 | 630.00 | 16 | 1 | 0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years
starting on the effective date of the increase.


COST OF INSURANCE RATES AND MONTHLY CHARGES

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 63 | 1.5199 | 73 | 4.2933 | 83 | 11.6282 | 93 | 27.9619 |
| 64 | 1.6901 | 74 | 4.7945 | 84 | 12.8621 | 94 | 31.3839 |
| 65 | 1.8769 | 75 | 5.3337 | 85 | 14.1789 | 95 | 36.7983 |
| 66 | 2.0795 | 76 | 5.9074 | 86 | 15.5651 | 96 | 46.5890 |
| 67 | 2.2973 | 77 | 6.5116 | 87 | 17.0023 | 97 | 67.0439 |
| 68 | 2.5346 | 78 | 7.1507 | 88 | 18.4864 | 98 | 75.1886 |
| 69 | 2.7986 | 79 | 7.8459 | 89 | 20.0413 | 99 | 83.3333 |
| 70 | 3.0982 | 80 | 8.6209 | 90 | 21.6937 | & over | |
| 71 | 3.4416 | 81 | 9.4989 | 91 | 23.4886 | | |
| 72 | 3.8400 | 82 | 10.5014 | 92 | 25.5043 | | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at
the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980
Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate
classes other than Standard.


Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|---|---|---|---|---|---|---|---|
| 59 | .6889 | 66 | 1.3179 | 73 | 2.6354 | 80 | 5.9587 |
| 60 | .7394 | 67 | 1.4409 | 74 | 2.9846 | 81 | 6.7004 |
| 61 | .8017 | 68 | 1.5684 | 75 | 3.3763 | 82 | 7.5641 |
| 62 | .8792 | 69 | 1.7105 | 76 | 3.8023 | 83 | 8.5501 |
| 63 | .9745 | 70 | 1.8777 | 77 | 4.2616 | 84 | 9.6517 |
| 64 | 1.0817 | 71 | 2.0821 | 78 | 4.7617 | | |
| 65 | 1.1976 | 72 | 2.3333 | 79 | 5.3195 | | |

Continued on Next Page

# COST OF INSURANCE RATES AND MONTHLY CHARGES

### Continued from Page 4

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at
the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980
Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate
classes other than Standard.

## Part (C) Policy Changes

To: ⦿ State Farm Life Insurance Company        ◯ State Farm Life and Accident Assurance Company
Re:   Policy Numbers **LF-2431-5567**              Name of Insured **LAWRENCE FICKLIN**

☐ Change Mail Address to: For _____ Policyowner's Telephone Number _____

| (Street) | | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|

☐ **Change Mode of Premium Payment to:**
   ◯ Annually   ◯ Semi-Annually  ◯ Special Monthly
   ◯ Monthly    ◯ Quarterly        (Type)

☐ **Premium Offset**  ◯ Add  ◯ Remove
To add, mode of payment must be Annual and dividend option must be Accumulate or Paid-up Additions. If not, change mode of payment and dividend option.

☐ **Change Dividend Option to:**
   ◯ Accumulate   ◯ Paid in Cash  ◯ Paid-up Additions  ◯ Reduce Premium

☐ **Change Name of:** _____ from _____
                 (Policy Role)                 (Print Old Name)
  to _____ due to _____
      (Print New Name)              (Reason for Change)

The legal name must be provided. If the name of the Policyowner is being changed, sign the new name as "Signature of Policyowner" below.

☐ Add Successor Owner/Purchaser _____ ☐ Extend Ownership Control to Age ____
                    (Name of Successor Owner/Purchaser)

☐ Change Ownership to _____ _____
             (New Owner's Name)            (New Owner's Signature)

_____ _____
(New Owner's Address)          (New Owner's Social Security Number)

ALL OTHER OWNERSHIP PROVISIONS AND RIGHTS WILL REMAIN THE SAME UNLESS SPECIFICALLY CHANGED. If the policy requires endorsement, mailing to the new owner an acknowledgment of the ownership change will serve as the endorsement. **Please Complete W-9 Form.**

☐ **Add Non-Forfeiture Policy Provisions:**
   ☐ Add Automatic Premium Loan (APL) provision, if applicable.
   ☐ Add Credits to Avoid Lapse (CAL) provision, if applicable.

☐ **Reconsider Tobacco-use Rating:**
In the past 12 months, have you used tobacco, or any other nicotine products?  PI ◯ Yes ◯ No  AI ◯ Yes ◯ No

_____ _____
(Signature of Insured if Different than Policyowner)     (Signature of Additional Insured)

☐ **Universal Life/Second to Die/Survivorship Universal Life/Joint Universal Life Only:**
   ☐ Change Death Benefit Option to  Option 1 ◯  Option 2 ◯
   ☐ Change Planned Premium to: _____
                (Amount of New Planned Premium)

☐ **Cancel Benefit or Rider**
   ☐ Cancel _____
      (Coverage Name and Amount)   If removing CTR, what is the youngest child's date of birth? _____
                                       (Date of Birth)
                      I understand riders/benefits cannot be reinstated. (Value Earning Policies)

☒ **Decrease Coverage**   **45888**  to  **25,000.00**  Coverage cannot be reinstated or added back to
           (Base Policy or Rider Name)     (Amount)  the original policy (Value Earning Policies)

☐ **Other** _____

Signature of Policyowner  X *Lawrence Ficklin*  Date *10-22-13*

Signature of Agent as Witness (Not Required)  X *Don Hain*  Date *10-22-13*

Agent's Code Stamp

**04-1112**

T000708                          Page 1 of 1                  **EXHIBIT E**        2006 135988 206 08-20-2012

**RESPONSE MESSAGE**
Oct 29  2013

Transaction: UL Decrease Quote          Date: Oct 29  2013       Company: Life          Requestor: H65D
Policy number: LF 2131 5567            Surname: FIC             Region: South Texas

        Kind: P1T1 UL Option 1                Base age: 57       Insurance amount: 45.888
        Status: Premium Paying                Sex: M             Total gross premium: 177.69
         Mode: State Farm Payment Plan                           Servicing region: Mid South  71
Billing code:                                                    Birth date: ██████████

Insured name: FICKLIN*LAWRENCE

---

**Response Details**

**Decrease Quote**

                        Decrease amount: 20.888
            Basic amount of insurance after decrease: 25.000

**Guideline Premiums**

            Total premiums paid adjusted by distributions: 7.936
                        Guideline single premium: 11.295
            Accumulates guideline level premiums: 14.662
                Total acceptable premium amount: 5.749

**Modified Endowment Contract (MEC) Reference Premiums**

            Last material change effective date: Jul 15  2003
            Annual Level Ref Premium after decrease: 2.434.33

    Quotation MEC test results uncertain. See M020 error description.

**U.S. Corridor**

                        Account value: 1.616.47
                        Corridor percentage: 1012%
                        Corridor minimum insurance: 5.476
            Death benefit after decrease before corridor: 25.000
                        Corridor extra insurance: 0

**Policyowner Information**

    Servicing agent: 04 111214        Owner address: 407 W 35TH AVE
        Comp agent: 04 111214                        PINE BLUFF  AR  71603 6083
    Reinsures life: No
Allotment account: 97300000195338242?
Allotment region: Mid South
        Base rate: Beta NonTobacco
            TIN: S-████████
    TIN information: Due diligence: Certified  W9

**Date Information**

        Policy date: Aug 1  2007              Year next change: 2029
        Paid for code: Previous year          Year next change type: 88 00
    Premium anniversary: Aug 1  2007          Last beneficiary change: Aug 18  2009
        Paid to date: Nov 1  2013
    Next transaction date: Oct 31  2013
    Next transaction type: B1
Last transaction office: Mid South
    Last transaction date: Sep 30  2013

**Policy Information & Exceptions**

            Premium offset election: No
    Variable Loan Interest (VLI) rate provision: No
            Automatic Premium Loan (APL): No

Late Payment Offer  LPO : No LPO sent
Exceptions: Medical Information

### Policy Benefits & Riders

Additional Insured
   Name: PICKLES*ETHEL
  Birth date: ███████████
   Status: In force coverage

| Rider | Units | Rate |
|-------|-------|------|
| PUI Add'l Insured Level Term | 37 000 | A1 NonTobacco |

### Dividend Information

  Dividend option: Accumulate at Interest
  Dividend status: No Current Dividend

### Loan Information

  YTD cash loan interest paid:  $12.47

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life

Date: October 29, 2013

Insured: Lawrence Ficklin
Male, Current Age: 63
Additional Insured: Ethel Ficklin
Female, Current Age: 59 Non-Tobacco

Policy Date: August 1, 2007
Policy Number: LF-2431-5567

Agent: Donald R Harris CLU
PO Box 8271
Pine Bluff, AR  71611
(870) 535-4880

Current Death Benefit: 1 - Death Benefit Remains Level
Current Premium Mode: Special Monthly
Current Planned Premium: $178
Definition of Life Insurance Test: Guideline Premium Test

ILLUSTRATED CHANGES BEGINNING NOVEMBER 1, 2013

Death Benefit Decrease: $20,888
Planned Premium: $100

This illustration is based on an account value of $4,416 as of October 1, 2013.

SUMMARY OF ILLUSTRATED COVERAGES:

$25,000 Initial Basic Amount Non-Tobacco
$37,000 Additional Insured's Level Term Rider Non-Tobacco

DESCRIPTION OF COVERAGE

Plan

Universal Life (Form Number 04030) is a flexible premium adjustable life insurance policy.

How this Plan Works:

You start with a planned premium and death benefit.  You may change either in the future subject to policy provisions. When you pay premiums, we deduct a 5.00% premium expense charge.  The remaining premium is added to the Account Value.  From this Account Value we deduct each month:  (A) the current cost of insurance including the charges for any riders, and (B) a current monthly expense charge of $7.50.  During each of the first 24 months following issue or an increase, an issue charge will be deducted from the Account Value. The issue charge is $0.10 per $1000 of the Initial Basic Amount and each increase, each subject to a maximum of $50.00 per month.  The account value earns interest at the current interest rate, but a different rate may be credited to any account value which you have borrowed.  The current interest rate is increased by 0.50% on the unloaned Account Value that exceeds 10% of the Basic Amount.  Surrender charges apply.

The current monthly cost of insurance rates and monthly expense charge may be changed by the company at any time, but will never be more than the maximums given in the policy.  The maximum monthly expense charge is $7.50 in policy years one through five and $10.00 thereafter.  The current interest rate can be changed by the company on a monthly basis, but will never be less than the guaranteed rate of 4.00%.  This policy is participating, but no dividends are anticipated.

State Farm Life Insurance Company
One State Farm Plaza
Bloomington, IL 61710

UL001(06/2004)

(H65D   )      Page 1 of 6

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                    Date: October 29, 2013

Insured: Lawrence Ficklin                        Policy Date: August 1, 2007
         Male, Current Age: 63                  Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
         Female, Current Age: 59 Non-Tobacco
                              Definition of Life Insurance Test: Guideline Premium Test

DESCRIPTION OF COVERAGE

Important Tax Information: This policy complies with the definition of life insurance in Internal Revenue Code Section
                          7702 using the Guideline Premium Test.  This means that the premium illustrated does not
                          exceed the greater of the Guideline Single Premium or the cumulative Guideline Annual
                          Payment of the guideline annual premium will not provide coverage under the contract
                          on the guaranteed basis.  Additionally, the death benefit payable will always be at least
                          as great as the minimum amount required by the Internal  Revenue Code Section 7702.
                          This illustration should not be relied upon for tax advice. The tax status
                          of this policy should be reviewed with the policy owner's legal and tax advisors.

                          The IRS guideline annual premium for the illustrated coverage is $940 .
                          The IRS accumulated guideline annual premium for the illustrated coverage is $14,690 .
                          The IRS guideline single premium for the illustrated coverage is $11,294 .

                          This change in coverage may cause this policy to become a Modified Endowment Contract (MEC)
                          under the Federal Technical and Miscellaneous Revenue Act of 1988 (TAMRA).  If so, any cash
                          withdrawal, policy loan, or assignment will be subject to Federal Income Tax to the extent
                          that there is a gain in the contract.  An additional 10% penalty tax may also apply prior to
                          the policyowner's age 59 1/2.

Additional Insured's      This rider (Form Number 04126) provides level term insurance on the spouse of the
Level Term Rider          Insured until the spouse's age 85.  The coverage is convertible until the spouse's age 75.

DEFINITIONS

Non-Tobacco               Available for those who do not currently use tobacco or other nicotine products and have
                          not used tobacco or other nicotine products within the 12-month period prior to application.

Basic Amount              The Initial Basic Amount plus any increases less any decreases.

Monthly Deductions        The sum of the monthly cost of insurance charges, the monthly expense charge, the monthly
                          issue charge, and charges for any riders.

Guaranteed Values         These values are calculated using the illustrated premiums, 5.00% premium expense charge,
                          guaranteed interest rate of 4.00% and the maximum monthly deductions.

Non-Guaranteed            These values are calculated using the illustrated premiums, 5.00% premium expense charge,
Intermediate Values       average of the illustrated and guaranteed interest rates, and the average of the current and
                          maximum monthly deductions.  The intermediate values are not guaranteed.  They demonstrate
                          the impact of changes in Company experience.

UL001(06/2004)          State Farm Life Insurance Company     Home Office:  Bloomington, IL          Page 2 of 6

LIFE INSURANCE ILLUSTRATION

          Plan: Universal Life                              Date: October 29, 2013

       Insured: Lawrence Ficklin                     Policy Date: August 1, 2007
               Male, Current Age: 63              Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
               Female, Current Age: 59 Non-Tobacco
                                          Definition of Life Insurance Test: Guideline Premium Test

DEFINITIONS

Non-Guaranteed          These values are calculated using the illustrated premiums, 5.00% premium expense charge,
Illustrated Values      illustrated interest rates, and current monthly deductions. The illustrated interest rate has
                        been increased by 0.00% on the unloaned account value that exceeds 10% of the Basic Amount.
                        These values are not guaranteed.

Annualized Premium Outlay  The actual cash outlay each year.

Total Annualized Premium  The sum of each year's annualized premium outlay.
Outlay

Account Value           This is the accumulation of the premiums shown less a 5.00% premium expense charge and
                        monthly deductions.

Cash Surrender Value    This value is the account value less the applicable surrender charge.  Surrender charges
                        apply for 15 policy years following issue or an increase in the Basic Amount of insurance.

Death Benefit           This is the amount payable at the death of the Insured.  Any increase or decrease must be
                        approved by the Company, subject to policy provisions.  Future increases are illustrated
                        using the premium class of the base policy, subject to the minimum amount requirements
                        as of the date of the illustration.

Option 1                Death Benefit - Option 1 death benefit is the Basic Amount of insurance.  The death benefit
                        may be increased due to Internal Revenue Code provisions.  Changes in the Death Benefit
                        Option can result in the Basic Amount being lowered below the Policy's Minimum Basic Amount.
                        In these cases, the Minimum Basic Amount stated in the policy will be amended to reflect
                        a reduced Minimum Basic Amount.

This illustration assumes that the currently illustrated non-guaranteed elements will continue unchanged for all years
shown.  This is not likely to occur, and actual results may be more or less favorable than those shown.  The assumptions
on which they are based are subject to change by the Company.  Account values and death benefits shown are end of year
values.  Premiums are assumed to be paid when due.  This illustration contains a general description of coverage.
A complete statement of coverage is found in the policy.

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                        Date: October 29, 2013

Insured: Lawrence Ficklin                         Policy Date: August 1, 2007
         Male, Current Age: 63                    Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
         Female, Current Age: 59 Non-Tobacco
                                         Definition of Life Insurance Test: Guideline Premium Test

|  |  |  | -------- Guaranteed Values -------- Guaranteed Interest Rate: 4.00% | | Non-Guaranteed -----Intermediate Values----- Interest Rate: 4.000% | | Non-Guaranteed -----Illustrated Values ----- Interest Rate: 4.000% | |
|---|---|---|---|---|---|---|---|---|
| End of Year | Age | Annualized Premium Outlay | Cash Surrender Value | Death Benefit | Cash Surrender Value | Death Benefit | Cash Surrender Value | Death Benefit |
| 8 | 65 | 1.200 | 4.307 | 25.000 | 4.610 | 25.000 | 4.912 | 25.000 |
| 11 | 68 | 1.200 | 5.845 | 25.000 | 6.885 | 25.000 | 7.900 | 25.000 |
| 13 | 70 | 1.200 | 6.485 | 25.000 | 8.244 | 25.000 | 9.933 | 25.000 |
| 16 | 73 | 1.200 | 6.548 | 25.000 | 9.894 | 25.000 | 13.006 | 25.000 |
| 22 | 79 | 1.200 | ** 0 | ** 0 | 9.437 | 25.000 | 18.166 | 25.000 |
| 26 | 83 | 1.200 | 0 | 0 | 3.215 | 25.000 | 20.461 | 25.000 |
| 28 | 85 | 1.200 | 0 | 0 | ** 0 | ** 0 | 21.057 | 25.000 |

** Beginning in this year, illustrated premiums are insufficient to provide requested benefits on this basis.
   Premiums have been adjusted to meet IRS guidelines.

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                        Date: October 29, 2013

Insured: Lawrence Ficklin                          Policy Date: August 1, 2007
         Male, Current Age: 63                     Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
         Female, Current Age: 59 Non-Tobacco
                                    Definition of Life Insurance Test: Guideline Premium Test

|  | | | -------- Guaranteed Values -------- | | | --------- Illustrated Values --------- | | |
|  | | | Guaranteed Interest of 4.00% | | | Illustrated Interest 4.000% | | |
| End of Year | Age | Annualized Premium Outlay | Total Annualized Premium Outlay | Account Value | Cash Surrender Value | Death Benefit | Account Value | Cash Surrender Value | Death Benefit |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 64 | 1.077 | 12.948 | 4.826 | 3.692 | 25.000 | 5.067 | 3.933 | 25.000 |
| 8 | 65 | 1.200 | 14.148 | 5.315 | 4.307 | 25.000 | 5.920 | 4.912 | 25.000 |
| 9 | 66 | 1.200 | 15.348 | 5.760 | 4.878 | 25.000 | 6.781 | 5.899 | 25.000 |
| 10 | 67 | 1.200 | 16.548 | 6.152 | 5.396 | 25.000 | 7.651 | 6.895 | 25.000 |
| 11 | 68 | 1.200 | 17.748 | 6.475 | 5.845 | 25.000 | 8.530 | 7.900 | 25.000 |
| 12 | 69 | 1.200 | 18.948 | 6.717 | 6.213 | 25.000 | 9.416 | 8.912 | 25.000 |
| 13 | 70 | 1.200 | 20.148 | 6.863 | 6.485 | 25.000 | 10.311 | 9.933 | 25.000 |
| 14 | 71 | 1.200 | 21.348 | 6.898 | 6.646 | 25.000 | 11.208 | 10.956 | 25.000 |
| 15 | 72 | 1.200 | 22.548 | 6.802 | 6.676 | 25.000 | 12.107 | 11.981 | 25.000 |
| 16 | 73 | 1.200 | 23.748 | 6.548 | 6.548 | 25.000 | 13.006 | 13.006 | 25.000 |
| 17 | 74 | 1.200 | 24.948 | 6.100 | 6.100 | 25.000 | 13.911 | 13.911 | 25.000 |
| 18 | 75 | 1.200 | 26.148 | 5.411 | 5.411 | 25.000 | 14.822 | 14.822 | 25.000 |
| 19 | 76 | 1.200 | 27.348 | 4.421 | 4.421 | 25.000 | 15.714 | 15.714 | 25.000 |
| 20 | 77 | 1.200 | 28.548 | 3.053 | 3.053 | 25.000 | 16.579 | 16.579 | 25.000 |
| 21 | 78 | 1.200 | 29.748 | 1.210 | 1.210 | 25.000 | 17.402 | 17.402 | 25.000 |
| 22 | 79 | 1.200 | 30.948 | ** 0 | ** 0 | ** 0 | 18.166 | 18.166 | 25.000 |
| 23 | 80 | 1.200 | 32.148 | 0 | 0 | 0 | 18.861 | 18.861 | 25.000 |
| 24 | 81 | 1.200 | 33.348 | 0 | 0 | 0 | 19.468 | 19.468 | 25.000 |
| 25 | 82 | 1.200 | 34.548 | 0 | 0 | 0 | 20.021 | 20.021 | 25.000 |
| 26 | 83 | 1.200 | 35.748 | 0 | 0 | 0 | 20.461 | 20.461 | 25.000 |
| 27 | 84 | 1.200 | 36.948 | 0 | 0 | 0 | 20.813 | 20.813 | 25.000 |
| 28 | 85 | 1.200 | 38.148 | 0 | 0 | 0 | 21.057 | 21.057 | 25.000 |
| 29 | 86 | 1.200 | 39.348 | 0 | 0 | 0 | 21.090 | 21.090 | 25.000 |
| 30 | 87 | 1.074 | 40.422 | 0 | 0 | 0 | 20.736 | 20.736 | 25.000 |
| 31 | 88 | 940 | 41.362 | 0 | 0 | 0 | 19.884 | 19.884 | 25.000 |
| 32 | 89 | 940 | 42.302 | 0 | 0 | 0 | 18.540 | 18.540 | 25.000 |
| 33 | 90 | 641 | 42.943 | 0 | 0 | 0 | 18.979 | 18.979 | 25.000 |

These figures do not recognize that, because of interest, a dollar in the future has less value than a dollar today.
** Beginning in this year, illustrated premiums are insufficient to provide requested benefits on this basis.

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                      Date: October 29, 2013

Insured: Lawrence Ficklin                        Policy Date: August 1, 2007
Male, Current Age: 63                            Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
Female, Current Age: 59 Non-Tobacco
                                     Definition of Life Insurance Test: Guideline Premium Test

|  |  |  |  | ------- Guaranteed Values ------- |  | --------- Illustrated Values --------- |  |  |
|  |  |  | Total |  | Guaranteed Interest of 4.00% |  |  | Illustrated Interest 4.000% |  |
| End | | Annualized | Annualized |  | Cash |  |  | Cash |  |
| of | | Premium | Premium | Account | Surrender | Death | Account | Surrender | Death |
| Year | Age | Outlay | Outlay | Value | Value | Benefit | Value | Value | Benefit |
| 34 | 91 | 641 | 43,584 | 0 | 0 | 0 | 19,417 | 19,417 | 25,000 |
| 35 | 92 | 641 | 44,225 | 0 | 0 | 0 | 19,865 | 19,865 | 25,000 |
| 36 | 93 | 641 | 44,866 | 0 | 0 | 0 | 20,327 | 20,327 | 25,000 |
| 37 | 94 | 641 | 45,507 | 0 | 0 | 0 | 20,832 | 20,832 | 25,000 |
| 38 | 95 | 641 | 46,148 | 0 | 0 | 0 | 21,405 | 21,405 | 25,000 |
| 39 | 96 | 641 | 46,789 | 0 | 0 | 0 | 22,048 | 22,048 | 25,000 |
| 40 | 97 | 641 | 47,430 | 0 | 0 | 0 | 22,827 | 22,827 | 25,000 |
| 41 | 98 | 641 | 48,071 | 0 | 0 | 0 | 23,850 | 23,850 | 25,000 |
| 42 | 99 | 641 | 48,712 | 0 | 0 | 0 | 25,241 | 25,241 | 25,241 |
| 43 | 100 | 641 | 49,353 | 0 | 0 | 0 | 26,786 | 26,786 | 26,787 |

These figures do not recognize that, because of interest, a dollar in the future has less value than a dollar today.
** Beginning in this year, illustrated premiums are insufficient to provide requested benefits on this basis.

# P O L I C Y   I D E N T I F I C A T I O N

| | | | |
|---|---|---|---|
| Insured | LAWRENCE FICKLIN (Male) | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | Re-issued As Requested |
| Policy Date | August 1, 2007 | | |
| Issue Date | August 22, 2007 | | |
| Additional Insured | ETHEL FICKLIN (Female) | Age | 53 |

# S C H E D U L E   O F   B E N E F I T S

Change to Basic Plan:
  Decrease in Basic Amount: $20,888
  Effective Date: October 23, 2013

Universal Life Basic Plan includes the above change(s):
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco): $25,000
  Minimum Amount of Increase: $25,000
  Minimum Amount of Decrease: $10,000
  Minimum Withdrawal: $500

Riders:

| Form | Description | Insurance Amount | Benefit Period Ends | Monthly Charge Deductible |
|---|---|---|---|---|
| 04126 | Additional Insured's Level Term (Standard Rate Class-Female Non-Tobacco) Effective Date: July 19, 2008 Issue Date: August 18, 2008 | $37,000 | In 2039 | To 2039 |

# S C H E D U L E   O F   P R E M I U M S

Planned Premium:     $177.69

Payment Period:      Monthly

| Beginning | Total Premiums For Policy Year |
|---|---|
| August 1, 2014 | $2,132.28 |
| August 1, 2018 | 1,298.84 |
| August 1, 2019 | 940.00 |

Continued on Next Page

Continued from Page 3

# I N T E R E S T   R A T E S

Guaranteed Interest Rate:  4%

# C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:          $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
    $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
    $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

SCHEDULE OF SURRENDER CHARGES

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 7 | 4 | $1,134.00 | 12 | 1 | $504.00 |
| 8 | 1 | 1,008.00 | 13 | 1 | 378.00 |
| 9 | 1 | 882.00 | 14 | 1 | 252.00 |
| 10 | 1 | 756.00 | 15 | 1 | 126.00 |
| 11 | 1 | 630.00 | 16 | 1 | 0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

COST OF INSURANCE RATES AND MONTHLY CHARGES

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 63 | 1.5199 | 73 | 4.2933 | 83 | 11.6282 | 93 | 27.9619 |
| 64 | 1.6901 | 74 | 4.7945 | 84 | 12.8621 | 94 | 31.3839 |
| 65 | 1.8769 | 75 | 5.3337 | 85 | 14.1789 | 95 | 36.7983 |
| 66 | 2.0795 | 76 | 5.9074 | 86 | 15.5651 | 96 | 46.5890 |
| 67 | 2.2973 | 77 | 6.5116 | 87 | 17.0023 | 97 | 67.0439 |
| 68 | 2.5346 | 78 | 7.1507 | 88 | 18.4864 | 98 | 75.1886 |
| 69 | 2.7986 | 79 | 7.8459 | 89 | 20.0413 | 99 | 83.3333 |
| 70 | 3.0982 | 80 | 8.6209 | 90 | 21.6937 | & over | |
| 71 | 3.4416 | 81 | 9.4989 | 91 | 23.4886 | | |
| 72 | 3.8400 | 82 | 10.5014 | 92 | 25.5043 | | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above. The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies. Modifications are made for rate classes other than Standard.

Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|---|---|---|---|---|---|---|---|
| 59 | .6889 | 66 | 1.3179 | 73 | 2.6354 | 80 | 5.9587 |
| 60 | .7394 | 67 | 1.4409 | 74 | 2.9846 | 81 | 6.7004 |
| 61 | .8017 | 68 | 1.5684 | 75 | 3.3763 | 82 | 7.5641 |
| 62 | .8792 | 69 | 1.7105 | 76 | 3.8023 | 83 | 8.5501 |
| 63 | .9745 | 70 | 1.8777 | 77 | 4.2616 | 84 | 9.6517 |
| 64 | 1.0817 | 71 | 2.0821 | 78 | 4.7617 | | |
| 65 | 1.1976 | 72 | 2.3333 | 79 | 5.3195 | | |

Continued on Next Page

# C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

### Continued from Page 4

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                    Date: November 4, 2013

Insured: Lawrence Ficklin                          Policy Date: August 1, 2007
         Male, Current Age: 63                   Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
         Female, Current Age: 59 Non-Tobacco         Agent: Donald R Harris CLU
                                                            PO Box 8271
Current Death Benefit: 1 - Death Benefit Remains Level      Pine Bluff, AR  71611
Current Premium Mode: Special Monthly                       (870) 535-4880
Current Planned Premium: $178
Definition of Life Insurance Test: Guideline Premium Test

ILLUSTRATED CHANGES BEGINNING DECEMBER 1, 2013

                    Planned Premium: $100

This illustration is based on an account value of $4,395 as of November 1, 2013.

SUMMARY OF ILLUSTRATED COVERAGES:

            $25,000 Initial Basic Amount Non-Tobacco
            $37,000 Additional Insured's Level Term Rider Non-Tobacco

DESCRIPTION OF COVERAGE

    Plan                    Universal Life (Form Number 04030) is a flexible premium adjustable life insurance
                            policy.

    How this Plan Works:    You start with a planned premium and death benefit.  You may change either in the future
                            subject to policy provisions.  When you pay premiums, we deduct a 5.00% premium expense
                            charge.  The remaining premium is added to the Account Value.  From this Account Value we
                            deduct each month:  (A) the current cost of insurance including the charges for any riders,
                            and (B) a current monthly expense charge of $7.50.  During each of the first 24 months
                            following issue or an increase, an issue charge will be deducted from the Account Value.
                            The issue charge is $0.10 per $1000 of the Initial Basic Amount and each increase, each
                            subject to a maximum of $50.00 per month.  The account value earns interest at the current
                            interest rate, but a different rate may be credited to any account value which you have
                            borrowed.  The current interest rate is increased by 0.50% on the unloaned Account Value
                            that exceeds 10% of the Basic Amount.  Surrender charges apply.

                            The current monthly cost of insurance rates and monthly expense charge may be changed by
                            the company at any time, but will never be more than the maximums given in the policy.  The
                            maximum monthly expense charge is $7.50 in policy years one through five and $10.00
                            thereafter.  The current interest rate can be changed by the company on a monthly basis,
                            but will never be less than the guaranteed rate of 4.00%.  This policy is participating, but
                            no dividends are anticipated.

                            State Farm Life Insurance Company
                            One State Farm Plaza
UL001(06/2004)              Bloomington, IL 61710                    (SXK5    )      Page 1 of 6

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life

Date: November 4, 2013

Insured: Lawrence Ficklin
Male, Current Age: 63

Policy Date: August 1, 2007
Policy Number: LF-2431-5567

Additional Insured: Ethel Ficklin
Female, Current Age: 59 Non-Tobacco

Definition of Life Insurance Test: Guideline Premium Test

DESCRIPTION OF COVERAGE

Important Tax Information: This policy complies with the definition of life insurance in Internal Revenue Code Section 7702 using the Guideline Premium Test.  This means that the premium illustrated does not exceed the greater of the Guideline Single Premium or the cumulative Guideline Annual Payment of the guideline annual premium will not provide coverage under the contract on the guaranteed basis.  Additionally, the death benefit payable will always be at least as great as the minimum amount required by the Internal  Revenue Code Section 7702. This illustration should not be relied upon for tax advice. The tax status of this policy should be reviewed with the policy owner's legal and tax advisors.

The IRS guideline annual premium for the illustrated coverage is $940 .
The IRS accumulated guideline annual premium for the illustrated coverage is $14,663 .
The IRS guideline single premium for the illustrated coverage is $11,295 .

This policy is a Modified Endowment Contract (MEC).  This means that any cash withdrawals, policy loans, and assignments will be subject to Federal Income Tax, to the extent there is a gain in the contract.  An additional 10% penalty tax may also apply prior to the policyowner's age 59 1/2.

Additional Insured's
Level Term Rider

This rider (Form Number 04126) provides level term insurance on the spouse of the Insured until the spouse's age 85   The coverage is convertible until the spouse's age 75.

DEFINITIONS

Non-Tobacco

Available for those who do not currently use tobacco or other nicotine products and have not used tobacco or other nicotine products within the 12-month period prior to application.

