## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STATE FARM LIFE INSURANCE COMPANY**                    **PLAINTIFF**

**V.**                    **4:24CV00798 JM**

**ETHEL FICKLIN AND DAVID BROWN**                    **DEFENDANTS**

**CULLEN JACKSON**                    **INTERVENOR**

## JUDGMENT

Based on the notice of settlement between Defendant Ethel Ficklin and Intervenor Cullen Jackson, docket # 26, along with suggestion of death of Defendant David Brown, docket 22, the Court hereby orders the Clerk of the Court to disburse the policy proceeds of $14,874.35 along with the interest accrued in equal amounts to Ethel Ficklin and Cullen Jackson. Following disbursement, the Clerk is directed to close the case.

DATED this 2nd day of June, 2026.

_____
James M. Moody Jr.
United States District Judge