Basic Amount

The Initial Basic Amount plus any increases less any decreases.

Monthly Deductions

The sum of the monthly cost of insurance charges, the monthly expense charge, the monthly issue charge, and charges for any riders.

Guaranteed Values

These values are calculated using the illustrated premiums, 5.00% premium expense charge, guaranteed interest rate of 4.00% and the maximum monthly deductions.

Non-Guaranteed
Intermediate Values

These values are calculated using the illustrated premiums, 5.00% premium expense charge, average of the illustrated and guaranteed interest rates, and the average of the current and maximum monthly deductions.  The intermediate values are not guaranteed.  They demonstrate the impact of changes in Company experience.

Non-Guaranteed
Illustrated Values

These values are calculated using the illustrated premiums, 5.00% premium expense charge, illustrated interest rates, and current monthly deductions. The illustrated interest rate has been increased by 0.00% on the unloaned account value that exceeds 10% of the Basic Amount. These values are not guaranteed.

UL001(06/2004)          State Farm Life Insurance Company     Home Office:  Bloomington, IL          Page 2 of 6

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                        Date: November 4, 2013

Insured: Lawrence Ficklin                          Policy Date: August 1, 2007
         Male, Current Age: 63                      Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
                    Female, Current Age: 59 Non-Tobacco
                                    Definition of Life Insurance Test: Guideline Premium Test

DEFINITIONS

Annualized Premium Outlay   The actual cash outlay each year.

Total Annualized Premium    The sum of each year's annualized premium outlay.
Outlay

Account Value               This is the accumulation of the premiums shown less a 5.00% premium expense charge and
                            monthly deductions.

Cash Surrender Value        This value is the account value less the applicable surrender charge.  Surrender charges
                            apply for 15 policy years following issue or an increase in the Basic Amount of insurance.

Death Benefit               This is the amount payable at the death of the Insured.  Any increase or decrease must be
                            approved by the Company, subject to policy provisions.  Future increases are illustrated
                            using the premium class of the base policy, subject to the minimum amount requirements
                            as of the date of the illustration.

Option 1                    Death Benefit - Option 1 death benefit is the Basic Amount of insurance.  The death benefit
                            may be increased due to Internal Revenue Code provisions.  Changes in the Death Benefit
                            Option can result in the Basic Amount being lowered below the Policy's Minimum Basic Amount.
                            In these cases, the Minimum Basic Amount stated in the policy will be amended to reflect
                            a reduced Minimum Basic Amount.

This illustration assumes that the currently illustrated non-guaranteed elements will continue unchanged for all years
shown.  This is not likely to occur, and actual results may be more or less favorable than those shown.  The assumptions
on which they are based are subject to change by the Company.  Account values and death benefits shown are end of year
values.  Premiums are assumed to be paid when due.  This illustration contains a general description of coverage.
A complete statement of coverage is found in the policy.

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                          Date: November 4, 2013

Insured: Lawrence Ficklin                            Policy Date: August 1, 2007
         Male, Current Age: 63                       Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
         Female, Current Age: 59 Non-Tobacco
                                          Definition of Life Insurance Test: Guideline Premium Test

|       |     |                              | -------- Guaranteed Values -------- | | -----Intermediate Values----- Non-Guaranteed | | -----Illustrated Values ----- Non-Guaranteed | |
|       |     |                              | Guaranteed Interest Rate: 4.00% | | Interest Rate: 4.000% | | Interest Rate: 4.000% | |
| End of Year | Age | Annualized Premium Outlay | Cash Surrender Value | Death Benefit | Cash Surrender Value | Death Benefit | Cash Surrender Value | Death Benefit |
|-------|-----|------------------------------|----------------------|---------------|----------------------|---------------|----------------------|---------------|
| 8     | 65  | 1,200                        | 4,236                | 25,000        | 4,526                | 25,000        | 4,813                | 25,000        |
| 11    | 68  | 1,200                        | 5,759                | 25,000        | 6,784                | 25,000        | 7,784                | 25,000        |
| 13    | 70  | 1,200                        | 6,387                | 25,000        | 8,129                | 25,000        | 9,803                | 25,000        |
| 16    | 73  | 1,200                        | 6,422                | 25,000        | 9,752                | 25,000        | 12,850               | 25,000        |
| 22    | 79  | 1,200                        | ** 0                 | ** 0          | 9,191                | 25,000        | 17,921               | 25,000        |
| 26    | 83  | 1,200                        | 0                    | 0             | 2,816                | 25,000        | 20,104               | 25,000        |
| 27    | 84  | 1,200                        | 0                    | 0             | ** 0                 | ** 0          | 20,415               | 25,000        |
| 28    | 85  | 1,200                        | 0                    | 0             | 0                    | 0             | 20,608               | 25,000        |

** Beginning in this year, illustrated premiums are insufficient to provide requested benefits on this basis.
   Premiums have been adjusted to meet IRS guidelines.

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                              Date: November 4, 2013

Insured: Lawrence Ficklin                              Policy Date: August 1, 2007
         Male, Current Age: 63                       Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
         Female, Current Age: 59 Non-Tobacco
                                          Definition of Life Insurance Test: Guideline Premium Test


|  |  |  |  |  | -------- Guaranteed Values -------- |  | --------- Illustrated Values --------- |  |
|  |  |  |  |  | Guaranteed Interest of 4.00% |  | Illustrated Interest 4.000% |  |
| End of Year | Age | Annualized Premium Outlay | Total Annualized Premium Outlay | Account Value | Cash Surrender Value | Death Benefit | Account Value | Cash Surrender Value | Death Benefit |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 64 | 977 | 12,848 | 4,759 | 3,625 | 25,000 | 4,973 | 3,839 | 25,000 |
| 8 | 65 | 1,200 | 14,048 | 5,244 | 4,236 | 25,000 | 5,821 | 4,813 | 25,000 |
| 9 | 66 | 1,200 | 15,248 | 5,685 | 4,803 | 25,000 | 6,677 | 5,795 | 25,000 |
| 10 | 67 | 1,200 | 16,448 | 6,071 | 5,315 | 25,000 | 7,541 | 6,785 | 25,000 |
| 11 | 68 | 1,200 | 17,648 | 6,389 | 5,759 | 25,000 | 8,414 | 7,784 | 25,000 |
| 12 | 69 | 1,200 | 18,848 | 6,625 | 6,121 | 25,000 | 9,294 | 8,790 | 25,000 |
| 13 | 70 | 1,200 | 20,048 | 6,765 | 6,387 | 25,000 | 10,181 | 9,803 | 25,000 |
| 14 | 71 | 1,200 | 21,248 | 6,792 | 6,540 | 25,000 | 11,071 | 10,819 | 25,000 |
| 15 | 72 | 1,200 | 22,448 | 6,687 | 6,561 | 25,000 | 11,960 | 11,834 | 25,000 |
| 16 | 73 | 1,200 | 23,648 | 6,422 | 6,422 | 25,000 | 12,850 | 12,850 | 25,000 |
| 17 | 74 | 1,200 | 24,848 | 5,962 | 5,962 | 25,000 | 13,744 | 13,744 | 25,000 |
| 18 | 75 | 1,200 | 26,048 | 5,259 | 5,259 | 25,000 | 14,642 | 14,642 | 25,000 |
| 19 | 76 | 1,200 | 27,248 | 4,253 | 4,253 | 25,000 | 15,521 | 15,521 | 25,000 |
| 20 | 77 | 1,200 | 28,448 | 2,866 | 2,866 | 25,000 | 16,371 | 16,371 | 25,000 |
| 21 | 78 | 1,200 | 29,648 | 999 | 999 | 25,000 | 17,176 | 17,176 | 25,000 |
| 22 | 79 | 1,200 | 30,848 | ** 0 | ** 0 | ** 0 | 17,921 | 17,921 | 25,000 |
| 23 | 80 | 1,200 | 32,048 | 0 | 0 | 0 | 18,594 | 18,594 | 25,000 |
| 24 | 81 | 1,200 | 33,248 | 0 | 0 | 0 | 19,176 | 19,176 | 25,000 |
| 25 | 82 | 1,200 | 34,448 | 0 | 0 | 0 | 19,699 | 19,699 | 25,000 |
| 26 | 83 | 1,200 | 35,648 | 0 | 0 | 0 | 20,104 | 20,104 | 25,000 |
| 27 | 84 | 1,200 | 36,848 | 0 | 0 | 0 | 20,415 | 20,415 | 25,000 |
| 28 | 85 | 1,200 | 38,048 | 0 | 0 | 0 | 20,608 | 20,608 | 25,000 |
| 29 | 86 | 1,200 | 39,248 | 0 | 0 | 0 | 20,578 | 20,578 | 25,000 |
| 30 | 87 | 1,147 | 40,395 | 0 | 0 | 0 | 20,218 | 20,218 | 25,000 |
| 31 | 88 | 940 | 41,335 | 0 | 0 | 0 | 19,282 | 19,282 | 25,000 |
| 32 | 89 | 940 | 42,275 | 0 | 0 | 0 | 17,832 | 17,832 | 25,000 |
| 33 | 90 | 641 | 42,916 | 0 | 0 | 0 | 18,135 | 18,135 | 25,000 |


These figures do not recognize that, because of interest, a dollar in the future has less value than a dollar today.
** Beginning in this year, illustrated premiums are insufficient to provide requested benefits on this basis.


UL001(06/2004)          State Farm Life Insurance Company     Home Office:  Bloomington, IL          Page 5 of 6

LIFE INSURANCE ILLUSTRATION

Plan: Universal Life                                        Date: November 4, 2013

Insured: Lawrence Ficklin                          Policy Date: August 1, 2007
              Male, Current Age: 63                   Policy Number: LF-2431-5567
Additional Insured: Ethel Ficklin
              Female, Current Age: 59 Non-Tobacco
                                            Definition of Life Insurance Test: Guideline Premium Test

|  |  |  |  | ------- Guaranteed Values ------- Guaranteed Interest of 4.00% |  |  | Non-Guaranteed --------- Illustrated Values ---------- Illustrated Interest 4.000% |  |  |
|---|---|---|---|---|---|---|---|---|---|
| End of Year | Age | Annualized Premium Outlay | Total Annualized Premium Outlay | Account Value | Cash Surrender Value | Death Benefit | Account Value | Cash Surrender Value | Death Benefit |
| 34 | 91 | 641 | 43,557 | 0 | 0 | 0 | 18,398 | 18,398 | 25,000 |
| 35 | 92 | 641 | 44,198 | 0 | 0 | 0 | 18,616 | 18,616 | 25,000 |
| 36 | 93 | 641 | 44,839 | 0 | 0 | 0 | 18,771 | 18,771 | 25,000 |
| 37 | 94 | 641 | 45,480 | 0 | 0 | 0 | 18,862 | 18,862 | 25,000 |
| 38 | 95 | 641 | 46,121 | 0 | 0 | 0 | 18,875 | 18,875 | 25,000 |
| 39 | 96 | 641 | 46,762 | 0 | 0 | 0 | 18,710 | 18,710 | 25,000 |
| 40 | 97 | 641 | 47,403 | 0 | 0 | 0 | 18,309 | 18,309 | 25,000 |
| 41 | 98 | 641 | 48,044 | 0 | 0 | 0 | 17,631 | 17,631 | 25,000 |
| 42 | 99 | 641 | 48,685 | 0 | 0 | 0 | 16,564 | 16,564 | 25,000 |
| 43 | 100 | 641 | 49,326 | 0 | 0 | 0 | 14,893 | 14,893 | 25,000 |

These figures do not recognize that, because of interest, a dollar in the future has less value than a dollar today.
** Beginning in this year, illustrated premiums are insufficient to provide requested benefits on this basis.

### POLICY IDENTIFICATION

| | | | |
|---|---|---|---|
| Insured | LAWRENCE FICKLIN (Male) | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | Re-issued As Requested |
| Policy Date | August 1, 2007 | | |
| Issue Date | August 22, 2007 | | |
| Additional Insured | ETHEL FICKLIN (Female) | Age | 53 |

### SCHEDULE OF BENEFITS

Change to Basic Plan:
  Decrease in Basic Amount:  $20,888
  Effective Date:  October 23, 2013

Universal Life Basic Plan includes the above change(s):
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco):  $25,000
  Minimum Amount of Increase:  $25,000
  Minimum Amount of Decrease:  $10,000
  Minimum Withdrawal:  $500

Riders:

| Form | Description | Insurance Amount | Benefit Period Ends | Monthly Charge Deductible |
|---|---|---|---|---|
| 04126 | Additional Insured's Level Term (Standard Rate Class-Female Non-Tobacco) Effective Date:  July 19, 2008 Issue Date:  August 18, 2008 | $37,000 | In 2039 | To 2039 |

### SCHEDULE OF PREMIUMS

Planned Premium:    $100.00

Payment Period:    Monthly

| Beginning | Total Premiums For Policy Year |
|---|---|
| August 1, 2014 | $1,200.00 |

### INTEREST RATES

Guaranteed Interest Rate:  4%

Continued on Next Page
Page 3

Form 04030                                                                                    20131105

Continued from Page 3

# C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:            $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
     $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
     $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

SCHEDULE OF SURRENDER CHARGES

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 7 | 4 | $1,134.00 | 12 | 1 | $504.00 |
| 8 | 1 | 1,008.00 | 13 | 1 | 378.00 |
| 9 | 1 | 882.00 | 14 | 1 | 252.00 |
| 10 | 1 | 756.00 | 15 | 1 | 126.00 |
| 11 | 1 | 630.00 | 16 | 1 | 0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

COST OF INSURANCE RATES AND MONTHLY CHARGES

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 63 | 1.5199 | 73 | 4.2933 | 83 | 11.6282 | 93 | 27.9619 |
| 64 | 1.6901 | 74 | 4.7945 | 84 | 12.8621 | 94 | 31.3839 |
| 65 | 1.8769 | 75 | 5.3337 | 85 | 14.1789 | 95 | 36.7983 |
| 66 | 2.0795 | 76 | 5.9074 | 86 | 15.5651 | 96 | 46.5890 |
| 67 | 2.2973 | 77 | 6.5116 | 87 | 17.0023 | 97 | 67.0439 |
| 68 | 2.5346 | 78 | 7.1507 | 88 | 18.4864 | 98 | 75.1886 |
| 69 | 2.7986 | 79 | 7.8459 | 89 | 20.0413 | 99 | 83.3333 |
| 70 | 3.0982 | 80 | 8.6209 | 90 | 21.6937 | & over | |
| 71 | 3.4416 | 81 | 9.4989 | 91 | 23.4886 | | |
| 72 | 3.8400 | 82 | 10.5014 | 92 | 25.5043 | | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above. The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies. Modifications are made for rate classes other than Standard.

Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|---|---|---|---|---|---|---|---|
| 59 | .6889 | 66 | 1.3179 | 73 | 2.6354 | 80 | 5.9587 |
| 60 | .7394 | 67 | 1.4409 | 74 | 2.9846 | 81 | 6.7004 |
| 61 | .8017 | 68 | 1.5684 | 75 | 3.3763 | 82 | 7.5641 |
| 62 | .8792 | 69 | 1.7105 | 76 | 3.8023 | 83 | 8.5501 |
| 63 | .9745 | 70 | 1.8777 | 77 | 4.2616 | 84 | 9.6517 |
| 64 | 1.0817 | 71 | 2.0821 | 78 | 4.7617 | | |
| 65 | 1.1976 | 72 | 2.3333 | 79 | 5.3195 | | |

Continued on Next Page
Page 4

Form 04030                                                    20131105

# C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

Continued from Page 4

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at
the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980
Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate
classes other than Standard.

1555 Promontory Circle                          November 6, 2013
GREELEY CO  80638-0001


                                    State Farm Life
Don Harris                          Insurance Company
PO Box 8271                         1555 Promontory Circle
PINE BLUFF AR 71611                 GREELEY CO  80638-0001


Policy:  LF-2431-5567       Insured:  Lawrence Ficklin
                              Owner:  Lawrence Ficklin

                     **POLICY SERVICE COMPLETED**

The request to decrease coverage from $45,888 Universal Life to
$25,000 Universal Life has been completed.

Policy Pages are enclosed.

An illustration is enclosed for delivery to the owner.

SFPP has been notified of the Premium Change.


            Premiums:  $100.00  State Farm Payment Plan



Application Processing Department



Agent: Don Harris  Ph. 870-535-4880          H65D PSC  04-1112

POLICY   IDENTIFICATION

| | | | | |
|---|---|---|---|---|
| Insured | LAWRENCE FICKLIN<br>(Male) | | Age | 57 |
| Policy Number | LF-2431-5567 | Initial Basic Amount | | Re-issued As<br>Requested |
| Policy Date | August 1, 2007 | | | |
| Issue Date | August 22, 2007 | | | |
| Additional Insured | ETHEL FICKLIN<br>(Female) | | Age | 53 |

SCHEDULE   OF   BENEFITS

Universal Life Basic Plan:
  Death Benefit Option 1 (Basic Amount includes the Account Value)
  Basic Amount (Standard Rate Class-Male Non-Tobacco):  $25,000
  Minimum Amount of Increase:  $25,000
  Minimum Amount of Decrease:  $10,000
  Minimum Withdrawal:  $500

Riders:

| Form Description | Insurance<br>Amount | Benefit<br>Period<br>Ends | Monthly<br>Charge<br>Deductible |
|---|---|---|---|
| 04126 Additional Insured's<br>     Level Term (Standard Rate Class-Female Non-Tobacco)<br>     Effective Date:  July 19, 2008<br>     Issue Date:  August 18, 2008 | $37,000 | In 2039 | To 2039 |

SCHEDULE   OF   PREMIUMS

Planned Premium:    $100.00

Payment Period:    Monthly

| Beginning | Total Premiums<br>For Policy Year |
|---|---|
| August 1, 2014 | $1,200.00 |

INTEREST   RATES

Guaranteed Interest Rate:  4%

Form 04030                                                     20131106

Continued from Page 3

## C H A R G E S   A N D   F E E S   A N D   M O N T H L Y   D E D U C T I O N S

Deduction Date: 1st of each month

Maximum Premium Charge Percentage:  5%
Maximum Monthly Expense Charge in Policy Years 1-5:          $7.50
Maximum Monthly Expense Charge in Policy Years 6 and later:  $10.00

For the Initial Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Policy Date:
     $.10 per $1000, subject to a maximum of $50.00 per month.
For each increase in Basic Amount, the Monthly Issue Charge in first 24 Policy Months
starting on the Effective Date of the increase:
     $.10 per $1000, each subject to a maximum of $50.00 per month.

NOTE:  Insurance may terminate if premiums paid are not sufficient to continue the
       insurance.

S C H E D U L E   O F   S U R R E N D E R   C H A R G E S

| Beginning Policy Year | Beginning Policy Month | Surrender Charge | Beginning Policy Year | Beginning Policy Month | Surrender Charge |
|---|---|---|---|---|---|
| 7 | 5 | $1,134.00 | 12 | 1 | $504.00 |
| 8 | 1 | 1,008.00 | 13 | 1 | 378.00 |
| 9 | 1 | 882.00 | 14 | 1 | 252.00 |
| 10 | 1 | 756.00 | 15 | 1 | 126.00 |
| 11 | 1 | 630.00 | 16 | 1 | 0.00 |

Additional surrender charges will apply for each increase in Basic Amount for 15 years starting on the effective date of the increase.

C O S T   O F   I N S U R A N C E   R A T E S   A N D   M O N T H L Y   C H A R G E S

Maximum Monthly Cost of Insurance Rates
Per $1000

(Standard Rate Class-Male Non-Tobacco)

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 63 | 1.5199 | 73 | 4.2933 | 83 | 11.6282 | 93 | 27.9619 |
| 64 | 1.6901 | 74 | 4.7945 | 84 | 12.8621 | 94 | 31.3839 |
| 65 | 1.8769 | 75 | 5.3337 | 85 | 14.1789 | 95 | 36.7983 |
| 66 | 2.0795 | 76 | 5.9074 | 86 | 15.5651 | 96 | 46.5890 |
| 67 | 2.2973 | 77 | 6.5116 | 87 | 17.0023 | 97 | 67.0439 |
| 68 | 2.5346 | 78 | 7.1507 | 88 | 18.4864 | 98 | 75.1886 |
| 69 | 2.7986 | 79 | 7.8459 | 89 | 20.0413 | 99 | 83.3333 |
| 70 | 3.0982 | 80 | 8.6209 | 90 | 21.6937 | & over | |
| 71 | 3.4416 | 81 | 9.4989 | 91 | 23.4886 | | |
| 72 | 3.8400 | 82 | 10.5014 | 92 | 25.5043 | | |

The Maximum Monthly Cost of Insurance Rates are based on the Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.

Maximum Monthly Charges Per $1000 for Additional Insured's Level Term

(Standard Rate Class-Female Non-Tobacco)

| Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge | Age | Monthly Charge |
|---|---|---|---|---|---|---|---|
| 59 | .6889 | 66 | 1.3179 | 73 | 2.6354 | 80 | 5.9587 |
| 60 | .7394 | 67 | 1.4409 | 74 | 2.9846 | 81 | 6.7004 |
| 61 | .8017 | 68 | 1.5684 | 75 | 3.3763 | 82 | 7.5641 |
| 62 | .8792 | 69 | 1.7105 | 76 | 3.8023 | 83 | 8.5501 |
| 63 | .9745 | 70 | 1.8777 | 77 | 4.2616 | 84 | 9.6517 |
| 64 | 1.0817 | 71 | 2.0821 | 78 | 4.7617 | | |
| 65 | 1.1976 | 72 | 2.3333 | 79 | 5.3195 | | |

Continued on Next Page

# COST OF INSURANCE RATES AND MONTHLY CHARGES

### Continued from Page 4

The Maximum Monthly Charges are based on the Additional Insured's age last birthday at the start of the Policy Year, sex, and tobacco use as shown above.  The Commissioners 1980 Standard Ordinary Nonsmoker Mortality Table applies.  Modifications are made for rate classes other than Standard.



State Farm Life Insurance Company
*(Not licensed in MA, NY or WI)*
State Farm Life and Accident Assurance Company
*(Licensed in NY and WI)*
1 State Farm Plaza, Bloomington, IL 61710-0001

# Disbursement Request

LF-2431-5567

Policy number

**LAWRENCE FICKLIN**                                          ○ Cell  ○ Home

Owner 1 name                                     Phone number

                                                 ○ Cell  ○ Home

Owner 2 name (if applicable)                     Phone number

**LAWRENCE FICKLIN**

Insured/Annuitant name

Complete this form to request one of the following disbursements from your State Farm® life insurance policy, annuity policy, or supplementary contract. For TSA requests, use the Tax Sheltered Annuity Distribution Request form. If your Corporate Retirement Plan is serviced through Ascensus, contact Ascensus for their paperwork. If your policy is a Keogh or a Corporate Retirement Plan not serviced by Ascensus, submit the Waiver of Qualified Joint and Survivor Annuity form in addition to this form.

- Partial withdrawal
- Required Minimum Distribution (RMD) one-time withdrawal (Tax Qualified only)
- Surrender paid-up additions (life insurance only)
- Accumulated dividend withdrawal (life insurance only)
- Refund of Paid in Advance funds (life insurance only)
- Policy Loan (life insurance only)
- Qualified charitable distribution
- Change Tax Qualified Type (Workplace Retirement Plan to Traditional IRA only)

**WHAT YOU SHOULD KNOW**

Please talk with your agent to better understand the features and possible outcomes of this request.

- Complete the Important Notice of Withholding and Election section of this form. Federal and state (where applicable) income tax withholding on the taxable amount may apply, unless you elect out of withholding. Once processed, withholding cannot be changed.

- Any tax reportable amounts realized at the time values are released cannot be changed.
- RMD is when the IRS requires a minimum amount be withdrawn each year from certain Tax Qualified policies, starting with the year in which you reach the RMD age based on applicable law.
- RMD amounts are withdrawn from the policy without incurring a surrender charge. The RMD amount is included as part of the 10% surrender free amount. A full 10% surrender free amount AND an RMD withdrawal is not allowed.
- A dividend withdrawal reduces the accumulation amounts that will earn future interest.
- Some policies have partial withdrawal considerations. For more information, review your policy contract.
  - There may be limits on the number of withdrawals that can be made in a policy year.
  - All withdrawals must meet the policy minimum withdrawal amount.
  - The remaining value after withdrawal must meet policy minimums as outlined in the policy contract.
  - Withdrawals from Universal Life (UL) or Variable Universal Life (VUL) policies with Death Benefit Option 1 will reduce the death benefit by the withdrawal amount.

*Signature(s) on following page(s)* ▶

Doc Type 38

1010826.2

Page 1 of 6
2004 U9S206 304 01-20-2022

**EXHIBIT F**

**State Farm**

- A withdrawal or policy loan reduces the amount payable to the beneficiary when the insured dies or to the policy owner if the policy is terminated or annuitized.

- At settlement of the policy (cash surrender, maturity, or death claim), any outstanding loan balance and accrued interest is deducted from the policy proceeds.

- You may wish to consult a financial or tax advisor for additional questions.

In addition, the following apply to Life and Variable Life policies only:

- Dividends that are withdrawn cannot be put back in the policy.

- A surrender of paid-up dividend additions reduces the paid-up addition coverage amount that will earn future dividends.

- Once paid-up additions are surrendered they cannot be repurchased. Repurchasing paid-up additions after they are surrendered is not permitted by contract provision and can result in adverse tax consequences.

- Disbursements may have an impact on the future Modified Endowment Contract (MEC) or non-MEC status of the policy, creating adverse tax consequences for the policy owner.

  - Once in MEC status, the policy is permanently subject to taxation under the Technical and Miscellaneous Revenue Act of 1988.

  - When the policy owner is less than age 59½, the taxable portion of a policy distribution may be subject to a 10% penalty imposed by the IRS.

- If UL or VUL, a disbursement may cause failure of the IRS definition of life insurance and may not be allowed. Failure may lead to:

  - Annual taxation of the increase in surrender value if it exceeds the premium paid and term cost for that year;

  - Retrospective application of the annual tax at the time of failure;

  - Taxation of the death benefit, at the time of death, which is equal to the net surrender value.

- If the loan value is less than the loan amount requested, the maximum loan value will be taken.

- Annual loan interest is charged on the loan balance.

- You may set up a loan repayment. An additional amount will be included with your regular premium payment to be applied to your outstanding loan (min $15). To establish a loan repayment, complete the Change Premium Payment form.

In addition, the following apply to Fixed and Variable Annuity products only:

- A surrender charge and/or market value adjustment may be applicable and could impact the disbursement amount.

- Policy gains for all non-tax qualified annuities you own that were issued in the same year are required to be aggregated to determine tax reporting.

- If you are subject to taxation and are less than age 59½, the gain may be subject to a 10% IRS penalty tax assessed at the time your tax return is filed.

- You may elect out of withholding to avoid having income taxes withheld for a Roth Individual Retirement Arrangement (IRA) non-qualified distribution. Withholding does not apply to Roth IRA qualified distributions when a policy has been in force for five or more years and one of the following has occurred:

  - Over age 59½

  - Death or disability

  - Qualified first-time home purchase

- If changing the tax qualified type (Workplace Retirement Plan only) of your policy, please specify in the "Explanations" section of this form to "Change my (current tax qualified type) to (Traditional IRA) as a direct rollover". If this is being changed to a ROTH IRA, please use the Tax Qualified Conversion Request.

In addition, the following applies to Annuity/Supplementary contracts only:

- Distributions from a supplementary contract may be restricted based on the payee's age or withdrawal rules of the option selected.

- Only outgoing disbursement options apply as supplementary contracts do not take incoming funds.

If there are differences between this disclosure and the policy, the terms of the policy will prevail.

**State Farm**

**REQUEST**

○ Partial withdrawal of $ _____ (minimums may apply). Select Gross or Net:
  ○ Gross (withdrawal amount is reduced by any taxes, surrender charges, and/or fees withheld)
  ○ Net (withdrawal amount is increased by taxes, surrender charges, and/or fees withheld to produce the specified requested amount)

○ RMD one-time withdrawal of $ _____ (Tax Qualified only). Select Gross or Net:
  ○ Gross (withdrawal amount is reduced by taxes, surrender charges, and/or fees withheld)
  ○ Net (withdrawal amount is increased by taxes, surrender charges, and/or fees withheld to produce the specified requested amount)

○ Surrender paid-up additions. Withdraw and pay dividend value of $ _____ to me or the total, if less.
  Select Gross or Net:
  ○ Gross (withdrawal amount is reduced by any taxes, surrender charges, and/or fees withheld)
  ○ Net (withdrawal amount is increased by taxes, surrender charges, and/or fees withheld to produce the specified requested amount)

○ Accumulated dividend withdrawal of $ _____ or the total, if less.

○ Refund of Paid in Advance funds: $ _____ Pay the policy to year: _____ (only full annual premium amounts may be reversed. The amount received may exceed the requested amount.)

◉ Policy loan (select one) To establish a loan repayment, complete the Change Premium Payment form:
  ○ Loan of $ _____
  ◉ Maximum loan
  ○ Loan to pay the premium currently billed and not paid

○ Qualified Charitable Distribution:
  Charity: _____   Amount $ _____
  Charity: _____   Amount $ _____
  Charity: _____   Amount $ _____

**PAYMENT METHOD**

A check is the automatic option if no option is selected.

○ Check
◉ Electronic Funds Transfer to a bank account not on file. Please fill out the Electronic Funds Transfer to Bank Account form and attach to this request.
○ If you have received a disbursement as an Electronic Funds Transfer in the past, and want to send the funds to the same bank account, complete the bank information below:
  Account number: _____
  Routing number: _____
  Name(s) on account: _____
○ Apply as a contribution to a Tax Qualified State Farm policy or account (do not use for Tax Qualified to Tax Qualified Transfers or Rollover). Policy/Account:
  State Farm Investment Planning Services account number: _____
  State Farm Annuity policy number: _____
  Contribution type:   ○ Current year   ○ Prior year
○ Apply as a contribution to a State Farm Life or Non-Tax Qualified Annuity policy (do not use for 1035 Exchanges). Policy/Account:

**&StateFarm·**

State Farm Life policy number: _____
State Farm Annuity policy number: _____
Contribution type:  O Contribution    O Premium    O Loan repayment    O Loan interest

If applying funds to an account of someone other than the policy owner, I authorize the transfer of funds to the following bank account:

_____
Name of bank account holder

_____
Relationship to policy owner

**IMPORTANT NOTICE OF WITHHOLDING AND ELECTION**

**Federal Income Tax Withholding** - The taxable portion of proceeds may be subject to federal and state (if applicable) income tax withholding. If we do not have your Taxpayer Identification Number (TIN), withholding will occur. By your election, you may be responsible for payment of estimated taxes; and there may be tax penalties if your withholding and estimated payments are not sufficient. Your withholding election is final and cannot be changed after the transaction is processed.

| Form **W-4R** | **Withholding Certificate for Nonperiodic Payments and** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Eligible Rollover Distributions**  ▶ Give Form W-4R to the payer of your retirement payments. | **2022** |

| 1a  First name and middle initial | Last name | 1b  Social security number |
|---|---|---|
| | | |

Address
_____

City or town, state, and ZIP code
_____

Your withholding rate is determined by the type of payment you will receive.

• For nonperiodic payments, the default withholding rate is 10%. You can choose to have a different rate by entering a rate between 0% and 100% on line 2. Generally, you can't choose less than 10% for payments to be delivered outside the United States and its possessions.

• For an eligible rollover distribution, the default withholding rate is 20%. You can choose a rate greater than 20% by entering the rate on line 2. You may not choose a rate less than 20%.

See page 2 for more information.

| 2 | Complete this line if you would like a rate of withholding that is different from the default withholding rate. See the instructions on page 2 and the Marginal Rate Tables below for additional information. Enter the rate as a whole number (no decimals)  . . . . . . . . . . . . . . . . . ▶ | 2 | % |
|---|---|---|---|

| Sign Here | ▶ _____ ▶ _____ |
|---|---|
| | Your signature (This form is not valid unless you sign it.)            Date |



## 2022 Marginal Rate Tables

You may use these tables to help you select the appropriate withholding rate for this payment or distribution. Add your income from all sources and use the column that matches your filing status to find the corresponding rate of withholding. See page 2 for more information on how to use this table.

| Single or Married filing separately | | Married filing jointly or Qualifying widow(er) | | Head of household | |
|---|---|---|---|---|---|
| Total income over - | Tax rate for every dollar more | Total income over - | Tax rate for every dollar more | Total income over - | Tax rate for every dollar more |
| $0 | 0% | $0 | 0% | $0 | 0% |
| 12,950 | 10% | 25,900 | 10% | 19,400 | 10% |
| 23,225 | 12% | 46,450 | 12% | 34,050 | 12% |
| 54,725 | 22% | 109,450 | 22% | 75,300 | 22% |
| 102,025 | 24% | 204,050 | 24% | 108,450 | 24% |
| 183,000 | 32% | 366,000 | 32% | 169,450 | 32% |
| 228,900 | 35% | 457,800 | 35% | 235,350 | 35% |
| 552,650* | 37% | 673,750 | 37% | 559,300 | 37% |

\* If married filing separately, use $336,875 instead for this 37% rate.

Additional information and directions for Form W-4R can be found online at https://www.irs.gov/pub/irs-pdf/fw4r.pdf.

State Income Tax Withholding – We will only withhold if you live in a state requiring us to do so. We will withhold at least the minimum amount required by your state. Please indicate below if you would like us to withhold more than the minimum amount.

○ I do not want state income tax withheld. I understand this election will not apply in states that do not permit persons to elect out of withholding.

○ Withhold my state's minimum required percentage. If you live in a state that does not specify a minimum required percentage, we will not withhold.

○ Withhold state tax of: $ _____ . I understand that I cannot request withholding in an amount less than my state's minimum amount.

**EXPLANATIONS**

Use the space below to provide additional details. Additional forms and/or information may be needed.

**StateFarm**

**SIGNATURES**

By signing below, I authorize and direct State Farm to initiate and process this request.

_Laurence Ficklin_
Owner 1 signature

05-4-2022
Date (mm/dd/yyyy)

[SIGNATURE]

Owner 2 signature (if applicable)

Date (mm/dd/yyyy)

[SIGNATURE]

04-1716
Agent stamp

Agent signature as witness (not required)

05/04/2022
Date (mm/dd/yyyy)

[SIGNATURE]

**SUBMISSION - All pages of the request form must be submitted.**

Submit the completed and signed form to your State Farm agent or State Farm:

**Fixed Annuity:**
Annuities Operation Center, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 740-364-4581. For policies purchased in NY or WI, fax to 740-364-4582.

**Life Insurance Policy:**
Life Operation Center, P.O. Box 2364, Bloomington, IL 61702-2364 or fax to 740-364-4576. For policies purchased in NY or WI, fax to 740-364-4577.

**Supplementary Contract:**
Annuity/Supplementary Contract, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 855-839-3464. For policies issued in NY or WI, fax to 855-258-4610.

**Variable Life and Annuity Products:**
Variable Operation Center, P.O. Box 2307, Bloomington, IL 61702-2307 or fax to 855-363-7052. For policies purchased in NY or WI, fax to 855-818-8528.

Simmons Bank
MEMBER FDIC

⑤⑤

3109778

⑈:08 2900 43 2⑈:



MEMBER FDIC

May 4th, 2022

To whom it may concern:

Mr. Lawrence L Ficklin has a checking account with Simmons Bank, that checking account number is ■■■■■■ and routing is 082900432.

*Manuel Perez*

**M. Perez**

**Simmons Bank**
**414 Oak Street**
**Conway, AR 72034**



**State Farm Life Insurance Company**
**State Farm Life and Accident Assurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Electronic Funds Transfer to Bank Account

LF-2431-5567

Policy number

**LAWRENCE FICKLIN** _____  **501-504-3419** ⊙ Cell ○ Home

Owner 1 name                                              Phone number

_____     ○ Cell ○ Home

Owner 2 name (if applicable)                              Phone number

Insured/Annuitant name

Complete this form to electronically transfer money to a bank account from your State Farm® life insurance policy, annuity policy, or supplementary contract. Do not use this form for Pre-Authorized Checking or Universal Life Flexible Care Benefit payments.

WHAT YOU SHOULD KNOW

Please talk with your agent to better understand the features and possible outcomes of this request.

*   Your financial institution may charge a fee for transfers of electronic funds.

INSTRUCTIONS

*   **For a checking account,** a pre-printed VOIDED check or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) **is required.**
*   **For a savings account,** a pre-printed deposit slip or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) **is required.**
*   No additional documentation is needed when a pre-printed VOIDED check or deposit slip has already been provided to State Farm.
*   Written authorization is required to transfer funds to an account of someone other than the policy owner. However, if the policy owner is a trust, the account holder must also be the trust. If the trustee is authorizing the disbursement, the electronic funds transfer cannot be modified to make funds payable to someone other than the trust.
*   Starter checks, handwritten account information, and photocopies will not be accepted.

*Signature(s) on* ▶
*following page(s)*

Doc type **55**

Page 1 of 3

1009497                                                     155664.3 04-14-2022

**StateFarm**

**REQUEST**

Indicate account type:  ⊙ Checking account   OR   ○ Savings account

Attach the pre-printed VOIDED check or deposit slip below. Please include any other bank account documentation with this request.

```
John Doe                              0000
1231 Fake Street
Anytime, USA 12345

                    VOID _____ $ [    ]

            Please tape your voided check/deposit slip here

Memo: _____
```

If applying funds to an account of someone other than the policy owner, I authorize the transfer of funds to the following bank account:

_____
Name of bank account holder

_____
Relationship to policy owner

**AUTHORIZATION AND DISCLAIMER**

I hereby authorize and direct State Farm Life Insurance Company/State Farm Life and Accident Assurance Company ("State Farm") to initiate credit entries (deposits) into the designated financial accounts, and to initiate debit entries (withdrawals) if necessary to reverse erroneous deposits.

This authority will remain in effect until State Farm and the relevant depository institution have had reasonable opportunity to act upon valid, written notification from me directing otherwise. I understand that this service may be discontinued by State Farm at any time.

State Farm is not responsible for any loss or delay resulting from my submission of erroneous or incomplete information.

_Laurence Jurklin_                05-04-2022        SIGNATURE
Owner 1 signature                 Date (mm/dd/yyyy)

_____   _____  SIGNATURE
Owner 2 signature (if applicable) Date (mm/dd/yyyy)

_____   _____  SIGNATURE
Agent stamp   Agent signature as witness (not required)   Date (mm/dd/yyyy)

Page 2 of 3

155604 3 04-14-2022

1009497



**SUBMISSION**

Submit the completed and signed form to your State Farm agent or State Farm:

**Fixed Annuity:**

Annuities Operation Center, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 740-364-4581. For policies purchased in NY or WI, fax to 740-364-4582.

**Life Insurance Policy:**

Life Operation Center, P.O. Box 2364, Bloomington, IL 61702-2364 or fax to 740-364-4576. For policies purchased in NY or WI, fax to 740-364-4577.

**Supplementary Contract:**

Annuity/Supplementary Contract, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 855-839-3464. For policies issued in NY or WI, fax to 855-258-4610.

**Variable Life and Annuity Products:**

Variable Operation Center, P.O. Box 2307, Bloomington, IL 61702-2307 or fax to 855-363-7052. For policies purchased in NY or WI, fax to 855-618-8528.

1009497

156664.3 04-14-2022

PO Box 2364
BLOOMINGTON IL  61702-2364                     May 09, 2022

Lawrence Ficklin
407 W 35th Ave                      State Farm Life
Pine Bluff, AR  71603-6083          Insurance Company
                                    PO Box 2364
                                    BLOOMINGTON IL  61702-2364


Policy: LF-2431-5567           Insured: Lawrence Ficklin
                                 Owner: Lawrence Ficklin


This letter is to confirm your recent request.

We have processed a policy loan in the amount of $10,013.34. We have
credited $10,013.34 to the account ending in ████ .

This loan may cause your policy to lapse unless future premiums are
received.

Your outstanding loan balance is $10,013.34. The policy loan interest
rate is 7.00%.


If you have questions, please call your State Farm agent. Thank you
for allowing us to service your life insurance needs. We appreciate
your business.


Life Policyholder Service
State Farm Life Insurance Company


Agent:Marqus Lassiter Ph.870-534-2815     ACH/Wire 04-1716

RF-PFHV                5/9/2022 1:13:15 PM  PAGE   1/005  **Fax Server**

 **StateFarm®**

---

| Facsimile Cover Sheet | Confidential Business | State Farm® |
| Carátula de facsímil | Confidencial Empresarial | Providing Insurance and Financial Services |
| | | Su Compañía de Seguros y Servicios Financieros |
| | | Home Office, Bloomington, Illinois 61710 |
| | | Oficina Centrale, Bloomington, Illinois |

---

**Date / Fecha: 5/9/2022 1:12:50 PM**
**Fax number / Número de fax: 17403644576**        Total pages / Cantidad de páginas :5

---

**Notice: Confidential Business**

The information contained in this facsimile message and any attachments contains **confidential business** material intended for the sole use of the individual(s) named above. If you are not an intended business recipient listed above, or an employee or agent of such recipient who is responsible for delivering this material to them, you are hereby notified that any disclosure, duplication, distribution, or other use of this information, or the taking of any action in reliance on the contents of this transmission, without the express written consent of State Farm®, is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender immediately by telephone, so the return of this material can be arranged at no cost to you.

---

**Aviso: Confidencial de la Empresa**

La información que se encuentra en el mensaje de este facsímil y cualquier documento adjunto contiene material **confidencial de la empresa** para uso exclusivo de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el destinatario mencionado anteriormente, o un empleado o agente de dicho destinatario que sea responsable de entregar este material al mismo, por la presente se le notifica que cualquier divulgación, duplicación, distribución, u otro uso de esta información, o cualquier medida que se tome basada en el contenido de esta transmisión, sin el expreso consentimiento por escrito de StateFarm®, está ESTRICTAMENTE PROHIBIDA. Si usted recibió esta transmisión por equivocación, por favor notífíquenos inmediatamente por teléfono para que podamos hacer los arreglos necesarios para que nos devuelva este material sin costo alguno para usted.

---

**Message / Mensaje:**
**LF24315567**

1004519  119545  03-03-2014  190-6580 a.8

**EXHIBIT G**

**🐾 State Farm**

**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza, Bloomington, IL 61710-0001

# Change of Beneficiary

LF-2431-5567
Policy number

LAWRENCE FICKLIN                                    50/-504-3419   ○ Cell  ○ Home
Owner 1 name                                        Phone number

                                                    50/-504-3419   ○ Cell  ○ Home
Owner 2 name (if applicable)                        Phone number

LAWRENCE FICKLIN                                    50/-504-3419
Insured/Annuitant name

Complete this form to change the beneficiary on your State Farm® life insurance policy, annuity policy, or supplementary contract.

**WHAT YOU SHOULD KNOW**

Please talk with your agent to better understand the features and possible outcomes of this request.

- "Additional Insured", "Insured Child", or "Annuitant", may be used in place of "Insured".
- Prior beneficiary(ies) no longer receive(s) a benefit upon the insured's death.
- **Unless changed by this request:**
  - Two or more surviving beneficiaries of a class will share equally.
  - If children of a person are named as a class, only children born to or legally adopted by that person will be included as beneficiaries.
  - Any beneficiary to whom the "time clause" applies will be considered not to have survived the insured if that beneficiary is not living on the 30th day after the insured's death.
- State Farm is not responsible or liable for use of any sum payable to a trustee or authorized representative of a beneficiary.
- If a trust is not in force, or if qualifying conditions for Trust under Will are not met, payment will be made to the succeeding beneficiary, if any. Qualifying conditions for Trust under Will: The will must be admitted to probate within 180 days after insured's death, and the trustee must qualify within one year after the insured's death.

- Certain requests may have unintended consequences. You may wish to consult a financial or tax advisor for additional questions.
- It may not be beneficial to name a minor as the beneficiary.
- A Generation Skipping Transfer Tax (GSTT) may apply if a trust or grandchild for example becomes the new beneficiary. GSTT is imposed on asset transfers that avoid estate or gift tax and skip one or more generations.
- If a State Farm selling agent is named as beneficiary, the agent must be a family member of the insured person or have insurable interest.
- **Massachusetts Only:** The change of beneficiary must be witnessed and the witness must be a disinterested person. The disinterested person is defined as someone other than the intended beneficiary.
- IRS regulations limit the amount of time a beneficiary can delay receiving the proceeds on a Non-Tax Qualified Annuity, Tax Qualified Annuity, or Tax Qualified Life Policy. Therefore, a method of settlement cannot restrict when the beneficiary is able to receive the proceeds. The method of settlement for your beneficiary has been recorded simply as "One Sum".

Signature(s) on following page(s) ▶

**Doc type 39.06**

Page 1 of 4
2000 150170 200 02-23-2022

1090707

RF-PFHV                    5/9/2022 1:13:15 PM   PAGE   3/005   Fax Server

**StateFarm**

In addition, the following apply to Fixed and Variable Annuity products only:
- Death distribution requirements and portability rules may vary depending on the type of annuity and the beneficiary relationship.

* If a beneficiary receiving the proceeds is a minor at time of death and a guardian is not court appointed, the IRS required distribution rules may not be able to be fulfilled

If there are differences between the information provided in this disclosure and the policy, the terms of the policy will prevail.

**REQUEST**

I request payment of any sum payable upon the insured's death be made as shown below. Payment will be subject to any existing assignment. Any prior provisions for payment upon the insured's death are revoked, when this request is recorded. If this request is intended to change the beneficiary designation for insurance coverage through a rider, the previous beneficiary provisions are revoked when this request is recorded. The change will take effect in accordance with policy provisions, but the change will not affect any action we may have taken before we received the request. If the policy requires endorsement, mailing an acknowledgment of the beneficiary change to me will serve as an endorsement.

Complete sections for **all** beneficiaries, even if unchanged. Provide the full name, address (if different from the insured's), date of birth, relationship to the insured, and allocation percentage for each beneficiary. Also provide the taxpayer identification number (SSN/EIN/ITIN), preferred phone number, and e-mail address (if known). The total allocation percentage between all beneficiaries in a class must equal 100%.

This change applies to (select one):   ○ Principal Insured      ○ Additional Insured

**1. Primary beneficiary**

| First name | Middle name | Last name |
|---|---|---|
| David | Henry | Brown |

Address: 1750 Village Common Drive A314  72032

| City | State | ZIP Code | |
|---|---|---|---|
| Conway | (501) 504-3419 | ● Cell  ○ Home |

SSN: [redacted]   Date of birth (mm/dd/yyyy):   Phone number:

E-mail address: david942249@yahoo.com / 100%

Relationship:                          Percent allocation (must equal 100%)

*Lawrence Ficklin*

1012707                                                   Page 2 of 4
                                          2003  199170  203  02-23-2023

RF–PFHV            5/9/2022 1:13:15 PM   PAGE   4/005   Fax Server

**State Farm**

## 2. Primary beneficiary

| First name | | Middle name | Last name |
|---|---|---|---|

Address

| City | | State | ZIP Code |
|---|---|---|---|
| | | | ○ Cell   ○ Home |

| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number |
|---|---|---|

E-mail address

| Relationship | Percent allocation (must equal 100%) |
|---|---|

## 1. Successor beneficiary

First name COLETTE FICKLIN    Middle name    Last name

Address                                    71602

City WHITE HALL    State 870-872-2124  ZIP Code  ○ Cell  ○ Home

SSN/EIN/ITIN    Date of birth (mm/dd/yyyy)    Phone number

E-mail address

Relationship SISTER    Percent allocation (must equal 100%) 100 %

## 2. Successor beneficiary

| First name | | Middle name | Last name |
|---|---|---|---|

Address

| City | | State | ZIP Code |
|---|---|---|---|
| | | | ○ Cell   ○ Home |

| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number |
|---|---|---|

E-mail address

| Relationship | Percent allocation (must equal 100%) |
|---|---|

*Lawrence Ficklin*

1010707

RF–PFHV                    5/9/2022 1:13:15 PM   PAGE    5/005    Fax Server

**🐾 StateFarm**

**EXPLANATIONS**

Use the space below to provide additional details. Additional forms and/or information may be needed.

**SIGNATURES**

By signing below, I authorize and direct State Farm to initiate and process this request.

_Lawrence Ficklin_

Owner 1 signature                              05-05-2022
                                               Date (mm/dd/yyyy)                SIGNATURE

Owner 2 signature (if applicable)              Date (mm/dd/yyyy)                SIGNATURE

04-1716
Agent stamp          Agent signature as witness (not required)   Date (mm/dd/yyyy)   SIGNATURE

**SUBMISSION - All pages of the request form must be submitted.**

Submit the completed and signed form to your State Farm agent or State Farm:

**Fixed Annuity:**
Annuities Operation Center, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 740-364-4581. For policies purchased in NY or WI, fax to 740-364-4582.

**Life Insurance Policy:**
Life Operation Center, P.O. Box 2364, Bloomington, IL 61702-2364 or fax to 740-364-4576. For policies purchased in NY or WI, fax to 740-364-4577.

**Supplementary Contract:**
Annuity/Supplementary Contract, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 855-839-3464. For policies issued in NY or WI, fax to 855-258-4610.

**Variable Life and Annuity Products:**
Variable Operation Center, P.O. Box 2307, Bloomington, IL 61702-2307 or fax to 855-363-7052. For policies purchased in NY or WI, fax to 855-618-8528.

1010707                                                 2003 158170  203 02-23-2022

56cT2212906892WPSFPFHS Received 5/9/2022 1:13:14 PM [Central Daylight Time]

P.O. Box 2364
BLOOMINGTON IL  61702-2364                June 24, 2022


                                          State Farm Life
Lawrence Ficklin                          Insurance Company
407 W 35th Ave                            P.O. Box 2364
PINE BLUFF AR 71603-6083                  BLOOMINGTON IL  61702-2364



Policy:  LF-2431-5567      Insured: Lawrence Ficklin
                            Owner: Lawrence Ficklin

Thank you for choosing State Farm to satisfy your life insurance
needs.

We received a request to change the beneficiary on your policy.
We are unable to process your request at this time since the
following items were not received:

      · Verification if the change applies to the Principal
Insured and/or the Additional Insured.

Please complete the enclosed Change of Beneficiary request letter
and include the above information. All pages of the completed
request must be returned. We will be happy to process your
request when it is received.

If you have any questions about your policy or need assistance
completing the request, please contact your State Farm agent. We
look forward to being of service to you in the near future.


Enclosure




Beneficiary & Ownership Team


EMC



Agent: Marcus Lassiter  Ph. 870-534-2815              A008    04-1716

DocuSign Envelope ID: 0422263C-433D-4FC5-AC9C-8FC27ECE4B7A

 **StateFarm**

**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Change of Beneficiary

LF-2431-5567
Policy number

LAWRENCE FICKLIN      Phone number     ○ Cell   ○ Home
Owner 1 name

     Phone number     ○ Cell   ○ Home
Owner 2 name (if applicable)

LAWRENCE FICKLIN
Insured/Annuitant name

Complete this form to change the beneficiary on your State Farm® life insurance policy, annuity policy, or supplementary contract. If the beneficiary is an organization (estate, trust. Etc.), enter the organization name as the First Name of the beneficiary and provide additional information about the organization in the Explanations field (i.e. trust ID number).

**WHAT YOU SHOULD KNOW**

Please talk with your agent to better understand the features and possible outcomes of this request.

- "Additional Insured", "Insured Child", or "Annuitant", may be used in place of "Insured".
- Prior beneficiary(ies) no longer receive(s) a benefit upon the insured's death.
- **Unless changed by this request:**
    - Two or more surviving beneficiaries of a class will share equally.
    - If children of a person are named as a class, only children born to or legally adopted by that person will be included as beneficiaries.
    - Any beneficiary to whom the "time clause" applies will be considered not to have survived the insured if that beneficiary is not living on the 30th day after the insured's death.
- State Farm is not responsible or liable for use of any sum payable to a trustee or authorized representative of a beneficiary.
- If a trust is not in force, or if qualifying conditions for Trust under Will are not met, payment will be made to the succeeding beneficiary, if any. Qualifying conditions for Trust under Will: The will must be admitted to probate within 180 days after Insured's death, and the trustee must qualify within one year after the Insured's death.

- Certain requests may have unintended consequences. You may wish to consult a financial or tax advisor for additional questions.
- It may not be beneficial to name a minor as the beneficiary.
- A Generation Skipping Transfer Tax (GSTT) may apply if a trust or grandchild for example becomes the new beneficiary. GSTT is imposed on asset transfers that avoid estate or gift tax and skip one or more generations.
- If a State Farm selling agent is named as beneficiary, the agent must be a family member of the Insured person or have insurable interest.
- **Massachusetts Only:** The change of beneficiary must be witnessed and the witness must be a disinterested person. The disinterested person is defined as someone other than the intended beneficiary.
- IRS regulations limit the amount of time a beneficiary can delay receiving the proceeds on a Non-Tax Qualified Annuity, Tax Qualified Annuity, or Tax Qualified Life Policy. Therefore, a method of settlement cannot restrict when the beneficiary is able to receive the proceeds. The method of settlement for your beneficiary has been recorded simply as "One Sum".

*Signature(s) on following page(s)* ▶

**Doc type 39.06**

EXHIBIT H



In addition, the following apply to Fixed and Variable Annuity products only:

- Death distribution requirements and portability rules may vary depending on the type of annuity and the beneficiary relationship.

- If a beneficiary receiving the proceeds is a minor at time of death and a guardian is not court appointed, the IRS required distribution rules may not be able to be fulfilled.

If there are differences between the information provided in this disclosure and the policy, the terms of the policy will prevail.

## REQUEST

I request payment of any sum payable upon the Insured's death be made as shown below. Payment will be subject to any existing assignment. Any prior provisions for payment upon the Insured's death are revoked, when this request is recorded. If this request is intended to change the beneficiary designation for insurance coverage through a rider, the previous beneficiary provisions are revoked when this request is recorded. The change will take effect in accordance with policy provisions, but the change will not affect any action we may have taken before we received the request. If the policy requires endorsement, mailing an acknowledgment of the beneficiary change to me will serve as an endorsement.

Complete sections for **all** beneficiaries, even if unchanged. Provide the full name, address (if different from the Insured's), date of birth, relationship to the Insured, and allocation percentage for each beneficiary. Also provide the taxpayer identification number (SSN/EIN/ITIN), preferred phone number, and e-mail address (if known). The total allocation percentage between all beneficiaries in a class must equal 100%.

This change applies to (select one):  ○ Principal Insured    ○ Additional Insured

**For Term Conversion to a new policy or as an increase to a Universal Life policy only -** this change applies to (select one):

○ Existing term policy only (an additional Change of Beneficiary request will be required for the new policy)

○ Converted coverage, which includes the entire policy if request is an increase to a Universal Life policy only

○ Both existing term policy and the converted coverage, which includes the entire policy if request is an increase to a Universal Life policy

## 1. Primary beneficiary

| DAVID | | BROWN | |
|---|---|---|---|
| First name | Middle name | Last name | |
| Address | | | |
| City | State | | ZIP Code |
| | | | ○ Cell   ○ Home |
| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number | |
| E-mail address | | | |
| COUSIN | | | |
| Relationship | | | Percent allocation (must equal 100%) |

**StateFarm**

## 1. Successor beneficiary

| SHAWN | | | | BARNES | | |
|---|---|---|---|---|---|---|
| First name | | | Middle name | Last name | | |
| Address | | | | | | |
| City | | | State | | ZIP Code | ○ Cell   ○ Home |
| SSN/EIN/ITIN | | Date of birth (mm/dd/yyyy) | | Phone number | | |
| E-mail address | | | | | | |
| COUSIN | | | | | | |
| Relationship | | | | | Percent allocation (must equal 100%) | |

## EXPLANATIONS

Use the space below to provide additional details. Additional forms and/or information may be needed.

## SIGNATURES

By signing below, I authorize and direct State Farm to initiate and process this request.

**For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.**

DocuSigned by:

LAWRENCE FICKLIN
C53620B7B367400...

Owner 1 signature

3/25/2024

Date (mm/dd/yyyy)

◄ SIGNATURE

Owner 2 signature (if applicable)

Date (mm/dd/yyyy)

◄ SIGNATURE

04-1716

Agent stamp

Agent signature as witness (not required)

Date (mm/dd/yyyy)

◄ SIGNATURE

DocuSign Envelope ID: 0422263C-433D-4FC5-AC9C-8FC27ECE4B7A



**SUBMISSION - All pages of the request form must be submitted.**

Submit the completed and signed form to your State Farm agent or State Farm:

**Fixed Annuity:**
Annuities Operation Center, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 740-364-4581. For policies purchased in NY or WI, fax to 740-364-4582.

**Life Insurance Policy:**
Life Operation Center, P.O. Box 2364, Bloomington, IL 61702-2364 or fax to 740-364-4576. For policies purchased in NY or WI, fax to 740-364-4577.

**Supplementary Contract:**
Annuity/Supplementary Contract, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 855-839-3464. For policies issued in NY or WI, fax to 855-258-4610.

**Variable Life and Annuity Products:**
Variable Operation Center, P.O. Box 2307, Bloomington, IL 61702-2307 or fax to 855-363-7052. For policies purchased in NY or WI, fax to 855-618-8528.

**DocuSign**

**Certificate Of Completion**

Envelope Id: 0422263C433D4FC5AC9C8FC27ECE4B7A                                    Status: Completed
Subject: Life Service Email Initiated and In Office Signature
Source Envelope:
Document Pages: 4                        Signatures: 1                          Envelope Originator:
Certificate Pages: 3                     Initials: 0                            State Farm
AutoNav: Enabled                                                                3 State Farm Plz
EnvelopeId Stamping: Enabled                                                    Bloomington, IL  61791
Time Zone: (UTC-06:00) Central Time (US & Canada)                              ████████████████████████

                                                                                IP Address: ████████████

**Record Tracking**

Status: Original                         Holder: State Farm                     Location: DocuSign
        3/25/2024 2:53:22 PM                     ████████████████████████

| Signer Events | Signature | Timestamp |
|---|---|---|
| LAWRENCE FICKLIN | *Lawrence Ficklin* | Sent: 3/25/2024 2:53:49 PM |
| DAVID942244@YAHOO.COM | C5362087B397430 | Viewed: 3/25/2024 2:53:59 PM |
| Security Level: | | Signed: 3/25/2024 2:54:09 PM |
| ████████████████████████ | Signature Adoption: Pre-selected Style | |
| | Using IP Address: ████████████ | |

Electronic Record and Signature Disclosure:
    Accepted: 3/25/2024 2:53:59 PM
    ID: 7e961c20-926b-40bd-8244-13406d222724

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/25/2024 2:53:49 PM |
| Certified Delivered | Security Checked | 3/25/2024 2:53:59 PM |
| Signing Complete | Security Checked | 3/25/2024 2:54:09 PM |
| Completed | Security Checked | 3/25/2024 2:54:09 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

By selecting Adopt and Sign, I agree that the signature and initials will be the electronic representation of my signature and initials for all purposes when I use them on documents, including legally binding contracts - just the same as a pen-and-paper signature or initial.

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 8/3/2021 4:11:07 PM
Parties agreed to: LAWRENCE FICKLIN

# Agreement to do business electronically with State Farm®

By agreeing to these terms, you are providing your consent to receive documents and communications electronically. These communications include but are not limited to any customer agreements, disclosures, documents, notices, and all other documents or information, including information that may or may not be required by law to be provided to you in writing. Your consent applies only to the documents presented here related to this transaction with State Farm Mutual Automobile Insurance Company or its affiliates* ("State Farm"). If you provide your consent, you authorize State Farm to cease providing these communications in paper format, although we may continue to provide certain communications in paper format where we deem it necessary or desirable to do so, or as required by law. We may mail you paper copies of certain documents. State Farm reserves the right to terminate this agreement at any time. If you would like to change the products or services you have selected to include in this electronic documentation, please contact your State Farm Agent or State Farm at 1-800-STATE-FARM (1-800-782-8332).

You have the right to withdraw your consent to receive documents electronically. If you withdraw your consent to receive documents electronically, documents will be sent in paper form via mail or provided to you by your State Farm Agent. If you choose to consent now and then wish to withdraw your consent in the future, you must contact us in writing, by email, or telephone at: 1-800-STATE-FARM (1-800-782-8332).

You may print any electronic communications that we provide to you by accessing your document library through statefarm.com or contacting your State Farm Agent to request a copy.

If you would like to update the information needed to contact you electronically or if you would like to request paper copies of the disclosures at no cost to you, you must contact us in writing, by email, or telephone at:1-800-STATE-FARM (1-800-782-8332).

In order to properly access, print or otherwise retain the following document(s) on your own, you must have the following hardware and software (collectively, "System Requirements"):

- o An Internet-enabled electronic device with functioning access to the Internet and capable of sending and receiving email
- o Acrobat or similar software may be required to view and print PDF files
- o A printer, if you desire paper records
- o An internet browser

Supported browsers include the current and one prior major version of the following browsers: Microsoft Edge, Internet Explorer, Safari, Mozilla Firefox and Google Chrome.

Under no circumstances will State Farm be liable for any damages whatsoever arising out of the transmission of any information under this agreement. If you agree to be bound by this agreement, check the box next to the "I Agree" statement.

* Including but not limited to: State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Life Insurance Company, State Farm Life and Accident Assurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, State Farm General Insurance Company, State Farm County Mutual Insurance Company of Texas, State Farm Lloyds, State Farm Florida Insurance Company

State Farm insurance policies, applications, forms and required notices are written in English. If this document has been translated, the translation is for your convenience. In the event of any difference in interpretation, the English language version controls.

# General Instructions for Substitute W-9

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. The IRS has created a page on IRS.gov for information about Form W-9 at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

(1) Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

(2) Certify that you are not subject to backup withholding, or

(3) Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

(4) Certify that you are exempt from FATCA reporting based on the account(s) being held or maintained in the United States.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

- In the case of a disregarded entity with  a U.S. owner, the U.S. owner of the disregarded entity, not the entity,
- In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust, or
- In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

(1) The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

(2) The treaty article addressing the income.

(3) The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

(4) The type and amount of income that qualifies for the exemption from tax.

(5) Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption. If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

(1) You do not furnish your TIN to the requester,

(2) You do not certify your TIN when required (*See Note 1),

(3) The IRS tells the requester that you furnished an incorrect TIN,

(4) The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

(5) You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. (*See Note 1).

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. (*See Note 1)

# Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN

changes for the account, for example, if the grantor of a grantor trust dies.

# Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

*Note 1. For more information, see full instructions for Form W-9 and separate Instructions for the Requester of Form W-9 at www.irs.gov.

# General Instructions for Substitute W-9

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. The IRS has created a page on IRS.gov for information about Form W-9 at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

(1) Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

(2) Certify that you are not subject to backup withholding, or

(3) Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

(4) Certify that you are exempt from FATCA reporting based on the account(s) being held or maintained in the United States.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

- An estate (other than a foreign estate), or

- A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

- In the case of a disregarded entity with  a U.S. owner, the U.S. owner of the disregarded entity, not the entity,

- In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust, and

- In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

(1) The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

(2) The treaty article addressing the income.
(3) The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
(4) The type and amount of income that qualifies for the exemption from tax.
(5) Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption. If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**
(1) You do not furnish your TIN to the requester,
(2) You do not certify your TIN when required (*See Note 1),
(3) The IRS tells the requester that you furnished an incorrect TIN,
(4) The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
(5) You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. (*See Note 1).

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. (*See Note 1)

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN

changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

*Note 1. For more information, see full instructions for Form W-9 and separate Instructions for the Requester of Form W-9 at www.irs.gov.



**State Farm Corporate Headquarters**
1 State Farm Plaza
Bloomington, IL 61710-0001
**State Farm Life Insurance Company** *(Not Licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company** *(Licensed in NY and WI)*

# State Farm® Electronic Communications Agreement

### Your consent

We want to provide you with as many options as possible for receiving your State Farm documents and your consent is needed to send you electronic communications. These communications may include customer agreements, disclosures, policy related documents, billing statements, notices and all other documents or information. You should print or download for your records a copy of all electronic communications, this agreement, and any other document that is important to you.

Your consent applies to your interactions with State Farm Mutual Automobile Insurance Company and its subsidiaries and affiliates* ("State Farm"). If you have entered or enter into a separate agreement with State Farm for services to be processed through electronic communications, the terms and conditions of that agreement control and this agreement does not alter the terms and conditions of that separate agreement.

### Your consent will authorize State Farm to stop providing paper communications

We are required by law to give you certain information "in writing", which means you are entitled to receive it on paper. We may provide this information to you electronically, instead, with your prior consent. And, we may provide certain communications in paper format if we believe it is necessary.

Some documents are not currently available for electronic delivery. If those documents become available in an electronic format, we may deliver those documents electronically, according to your paperless preference. State Farm may also terminate this agreement at any time. In the event you purchase new policies or open new accounts, or if additional policies and/or accounts offer electronic communication capabilities in the future, you authorize State Farm to apply your current electronic communications preferences at that time to those policies and/or accounts. You may change your electronic communication preferences at any time.

### Electronic communication methods

State Farm will either send electronic communications directly to you as an email attachment at the email address you provide us, or we will send an email that gives you access to a web site where you may access communications when they are available. If an email is returned as undelivered, we may mail the communication in paper format using the postal address of record.

It is your responsibility to provide us with a true, accurate and complete email address and to maintain and promptly update this information. If your email address changes, you should update your information by logging in to your account at www. statefarm.com or by contacting your State Farm agent for help. To ensure that you continue to receive emails from us, add the email "from" address to your email address book or safe list.

### Sensitive Personal Information

We will use our proprietary, secured email service, the Secure Messaging Center, when we send electronic communications to you that may contain sensitive personal information about you or your transaction. Examples of sensitive personal information are Social Security number, credit/debit card numbers (financial account numbers), driver's license number, or health/medical information. State Farm may also use the Secure Messaging Center for messages that do not contain sensitive personal information.

Please use the Secure Messaging Center when you send us an email that contains sensitive personal information or any information you consider confidential. The Secure Messaging Center provides a more secure method of communicating by email; however, we cannot guarantee emails will be completely secure under all circumstances. Every person using email communications assumes some risk. To access our Secure Messaging Center, log in to your account at www. statefarm.com and click on Secure Email.

1009875.1

2001 154172 201 06-22-2022



**When messages are received**

Electronic communications sent to you by State Farm are considered "received" by you as soon as they are transmitted by State Farm to the email account you provide in the Acknowledgment & Consent section below, or to the most recent email address you provided us – not just after you open or read the communication. Electronic communications may not be delivered due to a problem with the email address, (e.g. the address is invalid, or the email account is closed or over its storage limit, etc.). These will not be considered late or delayed if they would have been received by your email account without those limitations.

**Withdrawal of consent**

Your consent will remain in effect throughout your relationship with State Farm and until that consent is withdrawn. You may withdraw your consent to receive electronic communications by logging in to your account at www.statefarm.com and updating your paperless preferences, or by contacting your State Farm agent for help. Withdrawing your consent will not apply to actions State Farm already took based upon your consent. Withdrawing your consent to receive electronic communications will also not apply to any separate agreement you have with State Farm for a service that involves electronic communications, such as State Farm Payment Plan. Your withdrawal will be effective 7 days after the receipt of your request.

**Withdrawing your consent will change your preferences with respect to all State Farm policies and accounts that are subject to this agreement.**

If you submit an invalid email address or it becomes invalid later, we may treat that as a withdrawal of your consent to receive electronic communications. If you withdraw your consent to receive electronic communications, your withdrawal will be effective only after we have a reasonable amount of time to process it. State Farm may at any time decide to stop sending communications electronically, but before we do, we'll let you know by sending you an email at the email address you provided.

**Copies**

You may print, save or make a copy of any electronic communications we send to you. You may also log in to www. statefarm.com and request paper copies using our Secure Messaging Center, or contact your State Farm agent to request a paper copy. If permitted by applicable law, additional fees for a paper copy may apply.

**Privacy**

In accordance with our Notice of Privacy Policy, we won't sell your email address to third parties. We may share your email address with third parties that are under contract with State Farm to provide certain services. These third parties are not allowed to use your email address for their own marketing purposes or to sell it to anyone else.

**System requirements**

If you would like to access, print or otherwise hang on to your electronic communications, you will need the following hardware and software:

- An Internet-enabled electronic device with access to the Internet that is capable of sending and receiving email.
- A printer, if you want to keep your own paper records.
- An Internet browser.

Supported browsers include the current and one prior major version of the following browsers: Microsoft Edge, Safari, Mozilla Firefox, and Google Chrome.

**Additional terms**

State Farm is not liable for any damages that arise out of transmitting information under this agreement. If you do not agree to all of the following, do not complete the form below.

- I acknowledge that I have read this agreement and I consent to receiving electronic communications from State Farm at DAVID942244@YAHOO.COM. I understand that I will no longer receive paper communications through postal mail where electronic communications are available, except for certain notices where paper communications are required by law. I understand I may also request a paper copy as described above.

- I understand that my consent is valid until it is withdrawn, as described above.

- I understand that it is my responsibility to update my email address with State Farm as described above.

- I can meet the system requirements described above.

- I understand that by clicking I Agree, I am electronically signing this document and providing evidence of my consent to receive electronic communications from State Farm.

1009875.1

2001 154172 201 06-22-2022

**StateFarm**

The terms of this agreement are also available on your statefarm.com account.

[X]   I have read and agree to the **Electronic Communications Terms and Conditions** and I consent to **receive emails** as my electronic documents become available.

LAWRENCE FICKLIN
_____            03/25/2024
Name                                                 Date (MM/DD/YYYY)

*The State Farm family of companies includes, but is not limited to, the following companies: State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Life Insurance Company, State Farm Life and Accident Assurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, State Farm General Insurance Company, State Farm County Mutual Insurance Company of Texas, State Farm Lloyds, State Farm Florida Insurance Company, State Farm Classic.

State Farm insurance policies, applications, forms and required notices are written in English. If this document has been translated, the translation is for your convenience. In the event of any difference in interpretation, the English language version controls.



**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Supplement Beneficiary and Owner

In the event of a death, the purpose of this form is to assist State Farm® in its efforts to identify and locate an owner, beneficiary, or trustee.

**PRIMARY BENEFICIARY FOR PROPOSED INSURED 1/ANNUITANT**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| DAVID BROWN | | | | | |

**PRIMARY BENEFICIARY FOR PROPOSED INSURED 2**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |

**SUCCESSOR BENEFICIARY FOR PROPOSED INSURED 1/ANNUITANT**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| SHAWN BARNES | | | | | |

**SUCCESSOR BENEFICIARY FOR PROPOSED INSURED 2**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |

**OWNER**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |

**SUCCESSOR OWNER**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |

2001 156201 201 07-21-2020



**State Farm Life Insurance Company**
1 State Farm Plaza
Bloomington, IL 61710-0001
statefarm.com®

# Notices

## Notices

### INFORMATION PRACTICES

The application requests personal information about the persons proposed for coverage. We may collect personal information from persons other than the individual or individuals applying for coverage. Such personal information as well as other personal or privileged information subsequently collected may, in certain circumstances, be disclosed to third parties without your authorization as permitted by law. If you would like additional information about the collection and disclosure of personal information, please contact your State Farm® agent. You may also act upon your right to see and correct any personal information in your State Farm files by writing your State Farm agent to request this access.

### MIB NOTICE

Information regarding your insurability will be treated as confidential. State Farm, or its reinsurers may, however, make a brief report of your personal health information to MIB, Inc., a not-for-profit membership organization of insurance companies, which operates an information exchange on behalf of its members. If you apply to another MIB member company for life or health insurance coverage, or a claim for benefits is submitted to such a company, MIB, upon request, will supply such company with the information about you in its file.

Upon receipt of a request from you, MIB will arrange disclosure of any information in your file. Please contact MIB at 866-692-6901. If you question the accuracy of the information in MIB's file, you may contact MIB and seek a correction in accordance with the procedures set forth in the federal Fair Credit Reporting Act. The address of MIB's information office is 50 Braintree Hill Park, Suite 400, Braintree, Massachusetts 02184-8734.

State Farm, or its reinsurers may also release information from its file to other insurance companies to whom you may apply for life or health insurance, or to whom a claim for benefits may be submitted. Information for consumers about MIB may be obtained on its website at www.mib.com.

### PRE-NOTICE OF INVESTIGATIVE CONSUMER REPORT

Under the federal Fair Credit Reporting Act, this is to inform you that State Farm may request an investigative consumer report as part of our procedure for processing your application for life insurance. This inquiry includes questions as to your character, general reputation, personal characteristics and mode of living (except as it relates to your sexual orientation). You can make a written request within a reasonable period of time to receive additional detailed information about the nature and scope of this investigation, and may also ask to be interviewed during the preparation of the report. You also have the right to receive a copy of the report.

## Acknowledgment and Authorization

### ACKNOWLEDGMENT

In connection with your application for life insurance we will require a signed State Farm Acknowledgment and Authorization that contains the following language.

### AUTHORIZATION

I authorize any source having medical or non-medical information about me or my children (if coverage applied for) to give State Farm Life Insurance Company (State Farm), its contractors, reinsurers, or its representatives all information available within the last 10 years including but not limited to all or any of the following unless otherwise restricted by state law:

- Health history;
- Prescription history;
- Diagnosis, treatment or prognosis with respect to any physical or mental condition (which could include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases);
- Employment history;



- Consumer reports; and
- Other insurance coverage.

*Medical sources include but are not limited to any doctor, hospital, clinic, U.S. Veterans Affairs (VA) hospital, mental health facility, and any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, and MIB, Inc.*

I authorize State Farm Life Insurance Company or its reinsurers to make a brief report of my personal health information to MIB, Inc.

I understand that State Farm will use any information they obtain to determine my eligibility for insurance.

Information obtained using this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state laws and protections will still apply.

I understand that:

- I may revoke this Authorization by providing a written request to State Farm, except when State Farm has taken action based on this Authorization;

- Revoking this Authorization will cause my application to be declined;
- I may refuse to sign this Authorization, but doing so will cause my application to be declined; and
- My medical sources cannot condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

This Authorization is valid for two (2) years from the date of signature for the purpose of obtaining information. Information obtained may later be used for insurance research purposes. This two-year limit complies with the time limit, if any, permitted by applicable law in the state where the policy is issued for delivery. Non-medical information may be shared with State Farm Mutual Automobile Insurance Company and its affiliates or non-affiliated third parties as permitted or required by law. No MIB information will be released to another consumer reporting agency.

A copy of this Authorization is as valid as the original. I understand I and/or my authorized representative have the right to receive a copy of this Authorization.

1007424.2                                    [LIFE]                      2002 148885 202 10-27-2021

# Acknowledgment and Authorization

 **StateFarm**

**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001
statefarm.com®

## Acknowledgment

By signing this document, I acknowledge that I have received the Notices and the Acknowledgment and Authorization wording with my application for life insurance coverage.

## Authorization

I authorize any source having medical or non-medical information about me or my children (if coverage applied for) to give State Farm Life Insurance Company (State Farm®), its contractors, reinsurers, or its representatives all information available within the last 10 years including but not limited to all or any of the following unless otherwise restricted by state law:

- Health history;
- Prescription history;
- Diagnosis, treatment or prognosis with respect to any physical or mental condition (which could include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases);
- Employment history;
- Consumer reports; and
- Other insurance coverage.

*Medical sources include but are not limited to any doctor, hospital, clinic, U.S. Veterans Affairs (VA) hospital, mental health facility, and any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, and MIB, Inc.*

I authorize State Farm Life Insurance Company or its reinsurers to make a brief report of my personal health information to MIB, Inc.

I understand that State Farm will use any information they obtain to determine my eligibility for insurance.

Information obtained using this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state laws and protections will still apply.

I understand that:

- I may revoke this Authorization by providing a written request to State Farm, except when State Farm has taken action based on this Authorization;
- Revoking this Authorization will cause my application to be declined;
- I may refuse to sign this Authorization, but doing so will cause my application to be declined; and
- My medical sources cannot condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

This Authorization is valid for two (2) years from the date of signature for the purpose of obtaining information. Information obtained may later be used for insurance research purposes. This two-year limit complies with the time limit, if any, permitted by applicable law in the state where the policy is issued for delivery. Non-medical information may be shared with State Farm Mutual Automobile Insurance Company and its affiliates or non-affiliated third parties as permitted or required by law. No MIB information will be released to another consumer reporting agency.

A copy of this Authorization is as valid as the original. I understand I and/or my authorized representative have the right to receive a copy of this Authorization.

LAWRENCE FICKLIN ▮▮▮▮▮▮ **Doc type**
**07.03**

Print Proposed Insured 1 name | Date of birth (MM/DD/YYYY)

*[signature]*

Proposed Insured 1 signature (Parent or Guardian signature if juvenile application) | 03/25/2024 | **SIGNATURE**
Date (MM/DD/YYYY)

Print Proposed Insured 2 name | Date of birth (MM/DD/YYYY)

Proposed Insured 2 signature | Date (MM/DD/YYYY) | **SIGNATURE**

# Notice and Consent for AIDS Virus (HIV) Testing — Arkansas

 **StateFarm**

**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

To evaluate your eligibility for insurance or insurance benefits, it is requested that you consent to be tested for the AIDS virus (HIV). By signing and dating this form, you agree that this test may be performed and that underwriting decisions will be based on the test results.

## Disclosure of Test Results:

All test results will be treated confidentially. The results of the test will be reported to State Farm Life Insurance Company (State Farm). Results of the tests will not otherwise be disclosed except as allowed by law or as stated below.

## Meaning of Test Results:

While positive HIV antibody test results do not mean that you have AIDS, they do mean that you may be at increased risk of developing AIDS or AIDS-related conditions. The test is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus.

Positive HIV antibody test results could adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

## Release of Results:

The results of this test may be released to the following:

(1) the proposed insured;
(2) the person legally authorized to consent to the test;
(3) a licensed physician, medical practitioner, or other person designated by the proposed insured;
(4) an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular proposed insured;
(5) a reinsurer, if the reinsurer is involved in the underwriting process, under procedures that are designed to assure confidentiality;
(6) persons who have the responsibility to make underwriting decisions on behalf of State Farm; or
(7) State Farm's legal counsel who needs such information to effectively represent State Farm in regard to matters concerning the proposed insured.

State Farm may contact you for the name of a physician or other health care provider to whom you may authorize disclosure and with whom you may want to discuss the results.

## Consent:

I have read and I understand this Notice and Consent Form. I voluntarily consent to testing and disclosure as described above. I understand that I have the right to request and receive a copy of this form. A copy of this form will be as valid as the original.

LAWRENCE FICKLIN
_____
Print Proposed Insured name

[REDACTED]
_____
Date of birth (MM/DD/YYYY)

APT A314 1750 VILLAGE COMMONS DR, CONWAY, AR 72032-5981
_____
Address

_____
Proposed Insured or Parent/Guardian Signature

03-25-2024
_____
Date (MM/DD/YYYY)

ARKANSAS
_____
State of Residence

**SIGNATURE**

**Doc type**
**07.04**

## GENERAL POWER OF ATTORNEY

I, Lawrence Louis Ficklin DOB: ████████████, SS# ██████
████, whose residence is 2401 W. 31ˢᵗ , Apt. 59, Pine Bluff, Ar
71603, hereby revoke any and all previous Powers of Attorneys
granted, and appoint David Henry Brown, my friend, whose
residence is 1412 Bell St., Pine Bluff, Arkansas 71601, my true
and lawful agent and attorney to act in my name and behalf to do
any and all lawful things which I could do myself with respect to
my business and personal affairs at this time while this power of
attorney remains in effect, including (without limiting the
generality hereof) the following rights:

a.    To manage all real and personal property that is owned
by me;

b.    To execute and deliver any instruments and to do any
and all things which may be legally done and are necessary or
appropriate to carry out the power and authority hereby granted
and conferred.

I hereby grant unto my attorney-in-fact full power and
authority to perform any act whatsoever requisite, necessary or
appropriate to be done (as determined in my attorney's sole and
unrestricted judgment and discretion) with respect to any real
and personal property that belongs to me as I might or could do
if personally present. I hereby ratify and confirm all that my
attorney-in-fact may have heretofore done in my name and behalf
and all that my attorney may hereafter do pursuant to the power
of attorney hereby granted.

Furthermore, I grant unto my attorney-in-fact full power and authority to make all decisions regarding my legal, business and personal affairs; medically, psychologically and financially. That he has the power to make decisions regarding securing my medical care and conferring with my primary healthcare providers.

This power of attorney shall remain in full force and effect until revoked by me by an instrument in writing duly signed, acknowledged and filed for record in the records of the local County Courthouse.

IN WITNESS WHEREOF, I have affixed my signature, or my mark, on this 10 day of January, 2020.

LAWRENCE LOUIS FICKLIN

ACKNOWLEDGMENT

STATE OF ARKANSAS

COUNTY OF *Lonoke*

On this the *10* day of January, 2020, before me, the undersigned officer, personally appeared Lawrence Louis Ficklin, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires:

*April 24, 2028*

JUSTIN CURTRIGHT
Notary Public-Arkansas
Lonoke County
My Commission Expires 04-24-2028
Commission # 12704286

**StateFarm**

**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Application Individual Life Insurance

## 1 Select Application Type

○ New policy
○ Change to an existing policy/added benefits
○ Term conversion with increase in amount
◉ Universal Life increase
○ Select Term re-entry

24315567
Indicate the existing policy number(s)

## 2 Personal Information - Proposed Insured 1

| FICKLIN | LAWRENCE | |
|---|---|---|
| Last name | First name | Middle name |

APT A314 1750 VILLAGE COMMONS DR
Address

| CONWAY | AR | 72032-5981 |
|---|---|---|
| City | State | ZIP Code |

Sex:  ◉ Male   ○ Female    Married
Marital status

Citizenship:   ◉ United States (including territories such as Puerto Rico and Guam)   ○ Canada   ○ Other

| 73 | ▮▮▮▮ | AR | 5 / 10 | 126 |
|---|---|---|---|---|
| Age | Date of birth (MM/DD/YYYY) | State of birth | Height (feet/inches) | Weight (lbs) |

| ▮▮▮▮ | AR | ▮▮▮▮ |
|---|---|---|
| Driver's license number | State | SSN/ITIN |

Education
Occupation                                        Employer

Annual household income:   ○ 0 - $25,000   ○ $25,001 - $50,000   ◉ $50,001 - $100,000   ○ $100,001 or more

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?   ○ Yes   ○ No   *If yes, please describe your exact duties:*

**Doc type 01.01**

**StateFarm**

**3** Personal Information - Proposed Insured 2/Additional Insured/Payor

Last name                          First name                          Middle name

Address

City                                                           State                    ZIP Code

Sex: ○ Male ○ Female

_____ Marital status

If married, is Proposed Insured 2 married to Proposed Insured 1? (not applicable if Payor)          ○ Yes ○ No

Citizenship:     ○ United States (including territories such as Puerto Rico and Guam)          ○ Canada     ○ Other

_____ / _____

Age        Date of birth (MM/DD/YYYY)          State of birth               Height (feet/inches)    Weight (lbs)

Driver's license number                    State                    SSN/ITIN

Occupation                                           Employer

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?     ○ Yes ○ No     *If yes, please describe your exact duties:*

**4** Add Applicant/Owner Information

**APPLICANT/OWNER**

Complete this section if the Owner is not the Proposed Insured 1 named in Section 2.

Last name                          First name                          Middle name

Address

City                                                           State                    ZIP Code

Citizenship:     ○ United States (including territories such as Puerto Rico and Guam)          ○ Canada     ○ Other

SSN/ITIN/TIN                          Date of birth (MM/DD/YYYY)          Relationship to Proposed Insured 1

Page 2 of 13

**State Farm**

**SUCCESSOR OWNER**

Complete this section unless Applicant/Owner is a trust or corporation. A Successor Owner is recommended for juvenile applications.

| Last name | First name | Middle initial |
|---|---|---|
|  |  |  |

| SSN/ITIN/TIN | Date of birth (MM/DD/YYYY) |
|---|---|
|  |  |

**5** **Proposed Insured Under Age 16**

**a.** Do you want Proposed Insured 1 to become Owner of policy at, and after, age 21?   ○ Yes  ○ No

**b.** Please indicate total amount of life insurance on:   Parent/Guardian 1 $ _____  ☐ Select if none

Parent/Guardian 2 $ _____  ☐ Select if none

**6** **Select Coverages and Policy Provisions**

Complete appropriate section based on product selection.

○ Term Life and Whole Life

◉ Universal Life/Joint Universal Life/Survivorship Universal Life

**b.** **Universal Life/Joint Universal Life/Survivorship Universal Life**

i. Policy and Initial Basic Amount

◉ Universal Life

○ Joint Universal Life (First to Die)     $ _____

○ Survivorship Universal Life (Second to Die)     Initial Basic Amount

ii. Death Benefit (complete for new policy)

*Please select one option. The policy provisions will determine the option if you do not make a selection.*

◉ Option 1 – Basic Amount          ○ Option 2 – Basic Amount plus Account Value

iii. Riders/Benefits

**Universal Life:**

Waiver of Monthly Deduction (Proposed Insured 1):   ○ Yes  ◉ No

☐ Level Term (Proposed Insured 2): $ _____

☐ Children's Term Rider: _____ units

*CTR unit = $1,000, minimum is 5 units, maximum is 20 units*

☐ Guaranteed Insurability Option:   $ _____

☐ Flexible Care Benefit

**Joint Universal Life:**

Waiver of Monthly Deduction (Proposed Insured 1):   ○ Yes  ○ No

Waiver of Monthly Deduction (Proposed Insured 2):   ○ Yes  ○ No

☐ Level Term (Proposed Insured 1): $ _____

☐ Level Term (Proposed Insured 2): $ _____

☐ Children's Term Rider: _____ units

*CTR unit = $1,000, minimum is 5 units, maximum is 20 units*

**StateFarm**

☐ Guaranteed Insurability Option:   $ _____

*Both Insureds MUST have Waiver of Monthly Deduction to apply for Guaranteed Insurability Option.*

**Survivorship Universal Life:**

Waiver of Monthly Deduction (Proposed Insured 1):   ○ Yes  ○ No

☐ Level Term (Proposed Insured 1): $ _____

☐ Level Term (Proposed Insured 2): $ _____

☐ Estate Preservation Rider – Four Year Level Term

iv. Increase in Basic Amount (Existing Universal Life/Joint Universal Life only)

Do not complete for new policies. Minimum amounts apply. $ 50000 _____

v. Dividend Options

Dividends are not guaranteed. *Please select a dividend option from the list provided. If the selected option is unavailable, the policy provisions will determine the option.*

⊙ Addition to Account Value        ○ Cash

vi. IRS Definition of Life Insurance Test (Universal Life/Joint Universal Life only)

*Please select one option. The policy provisions will determine the option if you do not make a selection.*

○ Cash Value Accumulation Test        ○ Guideline Premium Test

vii. Planned Premium

Payment mode:

○ Annual

⊙ Special Monthly (please specify): _____

| Total to be billed each payment date: $ 110.00 _____ | Amount of premium submitted with application: $ _____ |

## 7 Designate Your Beneficiaries

If additional beneficiary fields are needed, please include in Explanations, Section 17.

**a. Proposed Insured 1**

**Primary Beneficiary(ies)**

*If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:   ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☒ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code (optional) | Relationship to insured* | Date of birth (MM/DD/YYYY) (optional) | Beneficiary Allocation % |
|---|---|---|---|---|---|
| DAVID, BROWN | | | Relative | | 100 |

**State Farm**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional)*: _____

Preferred phone number *(optional)*: _____

☐ **Estate** *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries, allocate equally to all successor beneficiaries:*   ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☒ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code (optional) | Relationship to insured | Date of birth (MM/DD/YYYY) (optional) | Beneficiary Allocation % |
|---|---|---|---|---|---|
| SHAWN, BARNES | | | Relative | | 100 |
| | | | | | |
| | | | | | |

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

ICC18 1004522                    LF-2431-5567                    1006730 2003 144512 203 09-05-2018

**StateFarm**

Name of organization: _____

Address, City, State,
ZIP Code *(optional)*: _____

Preferred phone number *(optional)*: _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

**b. Proposed Insured 2**
   **Primary Beneficiary(ies)**
   *If there will be multiple primary beneficiaries, allocate equally to all primary beneficiaries:* ○ Yes ○ No
   *(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional)*: _____

Preferred phone number *(optional)*: _____

☐ **Estate** *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

**Successor Beneficiary(ies)**
*If there will be multiple successor beneficiaries, allocate equally to all successor beneficiaries:* ○ Yes ○ No
*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

**☒ StateFarm**

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

☐ **Organization**  *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

## 8 Children's Term Rider

Coverage does not begin until a child is 15 days old.

Do you have any children (including stepchildren or legally adopted children) under 18 years old?     ○ Yes  ○ No

List children under age 18, if any.  For relationship to Proposed Insured (PI), please indicate Child, Stepchild or Legally Adopted Child.

| Name (First name, Middle initial, Last name) | Sex | Relationship to PI 1 | Relationship to PI 2 (Joint Universal Life only) | Date of birth (MM/DD/YYYY) | Amount of life insurance on child* |
|---|---|---|---|---|---|
| | ○ Male<br>○ Female | | | | $ |
| | ○ Male<br>○ Female | | | | $ |
| | ○ Male<br>○ Female | | | | $ |
| | ○ Male<br>○ Female | | | | $ |

*Excludes the amount being applied for and group insurance.

*If additional space is needed for children's names, please include in Explanations, Section 17.*

## 9 Children's Term Rider/Juvenile Medical Information



**a.** In the last **10 years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8, been diagnosed, treated or given advice by a member of the medical profession for any of the following? *(select all that apply):*

- ☐ Anemia
- ☐ Asthma
- ☐ Birth Defect
- ☐ Cancer
- ☐ Diabetes
- ☐ Heart Murmur
- ☐ Impairment of sight, hearing or speech
- ☐ Kidney Disease
- ☐ Leukemia
- ☐ Mental Disorder
- ☐ Seizure

☐ **None of the above**

*If any are selected, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**b.** Has Proposed Insured 1, or any children named in Children's Term Rider Section 8, ever tested positive for or been diagnosed by a member of the medical profession with:

- Human Immunodeficiency Virus (HIV)  ○ Yes ○ No
- Acquired Immune Deficiency Syndrome (AIDS)  ○ Yes ○ No

*If any are selected "yes," please provide a detailed explanation in the space provided in Explanations, Section 17.*

**c.** In the last **three (3) years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8, seen a member of the medical profession for any reason not previously explained (excluding routine physical examinations with normal findings)?  ○ Yes ○ No

*If yes, please provide a detailed explanation in the space provided in Explanations, Section 17.*

## **10** Other - Life Insurance or Annuities

**In Force Coverage**
*These questions should be completed by Proposed Insured(s).*

**a.** What is the total amount of life insurance in force from all companies (excluding group insurance)?

Proposed Insured 1 $ 0 - 250,000 _____     Proposed Insured 2 $ _____

**Replacement of Life Insurance or Annuities**
*If Proposed Insured 1 will not be the Owner, these questions should be completed by the Applicant/Owner.*

**b.** Do you own any life insurance or annuities on yourself or others?  ⦿ Yes ○ No

- If yes, is the policy being applied for a replacement of any of those policies:
  - Are you considering discontinuing making premium payments, surrendering, forfeiting, assigning to the insurer, or otherwise terminating your existing policy or contract?  ○ Yes ⦿ No
  - Are you considering using funds from your existing policies or contracts to pay premiums due on the new policy or contract?  ○ Yes ⦿ No

**Other Transactions**
*All states except OH: These questions should be completed by the Applicant/Owner when Proposed Insured(s) is age 50 or over, and face amount of policy is $500,000 or greater.*

*OH: These questions should be completed by the Applicant/Owner when the Proposed Insured is age 16 or older. If you answer "yes" to any of these questions, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**c.** Have you entered into, or are you considering plans to enter into, any agreement to sell, transfer, or assign any ownership or rights to this policy or its benefits?  ○ Yes ○ No

**d.** Have you received or do you anticipate receiving any type of inducement, fee, or compensation as an incentive to purchase the policy you are applying for?  ○ Yes ○ No

**StateFarm**

Sections 11 through 15 are required for all applications when Proposed Insured is age 16 or older.  Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.

## 11 Additional Insurance Information

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** Have you ever had an application for life insurance declined or postponed? | ○ Yes ⊙ No | ○ Yes ○ No |
| **b.** In the last **three (3) years**, have you claimed or received any disability benefits because of injury or sickness? | ○ Yes ⊙ No | ○ Yes ○ No |

## 12 Medical Information

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** Have you ever tested positive for or been diagnosed by a member of the medical profession with: | | |
| • Human Immunodeficiency Virus (HIV) | ○ Yes ⊙ No | ○ Yes ○ No |
| • Acquired Immune Deficiency Syndrome (AIDS) | ○ Yes ⊙ No | ○ Yes ○ No |
| **b.** In the last **three (3) years**, have you been treated, diagnosed, or advised by a member of the medical profession as follows? *(If yes, select all that apply.)* | ○ Yes ⊙ No | ○ Yes ○ No |
| • Hospitalized or surgically treated for chest pain or any disorder of the heart? | ☐ | ☐ |
| • Hospitalized or surgically treated for stroke or mini-stroke (transient ischemic attack/TIA)? | ☐ | ☐ |
| • Diagnosed with, or are you currently being treated for, cancer or tumor or mass (excluding basal cell and squamous cell cancer of the skin)? | ☐ | ☐ |
| • Diagnosed with any kidney disorder that requires current dialysis treatment? | ☐ | ☐ |
| • Advised to have further evaluation or testing (except for HIV) to determine a diagnosis; or had surgery recommended that has not been performed? | ☐ | ☐ |

## 13 Criminal Charges and Convictions

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** In the last **three (3) years**, have you been involved in any of the following? *(If yes, select all that apply.)* | ○ Yes ⊙ No | ○ Yes ○ No |
| • Convicted of or pleaded guilty to any felony? | ☐ | ☐ |
| • Charged with a crime (with charges pending at this time)? | ☐ | ☐ |
| • Placed on supervised release/parole or probation? | ☐ | ☐ |
| • Incarcerated or facing incarceration as the result of a guilty plea or conviction? | ☐ | ☐ |
| **b.** In the last **three (3) years**, have you been convicted of or pleaded guilty to driving under the influence of alcohol or drugs? | ○ Yes ⊙ No | ○ Yes ○ No |

**StateFarm**

---

**14** Lifestyle and Travel Information

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **Travel Information** | | |
| **a.** Are you **currently** residing or traveling in any country outside of the United States or Canada? | ○ Yes  ⦿ No | ○ Yes  ○ No |
| **b.** In the next **six (6) months,** do you plan to leave or travel from the United States or Canada? | ○ Yes  ⦿ No | ○ Yes  ○ No |

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **Lifestyle Information** | | |
| **c.** In the last **three (3) years,** have you engaged in any of the following? *(If yes, select all that apply.)* | ○ Yes  ⦿ No | ○ Yes  ○ No |
| • Aviation (other than as a passenger or commercial airline crew) | ☐ | ☐ |
| • Sky diving (more than 1 time), BASE jumping, hang gliding | ☐ | ☐ |
| • Mountain/rock climbing | ☐ | ☐ |
| • SCUBA diving to depths greater than 100 feet OR any specialty diving (including caves, ice, wrecks, etc.) | ☐ | ☐ |
| • Vehicle racing | ☐ | ☐ |

**15** Tobacco Use

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** Have you ever used tobacco or other nicotine products in any form (including e-cigarettes or vaping)? | ○ Yes  ⦿ No | ○ Yes  ○ No |
| *If yes, please provide month/year last used:* | ____ / ____<br>MM      YYYY | ____ / ____<br>MM      YYYY |

**16** Additional Medical Information (If no medical exam is required)

*This section is required for all:*
- *New business applications when Proposed Insured is age 16 or older and no medical exam is required.*
- *Change of plan applications when the Proposed Insured is age 16 or older.*

*Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.*

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** In the last **10 years**, have you been diagnosed, treated, or been given advice by a member of the medical profession for any of the conditions listed below? *(If yes, select all that apply.)* | ○ Yes  ⦿ No | ○ Yes  ○ No |
| • Attention Deficit Disorder (ADD)/Attention Deficit Hyperactivity Disorder (ADHD) | ☐ | ☐ |
| • Asthma | ☐ | ☐ |
| • Blood Disorder | ☐ | ☐ |
| • Cancer or Tumor or Mass | ☐ | ☐ |
| • Chronic Obstructive Pulmonary Disease (COPD)/Emphysema | ☐ | ☐ |
| • Diabetes | ☐ | ☐ |
| • Heart Disease or Disorder | ☐ | ☐ |
| • High Blood Pressure | ☐ | ☐ |

Page 10 of 13

**StateFarm**

|  |  |  |
|---|---|---|
| • Intestinal Disorder | ☐ | ☐ |
| • Liver Disorder | ☐ | ☐ |
| • Mental/Nervous Disorder | ☐ | ☐ |
| • Organ Transplant (other than cornea transplant) | ☐ | ☐ |
| • Sleep Apnea | ☐ | ☐ |

**b.** In the last **five (5) years**, have you for any reason not previously explained:

| | | |
|---|---|---|
| • Seen a doctor or any member of the medical profession, or been treated at a hospital or other medical facility (*excluding seasonal illnesses such as colds, flu, bronchitis and allergies such as hay fever*)? | ○ Yes ⊙ No | ○ Yes ○ No |
| • Had medication prescribed other than medications for cold, flu, seasonal allergies or birth control? | ○ Yes ⊙ No | ○ Yes ○ No |

**c.** Have you, in the last **three (3) years**, used marijuana in any form? ○ Yes ⊙ No   ○ Yes ○ No

**d.** In the last **10 years**, have you:

| | | |
|---|---|---|
| • Used cocaine, heroin, methamphetamine, or any other controlled substance or narcotic not prescribed by a member of the medical profession? | ○ Yes ⊙ No | ○ Yes ○ No |
| • Had medical treatment or counseling for use of alcohol or prescribed or non-prescribed drugs? | ○ Yes ⊙ No | ○ Yes ○ No |
| • Been advised by a member of the medical profession to discontinue use of alcohol or prescribed or non-prescribed drugs? | ○ Yes ⊙ No | ○ Yes ○ No |

## 17 Explanations

*If you need more space, please attach additional pages, which will become part of this application. Please note that these must be signed and dated by the Proposed Insured(s) and/or Applicant, and witnessed by Agent.*

```
I have agreed to complete the life insurance application and supporting forms using
electronic documents.
LAWRENCE FICKLIN - Tobacco Use; In the last three (3) years, have you used tobacco or
other nicotine products in any form? no
LAWRENCE FICKLIN has agreed to receive documents and communications electronically.
LAWRENCE FICKLIN Primary Beneficiary Name:  DAVID, BROWN
; Per Stirpes:No; Beneficiary Insurable Interest: COUSIN/POA/CAREGIVER
LAWRENCE FICKLIN Successor Beneficiary Name:  SHAWN, BARNES
; Per Stirpes:No
```



## 18 Agreements

Coverage will be effective as of the Policy Date if the following conditions are met: the first premium is paid when this policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

For changes in Basic Amount for a Universal Life Policy or Joint Universal Life, the change will be effective on the Deduction Date on or next following acceptance of the change by the Company if on such Deduction Date the following conditions are met: there is enough Cash Surrender Value to make the required monthly deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

However, if a Binding Receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this Application and any medical history is true and complete to the best of their knowledge and belief. Information is not true and complete to the best of their knowledge and belief if it misrepresents or omits a fact which a Proposed Insured or the Applicant knew or should have known, regardless whether the misrepresentation or omission was intentional. It is agreed that the Company can investigate the truth and completeness of such information while this policy is contestable.

By accepting this Policy, the Owner agrees to the beneficiaries named and corrections made. No change in plan, amount, benefits, or age at issue may be made on the Application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this Application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

NOTICE: Insurance laws may prohibit the owner of a life insurance policy from entering into any agreement to sell, transfer or assign a life insurance policy prior to the date the policy was issued, or within a period of time specified by state law after the date the policy was issued. The Owner should consult with legal advisors for any questions about these matters.

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

IMPORTANT INFORMATION ABOUT PROCEDURES WHEN APPLYING FOR A NEW LIFE INSURANCE POLICY: To help the government fight the funding of terrorism and money laundering activities, State Farm will obtain, verify, and record information that identifies each Proposed Insured(s) and Applicant(s) identified on the application. What this means for you. We will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.



---

**Taxpayer Identification Number (TIN) Certification – Substitute W-9**

I certify under penalties of perjury that:

(1) The TIN shown above is correct, and

(2) I am a U.S. citizen or other U.S. person (defined below), and

(3) Backup Withholding:

⊙ I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that
I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I
am no longer subject to backup withholding or I am exempt from backup withholding.

○ I am subject to backup withholding.

(4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which
this form has been requested because I hold or otherwise maintain the account(s) in the United States.

Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United
States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**For instructions on how to complete the form, visit the IRS website at www.irs.gov or contact your local IRS office. The
Internal Revenue Service does not require your consent to any provision of this document other than the certifications
required to avoid backup withholding.**

---

_(signature)_

| | |
|---|---|
| Proposed Insured 1 signature (Signature not required for juvenile application) | 03-25-2024 |
| | Date (MM/DD/YYYY) |

SIGNATURE ▶

| | |
|---|---|
| Proposed Insured 2 signature | |
| | Date (MM/DD/YYYY) |

SIGNATURE ▶

| | |
|---|---|
| Applicant signature | |
| | Date (MM/DD/YYYY) |

SIGNATURE ▶

_Applicant's signature is not required unless Applicant is other than Proposed Insured 1. If a firm or corporation is to be the policyowner,
please provide company name and signature of an authorized officer._

_(signature)_

| | |
|---|---|
| Agent/Licensed Insurance Producer signature | 03/25/2024 |
| | Date (MM/DD/YYYY) |

SIGNATURE ▶

| | |
|---|---|
| At Pine Bluff | AR |
| City | State |

## GENERAL POWER OF ATTORNEY

I, Lawrence Louis Ficklin DOB: ███████████ , SS# ████████
████ , whose residence is 2401 W. 31ˢᵗ , Apt. 59, Pine Bluff, Ar
71603, hereby revoke any and all previous Powers of Attorneys
granted, and appoint David Henry Brown, my friend, whose
residence is 1412 Bell St., Pine Bluff, Arkansas 71601, my true
and lawful agent and attorney to act in my name and behalf to do
any and all lawful things which I could do myself with respect to
my business and personal affairs at this time while this power of
attorney remains in effect, including (without limiting the
generality hereof) the following rights:

a.   To manage all real and personal property that is owned
by me;

b.   To execute and deliver any instruments and to do any
and all things which may be legally done and are necessary or
appropriate to carry out the power and authority hereby granted
and conferred.

I hereby grant unto my attorney-in-fact full power and
authority to perform any act whatsoever requisite, necessary or
appropriate to be done (as determined in my attorney's sole and
unrestricted judgment and discretion) with respect to any real
and personal property that belongs to me as I might or could do
if personally present. I hereby ratify and confirm all that my
attorney-in-fact may have heretofore done in my name and behalf
and all that my attorney may hereafter do pursuant to the power
of attorney hereby granted.

Furthermore, I grant unto my attorney-in-fact full power and authority to make all decisions regarding my legal, business and personal affairs; medically, psychologically and financially. That he has the power to make decisions regarding securing my medical care and conferring with my primary healthcare providers.

This power of attorney shall remain in full force and effect until revoked by me by an instrument in writing duly signed, acknowledged and filed for record in the records of the local County Courthouse.

IN WITNESS WHEREOF, I have affixed my signature, or my mark, on this _10_ day of January, 2020.

LAWRENCE LOUIS FICKLIN

**ACKNOWLEDGMENT**

STATE OF ARKANSAS

COUNTY OF _Lonoke_

    On this the _10_ day of January, 2020, before me, the undersigned officer, personally appeared Lawrence Louis Ficklin, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

    In witness whereof I hereunto set my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires:

_April 24, 2028_

> JUSTIN CURTRIGHT
> Notary Public-Arkansas
> Lonoke County
> My Commission Expires 04-24-2028
> Commission # 12704286

```
                            USR-File Copy                           PAGE   1

LF-2431-5567 Premium Paying      Added Benefits        DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin              Sex M DOB ████         Age 73 App Dt 03-25-2024
AI                               Sex   DOB              Age    Uni Dt 03-27-2024
Last LUC Sent:
Agent: Marqus Lassiter                    04-1716(FB53)    870-534-2815


                        ** Outstanding Items **


MED

Medical Information
                                 Status Requested  Received   Processed
Personal History Questionnaire     W             03-27-2024
PI Rx Profile                      P   03-25-2024 03-25-2024 03-27-2024

AQS

Attending Physician's Statement

Insured:  Lawrence Ficklin
Doctor:   Dr. Unknown                           Received Date 03-27-2024
Phone Number: 0000000000                            Status Waived

3 years records

AUI

Sent to Underwriter

Case Status ..................    Completed Underwriting
Last Review Date..............    03-27-2024    13:42:18
Primary Underwriter...........    VACLNQ
UAS Review Completed By........   VACLNQ                    03-27-2024

                        Alpha Search Results


    $25,000 PI Total Life Ins
    $50,000 Net Amount at Risk        000000000000 Net Amount at Risk
         $0 PI Total GIO Ins
         $0 PI Total CTR Units

PI Alpha Search Results
 PLCY LF-2431-5567
  Role: PI    Kind: P13    Type: U  Status: IN FO    Ins Amt:      $25,000
  Plcy Eff Dt: 08/01/2007   RO: 72  Trans Dt: 04/01/2024
```

LF-2431-5567 Premium Paying      Added Benefits      DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin              Sex M DOB ▮▮▮▮▮ Age 73 App Dt 03-25-2024
AI                               Sex   DOB           Age   Uni Dt 03-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                    04-1716(FB53)    870-534-2815

   Select: NTP  Table:     FE: N   Rating: ST  Med: M  WPD: N  Reins:

PSR

              Principal Insured - Personal Information

   PI First Name:  LAWRENCE                    Sex: Male   DOB: ▮▮▮▮▮
   PI Middle Name:
   PI Last Name:   FICKLIN
              Ht:  05 ft 10 in   Wt:  126 lbs.
              Age: 73
Home phone:            Work phone:           Mobile phone: 501-504-3419
Best Time to Call:


Preferred Language: English
Marital Status: Married
   Citizenship: U.S. or Canadian citizen
   Birthplace: AR
          TIN: ▮▮▮▮▮
   Customer Identification:
             Overall: P
         DOB Verified: P
      SSN/Death Match: P
   SSN/FULL Name Match: P
           SSN Valid: P
        DOB Confirmed:
   DOB Confirmation Doc:
        Name Confirmed:
  Name Confirmation Doc:
         SSN Confirmed:
  SSN Confirmation Doc:
   Occupation: Education
       Duties:
     Employer:
   Drvr Lic. #: ▮▮▮▮▮          St: AR
      Address: APT A314
               1750 VILLAGE COMMONS DR
               CONWAY              AR 72032-5981
       In City:       City Code:

```
                         USR-File Copy                        PAGE    3

LF-2431-5567 Premium Paying    Added Benefits       DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin            Sex M DOB ████████ Age 73 App Dt 03-25-2024
AI                             Sex   DOB            Age    Uni Dt 03-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                    04-1716(FB53)   870-534-2815
```

### Applicant: **NONE**

### Successor Owner: **NONE**

Owner Relationship to PI: **Not Available**

CVG

Plan                                                              Amount

**Universal Life Increase**                                       **$50,000**

```
        Cash Refund Option:
   Certain Period (Years):
        Dividend Option: Addition to Account Value
 UL Death Benefit Option: Basic Amount Option
        Planned Premium:        110.00
Additional 1st yr Premium:      110.00
        Spousal RRSP: No

   Preliminary Term Date:
   W9 Certification Type: Short
 Sold as Premium Offset: No

   Application Type: Life application
Application Signed Date: 03252024
```

                 Source of Business: **UL Increase**

BEN

### PI Beneficiary Designation

```
  Primary   Name: DAVID  BROWN, RELATIVE
        Relationship: Relative
Settlement Option: One Sum

  Successor  Name: SHAWN  BARNES, RELATIVE
        Relationship: Relative
Settlement Option: One Sum
```

USR-File Copy                                          PAGE   4

LF-2431-5567 Premium Paying        Added Benefits      DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin                Sex M DOB ███████    Age 73 App Dt 03-25-2024
AI                                 Sex   DOB            Age    Uni Dt 03-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                    04-1716(FB53)     870-534-2815


        Final    Name:
        Relationship:


GUI

                    General Underwriting Information

                    Insured Underwriting Information

    Medical Section Explanations

      Quest.       PERSON               Onset Recovery
      IAP  FICKLIN·LAWRENCE

        Medical Symptom: PI BENE INSURABLE INTEREST
       Medical Condition Details or General Explanations:
       Primary Beneficiary; Relationship: RELATIVE; Insurable Interest:
       COUSIN/POA/CAREGIVER; Name: DAVID  BROWN

AGT

                         Agent's Statement

     Coverage bound

         Payment mode: Special Monthly
         Billing type: SFPP                    Account Number: 720001210305622
       Original Payment Mode:        Special Monthly
       Original Billing Type:        SFPP
      Paramedical vendor: EXAM1

  PI consent to e-mail:            Y
  AI consent to e-mail:
    Premium Quoted:            Original Premium Quoted:          110.00
              Payment Received:                    Document Numbers:

              Other State Farm Ins:
                  PI Annual Income:      100,000
                Application date: 03/25/24
                App Received date: 03/25/24

USR-File Copy                                          **PAGE   5**

LF-2431-5567 Premium Paying     Added Benefits        DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin             Sex M DOB ███████     Age 73 App Dt 03-25-2024
AI                              Sex   DOB             Age    Uni Dt 03-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                   04-1716(FB53)     870-534-2815

      Application Recorder - Initials: **AGT**
        Application Input ID: **EAA**
        Application Signature Type: **Electronic signature**

      Required Signature Documents:

          **Signature Copy of Application**
          **Sign Acknowledgement/Authorization Form**

       Agent Says Replacement: **Yes**

      Gave Authorization copies: **Yes**

      PI Illustration Premium Class: **Non-Tobacco**

RMK

              <u>Private Remarks</u>

PRB

              <u>PI Problems</u>

  Problem Description:
    **SOURCE OF BUSINESS - UL INCREASE**
  Underwritten as:
    **NOT IN MANUAL**
  Problem Date:  **03-25-2024**  Status:    **RESOLVED**
  Messages:  **REVIEW UNDERWRITING REQUIREMENTS SET.**

  Problem Description:
    **PI BENE INSURABLE INTEREST**
  Underwritten as:
    **NOT IN MANUAL**
  Problem Date:  **03-25-2024**  Status:    **RESOLVED**

  Problem Description:
    **BUILD**

USR-File Copy                                        PAGE   6

LF-2431-5567 Premium Paying      Added Benefits       DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin              Sex M DOB             Age 73 App Dt 03-25-2024
AI                               Sex   DOB             Age    Uni Dt 03-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                    04-1716(FB53)   870-534-2815

 Underwritten as:
     BUILD
 Problem Date:  03-25-2024  Status:     RESOLVED
 Messages:  UNDERWEIGHT
 Underwriting Debits:  500

 Problem Description:
     RX PROFILE
 Underwritten as:
     NOT IN MANUAL
 Problem Date:  03-25-2024  Status:     RESOLVED
 Messages:  RX PROFILE - HIGH

NOT

## Note Pad

Creator:  VACLNQ      Date:  20240327    Type: File
Filing LF-2431-5567 incomplete per applicant request

Creator:  XBBW       Date:  20240325    Type: Underwriter
Agent Team Member, Shelly Sandine, 04-1716LF-2431-5567-PO wants to
file the application incomplete.

FIN

## Final Action Information

Unissue/Decline Date:  03-25  Type of Incomplete:  request

### PI Information

Source of Rating:  0
Cause of Rating:  N00
             Tobacco Rating: Non Tobacco

Final Action Initiator:   VACLNQ      Final Action Date: 03/27/2024

NTC

## Coverage Changes

```
                              USR-File Copy                        PAGE   7

LF-2431-5567 Premium Paying   Added Benefits       DO NOT SHARE UNKWN ID VACLNQ
PI Lawrence Ficklin           Sex M DOB ███████     Age 73 App Dt 03-25-2024
AI                            Sex   DOB             Age   Uni Dt 03-27-2024
Last LUC Sent:
Agent: Marqus Lassiter                   04-1716(FB53)   870-534-2815


   Amend Coverage                              Original       Current
       Universal Life Increase                $50,000        $50,000


   MIB


                        PI MIB Information
              Information Received from MIB for the PI:
   Last Name:  FICKLIN              First Name:  LAWRENCE
    Birthday:  06-25-1950  Birth Place:  UNKNOW
   Occupation:  UNKNOW


   MIB Status:  Previously reported codes  Date Reported:    -  -
      Inquiry:  Regular   Reply:  Not Found  Transmit Date: 03-25-2024



          Information Received from MIB for the PI:
   Last Name:  FICKLIN              First Name:  LAWRENCE
    Birthday:  06-25-1950  Birth Place:  UNKNOW
   Occupation:  UNKNOW


   MIB Status:  Code which has been sent    Date Reported: 06-  -
                                            Transmit Date: 03-27-2024
          5.10.126#EN
```



**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL  61710-0001

# Change of Beneficiary

LF-2431-5567
Policy number

LAWRENCE FICKLIN _____   Phone number _____   ○ Cell  ○ Home
Owner 1 name

_____   Phone number _____   ○ Cell  ○ Home
Owner 2 name (if applicable)

LAWRENCE FICKLIN
Insured/Annuitant name

Complete this form to change the beneficiary on your State Farm® life insurance policy, annuity policy, or supplementary contract. If the beneficiary is an organization (estate, trust. Etc.), enter the organization name as the First Name of the beneficiary and provide additional information about the organization in the Explanations field (i.e. trust ID number).

**WHAT YOU SHOULD KNOW**

Please talk with your agent to better understand the features and possible outcomes of this request.

- "Additional Insured", "Insured Child", or "Annuitant", may be used in place of "Insured".
- Prior beneficiary(ies) no longer receive(s) a benefit upon the insured's death.
- **Unless changed by this request:**
  - Two or more surviving beneficiaries of a class will share equally.
  - If children of a person are named as a class, only children born to or legally adopted by that person will be included as beneficiaries.
  - Any beneficiary to whom the "time clause" applies will be considered not to have survived the insured if that beneficiary is not living on the 30th day after the insured's death.
- State Farm is not responsible or liable for use of any sum payable to a trustee or authorized representative of a beneficiary.
- If a trust is not in force, or if qualifying conditions for Trust under Will are not met, payment will be made to the succeeding beneficiary, if any. Qualifying conditions for Trust under Will: The will must be admitted to probate within 180 days after Insured's death, and the trustee must qualify within one year after the Insured's death.

- Certain requests may have unintended consequences. You may wish to consult a financial or tax advisor for additional questions.
- It may not be beneficial to name a minor as the beneficiary.
- A Generation Skipping Transfer Tax (GSTT) may apply if a trust or grandchild for example becomes the new beneficiary. GSTT is imposed on asset transfers that avoid estate or gift tax and skip one or more generations.
- If a State Farm selling agent is named as beneficiary, the agent must be a family member of the Insured person or have insurable interest.
- **Massachusetts Only:** The change of beneficiary must be witnessed and the witness must be a disinterested person. The disinterested person is defined as someone other than the intended beneficiary.
- IRS regulations limit the amount of time a beneficiary can delay receiving the proceeds on a Non-Tax Qualified Annuity, Tax Qualified Annuity, or Tax Qualified Life Policy. Therefore, a method of settlement cannot restrict when the beneficiary is able to receive the proceeds. The method of settlement for your beneficiary has been recorded simply as "One Sum".

*Signature(s) on following page(s)* ▶

**Doc type 39.06**

DocuSign Envelope ID: 10F7ED55-DE09-4FF1-9F7D-4E18C90EAC6F



In addition, the following apply to Fixed and Variable Annuity products only:

• Death distribution requirements and portability rules may vary depending on the type of annuity and the beneficiary relationship.

• If a beneficiary receiving the proceeds is a minor at time of death and a guardian is not court appointed, the IRS required distribution rules may not be able to be fulfilled.

If there are differences between the information provided in this disclosure and the policy, the terms of the policy will prevail.

## REQUEST

I request payment of any sum payable upon the Insured's death be made as shown below. Payment will be subject to any existing assignment. Any prior provisions for payment upon the Insured's death are revoked, when this request is recorded. If this request is intended to change the beneficiary designation for insurance coverage through a rider, the previous beneficiary provisions are revoked when this request is recorded. The change will take effect in accordance with policy provisions, but the change will not affect any action we may have taken before we received the request. If the policy requires endorsement, mailing an acknowledgment of the beneficiary change to me will serve as an endorsement.

Complete sections for *all* beneficiaries, even if unchanged. Provide the full name, address (if different from the Insured's), date of birth, relationship to the Insured, and allocation percentage for each beneficiary. Also provide the taxpayer identification number (SSN/EIN/ITIN), preferred phone number, and e-mail address (if known). The total allocation percentage between all beneficiaries in a class must equal 100%.

This change applies to (select one):   ○ Principal Insured     ○ Additional Insured

**For Term Conversion to a new policy or as an increase to a Universal Life policy only -** this change applies to (select one):

○ Existing term policy only (an additional Change of Beneficiary request will be required for the new policy)

○ Converted coverage, which includes the entire policy if request is an increase to a Universal Life policy only

○ Both existing term policy and the converted coverage, which includes the entire policy if request is an increase to a Universal Life policy

## 1. Primary beneficiary

| DAVID | | | BROWN | |
|---|---|---|---|---|
| First name | | Middle name | Last name | |
| Address | | | | |
| City | | State | ZIP Code | ○ Cell  ○ Home |
| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number | | |
| E-mail address | | | | |
| POA\CAREGIVER\COUSIN | | | 100 | |
| Relationship | | | Percent allocation (must equal 100%) | |

DocuSign Envelope ID: 10F7ED55-DE09-4FF1-9F7D-4E18C90EAC6F

**StateFarm**

## 1. Successor beneficiary

| SHAWN | | | | BARNES | |
|---|---|---|---|---|---|
| First name | | Middle name | Last name | | |
| Address | | | | | |
| City | | State | | ZIP Code | ○ Cell  ○ Home |
| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number | | | |
| E-mail address | | | | | |
| COUSIN | | | | | |
| Relationship | | | Percent allocation (must equal 100%) | | |

## 2. Successor beneficiary

| First name | | Middle name | Last name | | |
|---|---|---|---|---|---|
| Address | | | | | |
| City | | State | | ZIP Code | ○ Cell  ○ Home |
| SSN/EIN/ITIN | Date of birth (mm/dd/yyyy) | Phone number | | | |
| E-mail address | | | | | |
| Relationship | | | Percent allocation (must equal 100%) | | |

+
−

## EXPLANATIONS

Use the space below to provide additional details. Additional forms and/or information may be needed.

## SIGNATURES

By signing below, I authorize and direct State Farm to initiate and process this request.

1010707

DocuSign Envelope ID: 10F7ED55-DE09-4FF1-9F7D-4E18C90EAC6F

**StateFarm**

For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

DocuSigned by:

LAWRENCE FICKLIN
8632F61E90BA424...

_____    3/27/2024    ◀ SIGNATURE
Owner 1 signature                            Date (mm/dd/yyyy)


_____    _____    ◀ SIGNATURE
Owner 2 signature (if applicable)            Date (mm/dd/yyyy)


04-1716
_____    _____    _____    ◀ SIGNATURE
Agent stamp        Agent signature as witness (not required)    Date (mm/dd/yyyy)


### SUBMISSION - All pages of the request form must be submitted.

Submit the completed and signed form to your State Farm agent or State Farm:

**Fixed Annuity:**
Annuities Operation Center, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 740-364-4581. For policies purchased in NY or WI, fax to 740-364-4582.

**Life Insurance Policy:**
Life Operation Center, P.O. Box 2364, Bloomington, IL 61702-2364 or fax to 740-364-4576. For policies purchased in NY or WI, fax to 740-364-4577.

**Supplementary Contract:**
Annuity/Supplementary Contract, P.O. Box 2380, Bloomington, IL 61702-2380 or fax to 855-839-3464. For policies issued in NY or WI, fax to 855-258-4610.

**Variable Life and Annuity Products:**
Variable Operation Center, P.O. Box 2307, Bloomington, IL 61702-2307 or fax to 855-363-7052. For policies purchased in NY or WI, fax to 855-618-8528.

**DocuSign**

## Certificate Of Completion

Envelope Id: 10F7ED55DE094FF19F7D4E18C90EAC6F
Subject: Life Service Email Initiated and In Office Signature
Source Envelope:
Document Pages: 4                          Signatures: 1
Certificate Pages: 3                        Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-06:00) Central Time (US & Canada)

Status: Completed

Envelope Originator:
State Farm
3 State Farm Plz
Bloomington, IL  61791
████████████████████████████
IP Address: ███████████████

## Record Tracking

Status: Original
         3/27/2024 5:03:39 PM

Holder: State Farm
████████████████████████████

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| LAWRENCE FICKLIN<br>DAVID942244@YAHOO.COM<br>Security Level:<br>.Password<br>████████████████████████ | *LAWRENCE FICKLIN*<br>8B32F61E0BA424<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: ███████████ | Sent: 3/27/2024 5:05:32 PM<br>Viewed: 3/27/2024 5:05:41 PM<br>Signed: 3/27/2024 5:06:05 PM |

Electronic Record and Signature Disclosure:
    Accepted: 3/27/2024 5:05:41 PM
    ID: a7d5d858-f65a-4e3d-bf5a-7b80871ccdf3

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/27/2024 5:05:32 PM |
| Certified Delivered | Security Checked | 3/27/2024 5:05:41 PM |
| Signing Complete | Security Checked | 3/27/2024 5:06:05 PM |
| Completed | Security Checked | 3/27/2024 5:06:05 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

By selecting Adopt and Sign, I agree that the signature and initials will be the electronic representation of my signature and initials for all purposes when I use them on documents, including legally binding contracts - just the same as a pen-and-paper signature or initial.

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 8/3/2021 4:11:07 PM
Parties agreed to: LAWRENCE FICKLIN

# Agreement to do business electronically with State Farm®

By agreeing to these terms, you are providing your consent to receive documents and communications electronically. These communications include but are not limited to any customer agreements, disclosures, documents, notices, and all other documents or information, including information that may or may not be required by law to be provided to you in writing. Your consent applies only to the documents presented here related to this transaction with State Farm Mutual Automobile Insurance Company or its affiliates* ("State Farm"). If you provide your consent, you authorize State Farm to cease providing these communications in paper format, although we may continue to provide certain communications in paper format where we deem it necessary or desirable to do so, or as required by law. We may mail you paper copies of certain documents. State Farm reserves the right to terminate this agreement at any time. If you would like to change the products or services you have selected to include in this electronic documentation, please contact your State Farm Agent or State Farm at 1-800-STATE-FARM (1-800-782-8332).

You have the right to withdraw your consent to receive documents electronically. If you withdraw your consent to receive documents electronically, documents will be sent in paper form via mail or provided to you by your State Farm Agent. If you choose to consent now and then wish to withdraw your consent in the future, you must contact us in writing, by email, or telephone at: 1-800-STATE-FARM (1-800-782-8332).

You may print any electronic communications that we provide to you by accessing your document library through statefarm.com or contacting your State Farm Agent to request a copy.

If you would like to update the information needed to contact you electronically or if you would like to request paper copies of the disclosures at no cost to you, you must contact us in writing, by email, or telephone at:1-800-STATE-FARM (1-800-782-8332).

In order to properly access, print or otherwise retain the following document(s) on your own, you must have the following hardware and software (collectively, "System Requirements"):

- o An Internet-enabled electronic device with functioning access to the Internet and capable of sending and receiving email
- o Acrobat or similar software may be required to view and print PDF files
- o A printer, if you desire paper records
- o An internet browser

Supported browsers include the current and one prior major version of the following browsers: Microsoft Edge, Internet Explorer, Safari, Mozilla Firefox and Google Chrome.

Under no circumstances will State Farm be liable for any damages whatsoever arising out of the transmission of any information under this agreement. If you agree to be bound by this agreement, check the box next to the "I Agree" statement.

* Including but not limited to: State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Life Insurance Company, State Farm Life and Accident Assurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, State Farm General Insurance Company, State Farm County Mutual Insurance Company of Texas, State Farm Lloyds, State Farm Florida Insurance Company

State Farm insurance policies, applications, forms and required notices are written in English. If this document has been translated, the translation is for your convenience. In the event of any difference in interpretation, the English language version controls.

# General Instructions for Substitute W-9

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. The IRS has created a page on IRS.gov for information about Form W-9 at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

(1) Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
(2) Certify that you are not subject to backup withholding, or
(3) Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
(4) Certify that you are exempt from FATCA reporting based on the account(s) being held or maintained in the United States.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

- In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity, not the entity,
- In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust, and
- In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

(1) The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

(2) The treaty article addressing the income.

(3) The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

(4) The type and amount of income that qualifies for the exemption from tax.

(5) Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption. If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

(1) You do not furnish your TIN to the requester,

(2) You do not certify your TIN when required (*See Note 1),

(3) The IRS tells the requester that you furnished an incorrect TIN,

(4) The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

(5) You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. (*See Note 1).

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. (*See Note 1)

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN

changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

*Note 1. For more information, see full instructions for Form W-9 and separate Instructions for the Requester of Form W-9 at www.irs.gov.



**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL  61710-0001

# Supplement Beneficiary and Owner

In the event of a death, the purpose of this form is to assist State Farm® in its efforts to identify and locate an owner, beneficiary, or trustee.

**PRIMARY BENEFICIARY FOR PROPOSED INSURED 1/ANNUITANT**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| DAVID BROWN | | | | | |
| | | | | | |
| | | | | | |

**PRIMARY BENEFICIARY FOR PROPOSED INSURED 2**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |
| | | | | | |
| | | | | | |

**SUCCESSOR BENEFICIARY FOR PROPOSED INSURED 1/ANNUITANT**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| SHAWN BARNES | | | | | |
| | | | | | |
| | | | | | |

**SUCCESSOR BENEFICIARY FOR PROPOSED INSURED 2**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |
| | | | | | |
| | | | | | |

**OWNER**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |
| | | | | | |

**SUCCESSOR OWNER**

| Name | SSN/ITIN | Address | Date of birth | Phone number | E-mail address |
|------|----------|---------|---------------|--------------|----------------|
| | | | | | |
| | | | | | |



**State Farm Corporate Headquarters**
1 State Farm Plaza
Bloomington, IL 61710-0001
**State Farm Life Insurance Company** *(Not Licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company** *(Licensed in NY and WI)*

# State Farm® Electronic Communications Agreement

## Your consent

We want to provide you with as many options as possible for receiving your State Farm documents and your consent is needed to send you electronic communications. These communications may include customer agreements, disclosures, policy related documents, billing statements, notices and all other documents or information. You should print or download for your records a copy of all electronic communications, this agreement, and any other document that is important to you.

Your consent applies to your interactions with State Farm Mutual Automobile Insurance Company and its subsidiaries and affiliates\* ("State Farm"). If you have entered or enter into a separate agreement with State Farm for services to be processed through electronic communications, the terms and conditions of that agreement control and this agreement does not alter the terms and conditions of that separate agreement.

## Your consent will authorize State Farm to stop providing paper communications

We are required by law to give you certain information "in writing", which means you are entitled to receive it on paper. We may provide this information to you electronically, instead, with your prior consent. And, we may provide certain communications in paper format if we believe it is necessary.

Some documents are not currently available for electronic delivery. If those documents become available in an electronic format, we may deliver those documents electronically, according to your paperless preference. State Farm may also terminate this agreement at any time. In the event you purchase new policies or open new accounts, or if additional policies and/or accounts offer electronic communication capabilities in the future, you authorize State Farm to apply your current electronic communications preferences at that time to those policies and/or accounts. You may change your electronic communication preferences at any time.

## Electronic communication methods

State Farm will either send electronic communications directly to you as an email attachment at the email address you provide us, or we will send an email that gives you access to a web site where you may access communications when they are available. If an email is returned as undelivered, we may mail the communication in paper format using the postal address of record.

It is your responsibility to provide us with a true, accurate and complete email address and to maintain and promptly update this information. If your email address changes, you should update your information by logging in to your account at www. statefarm.com or by contacting your State Farm agent for help. To ensure that you continue to receive emails from us, add the email "from" address to your email address book or safe list.

## Sensitive Personal Information

We will use our proprietary, secured email service, the Secure Messaging Center, when we send electronic communications to you that may contain sensitive personal information about you or your transaction. Examples of sensitive personal information are Social Security number, credit/debit card numbers (financial account numbers), driver's license number, or health/medical information. State Farm may also use the Secure Messaging Center for messages that do not contain sensitive personal information.

Please use the Secure Messaging Center when you send us an email that contains sensitive personal information or any information you consider confidential. The Secure Messaging Center provides a more secure method of communicating by email; however, we cannot guarantee emails will be completely secure under all circumstances. Every person using email communications assumes some risk. To access our Secure Messaging Center, log in to your account at www. statefarm.com and click on Secure Email.

1009875.1                                                                                                    2001 154172 201 06-22-2022



**When messages are received**

Electronic communications sent to you by State Farm are considered "received" by you as soon as they are transmitted by State Farm to the email account you provide in the Acknowledgment & Consent section below, or to the most recent email address you provided us – not just after you open or read the communication. Electronic communications may not be delivered due to a problem with the email address, (e.g. the address is invalid, or the email account is closed or over its storage limit, etc.). These will not be considered late or delayed if they would have been received by your email account without those limitations.

**Withdrawal of consent**

Your consent will remain in effect throughout your relationship with State Farm and until that consent is withdrawn. You may withdraw your consent to receive electronic communications by logging in to your account at www.statefarm.com and updating your paperless preferences, or by contacting your State Farm agent for help. Withdrawing your consent will not apply to actions State Farm already took based upon your consent. Withdrawing your consent to receive electronic communications will also not apply to any separate agreement you have with State Farm for a service that involves electronic communications, such as State Farm Payment Plan. Your withdrawal will be effective 7 days after the receipt of your request.

**Withdrawing your consent will change your preferences with respect to all State Farm policies and accounts that are subject to this agreement.**

If you submit an invalid email address or it becomes invalid later, we may treat that as a withdrawal of your consent to receive electronic communications. If you withdraw your consent to receive electronic communications, your withdrawal will be effective only after we have a reasonable amount of time to process it. State Farm may at any time decide to stop sending communications electronically, but before we do, we'll let you know by sending you an email at the email address you provided.

**Copies**

You may print, save or make a copy of any electronic communications we send to you. You may also log in to www.statefarm.com and request paper copies using our Secure Messaging Center, or contact your State Farm agent to request a paper copy. If permitted by applicable law, additional fees for a paper copy may apply.

**Privacy**

In accordance with our Notice of Privacy Policy, we won't sell your email address to third parties. We may share your email address with third parties that are under contract with State Farm to provide certain services. These third parties are not allowed to use your email address for their own marketing purposes or to sell it to anyone else.

**System requirements**

If you would like to access, print or otherwise hang on to your electronic communications, you will need the following hardware and software:

- An Internet-enabled electronic device with access to the Internet that is capable of sending and receiving email.
- A printer, if you want to keep your own paper records.
- An Internet browser.

Supported browsers include the current and one prior major version of the following browsers: Microsoft Edge, Safari, Mozilla Firefox, and Google Chrome.

**Additional terms**

State Farm is not liable for any damages that arise out of transmitting information under this agreement. If you do not agree to all of the following, do not complete the form below.

- I acknowledge that I have read this agreement and I consent to receiving electronic communications from State Farm at DAVID942244@YAHOO.COM. I understand that I will no longer receive paper communications through postal mail where electronic communications are available, except for certain notices where paper communications are required by law. I understand I may also request a paper copy as described above.

- I understand that my consent is valid until it is withdrawn, as described above.

- I understand that it is my responsibility to update my email address with State Farm as described above.

- I can meet the system requirements described above.

- I understand that by clicking I Agree, I am electronically signing this document and providing evidence of my consent to receive electronic communications from State Farm.

1009875.1                                                                                     2001  154172  201  06-22-2022

**StateFarm**

The terms of this agreement are also available on your statefarm.com account.

[X]  I have read and agree to the **Electronic Communications Terms and Conditions** and I consent to **receive emails** as my electronic documents become available.

| | |
|---|---|
| LAWRENCE FICKLIN | 03/27/2024 |
| Name | Date (MM/DD/YYYY) |

*The State Farm family of companies includes, but is not limited to, the following companies: State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Life Insurance Company, State Farm Life and Accident Assurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, State Farm General Insurance Company, State Farm County Mutual Insurance Company of Texas, State Farm Lloyds, State Farm Florida Insurance Company, State Farm Classic.

State Farm insurance policies, applications, forms and required notices are written in English. If this document has been translated, the translation is for your convenience. In the event of any difference in interpretation, the English language version controls.



**State Farm Life Insurance Company**
1 State Farm Plaza
Bloomington, IL 61710-0001
statefarm.com®

# Notices

## Notices

### INFORMATION PRACTICES

The application requests personal information about the persons proposed for coverage. We may collect personal information from persons other than the individual or individuals applying for coverage. Such personal information as well as other personal or privileged information subsequently collected may, in certain circumstances, be disclosed to third parties without your authorization as permitted by law. If you would like additional information about the collection and disclosure of personal information, please contact your State Farm® agent. You may also act upon your right to see and correct any personal information in your State Farm files by writing your State Farm agent to request this access.

### MIB NOTICE

Information regarding your insurability will be treated as confidential. State Farm, or its reinsurers may, however, make a brief report of your personal health information to MIB, Inc., a not-for-profit membership organization of insurance companies, which operates an information exchange on behalf of its members. If you apply to another MIB member company for life or health insurance coverage, or a claim for benefits is submitted to such a company, MIB, upon request, will supply such company with the information about you in its file.

Upon receipt of a request from you, MIB will arrange disclosure of any information in your file. Please contact MIB at 866-692-6901. If you question the accuracy of the information in MIB's file, you may contact MIB and seek a correction in accordance with the procedures set forth in the federal Fair Credit Reporting Act. The address of MIB's information office is 50 Braintree Hill Park, Suite 400, Braintree, Massachusetts 02184-8734.

State Farm, or its reinsurers may also release information from its file to other insurance companies to whom you may apply for life or health insurance, or to whom a claim for benefits may be submitted. Information for consumers about MIB may be obtained on its website at www.mib.com.

### PRE-NOTICE OF INVESTIGATIVE CONSUMER REPORT

Under the federal Fair Credit Reporting Act, this is to inform you that State Farm may request an investigative consumer report as part of our procedure for processing your application for life insurance. This inquiry includes questions as to your character, general reputation, personal characteristics and mode of living (except as it relates to your sexual orientation). You can make a written request within a reasonable period of time to receive additional detailed information about the nature and scope of this investigation, and may also ask to be interviewed during the preparation of the report. You also have the right to receive a copy of the report.

## Acknowledgment and Authorization

### ACKNOWLEDGMENT

In connection with your application for life insurance we will require a signed State Farm Acknowledgment and Authorization that contains the following language.

### AUTHORIZATION

I authorize any source having medical or non-medical information about me or my children (if coverage applied for) to give State Farm Life Insurance Company (State Farm), its contractors, reinsurers, or its representatives all information available within the last 10 years including but not limited to all or any of the following unless otherwise restricted by state law:

- Health history;
- Prescription history;
- Diagnosis, treatment or prognosis with respect to any physical or mental condition (which could include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases);
- Employment history;

1007424.2                    [LIFE]                    2002  148885  202  10-27-2021



- Consumer reports; and
- Other insurance coverage.

*Medical sources include but are not limited to any doctor, hospital, clinic, U.S. Veterans Affairs (VA) hospital, mental health facility, and any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, and MIB, Inc.*

I authorize State Farm Life Insurance Company or its reinsurers to make a brief report of my personal health information to MIB, Inc.

I understand that State Farm will use any information they obtain to determine my eligibility for insurance.

Information obtained using this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state laws and protections will still apply.

I understand that:

- I may revoke this Authorization by providing a written request to State Farm, except when State Farm has taken action based on this Authorization;

- Revoking this Authorization will cause my application to be declined;
- I may refuse to sign this Authorization, but doing so will cause my application to be declined; and
- My medical sources cannot condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

This Authorization is valid for two (2) years from the date of signature for the purpose of obtaining information. Information obtained may later be used for insurance research purposes. This two-year limit complies with the time limit, if any, permitted by applicable law in the state where the policy is issued for delivery. Non-medical information may be shared with State Farm Mutual Automobile Insurance Company and its affiliates or non-affiliated third parties as permitted or required by law. No MIB information will be released to another consumer reporting agency.

A copy of this Authorization is as valid as the original. I understand I and/or my authorized representative have the right to receive a copy of this Authorization.

1007424.2                    [LIFE]                    2002 148885 202 10-27-2021

# Acknowledgment and Authorization

 **StateFarm**

**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001
statefarm.com®

## Acknowledgment

By signing this document, I acknowledge that I have received the Notices and the Acknowledgment and Authorization wording with my application for life insurance coverage.

## Authorization

I authorize any source having medical or non-medical information about me or my children (if coverage applied for) to give State Farm Life Insurance Company (State Farm®), its contractors, reinsurers, or its representatives all information available within the last 10 years including but not limited to all or any of the following unless otherwise restricted by state law:

- Health history;
- Prescription history;
- Diagnosis, treatment or prognosis with respect to any physical or mental condition (which could include diagnosis, treatment, and testing results related to mental illness, alcohol, and drug use, HIV, AIDS, and sexually transmitted diseases);
- Employment history;
- Consumer reports; and
- Other insurance coverage.

*Medical sources include but are not limited to any doctor, hospital, clinic, U.S. Veterans Affairs (VA) hospital, mental health facility, and any other medically related facility. Non-medical sources include but are not limited to insurance companies, consumer reporting agencies, and MIB, Inc.*

I authorize State Farm Life Insurance Company or its reinsurers to make a brief report of my personal health information to MIB, Inc.

I understand that State Farm will use any information they obtain to determine my eligibility for insurance.

Information obtained using this Authorization may later be redisclosed and may not be protected under the Health Insurance Portability and Accountability Act of 1996. However, other applicable state laws and protections will still apply.

I understand that:

- I may revoke this Authorization by providing a written request to State Farm, except when State Farm has taken action based on this Authorization;
- Revoking this Authorization will cause my application to be declined;
- I may refuse to sign this Authorization, but doing so will cause my application to be declined; and
- My medical sources cannot condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

This Authorization is valid for two (2) years from the date of signature for the purpose of obtaining information. Information obtained may later be used for insurance research purposes. This two-year limit complies with the time limit, if any, permitted by applicable law in the state where the policy is issued for delivery. Non-medical information may be shared with State Farm Mutual Automobile Insurance Company and its affiliates or non-affiliated third parties as permitted or required by law. No MIB information will be released to another consumer reporting agency.

A copy of this Authorization is as valid as the original. I understand I and/or my authorized representative have the right to receive a copy of this Authorization.

LAWRENCE FICKLIN
Print Proposed Insured 1 name

Date of birth (MM/DD/YYYY)

**Doc type**
**07.03**

Proposed Insured 1 signature (Parent or Guardian signature if juvenile application)

03/27/2024
Date (MM/DD/YYYY)

SIGNATURE

Print Proposed Insured 2 name

Date of birth (MM/DD/YYYY)

Proposed Insured 2 signature

Date (MM/DD/YYYY)

SIGNATURE

# Notice and Consent for AIDS Virus (HIV) Testing — Arkansas



**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

To evaluate your eligibility for insurance or insurance benefits, it is requested that you consent to be tested for the AIDS virus (HIV). By signing and dating this form, you agree that this test may be performed and that underwriting decisions will be based on the test results.

## Disclosure of Test Results:

All test results will be treated confidentially. The results of the test will be reported to State Farm Life Insurance Company (State Farm). Results of the tests will not otherwise be disclosed except as allowed by law or as stated below.

## Meaning of Test Results:

While positive HIV antibody test results do not mean that you have AIDS, they do mean that you may be at increased risk of developing AIDS or AIDS-related conditions. The test is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus.

Positive HIV antibody test results could adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

## Release of Results:

The results of this test may be released to the following:

(1)  the proposed insured;
(2)  the person legally authorized to consent to the test;
(3)  a licensed physician, medical practitioner, or other person designated by the proposed insured;
(4)  an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular proposed insured;
(5)  a reinsurer, if the reinsurer is involved in the underwriting process, under procedures that are designed to assure confidentiality;
(6)  persons who have the responsibility to make underwriting decisions on behalf of State Farm; or
(7)  State Farm's legal counsel who needs such information to effectively represent State Farm in regard to matters concerning the proposed insured.

State Farm may contact you for the name of a physician or other health care provider to whom you may authorize disclosure and with whom you may want to discuss the results.

## Consent:

I have read and I understand this Notice and Consent Form. I voluntarily consent to testing and disclosure as described above. I understand that I have the right to request and receive a copy of this form. A copy of this form will be as valid as the original.

LAWRENCE FICKLIN
_____
Print Proposed Insured name

█████████
Date of birth (MM/DD/YYYY)

APT A314 1750 VILLAGE COMMONS DR, CONWAY, AR 72032-5981
Address

_____
Proposed Insured or Parent/Guardian Signature

03-27-2024
Date (MM/DD/YYYY)

ARKANSAS
State of Residence

SIGNATURE

**Doc type**
**07.04**

2001 147283 201 07-09-2015

**&. StateFarm**

**State Farm Life Insurance Company**
1 State Farm Plaza, Bloomington, IL 61710-0001

# Application Individual Life Insurance

## 1 Select Application Type

○ New policy
○ Change to an existing policy/added benefits
○ Term conversion with increase in amount
○ Universal Life increase
○ Select Term re-entry

24315567
Indicate the existing policy number(s)

## 2 Personal Information - Proposed Insured 1

| FICKLIN | LAWRENCE | |
|---|---|---|
| Last name | First name | Middle name |

APT A314 1750 VILLAGE COMMONS DR
Address

| CONWAY | AR | 72032-5981 |
|---|---|---|
| City | State | ZIP Code |

Sex: ○ Male ○ Female   Married
Marital status

Citizenship: ○ United States (including territories such as Puerto Rico and Guam)   ○ Canada   ○ Other

| 73 | | AR | 5 / 10 | 126 |
|---|---|---|---|---|
| Age | Date of birth (MM/DD/YYYY) | State of birth | Height (feet/inches) | Weight (lbs) |

| | AR | |
|---|---|---|
| Driver's license number | State | SSN/ITIN |

Education
Occupation                                        Employer

Annual household income: ○ 0 - $25,000   ○ $25,001 - $50,000   ○ $50,001 - $100,000   ○ $100,001 or more

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military? ○ Yes ○ No   *If yes, please describe your exact duties:*

**Doc type 01.01**

**State Farm**

---

**3** Personal Information - Proposed Insured 2/Additional Insured/Payor

Last name _____ First name _____ Middle name _____

Address _____

City _____ State _____ ZIP Code _____

Sex: ○ Male ○ Female

Marital status _____

If married, is Proposed Insured 2 married to Proposed Insured 1? (not applicable if Payor)    ○ Yes ○ No

Citizenship:    ○ United States (including territories such as Puerto Rico and Guam)    ○ Canada    ○ Other

Age _____ Date of birth (MM/DD/YYYY) _____ State of birth _____ Height (feet/inches) ___ / ___ Weight (lbs) _____

Driver's license number _____ State _____ SSN/ITIN _____

Occupation _____ Employer _____

Do you work in one of the following occupations: amusement, construction, diving, explosives, gas/oil, liquor, logging, mining, sports, military?    ○ Yes ○ No    *If yes, please describe your exact duties:*

---

**4** Add Applicant/Owner Information

**APPLICANT/OWNER**

Complete this section if the Owner is not the Proposed Insured 1 named in Section 2.

Last name _____ First name _____ Middle name _____

Address _____

City _____ State _____ ZIP Code _____

Citizenship:    ○ United States (including territories such as Puerto Rico and Guam)    ○ Canada    ○ Other

SSN/ITIN/TIN _____ Date of birth (MM/DD/YYYY) _____ Relationship to Proposed Insured 1 _____

Page 2 of 13

**🍀 StateFarm**

**SUCCESSOR OWNER**

Complete this section unless Applicant/Owner is a trust or corporation. A Successor Owner is recommended for juvenile applications.

Last name _____ First name _____ Middle initial _____

SSN/ITIN/TIN _____ Date of birth (MM/DD/YYYY) _____

**5** Proposed Insured Under Age 16

**a.** Do you want Proposed Insured 1 to become Owner of policy at, and after, age 21?  ○ Yes  ○ No
**b.** Please indicate total amount of life insurance on:  Parent/Guardian 1  $ _____ ☐ Select if none
    Parent/Guardian 2  $ _____ ☐ Select if none

**6** Select Coverages and Policy Provisions

Complete appropriate section based on product selection.
○ Term Life and Whole Life
○ Universal Life/Joint Universal Life/Survivorship Universal Life

**b.** **Universal Life/Joint Universal Life/Survivorship Universal Life**

i. Policy and Initial Basic Amount
    ○ Universal Life                                              $ _____
    ○ Joint Universal Life (First to Die)                        Initial Basic Amount
    ○ Survivorship Universal Life (Second to Die)
ii. Death Benefit (complete for new policy)
    *Please select one option. The policy provisions will determine the option if you do not make a selection.*
    ○ Option 1 – Basic Amount                    ○ Option 2 – Basic Amount plus Account Value
iii. Riders/Benefits
    **Universal Life:**
    Waiver of Monthly Deduction (Proposed Insured 1):   ○ Yes  ○ No
    ☐ Level Term (Proposed Insured 2): $ _____
    ☐ Children's Term Rider: _____ units
        *CTR unit = $1,000, minimum is 5 units, maximum is 20 units*
    ☐ Guaranteed Insurability Option:   $ _____
    ☐ Flexible Care Benefit
    **Joint Universal Life:**
    Waiver of Monthly Deduction (Proposed Insured 1):   ○ Yes  ○ No
    Waiver of Monthly Deduction (Proposed Insured 2):   ○ Yes  ○ No
    ☐ Level Term (Proposed Insured 1): $ _____
    ☐ Level Term (Proposed Insured 2): $ _____
    ☐ Children's Term Rider: _____ units
        *CTR unit = $1,000, minimum is 5 units, maximum is 20 units*

ICC18 1004522                          LF-2431-5567                          1006730 2003 144512 203 09-05-2018

**StateFarm**

☐ Guaranteed Insurability Option:   $ _____

*Both Insureds MUST have Waiver of Monthly Deduction to apply for Guaranteed Insurability Option.*

**Survivorship Universal Life:**

Waiver of Monthly Deduction (Proposed Insured 1):   ○ Yes  ○ No

☐ Level Term (Proposed Insured 1): $ _____

☐ Level Term (Proposed Insured 2): $ _____

☐ Estate Preservation Rider – Four Year Level Term

iv.  Increase in Basic Amount (Existing Universal Life/Joint Universal Life only)

Do not complete for new policies. Minimum amounts apply.  $ 50000 _____

v.  Dividend Options

Dividends are not guaranteed. *Please select a dividend option from the list provided. If the selected option is unavailable, the policy provisions will determine the option.*

○ Addition to Account Value          ○ Cash

vi.  IRS Definition of Life Insurance Test (Universal Life/Joint Universal Life only)

*Please select one option. The policy provisions will determine the option if you do not make a selection.*

○ Cash Value Accumulation Test       ○ Guideline Premium Test

vii.  Planned Premium

Payment mode:
○ Annual
○ Special Monthly (please specify): _____

Total to be billed
each payment date: $ 110.00 _____     Amount of premium
submitted with application: $ _____

## 7  Designate Your Beneficiaries

If additional beneficiary fields are needed, please include in Explanations, Section 17.

**a.  Proposed Insured 1**

**Primary Beneficiary(ies)**

*If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:   ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☒  **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| DAVID, BROWN | | | Relative | | 100 |

**🍀 StateFarm**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*\* If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional)*: _____

Preferred phone number *(optional)*: _____

☐ **Estate** *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust** *(enter Beneficiary Allocation):* _____ %

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries, allocate equally to all successor beneficiaries:*   ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☒ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| SHAWN, BARNES | | | Relative | | 100 |
| | | | | | |
| | | | | | |

☐ **Organization** *(enter Beneficiary Allocation):* _____ %

ICC18 1004522                    LF-2431-5567                    1006730  2003  144512  203  09-05-2018

**StateFarm**

Name of organization: _____

Address, City, State,
ZIP Code *(optional)*: _____

Preferred phone number *(optional)*: _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**  *(enter Beneficiary Allocation):* _____ %

b. **Proposed Insured 2**
   **Primary Beneficiary(ies)**

   *If there will be multiple primary beneficiaries,* allocate equally to all primary beneficiaries:  ○ Yes  ○ No

   *(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured* | Date of birth *(MM/DD/YYYY)* *(optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

\* *If relationship is friend, relative or other, please provide this person's insurable interest in Explanations, Section 17.*

☐ **Organization**  *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional)*: _____

Preferred phone number *(optional)*: _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**  *(enter Beneficiary Allocation):* _____ %

**Successor Beneficiary(ies)**

*If there will be multiple successor beneficiaries,* allocate equally to all successor beneficiaries:  ○ Yes  ○ No

*(If "Yes" is selected, do not enter any beneficiary allocation below. If "No" enter the desired allocations below.)*

**&b StateFarm**

☐ **Individual**

| Name (First name, Middle initial, Last name) | SSN/ITIN | Address, City, State of residence, ZIP Code *(optional)* | Relationship to insured | Date of birth *(MM/DD/YYYY) (optional)* | Beneficiary Allocation % |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

☐ **Organization**  *(enter Beneficiary Allocation):* _____ %

Name of organization: _____

Address, City, State,
ZIP Code *(optional):* _____

Preferred phone number *(optional):* _____

☐ **Estate**  *(enter Beneficiary Allocation):* _____ %

☐ **Beneficiary Class/Trust**  *(enter Beneficiary Allocation):* _____ %

**8** Children's Term Rider

Coverage does not begin until a child is 15 days old.

Do you have any children (including stepchildren or legally adopted children) under 18 years old?   ○ Yes  ○ No

List children under age 18, if any.  For relationship to Proposed Insured (PI), please indicate Child, Stepchild or Legally Adopted Child.

| Name (First name, Middle initial, Last name) | Sex | Relationship to PI 1 | Relationship to PI 2 (Joint Universal Life only) | Date of birth (MM/DD/YYYY) | Amount of life insurance on child* |
|---|---|---|---|---|---|
| | ○ Male  ○ Female | | | | $ |
| | ○ Male  ○ Female | | | | $ |
| | ○ Male  ○ Female | | | | $ |
| | ○ Male  ○ Female | | | | $ |

*Excludes the amount being applied for and group insurance.

If additional space is needed for children's names, please include in Explanations, Section 17.

**9** Children's Term Rider/Juvenile Medical Information



**a.** In the last **10 years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8, been diagnosed, treated or given advice by a member of the medical profession for any of the following? *(select all that apply)*:

☐ Anemia      ☐ Cancer      ☐ Impairment of sight,      ☐ Leukemia
☐ Asthma      ☐ Diabetes       hearing or speech      ☐ Mental Disorder
☐ Birth Defect      ☐ Heart Murmur      ☐ Kidney Disease      ☐ Seizure

☐ **None of the above**

*If any are selected, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**b.** Has Proposed Insured 1, or any children named in Children's Term Rider Section 8, ever tested positive for or been diagnosed by a member of the medical profession with:

- Human Immunodeficiency Virus (HIV)      ○ Yes ○ No
- Acquired Immune Deficiency Syndrome (AIDS)      ○ Yes ○ No

*If any are selected "yes," please provide a detailed explanation in the space provided in Explanations, Section 17.*

**c.** In the last **three (3) years**, has Proposed Insured 1, or any children named in Children's Term Rider Section 8,   ○ Yes ○ No
seen a member of the medical profession for any reason not previously explained (excluding routine physical examinations with normal findings)?

*If yes, please provide a detailed explanation in the space provided in Explanations, Section 17.*

## **10** Other - Life Insurance or Annuities

**In Force Coverage**
*These questions should be completed by Proposed Insured(s).*

**a.** What is the total amount of life insurance in force from all companies (excluding group insurance)?

Proposed Insured 1 $ 0 - 250,000 _____      Proposed Insured 2 $ _____

**Replacement of Life Insurance or Annuities**
*If Proposed Insured 1 will not be the Owner, these questions should be completed by the Applicant/Owner.*

**b.** Do you own any life insurance or annuities on yourself or others?      ○ Yes ○ No

- If yes, is the policy being applied for a replacement of any of those policies:
  - Are you considering discontinuing making premium payments, surrendering, forfeiting,      ○ Yes ○ No
    assigning to the insurer, or otherwise terminating your existing policy or contract?
  - Are you considering using funds from your existing policies or contracts to pay premiums due      ○ Yes ○ No
    on the new policy or contract?

**Other Transactions**
*All states except OH: These questions should be completed by the Applicant/Owner when Proposed Insured(s) is age 50 or over, and face amount of policy is $500,000 or greater.*

*OH: These questions should be completed by the Applicant/Owner when the Proposed Insured is age 16 or older. If you answer "yes" to any of these questions, please provide a detailed explanation in the space provided in Explanations, Section 17.*

**c.** Have you entered into, or are you considering plans to enter into, any agreement to sell, transfer, or assign      ○ Yes ○ No
any ownership or rights to this policy or its benefits?

**d.** Have you received or do you anticipate receiving any type of inducement, fee, or compensation as an      ○ Yes ○ No
incentive to purchase the policy you are applying for?

**StateFarm**

**Sections 11 through 15 are required for all applications when Proposed Insured is age 16 or older.  Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.**

## 11 Additional Insurance Information

|  | | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|---|
| **a.** | Have you ever had an application for life insurance declined or postponed? | ○ Yes  ○ No | ○ Yes  ○ No |
| **b.** | In the last **three (3) years**, have you claimed or received any disability benefits because of injury or sickness? | ○ Yes  ○ No | ○ Yes  ○ No |

## 12 Medical Information

|  | | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|---|
| **a.** | Have you ever tested positive for or been diagnosed by a member of the medical profession with: | | |
| | • Human Immunodeficiency Virus (HIV) | ○ Yes  ○ No | ○ Yes  ○ No |
| | • Acquired Immune Deficiency Syndrome (AIDS) | ○ Yes  ○ No | ○ Yes  ○ No |
| **b.** | In the last **three (3) years**, have you been treated, diagnosed, or advised by a member of the medical profession as follows? *(If yes, select all that apply.)* | ○ Yes  ○ No | ○ Yes  ○ No |
| | • Hospitalized or surgically treated for chest pain or any disorder of the heart? | ☐ | ☐ |
| | • Hospitalized or surgically treated for stroke or mini-stroke (transient ischemic attack/TIA)? | ☐ | ☐ |
| | • Diagnosed with, or are you currently being treated for, cancer or tumor or mass (excluding basal cell and squamous cell cancer of the skin)? | ☐ | ☐ |
| | • Diagnosed with any kidney disorder that requires current dialysis treatment? | ☐ | ☐ |
| | • Advised to have further evaluation or testing (except for HIV) to determine a diagnosis; or had surgery recommended that has not been performed? | ☐ | ☐ |

## 13 Criminal Charges and Convictions

|  | | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|---|
| **a.** | In the last **three (3) years**, have you been involved in any of the following? *(If yes, select all that apply.)* | ○ Yes  ○ No | ○ Yes  ○ No |
| | • Convicted of or pleaded guilty to any felony? | ☐ | ☐ |
| | • Charged with a crime (with charges pending at this time)? | ☐ | ☐ |
| | • Placed on supervised release/parole or probation? | ☐ | ☐ |
| | • Incarcerated or facing incarceration as the result of a guilty plea or conviction? | ☐ | ☐ |
| **b.** | In the last **three (3) years**, have you been convicted of or pleaded guilty to driving under the influence of alcohol or drugs? | ○ Yes  ○ No | ○ Yes  ○ No |

ICC18 1004522                                    LF-2431-5567                          1006730  2003  144512  203  09-05-2018

StateFarm

## 14 Lifestyle and Travel Information

| Travel Information | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** Are you **currently** residing or traveling in any country outside of the United States or Canada? | ○ Yes ○ No | ○ Yes ○ No |
| **b.** In the next **six (6) months,** do you plan to leave or travel from the United States or Canada? | ○ Yes ○ No | ○ Yes ○ No |

| Lifestyle Information | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **c.** In the last **three (3) years,** have you engaged in any of the following? *(If yes, select all that apply.)* | ○ Yes ○ No | ○ Yes ○ No |
| • Aviation (other than as a passenger or commercial airline crew) | ☐ | ☐ |
| • Sky diving (more than 1 time), BASE jumping, hang gliding | ☐ | ☐ |
| • Mountain/rock climbing | ☐ | ☐ |
| • SCUBA diving to depths greater than 100 feet OR any specialty diving (including caves, ice, wrecks, etc.) | ☐ | ☐ |
| • Vehicle racing | ☐ | ☐ |

## 15 Tobacco Use

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** Have you ever used tobacco or other nicotine products in any form (including e-cigarettes or vaping)? | ○ Yes ○ No | ○ Yes ○ No |
| *If yes, please provide month/year last used:* | ____/____ MM YYYY | ____/____ MM YYYY |

## 16 Additional Medical Information (If no medical exam is required)

*This section is required for all:*

- *New business applications when Proposed Insured is age 16 or older and no medical exam is required.*
- *Change of plan applications when the Proposed Insured is age 16 or older.*

*Provide a detailed explanation for all "Yes" answers in Explanations, Section 17.*

| | PROPOSED INSURED 1 | PROPOSED INSURED 2 |
|---|---|---|
| **a.** In the last **10 years**, have you been diagnosed, treated, or been given advice by a member of the medical profession for any of the conditions listed below? *(If yes, select all that apply.)* | ○ Yes ○ No | ○ Yes ○ No |
| • Attention Deficit Disorder (ADD)/Attention Deficit Hyperactivity Disorder (ADHD) | ☐ | ☐ |
| • Asthma | ☐ | ☐ |
| • Blood Disorder | ☐ | ☐ |
| • Cancer or Tumor or Mass | ☐ | ☐ |
| • Chronic Obstructive Pulmonary Disease (COPD)/Emphysema | ☐ | ☐ |
| • Diabetes | ☐ | ☐ |
| • Heart Disease or Disorder | ☐ | ☐ |
| • High Blood Pressure | ☐ | ☐ |

**StateFarm**

- Intestinal Disorder ☐ ☐
- Liver Disorder ☐ ☐
- Mental/Nervous Disorder ☐ ☐
- Organ Transplant (other than cornea transplant) ☐ ☐
- Sleep Apnea ☐ ☐

**b.** In the last **five (5) years**, have you for any reason not previously explained:

- Seen a doctor or any member of the medical profession, or been treated at a hospital or other medical facility (*excluding seasonal illnesses such as colds, flu, bronchitis and allergies such as hay fever*)? ○ Yes ○ No    ○ Yes ○ No
- Had medication prescribed other than medications for cold, flu, seasonal allergies or birth control? ○ Yes ○ No    ○ Yes ○ No

**c.** Have you, in the last **three (3) years**, used marijuana in any form? ○ Yes ○ No    ○ Yes ○ No

**d.** In the last **10 years**, have you:

- Used cocaine, heroin, methamphetamine, or any other controlled substance or narcotic not prescribed by a member of the medical profession? ○ Yes ○ No    ○ Yes ○ No
- Had medical treatment or counseling for use of alcohol or prescribed or non-prescribed drugs? ○ Yes ○ No    ○ Yes ○ No
- Been advised by a member of the medical profession to discontinue use of alcohol or prescribed or non-prescribed drugs? ○ Yes ○ No    ○ Yes ○ No

## **17** Explanations

*If you need more space, please attach additional pages, which will become part of this application. Please note that these must be signed and dated by the Proposed Insured(s) and/or Applicant, and witnessed by Agent.*

```
I have agreed to complete the life insurance application and supporting forms using
electronic documents.
LAWRENCE FICKLIN - Tobacco Use; In the last three (3) years, have you used tobacco or
other nicotine products in any form? no
LAWRENCE FICKLIN has agreed to receive documents and communications electronically.
LAWRENCE FICKLIN Primary Beneficiary Name:  DAVID, BROWN
; Per Stirpes:No; Beneficiary Insurable Interest: POA\CAREGIVER\COUSIN
LAWRENCE FICKLIN Successor Beneficiary Name:  SHAWN, BARNES
; Per Stirpes:No
```

ICC18 1004522                LF-2431-5567                1006730 2003 144512 203 09-05-2018



## 18 Agreements

Coverage will be effective as of the Policy Date if the following conditions are met: the first premium is paid when this policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

For changes in Basic Amount for a Universal Life Policy or Joint Universal Life, the change will be effective on the Deduction Date on or next following acceptance of the change by the Company if on such Deduction Date the following conditions are met: there is enough Cash Surrender Value to make the required monthly deduction; the Proposed Insureds are all living; and the information given to the Company is true and complete to the best of the Proposed Insureds' and Applicant's knowledge and belief.

However, if a Binding Receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this Application and any medical history is true and complete to the best of their knowledge and belief. Information is not true and complete to the best of their knowledge and belief if it misrepresents or omits a fact which a Proposed Insured or the Applicant knew or should have known, regardless whether the misrepresentation or omission was intentional. It is agreed that the Company can investigate the truth and completeness of such information while this policy is contestable.

By accepting this Policy, the Owner agrees to the beneficiaries named and corrections made. No change in plan, amount, benefits, or age at issue may be made on the Application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any policy issued on this Application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

NOTICE: Insurance laws may prohibit the owner of a life insurance policy from entering into any agreement to sell, transfer or assign a life insurance policy prior to the date the policy was issued, or within a period of time specified by state law after the date the policy was issued. The Owner should consult with legal advisors for any questions about these matters.

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

IMPORTANT INFORMATION ABOUT PROCEDURES WHEN APPLYING FOR A NEW LIFE INSURANCE POLICY: To help the government fight the funding of terrorism and money laundering activities, State Farm will obtain, verify, and record information that identifies each Proposed Insured(s) and Applicant(s) identified on the application. What this means for you. We will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**StateFarm**

---

**Taxpayer Identification Number (TIN) Certification – Substitute W-9**

I certify under penalties of perjury that:

(1) The TIN shown above is correct, and

(2) I am a U.S. citizen or other U.S. person (defined below), and

(3) Backup Withholding:

○ I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding or I am exempt from backup withholding.

○ I am subject to backup withholding.

(4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which this form has been requested because I hold or otherwise maintain the account(s) in the United States.

Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**For instructions on how to complete the form, visit the IRS website at www.irs.gov or contact your local IRS office. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

---

_____     03-27-2024     ◄ SIGNATURE
Proposed Insured 1 signature (Signature not required for juvenile application)     Date (MM/DD/YYYY)

_____     _____     ◄ SIGNATURE
Proposed Insured 2 signature     Date (MM/DD/YYYY)

_____     _____     ◄ SIGNATURE
Applicant signature     Date (MM/DD/YYYY)

*Applicant's signature is not required unless Applicant is other than Proposed Insured 1. If a firm or corporation is to be the policyowner, please provide company name and signature of an authorized officer.*

_____     03/27/2024     ◄ SIGNATURE
Agent/Licensed Insurance Producer signature     Date (MM/DD/YYYY)

At  Pine Bluff                                                          AR
City                                                                    State

Page 13 of 13

P.O. Box 2364
BLOOMINGTON IL  61702-2364

March 27, 2024

State Farm Life
Insurance Company
P.O. Box 2364
BLOOMINGTON IL  61702-2364

Lawrence Ficklin
Apt A314
1750 Village Commons Dr
CONWAY AR 72032-5981

Proposed Insured:  Lawrence Ficklin
Applicant:  Lawrence Ficklin
Application:  LF-2431-5567

### NOTICE OF NON-ISSUE

Thank you for your recent application to State Farm for life
insurance.

As requested, no further processing will occur on this
application.

No payment was submitted with the application.


If you have questions, please contact your State Farm Agent.
Thank you for allowing us to service your life insurance needs.
We appreciate your business.


Application Processing Department

EMC

P.O. Box 2364
BLOOMINGTON IL  61702-2364                    March 26, 2024


                                    State Farm Life
Lawrence Ficklin                    Insurance Company
Apt A314                            P.O. Box 2364
1750 Village Commons Dr             BLOOMINGTON IL  61702-2364
CONWAY AR 72032-5981



Policy:  LF-2431-5567          Insured:  Lawrence Ficklin
                                Owner:  Lawrence Ficklin

                    NOTICE OF BENEFICIARY CHANGE

Your requested change of beneficiary has been recorded.  The
requested change will take effect in accordance with policy
provisions, but the change will not affect any action we may have
taken before we received the request.  If the policy requires
endorsement for such change to be effective, this confirmation
shall serve as an endorsement and should be kept with the policy
for future reference.

Principal Insured

Primary:
David Brown, Cousin (Relative)

Successor:
Shawn Barnes, Cousin (Relative)

Additional Insured

Primary:
David Brown, Cousin (Relative)

Successor:
Shawn Barnes, Cousin (Relative)

Dated: March 27, 2024

Thank you for letting State Farm meet your insurance needs.  If
you have any questions, please contact your State Farm agent.

Beneficiary & Ownership Team



Agent: Marcus Lassiter  Ph. 870-534-2815      SEKL NLP Letter 38  04-1716

EMC

USR-Referral Copy                                    PAGE   1

LF-2431-5567 Premium Paying      Added Benefits      DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin              Sex M DOB ████████  Age 73 App Dt 03-27-2024
AI                               Sex   DOB           Age    Inc Dt 05-27-2024
Last LUC Sent:
Agent: Marqus Lassiter                     04-1716(FB53)   870-534-2815


                        ** Outstanding Items **


MED

**Personal History Questionnaire**

CMT

**Comments**
**Special Follow-up(s)**

MED

<u>Medical Information</u>
                                    Status Requested  Received   Processed
**Personal History Questionnaire**    O    04-01-2024
**PI Rx Profile**                     P    03-27-2024 03-27-2024 03-28-2024

AOS

<u>Attending Physician's Statement</u>

Insured: **Lawrence Ficklin**
Doctor:  **Dr. Unknown**
Phone Number: 0000000000                      **Status Recommended**

**3 years records**

CMT

<u>Comment Information</u>
                        Insured Status Requested  Received     Processed
**Additional Requirement**      PI    O    03-28-2024
**Please advise what financial burden the primary beneficiary, DAVID BROWN,**
**RELATIVE, will have at the time of the insured's death. This information is**
**necessary for underwriting to establish an insurable interest, regardless of the**
** beneficiary's relationship to the insured.**

<u>Special Follow-Up Information</u>
                              Status Requested  Received   Processed

```
                        USR-Referral Copy                    PAGE   2

LF-2431-5567 Premium Paying      Added Benefits      DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin              Sex M DOB ▒▒▒▒▒ Age 73 App Dt 03-27-2024
AI                               Sex   DOB            Age     Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                  04-1716(FB53)   870-534-2815
```

**Referral PI**                          O    04-09-2024

AUI

Sent to Underwriter

```
Case Status ..................   Completed Underwriting
Last Review Date..............   04-09-2024   14:46:49
Primary Underwriter...........   UND TL Vickie Mann
UAS Review Completed By........  Samantha Tedder               03-28-2024
UND Review Completed By........  UND COP IR M Burroughs-Owen    03-28-2024
```

### Alpha Search Results

```
    $25,000 PI Total Life Ins
    $50,000 Net Amount at Risk        000000000000 Net Amount at Risk
         $0 PI Total GIO Ins
         $0 PI Total CTR Units
```

PI Alpha Search Results
 PLCY **LF-2431-5567**
   Role: **PI**    Kind: **P13**    Type: **U**   Status: **IN FO**    Ins Amt:      **$25,000**
   Plcy Eff Dt: **08/01/2007**   RO: **72**   Trans Dt: **04/01/2024**
   Select: **NTP**  Table:       FE: **N**   Rating: **ST**  Med: **M**   WPD: **N**   Reins:

PER

### Principal Insured - Personal Information

**PI First Name: LAWRENCE**                    Sex: **Male**   DOB: ▒▒▒▒▒
**PI Middle Name:**
**PI Last Name:    FICKLIN**
             Ht: **05 ft 10 in**   Wt: **126 lbs.**
             Age: **73**
Home phone:              Work phone:           Mobile phone: **501-504-3419**
Best Time to Call:


Preferred Language: **English**
Marital Status: **Married**

USR-Referral Copy                                           PAGE   3

LP-2431-5567 Premium Paying      Added Benefits        DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin              Sex M DOB ████████     Age 73 App Dt 03-27-2024
AI                               Sex   DOB             Age    Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                     04-1716(FB53)      870-534-2815

          Citizenship: U.S. or Canadian citizen
          Birthplace: AR
                  TIN: ████████
          Customer Identification:
                  Overall: P
             DOB Verified: P
         SSN/Death Match: P
     SSN/FULL Name Match: P
              SSN Valid: P
            DOB Confirmed:
     DOB Confirmation Doc:
           Name Confirmed:
    Name Confirmation Doc:
            SSN Confirmed:
     SSN Confirmation Doc:
          Occupation: Education
             Duties:
             Employer:
          Drvr Lic. #: ████████        St: AR
             Address: APT A314
                      1750 VILLAGE COMMONS DR
                      CONWAY             AR 72032-5981
          In City:        City Code:

                      Applicant: NONE

                      Successor Owner: NONE


Owner Relationship to PI: Not Available

CVG

Plan                                              Amount

Universal Life Increase                           $50,000

          Cash Refund Option:
        Certain Period (Years):
              Dividend Option: Addition to Account Value
        UL Death Benefit Option: Basic Amount Option

```
LF-2431-5567 Premium Paying     Added Benefits     DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin             Sex M DOB ████████  Age 73 App Dt 03-27-2024
AI                              Sex   DOB           Age    Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                  04-1716(FB53)    870-534-2815
```

```
         Planned Premium:       110.00
Additional 1st yr Premium:      110.00
            Spousal RRSP: No

 Preliminary Term Date:
  W9 Certification Type: Short
 Sold as Premium Offset: No

     Application Type: Life application
Application Signed Date: 03272024

          Source of Business: UL Increase
```

BEN

### PI Beneficiary Designation

```
 Primary   Name: DAVID  BROWN, RELATIVE
      Relationship: Relative
Settlement Option: One Sum

 Successor  Name: SHAWN  BARNES, RELATIVE
      Relationship: Relative
Settlement Option: One Sum

    Final   Name:
     Relationship:
```

GUI

### General Underwriting Information

### Insured Underwriting Information

#### Medical Section Explanations

```
 Quest.       PERSON              Onset Recovery
  IAP  FICKLIN*LAWRENCE

   Medical Symptom: PI BENE INSURABLE INTEREST
 Medical Condition Details or General Explanations:
```

USR-Referral Copy                              PAGE   5

LF-2431-5567 Premium Paying      Added Benefits        DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin              Sex M DOB ▮▮▮▮▮▮▮ Age 73 App Dt 03-27-2024
AI                               Sex   DOB              Age     Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                   04-1716(FB53)      870-534-2815

   Primary Beneficiary; Relationship: RELATIVE; Insurable Interest:
   POA\CAREGIVER\COUSIN; Name: DAVID  BROWN

AGT


                         Agent's Statement


   **Coverage bound**

        Payment mode: **Special Monthly**
        Billing type: **SFPP**              Account Number: **720001210305622**
   Original Payment Mode:      **Special Monthly**
   Original Billing Type:      **SFPP**
   Paramedical vendor: **EXAM1**

PI consent to e-mail:         **Y**
AI consent to e-mail:
   Premium Quoted:        Original Premium Quoted:        **110.00**
        Payment Received:              Document Numbers:

        Other State Farm Ins:
           PI Annual Income:    **100,000**
         Application date: **03/27/24**
        App Received date: **03/27/24**

        Application Recorder - Initials: **AGT**
           Application Input ID: **EAA**
           Application Signature Type: **Electronic signature**

        Required Signature Documents:

              **Signature Copy of Application**
              **Sign Acknowledgement/Authorization Form**

           Agent Says Replacement: **Yes**

        Gave Authorization copies: **Yes**

        PI Illustration Premium Class: **Non-Tobacco**

RMK

USR-Referral Copy                              PAGE   6

LF-2431-5567 Premium Paying    Added Benefits    DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin             Sex M DOB  ▮▮▮▮▮  Age 73 App Dt 03-27-2024
AI                              Sex   DOB         Age     Inc Dt 05-27-2024
Last LUC Sent:
Agent: Marqus Lassiter                  04-1716(FB53)    870-534-2815


### Private Remarks


PRB


### PI Problems

  Problem Description:
     **SOURCE OF BUSINESS - UL INCREASE**
  Underwritten as:
     **NOT IN MANUAL**
  Problem Date:  **03-27-2024**  Status:    **RESOLVED**
  Messages:  **REVIEW UNDERWRITING REQUIREMENTS SET.**

  Problem Description:
     **PI BENE INSURABLE INTEREST**
  Underwritten as:
     **NOT IN MANUAL**
  Problem Date:  **03-27-2024**  Status:    **PENDING**

  Problem Description:
     **MIB CODES TO REVIEW**
  Underwritten as:
     **NOT IN MANUAL**
  Problem Date:  **03-27-2024**  Status:    **PENDING**
  Messages:  **match**

  Problem Description:
     **BUILD**
  Underwritten as:
     **BUILD**
  Problem Date:  **03-27-2024**  Status:    **PENDING**
  Messages:  **UNDERWEIGHT**
  Underwriting Debits:  **500**

  Problem Description:
     **RX PROFILE**
  Underwritten as:
     **NOT IN MANUAL**

USR-Referral Copy                                      PAGE   7

LF-2431-5567 Premium Paying    Added Benefits     DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin            Sex M DOB ████████  Age 73 App Dt 03-27-2024
AI                             Sex   DOB          Age   Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                  04-1716(FB53)    870-534-2815

  Problem Date:  03-27-2024  Status:      PENDING
  Messages:  ████████████████████████████████████████████████████████
             ████████████████████████████████████████████████████████

  Problem Description:
    PC IR
  Underwritten as:
    UNKNOWN
  Problem Date:  03-28-2024  Status:      PENDING
  Messages:  Bene Address Follow-up required

NOT

                              Note Pad

Creator:  YZ69       Date:  20240328    Type: Underwriter IR
To UND: Route FA case back to APD TC/ULIRR (U1Y) tray

Creator:  LHZL       Date:  20240401    Type: Underwriter IR
IR: 25k in force NT, base issued 8/07; NAAR 50k

Creator:  YZ69       Date:  20240328    Type: File
Agent statement requested.

Creator:  GLDZ       Date:  20240409    Type: Team Lead
Death claim - sent USR to imaging

Creator:  YZ69       Date:  20240328    Type: Policy          Output
UL Increase on LF-2431-5567

LAB


FIN

                         Final Action Information

                            PI Information

Source of Rating:  0
Cause of Rating:  N00

USR-Referral Copy                                         PAGE    8

LF-2431-5567 Premium Paying        Added Benefits        DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin                Sex M DOB ███████      Age 73 App Dt 03-27-2024
AI                                 Sex   DOB              Age    Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                        04-1716(FB53)     870-534-2815


NTC

Coverage Changes

  Amend Coverage                                    Original           Current
      Universal Life Increase                       $50,000           $50,000

MIB

                            PI MIB Information
              Information Received from MIB for the PI:
  Last Name:  FICKLIN                First Name:  LAWRENCE
   Birthday:  ███████     Birth Place:  AR
  Occupation:  Education


  MIB Status:  Previously reported codes   Date Reported:  03-27-2024
     Inquiry:  Regular   Reply:  Try    Transmit Date:  03-27-2024
        5.10.126#EN



              Information Received from MIB for the PI:
  Last Name:  FICKLIN                First Name:  LAWRENCE
   Birthday:  ███████     Birth Place:  AR
  Occupation:  Education


  MIB Status:  Previously reported codes   Date Reported:  03-27-2024
     Inquiry:  Regular   Reply:  Try    Transmit Date:  03-27-2024
        132GV#



              Information Received from MIB for the PI:
  Last Name:  FICKLIN                First Name:  LAWRENCE
   Birthday:  ███████     Birth Place:  AR
  Occupation:  Education

USR-Referral Copy                                    PAGE   9

LF-2431-5567 Premium Paying      Added Benefits        DO NOT SHARE UNKWN ID b3
PI Lawrence Ficklin              Sex M DOB ████████     Age 73 App Dt 03-27-2024
AI                               Sex   DOB              Age    Inc Dt 05-27-2024
Last LUC Sent:
Agent:  Marqus Lassiter                     04-1716(FB53)    870-534-2815


MIB Status:  **Code to be reported**
                                   Transmit Date: **03-27-2024**

         **5.10.126#EN**

From:HOMETOWNE                5013291118                05/10/2024 15:51        #290 P.010/014

# STATE OF ARKANSAS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**

FILE NUMBER 2024009421

| 1. DECEDENT'S LEGAL NAME (Include First & Last, Suffix) (First, Middle, Last, Suffix) | | 2. SEX | 3a. DATE OF DEATH | 3b. TIME OF DEATH |
|---|---|---|---|---|
| LAWRENCE LOUIS FICKLIN | | MALE | FOUND MAR. 31, 2024 | FOUND 1523 |

| 4. SOCIAL SECURITY NO. | 5a. AGE-Last Birthday (Years) | 5b. UNDER 1 YEAR Months Days | 5c. UNDER 1 DAY Hours Minutes | 6. DATE OF BIRTH | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| | 73 | | | | PINE BLUFF, AR |

| 8a. RESIDENCE STATE or FOREIGN COUNTRY | 8b. COUNTY | 8c. CITY OR TOWN |
|---|---|---|
| ARKANSAS | FAULKNER | CONWAY |

| 8d. NUMBER AND STREET | | 8e. APT. NO. | 8f. ZIP CODE | 8g. INSIDE CITY LIMITS? |
|---|---|---|---|---|
| 1750 VILLAGE COMMONS DR | | APT A14 | 72032-9861 | YES |

| 9. EVER IN US ARMED FORCES? | 10. MARITAL STATUS AT TIME OF DEATH | 11. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|
| NO | MARRIED | ETHEL JOHNSON |

| 12a. IF DEATH OCCURRED IN A HOSPITAL | 12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | 12c. COUNTY OF DEATH |
|---|---|---|
| | DECEDENT'S HOME | FAULKNER |

| 12a. FACILITY NAME (If not institution, give number & street) | 12c. CITY OR TOWN | 12f. ZIP CODE |
|---|---|---|
| HOME | CONWAY | 72032-5861 |

| 13. FATHER'S NAME (First, Middle, Last) | 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| WASHINGTON FICKLIN | FLORICE PEARL |

| 15a. INFORMANT'S NAME | 15b. RELATIONSHIP TO DECEDENT | 15c. MAILING ADDRESS (Number and Street or RFD No., City, State, Zip Code) |
|---|---|---|
| ETHEL JOHNSON FICKLIN | WIFE | 223 LAKESIDE DR APT 203, GREENBRIER MD, 20770-2936 |

| 16. THE METHOD OF DISPOSITION | | |
|---|---|---|
| CREMATION | | |

| 18a. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 18b. LOCATION - CITY, TOWN, AND STATE |
|---|---|
| WILCOX FAMILY Funeral Home & CREMATORY | GREENBRIER, ARKANSAS |

| 17a. EMBALMER'S NAME | 17b. EMBALMER'S LICENSE # | 17c. SIGNATURE FUNERAL SERVICE LICENSEE OR OTHER AGENT |
|---|---|---|
| SAMUEL MITCHELL | 27275 | /s/ CHILTON O'BLUNT |

| 17d. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | 17e. LICENSE # |
|---|---|
| PARADISE FUNERAL HOME - PINE BLUFF  612 W. 5TH AVE., PINE BLUFF, AR 71601 | 24615 |

| 18a. DATE PRONOUNCED DEAD | 18b. TIME PRONOUNCED DEAD | 18c. NAME and TITLE OF PERSON PRONOUNCING DEATH- (PRINT/TYPE) | 19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? |
|---|---|---|---|
| MAR. 31, 2024 | 1546 | CHRISTINA R BREAUX, HOSPICE RN | YES |

**CAUSE OF DEATH**

20. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line.

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CARDIOPULMONARY ARREST | | APPROXIMATE INTERVAL: Onset to Death? IMMEDIATE |
|---|---|---|---|
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. PROSTATE CANCER | | MONTHS |
| | c. | | |
| | d. | | |

| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 21a. WAS AN AUTOPSY PERFORMED? NO |
|---|---|
| | 21b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |

| 22. MANNER OF DEATH | NATURAL |
|---|---|

| 23. DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN | 24. IF FEMALE |
|---|---|

| 25a. DATE OF INJURY (Mo/Day/Yr) | 25b. TIME OF INJURY | 25c. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) | 25d. INJURY AT WORK? |
|---|---|---|---|

| 25e. LOCATION OF INJURY (Number Street Apartment No., City, State, Zip Code) | |
|---|---|

| 25f. DESCRIBE HOW INJURY OCCURRED: | 25g. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|

26a. CERTIFIER (Check only one):
☑ Hospice Registered Nurse - To the best of my knowledge, death occurred due to the cause(s) and manner stated.

| SIGNATURE | /s/ CHRISTINA R BREAUX | TITLE | HOSPICE RN | DATE | APRIL 04, 2024 |
|---|---|---|---|---|---|

| 26b. NAME AND COMPLETE MAILING ADDRESS OF PERSON SIGNING ITEM 26a. (Type / Print) | 26c. LICENSE # |
|---|---|
| CHRISTINA R BREAUX, HOSPICE RN  821A NORTH CREEK, CONWAY, AR, 72032 | R100136 |

| 27a. SIGNATURE OF REGISTRAR | 27b. FOR REGISTRAR ONLY - DATE FILED |
|---|---|
| /s/ Jeremy L. Courtney | APR. 3, 2024 |

• DENOTES AMENDED ITEMS

**EXHIBIT I**

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

/s/ Jeremy L. Courtney
Jeremy L. Courtney
State Registrar

**SEAL** ARKANSAS DEPARTMENT OF HEALTH LITTLE ROCK, ARK.

9086849

4/15/2024

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VR-112

82cC241311038/WPSHMHCW Received 5/10/2024 5:19:16 PM [Central Daylight Time]

From:HOMETOWNE          5013291118          05/10/2024 15:49     #290 P.005/014

**☘ StateFarm·**

State Farm Life Insurance Company
*(Not licensed in MA, NY or WI)*
State Farm Life and Accident Assurance Company
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Life Insurance Claim

**1 Policy Information**

A separate Life Claim form must be fully completed for each beneficiary.

LF-2431-5567
Policy number

Any person who knowingly presents a false or fraudulent claim for the payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**2 Deceased's Information**

LawReNce Lewis FiCKliN
Deceased's address

03-31-2024
Date of birth          Date of death          PROSTATE

NATURAL/CARDIO PulmoNARY ARResT /   CANceR
Manner of death (natural, accident, homicide, suicide, pending, disappearance, unknown)     Cause of death

**3 Beneficiary's Information**

If the beneficiary is a trust and multiple trustees are recorded, provide the information for each trustee.

DAVID BROWN
Beneficiary full name (or Trust/Estate/other entity)                    Date of birth

MALe   CousiN/ BesT FRieNd   501-504-3419   501-504-3419
Sex     Relationship to deceased      Home phone number      Mobile phone number

**4 Substitute W-9 information/Taxpayer Identification Number (TIN) - please print**

All beneficiaries must complete Section 4. If the beneficiary is a minor, please provide the minor's information. If the beneficiary is a trust or estate please provide the trust or estate's information. Employer Identification Numbers (EIN) may be obtained by visiting www.irs.gov.

N/A
Beneficiary Social Security Number          Beneficiary EIN (Trust/Estate/Entity only)

DAVID BROWN
Beneficiary name

*Signature(s) on following page(s)* ▶

**Doc type 11**

1301251                                    Page 1 of 5
                                           131327 41 02-24-2023

EXHIBIT J

82cC2413110382WPSHMHCW Received 5/10/2024 5:19:16 PM [Central Daylight Time]

**StateFarm·**

1750 Village Commons DR. A314
Mailing address *(Include street, apartment number, P.O. Box)*

CONWAY

City

AR.
State

72032
ZIP Code

☑ Residential address is same as mailing address

1750 Village Commons DR. A314
Residential address *(Include street, apartment number)*

CONWAY

City

ARKANSAS
State

72032
ZIP Code

I certify under penalties of perjury that: (1) The TIN shown above is correct (2) I am a US Citizen or other US person (defined below), and (3) I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding, or I am exempt from backup withholding. (4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which this form has been requested because I hold or otherwise maintain the account(s) in the United States.

Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7)

You must cross out item 4 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

U.S. person signature

05-10-2024
Date (mm/dd/yyyy)

◀ SIGNATURE

Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

1001251

131327.41 02-24-2023

**State Farm**

**5** **Indicate the beneficiary's desired settlement below.**

SETTLEMENT METHOD (SELECT ONE AND COMPLETE ADDITIONAL INFORMATION FOR A SELECTION AS NEEDED)

○ **One Sum**

○ **Interest Option**
- ○ Accumulate interest and not receive payments (do not complete frequency and payment method sections below)
- ○ Receive interest payments

○ **Fixed Year(s) Option**
- ○ Receive payments for ____ year(s) (select number of year(s), not to exceed the payee's life expectancy)

○ **Fixed Amount Option**
- ○ Receive payments of $ _____ (select dollar amount of payments)

○ **Life Income Option***
- ○ No certain period
- ○ Certain period to receive payments for ____ years certain (choose between 5 and 20 years)

○ **Joint Life Income Option***
- ○ No certain period
- ○ Certain period to receive payments for ____ years certain (choose between 5 and 20 years)     *N/A*

*N/A*

Joint payee name *N/A*                        *N/A*                    *N/A*            Relationship

Date of Birth *N/A*        Sex *N/A*          Social Security Number *N/A*

*Additional forms needed: Copy of Birth Certificate (for Single Life Income and BOTH persons on a Joint Life Income option).

PAYMENT FREQUENCY (NOT NEEDED FOR ONE SUM)

Payments will begin one mode after the contract date unless a specific start date was chosen.

Select One: ○ Annual      ○ Semi-annual  ○ Quarterly    ○ Monthly

Start date (optional): _____

Must be 1st to 28th of any month (only available for Interest Option, Fixed Year(s) Option, and Fixed Amount Option)

1001251                                                                        131327.41 02-24-2023

82cG2413110384WP8HMICW Received 5/10/2024 5:19:16 PM [Central Daylight Time]

**🐝 StateFarm·**

**PAYMENT METHOD (SELECT CHECK OR EFT AND COMPLETE ADDITIONAL INFORMATION FOR SELECTION)**

☐ **Check** - Once received and processed, allow 10 business days to receive check using standard mail.
   - ○ Mail check to the Beneficiary's address listed in Section 4
   - ○ Mail check to the Agent's office to deliver (only available for One Sum and not available in New York)

☑ **Electronic Funds Transfer (EFT)** - Indicate the type of account below. Once received and processed, allow 2-3 business days to be deposited into the designated bank account.
   - ○ **Checking account** – A pre-printed VOIDED check or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) is required.
   - ○ **Savings account** – A pre-printed deposit slip or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) is required.

**NOTE:** (Bank statements, starter checks, handwritten account information, deposit slips and direct deposit forms from your bank will **not** be accepted.)

```
John Doe                                                    0000
123 Main Street
Anytown, USA 12345


_____    VOID          $ [_____]

        Please tape your voided check/deposit slip here


Memo: _____          _____
```

## 6  Signature

I hereby authorize the settlement selection. If EFT is selected, I direct State Farm Life Insurance Company/State Farm Life and Accident Assurance Company ("State Farm") to initiate credit entries (deposits) into the designated financial accounts, and to initiate debit entries (withdrawals) if necessary to reverse erroneous deposits.

This authority will remain in effect until State Farm and the relevant depository institution have had reasonable opportunity to act upon valid, written notification from me directing otherwise. I understand that this service may be discontinued by State Farm at any time.

State Farm is not responsible for any loss or delay resulting from my submission of erroneous or incomplete information.

*Daniel Brown*                          **05-10-2024**          [ SIGNATURE ]
Beneficiary signature                    Date (mm/dd/yyyy)
Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

## 7  Supplementary Contract Beneficiary Designation

**Complete the beneficiary designation below UNLESS you elected One Sum**
Name each designated beneficiary individually. Unless otherwise specified, if two or more persons are designated in the same section below, payment will be made to them equally or to the survivor. If you choose not to designate a beneficiary, the balance of your funds will, upon your death, be payable to your estate. Please list individuals by name ("children of insured" is not acceptable). Do not complete the beneficiary designation if you are a minor (upon death the balance of the funds will be payable to your estate).

1001251                                                      131327.41 02-24-2023

82cC2413110385WP8HWHCW Received 5/10/2024 5:19:16 PM [Central Daylight Time]

From:HOMETOWNE                5013291118           05/10/2024 15:57        #291 P.002/003

**StateFarm**

### PRIMARY BENEFICIARIES

| Name | Address | Date of birth | Social Security Number | Phone | Email | Relationship |
|------|---------|---------------|------------------------|-------|-------|--------------|
| DAVID BROWN | | | ■■■■■ | 501 | david | cousin |
| | V750 | | | 504 | 9472 | Best |
| | Village | | | 3419 | 47(3) | FRIEND |
| | commo EVIR. | | | | yahoo. | |
| | A314 conway AR | | | | .Com | |
| | 72032 | | | | | |

### SUCCESSOR BENEFICIARIES

| Name | Address | Date of birth | Social Security Number | Phone | Email | Relationship |
|------|---------|---------------|------------------------|-------|-------|--------------|
| SHAWN | 1377 | | ■■■■■ | 361 | | SON |
| BARNES | Tupelo CR. | | | 265 | sNawNeffa | |
| | COCOA | | | 760 | 320@ | |
| | FL 32926 | | | 0462 | gmai .com | |

~~David Brown~~ (Beneficiary signature)          05-10-2024
Beneficiary signature                              Date (mm/dd/yyyy)          ◄ SIGNATURE

Trustee/Executor or Guardian of minor's estate. Please add the appropriate title after all signatures.

1091251                                                                131327 41 02-24-2023

85cE2413111211WPBHMHCZ Received 5/10/2024 5:27:33 PM [Central Daylight Time]



# Claim Payment Methods

As the beneficiary of a State Farm life and/or annuity insurance policy, you need to make an important decision about how your payment will be made to you. A State Farm agent is available to review these different payment options with you. Brief descriptions of each are listed below. **These products are not insured by the Federal Deposit Insurance Corp; are not a deposit or other obligation of any bank and are not guaranteed by the bank of the federal government. We recommend you consult a tax, investment, or other financial advisor regarding the tax liability and investment options. If settlement is other than lump sum, the insurer or a related party may derive income, in addition to any fees charged on the account, from the total gains received on the investment of the balance of funds in the account. FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE.** Please note, the payment options below may not be available for all policy contracts.

## Lump Sum
A check is issued for the full amount payable. Alternatively, a portion of the amount payable can be taken as a lump sum with the remaining amount applied to one of the other payment methods listed below.

## Interest Method Account
Proceeds are left with State Farm. Interest is paid daily until the account is closed. Proceeds can be withdrawn partially or in full at any time. It is anticipated that the account interest rate will be similar to the rates for money market or passbook savings accounts, subject to any interest rate guarantees provided in the policy.

## Payments of a Fixed Amount
You may choose the exact amount of income to be paid on a monthly, quarterly, semiannual, or annual basis. Payments continue until all proceeds plus interest are exhausted. The unpaid balance may be withdrawn at any time.

## Payments for a Fixed Number of Years
You may choose payments for a specified number of years. The present value of any unpaid payments may be withdrawn at any time.

## Single Life Income
Income is guaranteed for your lifetime. You may not withdraw the present value of the payments. Payments will stop upon your death.

## Single Life Income with Choice of Certain Period
Income is guaranteed for a specified number of years. A certain period can be selected and the beneficiary(ies) may choose periods of 5 to 20 years. If you die before the end of the Certain Period, your designated beneficiary(ies) will have the choice to continue receiving the periodic payments until the end of the Certain Period or they may receive the remaining proceeds in a one-time lump sum settlement. You may not withdraw the present values of the payments.

## Joint Life Income
Income is guaranteed for you, and a second beneficiary, for your lifetimes. Upon the death of either payee, the same monthly income is continued to the survivor as long as he or she lives. The payees may not withdraw the present value of any payments.

## Joint Life Income with Choice of Certain Period
Income is guaranteed for you, and a second beneficiary, for your lifetimes. A certain period can be selected and the beneficiary(ies) may choose periods of 5, 10, 15, or 20 years. If both payees die before the end of the Certain Period, their designated beneficiary(ies) may continue to receive the periodic payments until the end of the Certain Period or they may receive the remaining proceeds in a one-time lump sum settlement. The payees may not withdraw the present value of any payments.

1010880.2                                                                    158613.2 04-13-2023



**Banking For Your World**

April 22, 2024

To Whom It May Concern:

The information provided below may be used for Direct Deposit or Incoming
Wire instructions for the Checking or Savings account indicated.

Customer Name:          DAVID BROWN

Account Number:         ███████████

Bank Routing Number:    103112675

Bank Name/Address:      FSNB, National Association
                        1420 SW Lee Blvd
                        Lawton, OK 73501

If we can be of further assistance or additional information is required, please
contact our Call Center (toll-free) at 1-800-749-4583.

Sincerely,

FSNB

FSNB, National Association • P. O. Box 33009 • Fort Sill, OK 73503 • Member FDIC • Equal Housing Lender
580-357-9880 • 800-749-4583 • fsnb@fsnb.com • www.fsnb.com

From:HOMETOWNE          5013291118          05/10/2024 15:51     #290 P.010/014

# STATE OF ARKANSAS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**                    FILE NUMBER 2024009421

| 1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last, Suffix) | | 2. SEX | 3a. DATE OF DEATH | 3b. TIME OF DEATH |
|---|---|---|---|---|
| LAWRENCE LOUIS FICKLIN | | MALE | FOUND MAR. 31, 2024 | FOUND 1520 |

| 4. SOCIAL SECURITY NO. | 5a. AGE-Last Birthday (Years) | 5b. UNDER 1 YEAR | 5c. UNDER 1 DAY | 6. DATE OF BIRTH | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| | 73 | Months / Days | Hours / Minutes | | PINE BLUFF, AR |

| 8a. RESIDENCE STATE OR FOREIGN COUNTRY | 8b. COUNTY | 8c. CITY OR TOWN |
|---|---|---|
| ARKANSAS | FAULKNER | CONWAY |

| 8d. NUMBER AND STREET | 8e. APT. NO. | 8f. ZIP CODE | 8g. INSIDE CITY LIMITS? |
|---|---|---|---|
| 1750 VILLAGE COMMONS DR | APT A314 | 72032-5981 | YES |

| 9. EVER IN US ARMED FORCES? | 10. MARITAL STATUS AT TIME OF DEATH | 11. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage.) |
|---|---|---|
| NO | MARRIED | ETHEL JOHNSON |

| 12a. IF DEATH OCCURRED IN A HOSPITAL | 12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | 12c. COUNTY OF DEATH |
|---|---|---|
| | DECEDENT'S HOME | FAULKNER |

| 12d. FACILITY NAME (If not institution, give number & street) | 12e. CITY OR TOWN | 12f. ZIP CODE |
|---|---|---|
| HOME | CONWAY | 72032-5981 |

| 13. FATHER'S NAME (First, Middle, Last) | 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| WASHINGTON FICKLIN | FLORICE PEARL |

| 15a. INFORMANT'S NAME | 15b. RELATIONSHIP TO DECEDENT | 15c. MAILING ADDRESS (Number and Street or P.O Box, City, State, Zip Code) |
|---|---|---|
| ETHEL JOHNSON FICKLIN | WIFE | 223 LAKESIDE DR APT 203, GREENBELT, MD, 20770-2936 |

| 16a. METHOD OF DISPOSITION | 16b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 16c. LOCATION - CITY, TOWN, AND STATE |
|---|---|---|
| CREMATION | WILCOX FAMILY Funeral Home & CREMATORY | GREENBRIER, ARKANSAS |

| 17a. EMBALMER'S NAME | 17b. EMBALMER'S LICENSE # | 17c. SIGNATURE FUNERAL SERVICE LICENSE OR OTHER AGENT | 17d. LICENSE # |
|---|---|---|---|
| SAMUEL MITCHELL | 22279 | /s/ CHILTON O BLUNT | 24815 |

| 17e. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY |
|---|
| PARADISE FUNERAL HOME - PINE BLUFF |
| 812 W. 5TH AVE., PINE BLUFF, AR, 71601 |

| 18a. DATE PRONOUNCED DEAD | 18b. TIME PRONOUNCED DEAD | 18c. NAME AND TITLE OF PERSON PRONOUNCING DEATH (PRINT / TYPE) | 19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? |
|---|---|---|---|
| MAR. 31, 2024 | 1545 | CHRISTINA R BREAUX, HOSPICE RN | YES |

**CAUSE OF DEATH**

| 20. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CARDIOPULMONARY ARREST | IMMEDIATE |
| | Due to (or as a consequence of) | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. PROSTATE CANCER | MONTHS |
| | Due to (or as a consequence of) | |
| | c. | |
| | Due to (or as a consequence of) | |
| | d. | |

| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 21a. WAS AN AUTOPSY PERFORMED? |
|---|---|
| | NO |
| | 21b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |

| 22. MANNER OF DEATH |
|---|
| NATURAL |

| 23. DID TOBACCO USE CONTRIBUTE TO DEATH? | 24. IF FEMALE: |
|---|---|
| UNKNOWN | |

| 25a. DATE OF INJURY (Mo/Day/Yr) | 25b. TIME OF INJURY | 25c. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) | 25d. INJURY AT WORK? |
|---|---|---|---|
| | | | |

| 25e. LOCATION OF INJURY: (Number, Street, Apartment No., City, State, Zip Code) |
|---|
| |

| 25f. DESCRIBE HOW INJURY OCCURRED: | 25g. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|
| | |

| 26a. CERTIFIER (Check only one): ☒ Hospice Registered Nurse - To the best of my knowledge, death occurred due to the cause(s) and manner stated. |
|---|
| SIGNATURE: /s/ CHRISTINA R BREAUX     TITLE: HOSPICE RN     DATE: APRIL 04, 2024 |

| 26b. NAME AND COMPLETE ADDRESS OF PERSON SIGNING ITEM 26a. (Type / Print) | 26c. LICENSE # |
|---|---|
| CHRISTINA R BREAUX, HOSPICE RN | R100136 |
| 821A NORTH CREEK, CONWAY, AR, 72032 | |

| 27a. SIGNATURE OF REGISTRAR | 27b. FOR REGISTRAR ONLY - DATE FILED |
|---|---|
| /s/ Jeremy L. Courtney | APR. 8, 2024 |

* DENOTES AMENDED ITEMS

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

**SEAL** — ARKANSAS DEPARTMENT OF HEALTH, LITTLE ROCK, ARK.

/s/ Jeremy L. Courtney
Jeremy L. Courtney, State Registrar

9086849

4/15/2024

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT

VR-112

From:HOMETOWNE                  5013291118           05/10/2024 15:51      #290 P.009/014

Death Certificate Cover Sheet
Arkansas Department of Health, Vital Records Section
800-637-9314

Today's Date: 04/16/2024
Request Number: 541225292
Certificate Quantity: 1
Payment: 10.00
Date of Death (from Request): 03/31/2024
Decedent's Name (from Request): LAWRENCE FICKLIN
Requestor Name: DAVID BROWN
Certificate Number: 2024009421

**If there is any problem with your order,** please call **800-637-9314** and ask
for Vital Records.
Please call between 8AM and 4:30PM Central Time.

Arkansas Department of Health
4815 West Markham St., Slot 44
Little Rock, AR  72205-9772

DAVID BROWN
1750 VILLAGE COMMON DRIVE APT 314
CONWAY, AR  72032

82cC2413110388WPSHMHCW Received 5/10/2024 5:19:16 PM [Central Daylight Time]

**StateFarm**

**State Farm Life Insurance Company**
*(Not licensed in MA, NY or WI)*
**State Farm Life and Accident Assurance Company**
*(Licensed in NY and WI)*
1 State Farm Plaza
Bloomington, IL 61710-0001

# Life Insurance Claim

## 1 Policy Information

A separate Life Claim form must be fully completed for each beneficiary.

*LF-2431-5567*

Policy number

Any person who knowingly presents a false or fraudulent claim for the payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## 2 Deceased's Information

*Lawrence Louis Ficklin*

Deceased's full name

*3/31/24*
Date of birth          Date of death

Manner of death (natural, accident, homicide, suicide, pending, disappearance, unknown)

*Cardiac Arrest*

*Cardiac Arrest*

Cause of death

## 3 Beneficiary's Information

If the beneficiary is a trust and multiple trustees are recorded, provide the information for each trustee.

*Ethel Jean Weaver Ficklin*

Beneficiary full name (or Trust/Estate/other entity)          Date of birth

*F*                    *Wife*                                            *870-329-4216*

Sex          Relationship to deceased          Home phone number          Mobile phone number

## 4 Substitute W-9 information/Taxpayer Identification Number (TIN) - please print

All beneficiaries must complete Section 4. If the beneficiary is a minor, please provide the minor's information. If the beneficiary is a trust or estate please provide the trust or estate's information. Employer Identification Numbers (EIN) may be obtained by visiting www.irs.gov.

Beneficiary Social Security Number          Beneficiary EIN *(Trust/Estate/Entity only)*

*Ethel Jean Weaver Ficklin*

Beneficiary name

*Signature(s) on following page(s)* ▶

Doc type **11**

1001251          131327 41 02-24-2023

&State Farm·

223 LAKeside Drive Apt 283
Mailing address *(Include street, apartment number, P.O. Box)*
Greenbelt
City                                                              MAryLANd        20770
                                                                State            ZIP Code

☒ Residential address is same as mailing address

Residential address *(Include street, apartment number)*                         20770
                                                                                 ZIP Code
City                                                            State            ZIP Code

I certify under penalties of perjury that: (1) The TIN shown above is correct (2) I am a US Citizen or other US person (defined below), and (3) I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding, or I am exempt from backup withholding. (4) I am exempt from reporting under the Foreign Account Tax Compliance Act (FATCA) with respect to the account(s) for which this form has been requested because I hold or otherwise maintain the account(s) in the United States.

Definition of U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7)

You must cross out item 4 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

Ethel J. Ficklin                        05-20-24        ◄ SIGNATURE
U.S. person signature                   Date (mm/dd/yyyy)

Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

100·251                                                         131327.41  02-24-2023

**State Farm**

**5** Indicate the beneficiary's desired settlement below.

**SETTLEMENT METHOD (SELECT ONE AND COMPLETE ADDITIONAL INFORMATION FOR A SELECTION AS NEEDED)**

☒ **One Sum**

○ **Interest Option**
   ○ Accumulate interest and not receive payments (do not complete frequency and payment method sections below)
   ○ Receive interest payments

○ **Fixed Year(s) Option**
   ○ Receive payments for ____ year(s) (select number of year(s), not to exceed the payee's life expectancy)

○ **Fixed Amount Option**
   ○ Receive payments of $ ____ ____ ____ (select dollar amount of payments)

○ **Life Income Option***
   ○ No certain period
   ○ Certain period to receive payments for ____ years certain (choose between 5 and 20 years)

○ **Joint Life Income Option***
   ○ No certain period
   ○ Certain period to receive payments for ____ years certain (choose between 5 and 20 years)

_Ethel J Ficklin_        _Spouse_
Joint payee name                                          Relationship

███████     _F_       ████████████
Date of birth       Sex            Social Security Number

***Additional forms needed:** Copy of Birth Certificate (for Single Life Income and BOTH persons on a Joint Life Income option)

**PAYMENT FREQUENCY (NOT NEEDED FOR ONE SUM)**

Payments will begin one mode after the contract date unless a specific start date was chosen.

Select One: ○ Annual     ○ Semi-annual   ○ Quarterly     ○ Monthly

Start date (optional): _____

Must be 1st to 28th of any month (only available for Interest Option, Fixed Year(s) Option, and Fixed Amount Option)

**🔥 StateFarm·**

**PAYMENT METHOD (SELECT CHECK OR EFT AND COMPLETE ADDITIONAL INFORMATION FOR SELECTION)**

☐ **Check** - *Once received and processed, allow 10 business days to receive check using standard mail.*
   ○ Mail check to the Beneficiary's address listed in Section 4
   ○ Mail check to the Agent's office to deliver (only available for One Sum and not available in New York)

☒ **Electronic Funds Transfer (EFT)** - Indicate the type of account below. Once received and processed, allow 2-3 business days to be deposited into the designated bank account.

   ☒ **Checking account** – A pre-printed VOIDED check or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) is required.

   ○ **Savings account** – A pre-printed deposit slip or documentation on bank letterhead with complete account information (including routing number, account number, and account holder's name) is required.

**NOTE:** (Bank statements, starter checks, handwritten account information, deposit slips and direct deposit forms from your bank will not be accepted.)

| | |
|---|---|
| John Doe<br>123 Main Street<br>Anytown, USA 12345 | 0000 |

**VOID**                                    $ ☐

_____

Please tape your voided check/deposit slip here

Memo: _____          _____

## 6 Signature

I hereby authorize the settlement selection. If EFT is selected, I direct State Farm Life Insurance Company/State Farm Life and Accident Assurance Company ("State Farm") to initiate credit entries (deposits) into the designated financial accounts, and to initiate debit entries (withdrawals) if necessary to reverse erroneous deposits.

This authority will remain in effect until State Farm and the relevant depository institution have had reasonable opportunity to act upon valid, written notification from me directing otherwise. I understand that this service may be discontinued by State Farm at any time.

State Farm is not responsible for any loss or delay resulting from my submission of erroneous or incomplete information.

*Ethel J. Ficklin*                          *5/20/24*        ◀ SIGNATURE
Beneficiary signature                          Date (mm/dd/yyyy)

Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

## 7 Supplementary Contract Beneficiary Designation

**Complete the beneficiary designation below UNLESS you elected One Sum**

Name each designated beneficiary individually. Unless otherwise specified, if two or more persons are designated in the same section below, payment will be made to them equally or to the survivor. If you choose not to designate a beneficiary, the balance of your funds will, upon your death, be payable to your estate. Please list individuals by name ("children of insured" is not acceptable). Do not complete the beneficiary designation if you are a minor (upon death the balance of the funds will be payable to your estate).

**StateFarm**

**PRIMARY BENEFICIARIES**

| Name | Address | Date of birth | Social Security Number | Phone | Email or | Relationship |
|---|---|---|---|---|---|---|
| Ethel J Ficklin | 23 lakeside Drive Apt 203 | ▓▓ | ▓▓ | 870-524-45 | Ethel. Ethel.Ficklin@yahoo.com | Spouse |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**SUCCESSOR BENEFICIARIES**

| Name | Address | Date of birth | Social Security Number | Phone | Email | Relationship |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

*Ethel J Ficklin, Spouse*
Beneficiary signature

05/20/24
Date (mm/dd/yyyy)

◀ SIGNATURE

Trustee/Executor or Guardian of minor's estate: Please add the appropriate title after all signatures.

**☰ State Farm**

1 State Farm Plaza
Bloomington, IL 61710-0001

# Next of Kin Affidavit

I, the undersigned affiant, being first duly sworn say:

That I am the next of kin of Lawrence Ficklin
*Name of deceased insured*

who died on or about the  31  day of  March  20  24

I  Ethel J. Ficklin                                           am the surviving spouse or legal next of
*Name of next of kin*

kin. The estate is not now, nor will it be, administered.

This affidavit is made in support of the undersigned's request for the release of medical records.

Medical records for Lawrence Ficklin
*Name of deceased insured*

Ethel J. Ficklin                                    5/31/24          **SIGNATURE**
*Next of kin signature*                              *Date (mm dd yyyy)*

Ethel J. Ficklin
*Next of kin printed name*

Subscribed and sworn to before me this  31  day of  May  20 24

_____                           5/31/24          **SIGNATURE**
*Notary public signature*                           *Date (mm dd yyyy)*

State of  Maryland                      , County of  Prince George's

My commission expires  Feb 15, 2026

(SEAL)

JARRELL SEAN BRACELY
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
My Commission Expires Feb. 15, 2026



## Information About Your New Account(s)

**Account Owner(s)**

ETHEL J FICKLIN

**Contact Information**

8703294216

**Primary Address**

223 LAKESIDE DR APT 203
GREENBELT MD 20770

**Account(s)**

Relationship Savings

**Account Information**

Account Number: ▮▮▮▮▮▮▮▮▮
Routing Number: 052000113

**Mailing Address**

223 LAKESIDE DR APT 203
GREENBELT MD 20770

## Start Using Your New Account Today



**Setup Direct Deposit**
Instead of receiving paper checks. you can have your paychecks or federal benefit payments automatically deposited into your M&T checking account. Go to mtb.com/directdeposit and complete our Direct Deposit Authorization form.



**Setup Bill Pay[1,2]**
Instead of writing checks, make one-time and recurring payments directly from your M&T checking account. Setup Bill Pay through M&T Online Banking at mtb.com/onlinebanking.



**Setup Alerts[1]**
Stay on top of important activity with alerts sent directly to your email or mobile device - like when your balance goes below a specific amount. Setup Alerts through M&T Online Banking at mtb.com/onlinebanking.



**Download the M&T App[1]**
To learn more, go to mtb.com/mobileapp from your mobile device or visit your app store.



Member FDIC

**From:**"Cal Vigna" <cal.vigna.vaap85@statefarm.com>
**Sent:**Fri, 19 Apr 2024 12:53:42 +0000
**To:**"HOME LIFE-STX-L-BE-FAX" <home.life-stx-l-be-fax.310j01@statefarm.com>
**Subject:**12_LF2431-5567F_OF75_BE
**Attachments:**41624, 600 PM.pdf


## Cal Vigna *(VAAP85)*

*Life Claims Examiner*
*309-994-9061*
*FAX: 740-364-3040*

## re·markable™
Every Associate | Every Interaction | Every Day

**From:** Dr. Zabrina Weaver Ed.D., MRC, LADAC <zabrinaweaver@outlook.com>
**Sent:** Wednesday, April 17, 2024 10:16 AM
**To:** Cal Vigna <cal.vigna.vaap85@statefarm.com>; ethel.ficklin@yahoo.com
**Subject:** [EXTERNAL] Fwd: State Farm Beneficiary Clarification

Good morning,
Please see attached from my mom, Ethel Ficklin.

Thanks.

Get Outlook for iOS

**From:** Dr. Zabrina Weaver Ed.D., MRC, LADAC <zabrinaweaver@outlook.com>
**Sent:** Tuesday, April 16, 2024 6:11:22 PM
**To:** Ethel Ficklin <ethel.ficklin@yahoo.com>
**Subject:** State Farm Beneficiary Clarification


Get Outlook for iOS

**EXHIBIT K**

4/16/24, 6:00 PM                State Farm Policy Holder Beneficiary Clarification - Dr. Zabrina Weaver Ed.D., MRC, LADAC - Outlook

## State Farm Policy Holder Beneficiary Clarification

### Dr. Zabrina Weaver Ed.D., MRC, LADAC <zabrinaweaver@outlook.com>

Tue 4/16/2024 6:00 PM

To:Ethel Ficklin <ethel.ficklin@yahoo.com>;zabrinaweaver@hotmail.com <zabrinaweaver@hotmail.com>

*EF*

April 16, 2024

*State Farm Claims Department*

Attention: Cal  #309-994-9061

From: Ethel Ficklin living spouse of Lawrence Ficklin (deceased)

Policy #LF-2431-5567

Lawrence and I got married on July 21, 2007, we were living together without issues before Mr. David Brown came back into Lawrence's life and befriended him to the point that he decided to abandon me to live with Mr. Brown in Conway in 2020. Due to Lawrence's illness, he was processing things that he enjoyed doing in the past such as spending time at the casinos with his friends, that is why he agreed to stay with Mr. Brown.

Lawrence went through chemotherapy for prostate cancer and was later diagnosed with Alzheimer's. I was taking care of him and making sure he took his medications as prescribed so his memory would get stable more often. Lawrence leaving the home, left me to stay there alone and to pay bills alone. I had a stroke in February of 2021, I now live with my daughter.

Mr. Brown had Lawrence to change his address and bank account so that Mr. Brown could have access to his money.
I was unaware that Mr. Brown recently made himself Lawrence's beneficiary on the life insurance policy until today.

Mr. Brown is not Lawrence's legal power of attorney and is not a blood relative to him. Mr. Brown cut off the family from Lawrence.
I do believe that if Lawrence was still home with me, he would still be alive. According to the information I received from Lawrence's sister when she finally got a chance to visit, Lawrence was not being cared for which led her to call the ambulance, Mr. Brown continued to keep the family from visiting at the hospital.

Mr. Brown's address is:  1750 Village Commons Dr. Apt. A314 Conway, AR 72032

Thank you so much for catching this and bringing it to my attention.

*Ethel Ficklin*
*4-16-24*

April 23, 2024                                                                     **09**


Ethel Ficklin
223 Lakeside Dr
Apt 203
Greenbelt, MD 20770


Re:     Insured:      Lawrence Ficklin
        Company:    State Farm Life Insurance Company
        Policy(s):     LF-2431-5567

Dear Ethel Ficklin:

We have received your claim for proceeds of Lawrence Ficklin's Life Insurance policy. As of the
insured's death, the beneficiary of record was David Brown.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

We will contact you in 3 weeks to learn whether an agreement has been reached.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us at
(877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent




                                         **EXHIBIT L**

April 23, 2024                                                                                    **09**

David Brown
1750 Village Commons Dr
Apt A314
Conway, AR 72032

Re:     Insured:      Lawrence Ficklin
        Company:     State Farm Life Insurance Company
        Policy:      LF-2431-5567

Dear David Brown:

When Lawrence Ficklin died, you were the beneficiary of record of the Life Insurance policy.
However, Ethel Ficklin filed a claim for the proceeds.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

We will contact you in 3 weeks to learn whether an agreement has been reached.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us at
(877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

June 25, 2024                                                              **09**

Ethel Ficklin
223 Lakeside Dr
Apt 203
Greenbelt, MD 20770

Re:     Insured:      Lawrence Ficklin
        Company:     State Farm Life Insurance Company
        Policy:       LF-2431-5567

Dear Ethel Ficklin:

We have received your claim for proceeds of Lawrence Ficklin's Life Insurance policy. As of the insured's death, the beneficiary of record was David Brown.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial determination of the proper payee.

Currently, State Farm is still reviewing the claim under the binding receipt. We will notify you once the review of the claim under the binding receipt is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

June 25, 2024                                                                                      **09**

David Brown
1750 Village Commons Dr
Apt A314
Conway, AR 72032

Re:    Insured:      Lawrence Ficklin
       Company:     State Farm Life Insurance Company
       Policy:       LF-2431-5567

Dear David Brown:

When Lawrence Ficklin died, you were the beneficiary of record of the Life Insurance policy.
However, Ethel Ficklin filed a claim for the proceeds.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

Currently, State Farm is still reviewing the claim under the binding receipt. We will notify you once
the review of the claim under the binding receipt is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us
at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

July 9, 2024                                                              **09**

David Brown
1750 Village Commons Dr
Apt A314
Conway, AR 72032

Re:    Insured:    Lawrence Ficklin
       Company:    State Farm Life Insurance Company
       Policy:     LF-2431-5567

Dear David Brown:

When Lawrence Ficklin died, you were the beneficiary of record of the Life Insurance policy.
However, Ethel Ficklin filed a claim for the proceeds.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

Currently, State Farm is still reviewing the claim under the binding receipt. We will notify you once
the review of the claim under the binding receipt is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us
at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

July 9, 2024                                                                          **09**

Ethel Ficklin
223 Lakeside Dr
Apt 203
Greenbelt, MD 20770

Re:     Insured:      Lawrence Ficklin
        Company:      State Farm Life Insurance Company
        Policy:       LF-2431-5567

Dear Ethel Ficklin:

We have received your claim for proceeds of Lawrence Ficklin's Life Insurance policy. As of the insured's death, the beneficiary of record was David Brown.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial determination of the proper payee.

Currently, State Farm is still reviewing the claim under the binding receipt. We will notify you once the review of the claim under the binding receipt is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

August 7, 2024                                                                                    **09**

David Brown
1750 Village Commons Dr
Apt A314
Conway, AR 72032

Re:    Insured:      Lawrence Ficklin
       Company:     State Farm Life Insurance Company
       Policy:      LF-2431-5567

Dear David Brown:

When Lawrence Ficklin died, you were the beneficiary of record of the Life Insurance policy.
However, Ethel Ficklin filed a claim for the proceeds.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

Currently, State Farm is still in the process of reviewing your claim. We will notify you when our
review is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us
at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

August 7, 2024                                                          **09**

Ethel Ficklin
223 Lakeside Dr
Apt 203
Greenbelt, MD 20770

Re:   Insured:    Lawrence Ficklin
      Company:   State Farm Life Insurance Company
      Policy(s):    LF-2431-5567

Dear Ethel Ficklin:

We have received your claim for proceeds of Lawrence Ficklin's Life Insurance policy. As of the insured's death, the beneficiary of record was David Brown.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial determination of the proper payee.

Currently, State Farm is still in the process of reviewing your claim. We will notify you when our review is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

August 28, 2024                                                      **09**

David Brown
1750 Village Commons Dr
Apt A314
Conway, AR 72032

Re:    Insured:     Lawrence Ficklin
       Company:     State Farm Life Insurance Company
       Policy:      LF-2431-5567

Dear David Brown:

When Lawrence Ficklin died, you were the beneficiary of record of the Life Insurance policy.
However, Ethel Ficklin filed a claim for the proceeds.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

Currently, State Farm is still in the process of reviewing your claim. We will notify you when our
review is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us
at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent

August 28, 2024                                                                      **09**

Ethel Ficklin
223 Lakeside Dr
Apt 203
Greenbelt, MD 20770

Re:    Insured:      Lawrence Ficklin
       Company:     State Farm Life Insurance Company
       Policy(s):    LF-2431-5567

Dear Ethel Ficklin:

We have received your claim for proceeds of Lawrence Ficklin's Life Insurance policy. As of the
insured's death, the beneficiary of record was David Brown.

State Farm Life Insurance Company is not in a position to determine who is entitled to the policy
proceeds. We are asking the claiming parties to attempt to reach an agreement on the distribution of
the proceeds. If an agreement cannot be reached, we may pay the proceeds into court for a judicial
determination of the proper payee.

Currently, State Farm is still in the process of reviewing your claim. We will notify you when our
review is complete.

If you have any questions, please contact Marqus Lassiter at 870-534-2815, or you may contact us
at (877) 292-0398.

Sincerely,

Cal Vigna
Life Claims Examiner
State Farm Bloomington Life Operations
PO Box 2364
Bloomington, IL 61702-2364
309-994-9061

cc: Marqus Lassiter, Agent